**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>                Defendants. | Civil Action No. 2:21-cv-03382-HB<br><br>Hon. Harvey Bartle III<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED CLASS ATION COMPLAINT**

Defendants AdaptHealth Corp. ("AdaptHealth" or the "Company"), Luke McGee, Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, David S. Williams III (collectively, the "Defendants"), by and through their undersigned counsel, hereby move to dismiss the Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint" or "Compl.") (Dkt. 19) with prejudice pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, for failure to state a claim upon which relief can be granted (the "Motion to Dismiss").

Defendants' Motion to Dismiss is based on this Motion, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss, the Declaration of Vincent Iannece filed therewith, and all exhibits attached thereto.

Defendants respectfully request oral argument on their Motion to Dismiss at a date and time convenient for the Court.

Dated: January 20, 2022

SAXTON & STUMP

By: /s/ Steven D. Costello_____
Steven D. Costello (No. 37288)
100 Deerfield Lane, Suite 240
Malvern, Pennsylvania 19355
(484) 328-8500

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (admitted *pro hac vice*)
Vincent P. Iannece (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

*Attorneys for Defendants*