## Appendix A

### Defendants' Statements Challenged in Plaintiffs' Consolidated Class Action Complaint[1]

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| 1. | ¶ 12. 5/5/2020 Ex. 48, Q1 2020 Earnings Call, at 11.<br><br>8/13/2020 Ex. 11, Canaccord Genuity Annual Growth Conference, at 4. | *Q1 2020 Earnings Call:*<br>[McGee]: We've liked the ability to add scale quickly through acquisition. We're seeing fantastic, sort of, new growth trends. And so, we will be a disciplined buyer. We do think there are a number of assets in the market. ***But most importantly, we'll continue the growth we've seen organically.***<br>*<br>*Canaccord Genuity Annual Growth Conference:*<br>[McGee]: [O]ne thing that we haven't talked about, I'm sure we will, Richard, is we have an active M&A funnel, and we've been acquisitive. This isn't something that we hope to do. We've done something like 80 deals life to date. We have a target of doing $100 million in revenue acquired. ***And so we all know that organic growth is more valuable, and we strive to make sure we're accomplishing that.*** | "Actual results could differ materially from those projected in forward-looking statements because of a number of risk factors and uncertainties, which are discussed in our annual and quarterly SEC filings. AdaptHealth Corp. shall have no obligation to update the information provided on this call to reflect such subsequent events." Ex. 48, Q1 2020 Earnings Call, at 4.<br><br>"Notwithstanding the continued impact and challenges of the COVID-19 pandemic, we have maintained a strong pipeline of acquisition opportunities, and we will continue to pursue our M&A | Not False or Misleading. §I.B<br><br>Corporate Optimism. § I.A.2<br><br>Forward-Looking Statement. § I.A.3 | |

[1] The statements and sources above are drawn from Plaintiffs' Consolidated Amended Complaint, filed November 22, 2021 ("Complaint" or "Compl."). *See* ECF No. 19. Section references are to the arguments in the Memorandum of Law in Support of Defendants' Motions to Dismiss ("Mem.").

[2] Unless otherwise specified, text that has been bolded and italicized copies the emphasis given to the language in the Complaint. Bracketed text in the Challenged Statement(s) column copies the brackets that appear in the Complaint.

[3] The absence of cautionary language marked by "N/A" is not an admission that AdaptHealth did not have relevant risk and other disclosures related to the challenged statements. Defendants have listed cautionary language only for forward-looking statements as identified in the Complaint and herein. *See* Mem. at § I.A.3.

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | | growth strategy for the balance of 2020." *Id.* at 5.<br><br>"Not unexpectedly, we've seen slowdowns in certain areas of our business, including CPAP new starts, orthotics, walkers, commodes and other products closely linked to discharges from emergency room and facilities following elective procedures. The slowdown started in the middle of March, and we expect it to continue until facilities begin to open up for elective procedures and doctors begin to treat new patients for sleep disorders." *Id.*<br><br>"Yes. And so I will start with the commercial. I mean it's the reason we got into this business, it's the reason we've grown our business, so competitive bidding has been our friend. And we do think, even if there is some headwind, it opens up M&A opportunities for good operators like ourselves. But I think that investors, obviously, they say, yes, but they want to hear the number, what it means. 17% of our business is exposed to Medicare | | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  |  |  | competitive, 1-7. When we run sort of the numbers, we think it's a high single-digit million dollar net impact to us. Then if I had to put a range around that, I'd say it's probably plus or minus $5 million either way for me to have high confidence." Ex. 11, Canaccord Genuity Annual Growth Conference, at 8.<br><br>"In the conference calls upon which Event Transcripts are based, companies may make projections or other forwardlooking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect |  |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | | and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized." *Id.* | | |
| 2. | ¶ 13, 28. 1/14/2021 Ex. 12, JPMorgan Healthcare Conference, at 2.  2/25/2020 Ex. 30, Q4 2019 Earnings Call, at 10. | *JPMorgan Healthcare Conference:* We have a successful track record of growth, organic growth in the high single digits. We've accretively deployed capital with M&A transactions, and we are very focused on delivering market-leading profitability. Our target for organic growth is in the 8% to 10% range. We think that we can nearly double that again with M&A growth. And so this is a mid- to high teens, maybe low 20% growth story.  *Q4 2019 Earnings Call:* We believe we can grow top line by approximately 20% each year with organic growth of between 6% and 8% and the balance from acquisitions. | "We quickly pivoted as we saw a slowdown from some business coming out of hospitals and particularly a slowdown in CPAPs. New starts in Q2, and we were able to spin up a supply chain function and get needed equipment to our hospital partners, particularly in the Northeast. From a standing start, we did $30 million of B2B business or nearly $30 million in Q2. That has slowed as supply chains have recovered, although we did several million in Q3." Ex. 1, JPMorgan Healthcare Conference, at 8.  "We can acquire $100 million to $150 million of revenue annually. There will be peaks and troughs in that. There will be years where we buy more and years where we buy less." *Id.* at 9.  "In the conference calls upon which Event Transcripts are based, companies may make projections or | Not False or Misleading. §I.B  Corporate Optimism. § I.A.2  Forward-Looking Statement. § I.A.3 | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | | other forwardlooking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized." *Id.* at 143.<br><br>"Actual results could differ materially from those projected in these forward-looking statements because of a number of risk factors and uncertainties, all which are discussed in our annual and quarterly SEC filings. And the | | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | | company expressly disclaims any obligation to update the information provided today, except as required by law." Ex. 30, Q4 2019 Earnings Call, at 1.<br><br>"I think that there may be just a little bit of a slowdown over the summer as we wait for the new competitive bid rates to come out." *Id.* at 5. | | |
| 3. | ¶ 26.<br>2/25/2020<br><br>Ex. 30,<br>Q4 2019<br>Earnings Call, at 4. | I think we're very comfortable and we're previously out there saying, we think *we can grow the business on a long-term basis at 20% plus per year.* As you said, *it's a combination of organic growth,* we saw for 2019 organic growth full year at the top end of our previously disclosed guidance of 6% to 8%. We are optimistic that we'll stay within that range if not exceed it for 2020. *We also have the benefit in 2020 of getting the full-year impact of acquisitions that we did. We're busy this year, we did 18 deals throughout the whole year* and so as we get the full-year impact, we're coming in and getting the benefit of that throughout 2020, but I think *we're very comfortable that we can do that 20% top line . . . .* | "Actual results could differ materially from those projected in these forward-looking statements because of a number of risk factors and uncertainties, all which are discussed in our annual and quarterly SEC filings. And the company expressly disclaims any obligation to update the information provided today, except as required by law." Ex. 30, Q4 2019 Earnings Call, at 1.<br><br>"I think that there may be just a little bit of a slowdown over the summer as we wait for the new competitive bid rates to come out." *Id.* at 5. | Not False or Misleading. §I.B<br><br>Corporate Optimism. § I.A.2<br><br>Forward-Looking Statement. § I.A.3 | |
| 4. | ¶ 27.<br>7/2/2020 | *Slide from July 2020 Investor Presentation:*<br>Slide showing "Targeting 20% Growth Annually" | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | Ex. 10, July 2020 Investor Presentation, at 13. | | | | |
| 5. | ¶ 31. 3/4/2021 Ex. 13, Q4 2020 Financial Supplement, at 7. | *Slide from Q4 2020 Financial Supplement:* Footnote on slide showing "Consistent Strength in Year-on-Year Organic Revenue Growth" \*Organic growth as shown is defined as current period net revenue plus current period acquisition revenue divided by prior period net revenue plus prior period revenue for acquisition revenue. | N/A | Not False or Misleading. § I.B Reporting was Reasonable. §I.A.1 | |
| 6. | ¶ 11, 76. 11/8/2019 Ex. 17, November 8, 2019 Press Release, at 1. | AdaptHealth will continue to be led by its seasoned team of industry and financial professionals, including Chief Executive Officer, Luke McGee; President, Josh Parnes; and Chief Financial Officer, Gregg Holst. "On behalf of the team at DFB and Deerfield, I am thrilled to announce the closing of this transaction," said Richard Barasch, who will serve as Chairman of the Board of AdaptHealth. "Luke and his team have built one of the industry's leading HME providers through a combination of accretive capital deployment, high-touch customer engagement, and a scalable, purpose-built, technology-enabled operating model. We believe AdaptHealth will continue to occupy an increasingly distinct position in the home-based healthcare value chain as the most efficient provider in the space. | N/A | Not False or Misleading. § I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | We look forward to this next, exciting phase of our growth as a public company," said Mr. McGee. "We expect to remain an active participant in the consolidation of our industry while providing the highest level of patient care and service, with an over-arching commitment to creating value for all stakeholders." * * * AdaptHealth has completed 59 acquisitions since 2012 and intends to continue to focus on increasing net revenue and profitability, both organically and via accretive acquisitions. AdaptHealth has identified a significant volume of potential acquisition opportunities and based on the current pipeline of acquisitions, believes it can add approximately $100 million of acquired revenue each year. | | | |
