**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:21-cv-03382-HB |
| Plaintiffs, | Hon. Harvey Bartle III |
| v. | |
| ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, | |
| Defendants. | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants' Motion to Dismiss the Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss"), and any opposition and reply thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Motion to Dismiss is **GRANTED** and the above-captioned matter, as to all Defendants, is hereby **DISMISSED WITH PREJUDICE**.

_____
HON. HARVEY BARTLE III, U.S.D.J.

1