UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, <br><br> Defendants. | Civ. Action No. 2:21-cv-03382-HB |

**DECLARATION OF VINCENT IANNECE**

I, Vincent Iannece, declare as follows:

1.      I am an attorney associated with the law firm of Willkie Farr & Gallagher LLP, counsel for Defendants AdaptHealth Corp., Luke McGee, Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (collectively, the "Defendants") in the above-captioned matter.

2.      I submit this declaration in support of the Defendants' Motion Requesting Judicial Notice In Support of Motion to Dismiss the Consolidated Class Action Complaint (the "Complaint" or "Compl."). I am familiar with all of the facts and circumstances set forth herein.

3.    Attached hereto are true and correct copies of the following  documents:

| | |
|---|---|
| Exhibit  1: | AdaptHealth 2019 SEC Form 10-K (March 6, 2020).[1] *See* Compl. ¶¶ 82, 84, 140.[2] |
| Exhibit  2: | AdaptHealth 2020 SEC Form 10-K (March 16, 2021).[3] *See* Compl. ¶¶ 110-13,  120-21,  127, 139-40. |
| Exhibit  3: | AdaptHealth Q1 2020 SEC Form 10-Q (May 8, 2020).[4] *See* Compl. ¶¶ 90-91,  140. |
| Exhibit  4: | AdaptHealth Q2 2020 SEC Form 10-Q (August 6, 2020).[5]  *See* Compl. ¶¶ 95-97,  140. |
| Exhibit  5: | AdaptHealth Q3 2020 SEC Form 10-Q (November 6, 2020).[6]  *See* Compl. ¶¶ 101-103,  140. |
| Exhibit  6: | AdaptHealth Q3 2019 Financial  Results Press Release (November 13, 2019).  *See* Compl. ¶ 77. |
| Exhibit  7: | AdaptHealth Q4 2019 and FY 2019  Financial  Results Press Release (February 25, 2020).  *See* Compl. ¶ 80. |
| Exhibit  8: | AdaptHealth Q1 2020 Financial  Results Press Release (May 5, 2020). *See* Compl. ¶¶ 88. |
| Exhibit  9: | Addus HomeCare Q3 2021 Financial  Results Press Release (November 1, 2021). |
| Exhibit  10: | AdaptHealth Investor Presentation (July 2020).  *See* Compl. ¶ 27. |
| Exhibit  11: | AdaptHealth Presentation at Canaccord Genuity  Growth Conference (virtual) (August 13, 2020).  *See* Compl. ¶ 12. |
| Exhibit  12: | AdaptHealth Presentation at JPMorgan Healthcare Conference (virtual) (January 14, 2021).  *See* Compl. ¶¶ 13, 28. |

---

[1] For the convenience of the Court, excerpts of this document are provided as Exhibit 1. Complete copies of any excerpted exhibits are available  upon request.

[2] Citations  to the paragraphs of the Complaint  in  which the exhibit  is  referenced, if applicable,  are included above.

[3] Excerpts of this document are provided as Exhibit 2.

[4] Excerpts of this document are provided as Exhibit 3.

[5] Excerpts of this document are provided as Exhibit 4.

[6] Excerpts of this document are provided as Exhibit 5.

