# Exhibit 3

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM  10-Q

**X**     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2020**

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-38399**

## AdaptHealth Corp.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **82-3677704** |
| (State of Other Jurisdiction of incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **220 West Germantown Pike Suite 250,  Plymouth Meeting,  PA** | **19462** |
| (Address of principal executive offices) | (Zip code) |

**Registrant's telephone number, including area code: (610)  630-6357**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name Of Each Exchange On Which Registered |
|---|---|---|
| **Class A Common Stock, par value $0.0001 per share** | **AHCO** | **The Nasdaq Stock Market LLC** |

**Securities registered pursuant to Section 12(g) of the Act:  None**

Indicate by check mark whether the registrant:  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes **X**    No ☐

Indicate by check mark whether the Registrant has submitted electronically; every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.0405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes **X**    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer ☐ | Accelerated filer **X** | Non-accelerated filer ☐ | Smaller reporting company **X** |
| | | | Emerging growth company **X** |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No **X**

As of May 1, 2020, there were 45,432,240 shares of the Registrant's Class A Common Stock issued and outstanding and 28,610,250 shares of the Registrant's Class B Common Stock issued and outstanding.

**TABLE OF CONTENTS**

|  | Page Number |
|---|---|
| **PART I FINANCIAL INFORMATION** |  |
| Item 1. Consolidated Interim Financial Statements (Unaudited) |  |
| Consolidated Balance Sheets as of March 31, 2020 and December 31, 2019 | 3 |
| Consolidated Statements of Operations for the three months ended March 31, 2020 and 2019 | 4 |
| Consolidated Statements of Comprehensive Loss for the three months ended March 31, 2020 and 2019 | 5 |
| Consolidated Statements of Changes in Stockholders' Deficit for the three months ended March 31, 2020 and 2019 | 6 |
| Consolidated Statements of Cash Flows for the three months ended March 31, 2020 and 2019 | 7 |
| Notes to Consolidated Interim Financial Statements | 8 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 38 |
| Item 4. Controls and Procedures | 38 |
|  |  |
| **PART II OTHER INFORMATION** | 39 |
| Item 1. Legal Proceedings | 39 |
| Item 1A. Risk Factors | 39 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 42 |
| Item 3. Defaults upon Senior Securities | 42 |
| Item 4. Mine Safety Disclosure | 42 |
| Item 5. Other Information | 42 |
| Item 6. Exhibits | 42 |
| **Signatures** | 46 |

**CAUTIONARY STATEMENT**

In this Quarterly Report on Form 10-Q, including "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Part I Item 2, and the documents incorporated by reference herein, we make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements relate to expectations for future financial performance, business strategies or expectations for our business. These statements may be preceded by, followed by or include the words "may," "might," "will," "will likely result," "should," "estimate," "plan," "project," "forecast," "intend," "expect," "anticipate," "believe," "seek," "continue," "target" or similar expressions.

These forward-looking statements are based on information available to us as of the date they were made, and involve a number of risks and uncertainties which may cause them to turn out to be wrong. Accordingly, forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we do not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. As a result of a number of known and unknown risks and uncertainties, our actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include:

- the ability to maintain the listing of our Class A Common Stock on Nasdaq;

- competition and the ability of our business to grow and manage growth profitably;

- changes in applicable laws or regulations;

- fluctuations in the U.S. and/or global stock markets;

- the possibility that we may be adversely affected by other economic, business, and/or competitive factors;

- the impact of the recent coronavirus (COVID-19) pandemic and our response to it; and

- other risks and uncertainties set forth in this Form 10-Q, as well as all documents incorporated by reference herein.