| 7. | ¶ 77. 11/13/2019 Ex. 6, Q3 2019 Earnings Release, at 2. | **CEO Commentary** Luke McGee, the Company's Chief Executive Officer, commented, "We are very pleased with AdaptHealth Holdings' year-to-date 2019 financial results, which included significant increases in revenue and Adjusted EBITDA that demonstrate the successful execution of our strategy to grow organically and through accretive acquisitions. The third quarter of 2019 represented the best quarter in our history in terms of Net revenues, Adjusted EBITDA and Adjusted EBITDA Less Patient Equipment Capex." "Our team has been heavily focused on acquisition integration and I am confident these efforts will be | N/A | Not False or Misleading. §I.B Corporate Optimism. § I.A.2 | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | fruitful in Q4'19 and 2020. We are affirming the Company's previously reported expectation that Adjusted EBITDA and Adjusted EBITDA Less Patient Equipment Capex for the twelve months ended December 31, 2019 will approximate $75 million and $123 million, respectively. Our potential acquisition pipeline is more robust than it has been at any point in the last three years, and we are truly excited about executing on these opportunities." | | | |
| 8. | ¶ 78. 11/20/2019 Ex. 18, 2019 Form 8-K and Investor Presentation, at 3, 5. | The 3rd Largest Provider of HME in the United States * * * + Successful track record of growth, accretive capital deployment, and market-leading profitability * * * +Proven, seasoned management team and Board of Directors * * * AdaptHealth Leadership Team Luke McGee Chief Executive Officer ● Chairman and CEO of AdaptHealth since 2012; built business from $7mm of revenue in first acquisition ●·Led the Company's proven acquisition track record and developing a scalable platform with robust integration systems that can accommodate future growth ● Prior to AdaptHealth, worked in the investment banking groups at Deutsche Bank and Merrill Lynch. | N/A | Not False or Misleading. §I.B | |
| 9. | ¶ 80. 2/25/2020 | CEO Commentary Luke McGee, Chief Executive Officer of AdaptHealth, commented, "we are very pleased with our 2019 | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  | Ex. 7, Q4 2019 and FY 2019 Earnings Release, at 2. | performance, which we believe reflects our success in deploying a scalable growth model focused on organic sales, acquisitions, accretive capital deployment, margin expansion, and cash generation. We reported a record 2019 across key financial metrics, closed on a near record number of acquisitions, and generated strong organic top line growth." |  |  |  |
| 10. | ¶ 81. 2/25/2020 Ex. 30, Q4 2019 Earnings Call, at 2-3. | Strategically, closing the merger transaction with DFB Healthcare in November 2019, and entering the public markets was an important milestone. We are thrilled to have partnered with Deerfield Management and Richard Barasch in that transaction and appreciate their continuing support and the support of all our new shareholders. We believe we've got the best business model in home medical equipment and are poised for exciting organic and acquisition-related growth over the next few years. <br> * * * <br> Our acquisition pipeline remains robust, and we expect to be active throughout 2020. We believe we can accretively acquire an additional $100 million HME revenue in 2020 in addition to already announced transactions. We will continue to look at opportunities to expand our product offering particularly for products that help patients with chronic diseases stay at home such as continuous glucose monitors, insulin pumps and other supply categories that were part of the PCS acquisition. | N/A | Not False or Misleading. §I.B |  |
| 11. | ¶ 82-84. 3/6/2020 | AdaptHealth's strategy is to grow its revenue while expanding margins through targeted strategies for organic growth as well as opportunistic acquisitions that take | N/A | Not False or Misleading. §I.B |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  | Ex. 1, 2019 Form 10-K, at 5, 8, 24, 101, Ex. 31.1. | advantage of AdaptHealth's scalable, integrated technology platform.<br>* * *<br>Acquisitions<br>Continuing to grow through accretive acquisitions is a key element of AdaptHealth's growth strategy, and AdaptHealth continuously reviews its pipeline of potential acquisition candidates. AdaptHealth maintains a dedicated M&A integration team and leverages its scalable front-end and back-office technology platform to facilitate acquisition integration to help realize short-term cost saving synergies and longer-term revenue growth synergies.<br>* * *<br>AdaptHealth's strategic plan also contemplates continued growth from future acquisitions of home medical equipment providers. AdaptHealth may face increased competition for attractive acquisition candidates, which may limit the number of acquisition opportunities available to AdaptHealth or lead to the payment of higher prices for its acquisitions. Without successful acquisitions, AdaptHealth's future growth rate could decline. In addition, AdaptHealth cannot guarantee that any future acquisitions, if consummated, will result in further growth.