| Exhibit 13: | AdaptHealth Q4 2020 Financial Supplement (March 4, 2021). *See* Compl. ¶ 116. |
|---|---|
| Exhibit 14: | AdaptHealth Q1 2021 Financial Supplement (May 6, 2021). *See* Compl. ¶ 123. |
| Exhibit 15: | AdaptHealth Q2 2021 Financial Supplement (August 5, 2021). |
| Exhibit 16: | AdaptHealth Q3 2021 Financial Supplement (November 4, 2021). *See* Compl. ¶ 143. |
| Exhibit 17: | DFB Healthcare Acquisitions Corp. Press Release: "DFB Healthcare Acquisitions Corp. Announces Closing of Business Combination With AdaptHealth Holdings LLC" (November 8, 2019), *available at* https://www.businesswire.com/news/home/20191108005600/en/DFB-Healthcare-Acquisitions-Corp.-Announces-Closing-of-Business-Combination-With-AdaptHealth-Holdings-LLC. *See* Compl. ¶¶ 11, 76. |
| Exhibit 18: | AdaptHealth SEC Form 8-K (November 20, 2019), attaching AdaptHealth Investor Presentation (November 2019). *See* Compl. ¶ 78. |
| Exhibit 19: | AdaptHealth SEC Form 8-K (February 2, 2021).[7] |
| Exhibit 20: | AdaptHealth SEC Form 8-K (June 14, 2021). |
| Exhibit 21: | AdaptHealth SEC Form 8-K (November 13, 2019).[8] *See* Compl. ¶ 12. |
| Exhibit 22: | AdaptHealth SEC Form 8-K (May 21, 2020). |
| Exhibit 23: | AdaptHealth SEC Form 8-K (September 21, 2020). |
| Exhibit 24: | AdaptHealth SEC Form 8-K (November 19, 2021). |
| Exhibit 25: | DFB Healthcare Acquisitions Corp. SEC Schedule 14A Proxy Statement (August 19, 2019).[9] *See* Compl. ¶ 72. |
| Exhibit 26: | AdaptHealth SEC Form 8-K (August 30, 2021). |

[7] Excerpts of this document are provided as Exhibit 19.

[8] Excerpts of this document are provided as Exhibit 21.

[9] Excerpts of this document are provided as Exhibit 25.

| Exhibit 27: | AdaptHealth SEC Form 8-K (July 13, 2020). |
|---|---|
| Exhibit 28: | AdaptHealth SEC Form 8-K (July 30, 2020). |
| Exhibit 29: | AdaptHealth SEC Schedule 14A Proxy Statement (April 29, 2020). *See* Compl. ¶¶ 83, 86-87. |
| Exhibit 30: | AdaptHealth Q4 2019 Earnings Call Transcript (February 25, 2020). *See* Compl. ¶¶ 26-27, 81. |
| Exhibit 31: | AdaptHealth Q4 2020 Earnings Call Transcript (March 4, 2021). *See* Compl. ¶¶ 109, 116-19, 127. |
| Exhibit 32: | AdaptHealth SEC Form 8-K (November 4, 2021). |
| Exhibit 33: | AdaptHealth Q3 2021 SEC Form 10-Q (November 9, 2021).[10] |
| Exhibit 34: | AdaptHealth Q2 2020 Financial Results Press Release (August 4, 2020). *See* Compl. ¶ 93. |
| Exhibit 35: | AdaptHealth Q3 2020 Financial Results Press Release (November 4, 2020). *See* Compl. ¶ 99. |
| Exhibit 36: | AdaptHealth Q4 2020 and FY 2020 Financial Results Press Release (March 4, 2021). *See* Compl. ¶¶ 30, 108. |
| Exhibit 37: | AdaptHealth SEC Form 8-K (May 6, 2021). |
| Exhibit 38: | AdaptHealth SEC Form 8-K (August 5, 2021). |
| Exhibit 39: | AdaptHealth Q2 2021 Earnings Call Transcript (August 5, 2021). *See* Compl. ¶¶ 38-39, 142. |
| Exhibit 40: | AdaptHealth Q1 2021 Earnings Call Transcript (May 6, 2021). *See* Compl. ¶¶ 33, 122-24, 127. |
| Exhibit 41: | AdaptHealth Q1 2021 SEC Form 10-Q (May 10, 2021).[11] *See* Compl. ¶¶ 40, 126-27, 140. |
| Exhibit 42: | Analyst Report: "AHCO anonymous short report fuels uncertainty; reiterate Buy," Deutsche Bank Research Report (July 19, 2021). |

[10] Excerpts of this document are provided as Exhibit 33.