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Consolidated Balance Sheets**
**(Unaudited)**

| | March 31, 2020 | December 31, 2019 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 48,163,701 | $ 76,878,134 |
| Accounts receivable | 118,650,575 | 78,619,230 |
| Inventory | 17,967,948 | 13,239,037 |
| Prepaid and other current assets | 9,759,439 | 12,678,423 |
| Total current assets | 194,541,663 | 181,414,824 |
| Equipment and other fixed assets, net | 87,300,924 | 63,559,080 |
| Goodwill | 340,806,853 | 266,790,518 |
| Other assets | 5,670,301 | 6,851,892 |
| Deferred tax assets | 33,518,857 | 27,505,379 |
| Total Assets | $ 661,838,598 | $ 546,121,693 |
| **Liabilities and Stockholders' Deficit** | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 136,071,887 | $ 102,728,093 |
| Current portion of capital lease obligations | 20,421,195 | 19,749,854 |
| Current portion of long-term debt | 2,615,705 | 1,721,132 |
| Contract liabilities | 15,584,066 | 9,556,423 |
| Other liabilities | 16,459,388 | 17,138,684 |
| Total current liabilities | 191,152,241 | 150,894,186 |
| Long-term debt, less current portion | 463,552,896 | 395,111,563 |
| Other long-term liabilities | 36,580,187 | 29,364,151 |
| Total Liabilities | 691,285,324 | 575,369,900 |
| Commitments and contingencies (note 14) | | |
| Stockholders' Deficit | | |
| Class A Common Stock, par value of $0.0001 per share, 210,000,000 shares authorized; 43,354,251 and 40,816,292 shares issued and outstanding as of March 31, 2020 and December 31, 2019, respectively | 4,336 | 4,082 |
| Class B Common Stock, par value of $0.0001 per share, 35,000,000 shares authorized; 30,563,799 and 31,563,799 shares issued and outstanding as of March 31, 2020 and December 31, 2019, respectively | 3,056 | 3,156 |
| Preferred Stock, par value of $0.0001 per share, 5,000,000 shares authorized; 0 shares issued and outstanding as of March 31, 2020 and December 31, 2019 | — | — |
| Additional paid-in capital | 21,843,967 | 11,252,052 |
| Accumulated deficit | (27,367,676) | (27,209,514) |
| Accumulated other comprehensive (loss) income | (5,139,138) | 1,431,029 |
| Total stockholders' deficit attributable to AdaptHealth Corp. | (10,655,455) | (14,519,195) |
| Noncontrolling interests in subsidiaries | (18,791,271) | (14,729,012) |
| Total Stockholders' Deficit | (29,446,726) | (29,248,207) |
| Total Liabilities and Stockholders' Deficit | $ 661,838,598 | $ 546,121,693 |

See accompanying notes to consolidated interim financial statements.

3

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Consolidated Statements of Operations**
**(Unaudited)**

| | Three Months Ended March 31, | |
| | 2020 | 2019 |
|---|---|---|
| Net revenue | $ 191,439,034 | $ 119,498,274 |
| Costs and expenses: | | |
| Cost of net revenue | 166,539,690 | 100,226,876 |
| General and administrative expenses | 14,346,919 | 13,082,631 |
| Depreciation, excluding patient equipment depreciation | 1,241,837 | 840,722 |
| Total costs and expenses | 182,128,446 | 114,150,229 |
| Operating income | 9,310,588 | 5,348,045 |
| Interest expense, net | 7,938,243 | 6,260,331 |
| Loss on extinguishment of debt | — | 2,121,451 |
| Income (loss) before income taxes | 1,372,345 | (3,033,737) |
| Income tax expense | 1,106,722 | 2,418,441 |
| Net income (loss) | 265,623 | (5,452,178) |
| Income attributable to noncontrolling interests | 423,785 | 348,139 |
| Net loss attributable to AdaptHealth Corp. | $ (158,162) | $ (5,800,317) |
| | | |
| Net loss per common share attributable to AdaptHealth Corp.: | | |
| Basic and diluted | $ — | $ (0.42) |
| Weighted average shares outstanding for net loss attributable to AdaptHealth Corp.: | | |
| Basic and diluted | 41,976,560 | 13,863,570 |

See accompanying notes to consolidated interim financial statements.