<br><br>Part III:<br>**Item 10. Directors, Executive Officers, and Corporate Governance** |  |  |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  |  | The information required by this item will be set forth in our definitive proxy statement with respect to our 2020 annual meeting of the stockholders to be filed on or before April 29, 2020 and is incorporated herein by reference. <br><br> SOX certification signed by McGee: This report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report. |  |  |  |
| 12. | ¶ 86. 4/29/2020 <br><br> Ex. 29, Schedule 14D Proxy Statement, at 11. | PROPOSAL NO. 1 — ELECTION OF DIRECTORS: * * * <br> Luke McGee has served as the Chief Executive Officer of AdaptHealth Holdings since 2012 and as a member of our board of directors since the Closing. Mr. McGee joined Quadrant Management, Inc. in 2010 and holds director positions in certain of Quadrant's portfolio companies along with executive level roles at certain times. Prior to joining Quadrant, Mr. McGee was in the investment banking group at Deutsche Bank and before that Merrill Lynch. He holds a bachelor's degree in Economics from Duke University. | N/A | Not False or Misleading. §I.B |  |
| 13. | ¶ 14, 88. 5/5/2020 <br><br> Ex. 8, | Luke McGee, Chief Executive Officer of AdaptHealth, commented, "Despite significant and sudden challenges brought on by the COVID-19 pandemic, our strong first quarter performance reflects the extraordinary hard work, resilience and dedication of our outstanding AdaptHealth team. Due in large measure to their efforts, we are | N/A | Not False or Misleading. §I.B |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | Q1 2020 Earnings Release, at 2. | continuing to successfully deploy a scalable growth model focused on organic sales, acquisitions, accretive capital deployment, margin expansion, and cash generation. | | | |
| 14. | ¶ 89. 5/5/2020 Ex. 48, Q1 2020 Earnings Call, at 5. | Importantly, [recent acquisitions] were immediately accretive to our earnings. We will continue to look for opportunities to expand our product offerings, deepen our penetration within markets, and offer geographic expansion. Of particular interest are companies that provide products which help chronically ill patients stay at home, such as continuous glucose monitors, insulin pumps, incontinence, and other supply categories that were part of the PCS acquisition.<br><br>Now withstanding the continued impact and challenges of the COVID-19 pandemic, we have maintained a strong pipeline of acquisition opportunities and we will continue to pursue our M&A growth strategy for the balance of 2020. | N/A | Not False or Misleading. §I.B | |
| 15. | ¶ 90-91. 5/8/2020 Ex. 3, Q1 2020 Form 10-Q, at 39, Ex. 31.2. | AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | judgments or enter into settlements or claims that could materially impact its financial condition or results of operations.<br><br>In addition, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019, AdaptHealth received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. At this time, AdaptHealth Holdings cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further. | | | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | SOX Certification | | | |
| 16. | ¶ 93. 8/4/2020 Ex. 34, Q2 2020 Earnings Release, at 2. | Luke McGee, Chief Executive Officer of AdaptHealth, commented, "Our strong year-to-date 2020 performance reflects the extraordinary hard work, resilience and dedication of our outstanding AdaptHealth team and their support of our patients and healthcare partners. We are continuing to successfully deploy a scalable growth model focused on organic sales, acquisitions, accretive capital deployment, and cash generation. | N/A | Not False or Misleading. §I.B | |
| 17. | ¶ 94. 8/4/2020 Ex. 49, Q2 2020 Earnings Call, at 4. | We had an extraordinarily busy and productive second quarter. Our core business performed well, and we were active in identifying attractive acquisition candidates to help further our strategic long-term goals. As previously announced, we closed to strategically important acquisitions on July 1, 2020, Solara medical supplies and ActivStyle Inc Solara is a leading independent distributor of continuous glucose monitors in the U.S. This is a transformative transaction that will establish AdaptHealth as a leader in the fast-growing diabetes management business. | N/A | Not False or Misleading. §I.B | |