[11] Excerpts of this document are provided as Exhibit 41.

| Exhibit 43: | Analyst Report: "2Q beat with another 2021 guidance raise," Canaccord Genuity Report (August 5, 2021). *See* Compl. ¶ 127. |
|---|---|
| Exhibit 44: | Short Report: "Not Just a Roll-Up, But a Coverup: Is AHCO the Next MDCA?," Jehoshapat Research (July 19, 2021), *available at* https://jehoshaphatresearch.com/wp-content/uploads/AHCO-Short-Report-by-Jehoshaphat-Research.pdf. *See* Compl. ¶¶ 7, 36-37, 127, 134-35, 140-41, 144, 147, 154. |
| Exhibit 45: | Jehoshapat Research website, "About us," *available at* https://jehoshaphatresearch.com/about-us/. |
| Exhibit 46: | Analyst Report: "All Bark, no Bite," Deutsche Bank Research Report (August 11, 2021). |
| Exhibit 47: | Analyst Report: "10% Organic Growth, Check. $300MM Acquired Revs, Check. Guidance Raise, Check," Jefferies Equity Research Report (August 10, 2021). *See* Compl. ¶ 127. |
| Exhibit 48: | AdaptHealth Q1 2020 Earnings Call Transcript (May 5, 2020). *See* Compl. ¶¶ 32, 89. |
| Exhibit 49: | AdaptHealth Q2 2020 Earnings Call Transcript (August 4, 2020). *See* Compl. ¶¶ 29, 32, 90, 94. |
| Exhibit 50: | AdaptHealth Q3 2020 Earnings Call Transcript (November 4, 2020). *See* Compl. ¶¶ 29, 32, 100. |
| Exhibit 51: | AdaptHealth Board of Directors' Statement on Co-Chief Executive Officer Luke McGee (April 13, 2021). *See* Compl. ¶¶ 7, 34, 128, 152-53. |
| Exhibit 52: | AdaptHealth SEC Form 424(b)(5) Prospectus Supplement (January 4, 2021).[12] *See* Compl. ¶¶ 9, 14, 105-106, 165-66. |
| Exhibit 53: | AdaptHealth Q3 2021 Earnings Call Transcript (November 4, 2021). *See* Compl. ¶¶ 9, 14, 105-106, 165-66. |
| Exhibit 54: | Analyst Report: "Co-CEO removal doesn't create leadership void," BofA Global Research Report (April 14, 2021). *See* Compl. ¶ 130. |

---

[12] Excerpts of this document are provided as Exhibit 52.

| Exhibit 55: | Analyst Report: "Board places Co-CEO on leave following Denmark legal charges," Canaccord Genuity Report (April 13, 2021). *See* Compl. ¶¶ 130-31. |
|---|---|
| Exhibit 56: | Analyst Report: "Never a good headline, Co-CEO placed on unpaid leave," Deutsche Bank Research Report (April 13, 2021). *See* Compl. ¶¶ 130, 132. |
| Exhibit 57: | Analyst Report: "Thesis Hasn't Changed With Co-CEO Going on Leave; Pullback Opens Buying Oppty," Jefferies Equity Research Report (April 13, 2021). |
| Exhibit 58: | Luke McGee SEC Form 4 (December 9, 2020). *See* Compl. ¶ 146. |
| Exhibit 59: | Luke McGee SEC Form 4 (January 5, 2021). |
| Exhibit 60: | Stephen Griggs SEC Form 4 (February 3, 2021). |
| Exhibit 61: | Stephen Griggs SEC Form 4 (May 24, 2021). |
| Exhibit 62: | Jason Clemens SEC Form 4 (August 12, 2020). |
| Exhibit 63: | Jason Clemens SEC Form 4 (February 1, 2021). |
| Exhibit 64: | "More businesses are trying co-CEO leadership models," Digiday (March 11, 2021), *available at* https://bit.ly/3KuWaKH. |
| Exhibit 65: | "Is CEO a Two-Person Job?," Harvard Business Review (September 15, 2020), *available at* https://hbr.org/2020/09/is-ceo-a-two-person-job. |
| Exhibit 66: | "Salesforce Joins the List of Companies With Two CEOs. Here's a Look at How They're Doing," TheStreet (December 1, 2021), *available at* https://www.thestreet.com/technology/salesforce-joins-the-list-of-companies-with-two-ceos-heres-a-look-at-how-theyre-doing. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of January, 2022.

_____

Vincent P. Iannece