4

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Consolidated Statements of Comprehensive Loss**
**(Unaudited)**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | | 2020 | | 2019 |
| Net income (loss) | $ | 265,623 | $ | (5,452,178) |
| Other comprehensive loss: | | | | |
| Interest rate swap agreements, inclusive of reclassification adjustment | | (11,417,216) | | — |
| Comprehensive loss | | (11,151,593) | | (5,452,178) |
| | | | | |
| Income attributable to noncontrolling interests | | 423,785 | | 348,139 |
| Comprehensive loss attributable to AdaptHealth Corp. | $ | (11,575,378) | $ | (5,800,317) |

See accompanying notes to consolidated interim financial statements.

5

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Consolidated Statements of Changes in Stockholders' Deficit**
**(Unaudited)**

| | Class A Common Stock Shares | Amount | Class B Common Stock Shares | Amount | Additional paid-in capital | Members' interest | Controlling interest members' deficit | Accumulated deficit | Accumulated other comprehensive income (loss) | Noncontrolling interests in subsidiaries | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2019 | 40,816,292 | $ 4,082 | 31,563,799 | $ 3,156 | $11,252,052 | $ — | $ — | $(27,209,514) | $ 1,431,029 | $ (14,729,012) | $(29,248,207) |
| Issuance of Class A Common Stock for an acquisition | 386,874 | 39 | — | — | 6,247,976 | — | — | — | — | — | 6,248,015 |
| Exchange of Class B Common Stock for Class A Common Stock | 1,000,000 | 100 | (1,000,000) | (100) | (361,005) | — | — | — | — | 361,005 | — |
| Cashless exercise of warrants | 1,092,468 | 109 | — | — | (109) | — | — | — | — | — | — |
| Equity-based compensation | 58,617 | 6 | — | — | 2,222,603 | — | — | — | — | — | 2,222,609 |
| Net income (loss) | — | — | — | — | — | — | — | (158,162) | — | 423,785 | 265,623 |
| Equity activity resulting from Tax Receivable Agreement | — | — | — | — | 2,482,450 | — | — | — | — | — | 2,482,450 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | (6,570,167) | (4,847,049) | (11,417,216) |
| Balance, March 31, 2020 | 43,354,251 | $ 4,336 | 30,563,799 | $ 3,056 | $21,843,967 | $ — | $ — | $(27,367,676) | $ (5,139,138) | $ (18,791,271) | $(29,446,726) |

| | Class A Common Stock Shares | Amount | Class B Common Stock Shares | Amount | Additional paid-in capital | Members' interest | Controlling interest members' deficit | Accumulated deficit | Accumulated other comprehensive income | Noncontrolling interests in subsidiaries | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2018 | — | $ — | — | $ — | $ — | $ 113,274,181 | $ (13,370,648) | $ — | $ — | $ 2,865,125 | $ 102,768,658 |
| Issuance of members' interest, net of offering costs of $837,156 | — | — | — | — | — | 19,162,844 | — | — | — | — | 19,162,844 |
| Redemption of members' interest | — | — | — | — | — | (2,112,500) | (1,600,955) | — | — | — | (3,713,455) |
| Distributions to members | — | — | — | — | — | — | (250,000,000) | — | — | — | (250,000,000) |
| Equity-based compensation | — | — | — | — | — | 5,223,108 | — | — | — | — | 5,223,108 |
| Net income (loss) | — | — | — | — | — | — | (5,800,317) | — | — | 348,139 | (5,452,178) |
| Balance, March 31, 2019 | — | $ — | — | $ — | $ — | $ 135,547,633 | $ (270,771,920) | $ — | $ — | $ 3,213,264 | $ (132,011,023) |

See accompanying notes to consolidated interim financial statements.