| 18. | ¶ 95-97. 8/7/2020 Ex. 4, Q2 2020 Form 10-Q, at 48, 70, Ex. 31.2. | *Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including the key personnel of AdaptHealth who have stayed with us following the Business Combination. The loss of such key personnel could negatively impact our operations and financial results*. (Emphasis in original) *** AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | course of its business. These matters involve personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims that could materially impact its financial condition or results of operations.<br><br>In addition, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019, AdaptHealth | | | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. At this time, AdaptHealth Holdings cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further.<br><br>SOX Certification | | | |
| 19. | ¶ 99.<br>11/4/2020<br><br>Ex. 35, Q3 2020 Earnings Release, at 2. | CEO Commentary<br>Luke McGee, Chief Executive Officer of AdaptHealth, commented, "Our strong year-to-date financial performance and improved outlook for the remainder of 2020 reflects the tremendous efforts of our employees and their dedication to our patients and healthcare partners. We have remained opportunistic throughout the quarter, acquiring several diabetes management and home medical equipment businesses in high-growth areas. Additionally, on October 1, 2020, we acquired Pinnacle Medical Solutions, a leading distributor of medical devices and supplies to patients for the treatment of diabetes, including continuous glucose monitors and insulin pumps. | N/A | Not False or Misleading. §I.B | |
| 20. | ¶ 100.<br>11/4/2020<br><br>Ex. 50, | We ended 2019 as a fast-growing and profitable home medical equipment company with a small medical supplies business. With acquisitions in 2020, we have not only accelerated the growth of our home medical equipment business but, importantly, have added a large | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | Q3 2020 Earnings Call, at 2. | and growing supplies business with a concentration in advanced diabetes supplies and management.<br><br>We continue to be active acquirers of traditional HME businesses in the third quarter. When we acquired the HME assets of Advanced Home Care and Healthline Medical in March, we noted that there would be merit to adding additional density in the Southeast and Southwest. To that end, we acquired Family Medical, a $40 million revenue HME in Eastern North Carolina in mid-August and closed on another acquisition in Texas in early October. These additions add important scale in high-growth geographies.<br><br>We also made several smaller HME acquisitions in the Mid-Atlantic, Midwest and New England during the quarter. We are excited about the key operational leadership from these acquired companies and have retained many as leaders within AdaptHealth. | | | |
| 21. | ¶ 101-03. 11/6/2020<br><br>Ex. 5, Q3 2020 Form 10-Q, at 53, 74. | *Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including the key personnel of AdaptHealth who have stayed with us following the Business Combination. The loss of such key personnel could negatively impact our operations and financial results.* (Emphasis in original).<br><br>AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve personnel | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims that could materially impact its financial condition or results of operations.<br><br>In addition, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019, AdaptHealth received a follow-up civil investigative demand from the | | | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. At this time, AdaptHealth Holdings cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further. | | | |
| 22. | ¶ 14, 105-06, 165-66. 1/4/2021 Ex. 52, Prospectus Supplement on Form 424(b)(5), at S-2, S-7, S-8, S-22, S-24. | Management We are led by a proven management team with experience in the HME industry across a variety of healthcare organizations. We have a centralized approach for key business processes, including M&A activity, revenue cycle management, strategic purchases, payor contracting, finance, compliance, legal, human resources, IT and sales management. . . . Following the closing of the AeroCare Acquisition, Stephen Griggs will join Luke McGee as co-Chief Executive Officer of AdaptHealth. * * * Proven M&A success: Our integrated technology platform includes scalable and centralized front-end and back office processes that facilitate the effective onboarding of potential acquisitions and help achieve cost synergies. We have demonstrated our ability to execute upon acquisitions, completing 86 transactions from our date of founding through December 31, 2020. As we continue to grow, we expect to deploy incrementally more capital and integrate substantially larger targets over | N/A | Not False or Misleading. §I.B | X |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | time, which in turn we expect will be a source of continued growth for us.<br><br>Experienced management team: We are led by a proven management team with significant experience in the HME and healthcare services industries. The team has domain knowledge within the industry having been employed at various healthcare organizations throughout their careers. Multiple members of the management team have also built independent HME companies and have the proven ability to scale a business within the HME industry. Additionally, several members of the management team have experience within their specific roles in both private and public company settings. Given the complexity of the highly regulated industry in which we operate, we believe that management's experience is a meaningful differentiator relative to our competitors.