6

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Consolidated Statements of Cash Flows**
**(Unaudited)**

| | Three Months Ended March 31, | |
| | 2020 | 2019 |
|---|---:|---:|
| Cash flows from operating activities: | | |
| Net income (loss) | $ 265,623 | $ (5,452,178) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation, including patient equipment depreciation | 16,740,154 | 14,971,628 |
| Equity-based compensation | 2,222,609 | 5,223,108 |
| Deferred income tax | 479,092 | 1,483,430 |
| Change in fair value of interest rate swaps, net of reclassification adjustment | (707,381) | 2,702,400 |
| Change in fair value of contingent consideration | (2,000,000) | — |
| Amortization of deferred financing costs | 391,591 | 136,801 |
| Write-off of deferred financing costs | — | 2,121,451 |
| Gain on sale of investment | (590,701) | — |
| Changes in operating assets and liabilities, net of effects from acquisitions: | | |
| Accounts receivable | (20,457,579) | (8,636,030) |
| Inventory | 51,528 | (161,065) |
| Prepaid and other assets | 3,908,676 | (172,468) |
| Accounts payable and accrued expenses | 24,076,642 | 4,015,039 |
| Net cash provided by operating activities | 24,380,254 | 16,232,116 |
| Cash flows from investing activities: | | |
| Purchases of equipment and other fixed assets | (7,534,433) | (5,297,940) |
| Proceeds from sale of investment | 2,045,701 | — |
| Payments for business acquisitions, net of cash acquired | (105,840,930) | (20,881,343) |
| Net cash used in investing activities | (111,329,662) | (26,179,283) |
| Cash flows from financing activities: | | |
| Proceeds from borrowings on long-term debt and lines of credit | 70,000,000 | 317,000,000 |
| Repayments on long-term debt and lines of credit | (984,480) | (151,916,121) |
| Payments on capital leases | (10,780,545) | (9,874,276) |
| Proceeds from issuance of promissory note payable | — | 100,000,000 |
| Proceeds from issuance of members' interests | — | 20,000,000 |
| Payments for equity issuance costs | — | (837,156) |
| Payments of deferred financing costs | — | (9,027,753) |
| Distributions to members | — | (250,000,000) |
| Payment of contingent consideration | — | (12,000,000) |
| Payments for redemption of members' interests | — | (3,713,455) |
| Net cash provided by (used in) financing activities | 58,234,975 | (368,761) |
| Net decrease in cash and cash equivalents | (28,714,433) | (10,315,928) |
| Cash and cash equivalents at beginning of period | 76,878,134 | 25,185,681 |
| Cash and cash equivalents at end of period | $ 48,163,701 | $ 14,869,753 |
| Supplemental disclosures: | | |
| Cash paid for interest | $ 7,704,405 | $ 2,829,928 |
| Cash paid for income taxes | 2,085,831 | 39,244 |
| Noncash investing and financing activities: | | |
| Equipment acquired under capital lease obligations | $ 9,757,735 | $ 8,564,442 |
| Unpaid equipment and other fixed asset purchases at end of period | 7,814,170 | 11,073,629 |
| Equity consideration issued in connection with an acquisition | 6,248,015 | — |
| Contingent purchase price in connection with an acquisition | — | 1,500,000 |
| Seller note issued in connection with an acquisition | — | 2,000,000 |

See accompanying notes to consolidated interim financial statements.

7

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements**
**(Unaudited)**

**(1)**
**General Information**

AdaptHealth Corp. and subsidiaries (AdaptHealth or the Company), f/k/a DFB Healthcare Acquisitions Corp. (DFB) is a leading provider of home healthcare equipment, medical supplies to the home and related services in the United States. AdaptHealth focuses primarily on providing (i) sleep therapy equipment, supplies and related services (including CPAP and bi-PAP services) to individuals suffering from obstructive sleep apnea (OSA), (ii) home medical equipment (HME) to patients discharged from acute care and other facilities, (iii) oxygen and related chronic therapy services in the home, and (iv) other HME medical devices and supplies on behalf of chronically ill patients with diabetes care, wound care, urological, ostomy and nutritional supply needs. AdaptHealth services beneficiaries of Medicare, Medicaid and commercial insurance payors.