<br>* * *<br>Grow through acquisitions: The HME industry is highly fragmented, with more than 6,000 unique suppliers. We believe that ongoing reimbursement changes will continue the consolidation trend in the HME industry that has accelerated in recent years. We believe that, in the current environment, companies with the ability to scale operations possess competitive advantages that can drive volume to their platforms. As one of a limited number of national HME companies, we plan to continue to evaluate acquisitions and execute upon attractive opportunities to help drive growth.<br>* * * | | | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | Factors affecting the trading price of our Class A Common Stock may include:<br>* * *<br>• commencement of, or involvement in, litigation involving us;<br>* * *<br>• any major change in our board of directors or management.<br>* * *<br>***Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including the key personnel of AdaptHealth who have stayed with us following the Business Combination. The loss of such key personnel could negatively impact our operations and financial results.*** (Emphasis in original)<br><br>Our ability to successfully operate our business is dependent upon the efforts of certain key personnel of AdaptHealth. It is possible that AdaptHealth will lose some key personnel, the loss of which could negatively impact our operations and profitability. | | | |
| 23. | ¶ 108. 3/4/2021<br><br>Ex. 36, Q4 2020 and FY 2020 Earnings Release, at 2. | CEO Commentary<br>Luke McGee, Co-CEO of AdaptHealth, commented, "We are very pleased with our 2020 performance, which we believe is a testament to our relentless focus on our patients and referral sources and our ability to drive growth through process improvements and technology solutions. In the fourth quarter, our diabetes business drove substantial growth as the result of high ordering | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | patterns in December and our continued investment in accretive acquisitions. We are increasing guidance for 2021 as a result of these acquisitions as well as from our prospects for organic growth in 2021. | | | |
| 24. | ¶ 109. 3/4/2021 Ex. 31, Q4 2020 Earnings Call, at 5. | We continue to grow our business with accretive acquisitions through the year, including the transformational acquisition of AeroCare that closed on February 1, 2021. In total, we acquired 22 companies in 2020.<br><br>As we've demonstrated over the past several years, our team has the ability to integrate acquisitions into a cohesive and comprehensive platform to deliver health care in the home. The acquisition of AeroCare will only enhance and accelerate our goals here. Our management teams have shared a common view of success for a long time, a business that is powered by technology, connectivity and ease of doing business with our referring providers, efficient logistics and turnaround times, and patient satisfaction with our products and services. We continue to invest in these important areas, and the team will talk about progress in our prepared remarks.<br><br>Following the AeroCare closing, we remain focused on strengthening our geographic footprint, product mix and patient access through strategic and accretive acquisitions. In late February, we closed on the acquisition of Allina Health Home Oxygen & Medical Equipment in Minneapolis. And earlier this week, we closed on 2 other acquisitions, further complementing our | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | existing HME businesses in the Midwest and Southern California. | | | |
| 25. | ¶ 110-113, 139. 3/16/2021 Ex. 2, 2020 Form 10-K, at 12, 24, 124, Ex. 31.3. | *Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including senior management. The loss of such key personnel could negatively impact our operations and financial results.* (Emphasis in original) * * * Item 10. Directors, Executive Officers, and Corporate Governance The information required by this item will be set forth in our definitive proxy statement with respect to our 2021 annual meeting of the stockholders to be filed on or before April 30, 2021 and is incorporated herein by reference. * * * AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve patient complaints, personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, suchmatters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims | N/A | Not False or Misleading. §I.B | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  |  | that could materially impact its financial condition or results of operations.<br><br>For example, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019 AdaptHealth received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. On November 9, 2020, the EDPA indicated to the Company that the investigation remained ongoing. The EDPA also requested additional information regarding certain patient services and claims refunds processed by AdaptHealth in 2017. The Company is compiling this |  |  |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|-----|-----|-----|-----|-----|-----|