On July 8, 2019, AdaptHealth Holdings LLC (AdaptHealth Holdings) entered into an Agreement and Plan of Merger (the Merger Agreement), as amended on October 15, 2019, with DFB, pursuant to which AdaptHealth Holdings combined with DFB (the Business Combination). The Business Combination closed on November 8, 2019. Refer to Note 3, *Significant Transactions*, for additional information regarding the Business Combination.

Unless the context otherwise requires, "the Company", "we," "us," and "our" refer, for periods prior to the closing of the Business Combination, to AdaptHealth Holdings and its subsidiaries and, for periods upon or after the closing of the Business Combination, to AdaptHealth Corp. and its subsidiaries, including AdaptHealth Holdings and its subsidiaries.

The consolidated interim financial statements are unaudited, but reflect all normal recurring adjustments that are, in the opinion of management, necessary to fairly present the information set forth herein. The interim consolidated financial statements should be read in conjunction with the audited consolidated financial statements and related notes included in the Company's Annual Report on Form 10-K for the year ended December 31, 2019. Interim results are not necessarily indicative of the results for a full year.

There have been no material changes in the Company's significant accounting policies as compared to the significant accounting policies described in the Company's Annual Report on Form 10-K for the year ended December 31, 2019.

**(a)      Basis of Presentation**

The consolidated interim financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America (U.S. GAAP). In the opinion of management, the consolidated interim financial statements include all necessary adjustments for a fair presentation of the financial position and results of operations for the periods presented.

The Business Combination was accounted for as a reverse recapitalization, with DFB treated as the acquired company and AdaptHealth Holdings as the acquirer, for financial reporting purposes. Therefore, the equity structure has been restated to that of the Company.

The Company is an "emerging growth company," as defined in Section 2(a) of the Securities Act of 1933, as amended, (the Securities Act), as modified by the Jumpstart our Business Startups Act of 2012, (the JOBS Act), and it may take advantage of certain exemptions from various reporting requirements that are applicable to other public companies that are not emerging growth companies including, but not limited to, not being required to comply with the auditor attestation requirements of Section 404 of the Sarbanes-Oxley Act, reduced disclosure obligations regarding executive compensation in its periodic reports and proxy statements, and other exemptions.

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings**

AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims that could materially impact its financial condition or results of operations.

In addition, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019, AdaptHealth received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. At this time, AdaptHealth Holdings cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further.

**Item 1A. Risk Factors**

Factors that could cause our actual results to differ materially from those in this report are any of the risks disclosed in our Annual Report on Form 10-K for the year ended December 31, 2019 filed with the SEC on March 6, 2020. Any of those factors could result in a significant or material adverse effect on our results of operations or financial condition. Additional risk factors not presently known to us or that we currently deem immaterial may also impair our business or results of operations.

The following risk factors are provided to update the risk factors previously disclosed under the heading "Risk Factors" in the Company's Annual Report on Form 10-K for the year ended December 31, 2019.

*The recent coronavirus (COVID-19) pandemic and the global attempt to contain it may harm our business, results of operations and ability to execute on our business plan.*

The global spread of the coronavirus (COVID-19) and the various attempts to contain it have created significant volatility, uncertainty and economic disruption. In response to government mandates, health care advisories and otherwise responding to employee, customer and supplier concerns, we have altered certain aspects of our operations. Our workforce has had to spend a significant amount of time working from home, which impacts their productivity. While many of our operations can be performed remotely, there is no guarantee that we will be as effective while working remotely because our team is dispersed, many employees may have additional personal needs to attend to (such as looking after children as a result of school closures or family who become sick), and employees may become sick themselves and be unable to work. Our suppliers and vendors have similarly had their operations altered. To the extent the resulting economic disruption is severe, we could see some vendors go out of business, resulting in supply constraints and increased costs or delays in meeting the needs of our patients.