|  |  | information in coordination with the EDPA. While AdaptHealth cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further, it does not believe that the investigation will have a material adverse effect on the Company.<br><br>Additionally, in March 2019, prior to its acquisition by AdaptHealth, AeroCare was served with a civil investigative demand ("CID") issued by the United States Attorney for the Western District of Kentucky ("WDKY") The CID seeks to investigate allegations that AeroCare improperly billed, or caused others to improperly bill, for oxygen tank contents that were not delivered to beneficiaries. The WDKY has requested documents related to such oxygen tank content billing as well as other categories of information. AeroCare has cooperated with the WDKY and has produced documents and provided explanations of its billing practices. In September 2020, the WDKY indicated the investigation includes alleged violations of the federal False Claims Act and as well as alleged violations of state Medicaid false claims acts in ten states. AeroCare has cooperated fully with the investigation and has indicated to the WDKY that concerns raised do not accurately identify Medicare coverage criteria and that state Medicaid coverage requirements generally do not provide for separate reimbursement for portable gaseous oxygen contents in the circumstances at issue. While AdaptHealth cannot provide any assurance as to whether the WDKY will seek additional information or pursue |  |  |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | this matter further, it does not believe that the investigation will have a material adverse effect on AdaptHealth.<br><br>SOX Certification | | | |
| 26. | ¶ 116-19, 127(d). 3/4/2021<br><br>Ex. 31, Q4 2020 Earnings Call, at 7.<br><br>Ex. 13, Q4 2020 Financial Supplement, at 7, 8, 15. | *Q4 2020 Earnings Call:*<br>To emphasize all of the trends above and as detailed on the slide in our Q4 2020 earnings supplement, our organic growth for full year 2020 was 8.6% when including the COVID B2B business and 5.6% when excluding B2B. For the fourth quarter, organic growth was 5.7% when compared to the fourth quarter of 2019, including the COVID B2B business and 4.9% when excluding B2B.<br><br>With our PAP census rebuilding after the depressed new starts in midyear, increase in oxygen business in Q4, continued market expansion in CGM, we remain confident in our organic growth prospects between 8% and 10% for 2021.<br>* * *<br>*Q4 2020 Earnings Call scripted portion, McGee:*<br>"[W]e will continue to find ways to drive organic growth."<br><br>* * *<br><br>So on the revenue side . . . we increased the organic growth in the revenue guide when we came out with the Aero announcement in late 2020. So no real change there, | "Actual results could differ materially from those projected in forward-looking statements because of a number of risk factors and uncertainties, which are discussed at length in our annual and quarterly SEC filings. AdaptHealth Corp. should have no obligation to update the information provided on this call to reflect such subsequent events." Ex. 31, Q4 2020 Earnings Call, at 4.<br><br>"These forward-looking statements are subject to a number of risks and uncertainties, including the outcome of judicial and administrative proceedings to which the Company may become a party or governmental investigations to which the Company may become subject that could interrupt or limit the Company's operations, result in adverse judgments, settlements or fines and create negative publicity; changes in the Company's clients' | Not False or Misleading. §I.B<br><br>Reporting was Reasonable. §I.A.1<br><br>Corporate Optimism. § I.A.2<br><br>Forward-Looking Statement. § I.A.3. | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | just kind of confirming evidence that we feel rock-solid about our organic growth. <br> * * * <br> *Slide from Q4 2020 Financial Supplement:* <br> Slide showing "Consistent Strength in…Organic Revenue Growth" | preferences, prospects and the competitive conditions prevailing in the healthcare sector; and the impact of the recent coronavirus (COVID-19) pandemic and the Company's response to it…" Ex. 13, Q4 2020 Financial Supplement, at 2. | | |
| 27. | ¶ 120, 121, 127(d). 3/16/2021 <br><br> Ex. 2, 2020 Form 10-K, at 52, Ex. 32. | Net Revenue. Net revenue for the year ended December 31, 2020 was $1.06 billion compared to $529.6 million for the year ended December 31, 2019, an increase of $526.7 million or 99.5%. The increase in net revenue was driven primarily by (i) acquisitions completed during 2020, which contributed net revenue of $450.2 million during the year, (ii) organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets, and (iii) net revenue of $36.5 million from referral partners and healthcare facilities in support of their urgent needs for ventilation and oxygen equipment for COVID-19 patients. <br><br> SOX Certifications (McGee, Griggs, Clemens) | N/A | Not False or Misleading. §I.B <br><br> Reporting was Reasonable. §I.A.1 | |