The full extent to which the COVID-19 pandemic and the various responses to it impacts our business, operations and financial results will depend on numerous other evolving factors that we may not be able to accurately predict, including:

- the duration and scope of the pandemic;

- governmental, business and individuals' actions that have been and continue to be taken in response to the pandemic;

- the availability and cost to access the capital markets;

- our ability to pursue, diligence, finance and integrate acquisitions,

- our ability to comply with financial and operating covenants in our debt and operating lease agreements;

- potential for goodwill impairment charges;

- our ability to comply with the requirements necessary to retain the CARES Act provider relief funds we received;

- the effect on our patients, physician and facility referral sources and demand for and ability to pay for medical services;

- disruptions or restrictions on our employees' ability to travel and to work, including as a result of their health and wellbeing;

- availability of third-party providers to whom we outsource portions of our internal business functions, including billing and administrative functions relating to revenue cycle management; and

- increased cybersecurity risks as a result of remote working condition.

During the COVID-19 crisis, we may not be able to provide the same level of service and products that our patients, physicians and facility referral sources are used to, which could negatively impact their perception of our products or services. Furthermore, given increased government expenditures associated with their COVID-19 response, we could see increased government obligations which could negatively impact our results of operations.

We will continue to actively monitor the issues raised by the COVID-19 pandemic and may take further actions that alter our business operations, as may be required by federal, state, or local authorities, or that we determine are in the best interests of our employees, customers, and stockholders. It is not clear what the potential effects any such alterations or modifications may have on our business, including the effects on our customers, suppliers or vendors, or on our financial results.

The potential effects of COVID-19 could also heighten the risks disclosed in many of our risk factors that are included in Part I, Item 1A, Risk Factors, in our 2019 Annual Report, including as a result of, but not limited to, the factors described above. Because the COVID-19 situation is unprecedented and continuously evolving, the other potential impacts to our risk factors that are further described in our 2019 Annual Report are uncertain. See Item 1A, Risk Factors, in our 2019 Annual Report.

***AdaptHealth's reliance on relatively few suppliers for the majority of its patient service equipment and supplies could adversely affect AdaptHealth's ability to operate.***

AdaptHealth currently relies on a relatively small number of suppliers to provide it with the majority of its patient service equipment and supplies. Significant price increases, or disruptions in the ability to obtain such equipment and supplies from existing suppliers, may force AdaptHealth to use alternative suppliers. Additionally, any new excise taxes imposed on manufacturers of certain medical equipment could be passed on to customers, such as AdaptHealth. Such manufacturers may be forced to make other changes to their products or manufacturing processes that are unacceptable to AdaptHealth, resulting in a need to change suppliers. Any change in suppliers AdaptHealth uses could cause delays in the delivery of such products and possible losses in revenue, which could adversely affect AdaptHealth's results of operations. In addition, alternative suppliers may not be available, or may not provide their products and services at similar or favorable prices. If AdaptHealth cannot obtain the patient service equipment and supplies it currently uses, or alternatives at similar or favorable prices, AdaptHealth's ability to provide such products may be severely impacted, which could have an adverse effect on its business, financial condition, results of operations, cash flow, capital resources and liquidity. In December 2019, the novel strain of coronavirus began to impact the population

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Luke McGee, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

May 8, 2020                                              /s/  Luke McGee
                                                        Luke McGee
                                                        Chief Executive Officer and Director
                                                        (Principal Executive Officer)

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Gregg Holst, certify that:

1.  I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

May 8, 2020                                          /s/  Gregg Holst
                                                     Gregg Holst
                                                     Chief Financial Officer
                                                     (Principal Financial and Accounting Officer)

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350**
**AS REQUIRED BY**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of AdaptHealth Corp. (the "Company") on Form 10-Q for the quarter ended March 31, 2020, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), the undersigned hereby certify that to the best of our knowledge:

1. The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

| May 8, 2020 | /s/ Luke McGee | Chief Executive Officer and Director |
|---|---|---|
| | Luke McGee | (Principal Executive Officer) |
| May 8, 2020 | /s/ Gregg Holst | Chief Financial Officer |
| | Gregg Holst | (Principal Financial and Accounting Officer) |