| 28. | ¶ 122-25. 5/6/2021 <br><br> Ex. 40, Q1 2021 Earnings Call, at 4, 6. | *Q1 2021 Earnings Call scripted portion, Griggs:* <br> Despite the ongoing effects of the pandemic on certain product lines, we're very pleased with our organic growth rate of 11.5%. With the recent return of referral volumes in our sleep and hospital discharge business to pre-pandemic levels and current organic growth in diabetes and resupply, we feel confident that the balance of 2021 will meet our organic growth expectations. | "Actual results could differ materially from those projected in forward-looking statements because of a number of risk factors and uncertainties, which are discussed in our annual and quarterly SEC filings. AdaptHealth Corp. shall have no obligation to update the information provided on this call to | Not False or Misleading. §I.B <br><br> Reporting was Reasonable. §I.A.1 | |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  | Ex. 14, Q1 2021 Financial Supplement, at 7. | *Q1 2021 Earnings Call scripted portion, Clemens:* As detailed in our Q1 2021 earnings supplement, our organic growth for the quarter was very strong at 11.5%, up significantly against Q4 2020 organic growth and led by new starts in our diabetes product line.<br><br>*Q1 2021 Earnings Call scripted portion, Clemens:* For the first quarter ending March 2021, AdaptHealth reported net revenue of $482.1 million, an increase of 152% from the first quarter of 2020. The substantial increase is a result of our company-wide focus, driving organic growth and the efficient integration of our 2020 and 2021 acquisitions, including the acquisition of AeroCare, which was completed on February 1, 2021.<br><br>*Slide from Q1 2021 Financial Supplement:* "Consistent Strength in Year-on-Year Revenue Growth" slide | reflect subsequent events." Ex. 40, Q1 2021 Earnings Call, at 4.<br><br>"These forward-looking statements are subject to a number of risks and uncertainties, including the outcome of judicial and administrative proceedings to which the Company may become a party or governmental investigations to which the Company may become subject that could interrupt or limit the Company's operations, result in adverse judgments, settlements or fines and create negative publicity; changes in the Company's clients' preferences, prospects and the competitive conditions prevailing in the healthcare sector; and the impact of the recent coronavirus (COVID-19) pandemic and the Company's response to it…" Ex. 14, Q1 2021 Financial Supplement, at 2. | Corporate Optimism. § I.A.2<br><br>Forward-Looking Statement. § I.A.3 |  |
| 29. | ¶ 126, 127(e). 5/10/2021<br><br>Ex. 41, Q1 2021 Form 10-Q, at 42. | *Net Revenue.* Net revenue for the three months ended March 31, 2021 was $482.1 million compared to $191.4 million for the three months ended March 31, 2020, an increase of $290.7 million or 151.8%. The increase in net revenue was driven primarily by (i) acquisitions completed during the three months ended March 31, 2021, which contributed net revenue of $142.6 million | N/A | Not False or Misleading. §I.B<br><br>Reporting was Reasonable. |  |

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
| | | during the period, (ii) net revenue contributed by acquisitions completed after March 2020 and prior to the beginning of the current reporting period, and (iii) organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets. | | §I.A.1 | |
| 30. | ¶ 142. 8/11/2021 "August 11, 2021 Earnings Call."[4] | [A]t the end of the day, you could think of organic growth as a weighted average of a couple of big buckets. I mean, there is the base business, legacy units that we own and operated a year ago. * * * And you've got AeroCare, that was a much heavier Southern footprint, kind of the Southern states. . . . And the [n] finally, you've got the diabetes business. We have put a 10% to 12% expectation on diabetes growth in the market. And at the end of the day, it's a weighted average equation. And that's the 10.1% we're very happy with. | *See* FN 4. | Not False or Misleading. §I.B  Reporting was Reasonable. §I.A.1  Corporate Optimism. § I.A.2  Forward-Looking Statement. § I.A.3 | |
| 31. | ¶ 143. 11/4/2021 Ex. 16, | *Slides from Q3 2021 Financial Supplement:* "Organic Net Revenue Growth" slide "Acquired and Non-Acquired Growth" slide | N/A | Not False or Misleading. §I.B | |

---

[4] Though Plaintiffs appear to cite to an August 11, 2021 earnings call in Compl. ¶ 142, the source of the challenged statements in ¶ 142 is not clear. Accordingly, Defendants reserve their rights to amend this Appendix or respond more fully in their Reply.

| No. | Compl. ¶, Date & Source | Challenged Statement(s)[2] | Relevant Cautionary Language for Forward-Looking Statements[3] | Reason(s) Not Actionable | Both Securities Act and Exchange Act |
|---|---|---|---|---|---|
|  | Q3 2021 Financial Supplement, at 7, 8. |  |  | Reporting was Reasonable. §I.A.1 |  |