# Exhibit 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-Q

**X**    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2020**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-38399**

## AdaptHealth Corp.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **82-3677704** |
| (State of Other Jurisdiction of incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **220 West Germantown Pike Suite 250, Plymouth Meeting, PA** | **19462** |
| (Address of principal executive offices) | (Zip code) |

**Registrant's telephone number, including area code: (610) 630-6357**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name Of Each Exchange On Which Registered |
|---|---|---|
| Class A Common Stock, par value $0.0001 per share | AHCO | The Nasdaq Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:  None**

Indicate by check mark whether the registrant:  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes **x**    No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.0405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes **x**    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer ☐ | Accelerated filer **x** | Non-accelerated filer ☐ | Smaller reporting company **x** |
| | | | Emerging growth company **x** |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No **x**

As of November 4, 2020, there were 63,882,204 shares of the Registrant's Class A Common Stock issued and outstanding and 25,751,706 shares of the Registrant's Class B Common Stock issued and outstanding.

**ADAPTHEALTH CORP.**

**FORM 10-Q**
**TABLE OF CONTENTS**

| | Page Number |
|---|---|
| **PART I FINANCIAL INFORMATION** | |
| Item 1. Consolidated Interim Financial Statements (Unaudited) | |
| Consolidated Balance Sheets as of September 30, 2020 and December 31, 2019 | 5 |
| Consolidated Statements of Operations for the three and nine months ended September 30, 2020 and 2019 | 6 |
| Consolidated Statements of Comprehensive Income (Loss) for the three and nine months ended September 30, 2020 and 2019 | 7 |
| Consolidated Statements of Changes in Stockholders' Equity (Deficit) for the three and nine months ended September 30, 2020 and 2019 | 8 |
| Consolidated Statements of Cash Flows for the nine months ended September 30, 2020 and 2019 | 10 |
| Notes to Consolidated Interim Financial Statements | 11 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 52 |
| Item 4. Controls and Procedures | 52 |
| **PART II OTHER INFORMATION** | 53 |
| Item 1. Legal Proceedings | 53 |
| Item 1A. Risk Factors | 53 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 78 |
| Item 3. Defaults upon Senior Securities | 79 |
| Item 4. Mine Safety Disclosure | 79 |
| Item 5. Other Information | 79 |
| Item 6. Exhibits | 79 |
| **Signatures** | 82 |

**CERTAIN DEFINED TERMS**

Throughout this Quarterly Report on Form 10-Q, unless otherwise specified or the context so requires:

"*A Blocker*" means Access Point Medical, Inc., a Delaware corporation;

"*A Blocker Seller*" means Clifton Bay Offshore Investments L.P., a British Virgin Islands limited partnership;

"*A&R AdaptHealth Holdings LLC Agreement*" means the Fifth Amended and Restated Limited Liability Company Agreement of AdaptHealth Holdings, dated as of November 8, 2019;

"*AdaptHealth Holdings*" means AdaptHealth Holdings LLC, a Delaware limited liability company;

"*AdaptHealth Units*" means units of AdaptHealth Holdings;

"*Blocker Companies*" means A Blocker and BM Blocker;

"*Blocker Sellers*" means A Blocker Seller and the BlueMountain Entities;

"*BlueMountain Entities*" means BM AH Holdings, LLC, BlueMountain Summit Opportunities Fund II (US) L.P., BMSP L.P., BlueMountain Foinaven Master Fund L.P. and BlueMountain Fursan Fund L.P., collectively;

"*BM Blocker*" means BM AH Holdings, LLC, a Delaware limited liability company;

"*BM Notes*" means, collectively, the Promissory Notes, dated as of November 8, 2019, and Amended and Restated Promissory Notes, dated as of March 20, 2019, issued by AdaptHealth Holdings in favor of affiliates of BlueMountain Capital Management, LLC, which amended and restated the Promissory Notes, dated as March 20, 2019, issued by AdaptHealth Holdings in favor of affiliates of BlueMountain Capital Management, LLC;

"*Business Combination*" means our business combination with AdaptHealth Holdings, which we completed on November 8, 2019;

"*Class A Common Stock*" means our Class A Common Stock, par value $0.0001 per share, created on the Closing;

"*Class B Common Stock*" means our Class B Common Stock, par value $0.0001 per share, created on the Closing;

"*Closing*" means the closing of the Business Combination;

"*Common Stock*" means our Class A Common Stock and our Class B Common Stock, collectively;

"*Consideration Unit*" means one AdaptHealth Unit together with one share of Class B Common Stock;

"*Deerfield Private Design Fund IV*" means Deerfield Private Design Fund IV, L.P., a Delaware limited partnership;

"*Deerfield Subscription Agreement*" means the Amended and Restated Subscription Agreement, dated as of October 15, 2019, among DFB, Deerfield Private Design Fund IV and RAB Ventures (DFB) LLC;

"*Exchange Agreement*" means the Exchange Agreement, dated as of November 8, 2019, by and among AdaptHealth, AdaptHealth Holdings, and holders of AdaptHealth Units;

2

"*OEP Purchaser*" means OEP AHCO Investment Holdings, LLC, a Delaware limited liability company;

"*Put/Call Agreement*" means the Put/Call Option and Consent Agreement, dated as of May 25, 2020, by and among the Company, AdaptHealth Holdings, BlueMountain Foinaven Master Fund L.P., BMSB L.P., BlueMountain Fursan Fund L.P. and BlueMountain Summit Opportunities Fund II (US) L.P., as amended on October 16, 2020;

"*Registration Rights Agreement*" means the Registration Rights Agreement, dated as of November 8, 2019, by and among AdaptHealth, AdaptHealth Holdings, and certain investors party thereto, as amended on June 24, 2020;

"*Series A Preferred Stock*" means the series of preferred stock of the Company designated as "Series A Convertible Preferred Stock," par value $0.0001 per share;

"*Series B-1 Preferred Stock*" means the series of preferred stock of the Company designated as "Series B-1 Convertible Preferred Stock," par value $0.0001 per share;

"*Series B-2 Preferred Stock*" means the series of preferred stock of the Company designated as "Series B-2 Convertible Preferred Stock," par value $0.0001 per share;

"*Solara*" means Solara Holdings, LLC, a Delaware limited liability company;

"*Sponsor*" means Deerfield/RAB Ventures LLC;

"*Tax Receivable Agreement*" means the Tax Receivable Agreement, dated as of November 8, 2019, by and among AdaptHealth, AdaptHealth Holdings, and holders of AdaptHealth Units; and

"*Warrants*" means, collectively, the warrants that were issued in our initial public offering (our "IPO") pursuant to the registration statement declared effective on February 15, 2018 and which were redeemed on September 2, 2020 (the "*public warrants*") and the warrants initially issued to our Sponsor in a private placement that occurred simultaneously with our IPO (the "*private placement warrants*"), which private placement warrants have been distributed from the Sponsor to its members.

3

**CAUTIONARY STATEMENT**

In this Quarterly Report on Form 10-Q, including "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Part I Item 2, and the documents incorporated by reference herein, we make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements relate to expectations for future financial performance, business strategies or expectations for our business. These statements may be preceded by, followed by or include the words "may," "might," "will," "will likely result," "should," "estimate," "plan," "project," "forecast," "intend," "expect," "anticipate," "believe," "seek," "continue," "target" or similar expressions.

These forward-looking statements are based on information available to us as of the date they were made, and involve a number of risks and uncertainties which may cause them to turn out to be wrong. Accordingly, forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we do not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. As a result of a number of known and unknown risks and uncertainties, our actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include:

- the ability to maintain the listing of our Class A Common Stock on Nasdaq;

- competition and the ability of our business to grow and manage growth profitably;

- changes in applicable laws or regulations;

- fluctuations in the U.S. and/or global stock markets;

- the possibility that we may be adversely affected by other economic, business, and/or competitive factors;

- the impact of the coronavirus (COVID-19) pandemic and our response to it; and

- other risks and uncertainties set forth in this Form 10-Q, as well as all documents incorporated by reference herein.

**PART I – FINANCIAL INFORMATION**
*Item 1. Consolidated Interim Financial Statements*

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(IN THOUSANDS, EXCEPT SHARE AND PER SHARE DATA)**
**(UNAUDITED)**

| | September 30, 2020 | December 31, 2019 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 272,318 | $ 76,878 |
| Accounts receivable | 147,335 | 78,619 |
| Inventory | 46,477 | 13,239 |
| Prepaid and other current assets | 18,255 | 12,679 |
| Total current assets | 484,385 | 181,415 |
| Equipment and other fixed assets, net | 101,656 | 63,559 |
| Goodwill | 810,480 | 266,791 |
| Identifiable intangible assets, net | 94,725 | — |
| Other assets | 6,466 | 6,851 |
| Deferred tax assets | 51,114 | 27,505 |
| Total Assets | $ 1,548,826 | $ 546,121 |
| **Liabilities and Stockholders' Equity (Deficit)** | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 192,337 | $ 102,728 |
| Current portion of capital lease obligations | 19,699 | 19,750 |
| Current portion of long-term debt | 8,479 | 1,721 |
| Contract liabilities | 13,231 | 9,556 |
| Other liabilities | 81,059 | 17,139 |
| Total current liabilities | 314,805 | 150,894 |
| Long-term debt, less current portion | 722,730 | 395,112 |
| Other long-term liabilities | 71,576 | 29,364 |
| Total Liabilities | 1,109,111 | 575,370 |
| Commitments and contingencies (note 14) | | |
| Stockholders' Equity (Deficit) | | |
| Class A Common Stock, par value of $0.0001 per share, 210,000,000 shares authorized; 62,680,967 and 40,816,292 shares issued and outstanding as of September 30, 2020 and December 31, 2019, respectively | 6 | 4 |
| Class B Common Stock, par value of $0.0001 per share, 35,000,000 shares authorized; 25,874,704 and 31,563,799 shares issued and outstanding as of September 30, 2020 and December 31, 2019, respectively | 3 | 3 |
| Preferred Stock, par value of $0.0001 per share, 5,000,000 shares authorized; 183,560 and 0 shares issued and outstanding as of September 30, 2020 and December 31, 2019, respectively | 1 | — |
| Additional paid-in capital | 476,861 | 11,252 |
| Accumulated deficit | (23,130) | (27,210) |
| Accumulated other comprehensive (loss) income | (5,111) | 1,431 |
| Total stockholders' equity (deficit) attributable to AdaptHealth Corp. | 448,630 | (14,520) |
| Noncontrolling interests in subsidiaries | (8,915) | (14,729) |
| Total stockholders' equity (deficit) | 439,715 | (29,249) |
| Total Liabilities and Stockholders' Equity (Deficit) | $ 1,548,826 | $ 546,121 |

See accompanying notes to unaudited consolidated interim financial statements.

5

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(IN THOUSANDS, EXCEPT PER SHARE DATA)**
**(UNAUDITED)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2020 | 2019 |
| Net revenue | $ 284,405 | $ 136,451 | $ 707,960 | $ 380,103 |
| Costs and expenses: | | | | |
| Cost of net revenue | 240,720 | 114,797 | 604,777 | 317,174 |
| General and administrative expenses | 26,306 | 12,090 | 57,745 | 31,508 |
| Depreciation and amortization, excluding patient equipment depreciation | 4,120 | 840 | 6,398 | 2,439 |
| Total costs and expenses | 271,146 | 127,727 | 668,920 | 351,121 |
| Operating income | 13,259 | 8,724 | 39,040 | 28,982 |
| Interest expense, net | 12,406 | 10,756 | 27,826 | 31,651 |
| Loss on extinguishment of debt | 5,316 | — | 5,316 | 2,121 |
| Income (loss) before income taxes | (4,463) | (2,032) | 5,898 | (4,790) |
| Income tax expense (benefit) | (636) | 1,027 | 2,290 | 5,444 |
| Net income (loss) | (3,827) | (3,059) | 3,608 | (10,234) |
| Income (loss) attributable to noncontrolling interests | (1,338) | 627 | 2,222 | 1,336 |
| Net income (loss) attributable to AdaptHealth Corp. | $ (2,489) | $ (3,686) | $ 1,386 | $ (11,570) |
| | | | | |
| Weighted average common shares outstanding - basic | 57,372 | 21,721 | 47,986 | 19,130 |
| Weighted average common shares outstanding - diluted | 57,372 | 21,721 | 50,848 | 19,130 |
| | | | | |
| Basic earnings (loss) per share [1] | $ (0.04) | $ (0.17) | $ 0.03 | $ (0.60) |
| Diluted earnings (loss) per share [1] | $ (0.04) | $ (0.17) | $ 0.02 | $ (0.60) |

[1] The Company's preferred stock are considered participating securities and are therefore excluded from the earnings per share calculation under the two-class method (see Note 11 to the unaudited consolidated interim financial statements).

See accompanying notes to unaudited consolidated interim financial statements.

6

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
**(IN THOUSANDS)**
**(UNAUDITED)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2020 | 2019 |
| Net income (loss) | $ (3,827) | $ (3,059) | $ 3,608 | $ (10,234) |
| Other comprehensive loss: | | | | |
| Interest rate swap agreements, inclusive of reclassification adjustment | 925 | 850 | (11,558) | 850 |
| Comprehensive income (loss) | (2,902) | (2,209) | (7,950) | (9,384) |
| | | | | |
| Income (loss) attributable to noncontrolling interests | (1,338) | 627 | 2,222 | 1,336 |
| Comprehensive income (loss) attributable to AdaptHealth Corp. | $ (1,564) | $ (2,836) | $ (10,172) | $ (10,720) |

See accompanying notes to unaudited consolidated interim financial statements.

7

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
**(IN THOUSANDS)**
**(UNAUDITED)**

| | Class A Common Stock Shares | Amount | Class B Common Stock Shares | Amount | Preferred Stock Shares | Amount | Additional paid-in capital | Members' interest | Controlling interest members' deficit | Accumulated deficit | Accumulated other comprehensive income (loss) | Noncontrolling interests in subsidiaries | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2019 | 40,816 $ | 4 | 31,564 $ | 3 | — $ | — $ | 11,252 $ | — $ | — $ | (27,210) $ | 1,431 $ | (14,729) $ | (29,249) |
| Issuance of Class A Common Stock for an acquisition | 387 | — | — | — | — | — | 6,248 | — | — | — | — | — | 6,248 |
| Exchange of Class B Common Stock for Class A Common Stock | 1,000 | — | (1,000) | — | — | — | (361) | — | — | — | — | 361 | — |
| Exercise of warrants | 1,092 | — | — | — | — | — | — | — | — | — | — | — | — |
| Equity-based compensation | 59 | — | — | — | — | — | 2,223 | — | — | — | — | — | 2,223 |
| Net income (loss) | — | — | — | — | — | — | — | — | — | (158) | — | 424 | 266 |
| Equity activity resulting from Tax Receivable Agreement | — | — | — | — | — | — | 2,482 | — | — | — | — | — | 2,482 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | — | — | (6,570) | (4,847) | (11,417) |
| Balance, March 31, 2020 | 43,354 $ | 4 | 30,564 $ | 3 | — $ | — $ | 21,844 $ | — $ | — $ | (27,368) $ | (5,139) $ | (18,791) $ | (29,447) |
| Exchange of Class B Common Stock for Class A Common Stock | 2,055 | — | (2,055) | — | — | — | (1,580) | — | — | — | — | 1,580 | — |
| Exercise of warrants | 1,034 | 1 | — | — | — | — | 11,882 | — | — | — | — | — | 11,883 |
| Equity-based compensation | 32 | — | — | — | — | — | 3,244 | — | — | — | — | — | 3,244 |
| Exchange of Class A Common Stock for Series B-1 Preferred Stock | (15,810) | (2) | — | — | 158 | 1 | 1 | — | — | — | — | — | — |
| Distributions to noncontrolling interests | — | — | — | — | — | — | — | — | — | — | — | (800) | (800) |
| Net income | — | — | — | — | — | — | — | — | — | 4,033 | — | 3,136 | 7,169 |
| Equity activity resulting from Tax Receivable Agreement | — | — | — | — | — | — | 2,223 | — | — | — | — | — | 2,223 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | — | — | (656) | (410) | (1,066) |
| Balance, June 30, 2020 | 30,665 $ | 3 | 28,509 $ | 3 | 158 $ | 1 $ | 37,614 $ | — $ | — $ | (23,335) $ | (5,795) $ | (15,285) $ | (6,794) |
| Issuance of Class A Common Stock for acquisitions | 4,344 | 1 | — | — | — | — | 83,280 | — | — | — | — | — | 83,281 |
| Sale of Class A Common Stock and Series A Preferred Stock, net of offering costs of $1,639 | 10,930 | 1 | — | — | 75 | — | 223,360 | — | — | — | — | — | 223,361 |
| Issuance of Class A Common Stock, net of offering costs of $9,558 | 9,200 | 1 | — | — | — | — | 133,041 | — | — | — | — | — | 133,042 |
| Exchange of Class B Common Stock for Class A Common Stock | 2,634 | — | (2,634) | — | — | — | (7,467) | — | — | — | — | 7,467 | — |
| Exercise of warrants | 1,979 | — | — | — | — | — | 12,612 | — | — | — | — | — | 12,612 |
| Equity-based compensation | 35 | — | — | — | — | — | 5,502 | — | — | — | — | — | 5,502 |
| Conversion of Series B-2 Preferred Stock to Series B-1 Preferred Stock | — | — | — | — | (9) | — | — | — | — | — | — | — | — |
| Conversion of Series A Preferred Stock to Class A Common Stock | 2,888 | — | — | — | (40) | — | — | — | — | — | — | — | — |
| Class A Common Stock issued in connection with Employee Stock Purchase Plan | 6 | — | — | — | — | — | — | — | — | — | — | — | — |
| Net loss | — | — | — | — | — | — | — | — | — | (2,489) | — | (1,338) | (3,827) |
| Equity activity resulting from Tax Receivable Agreement | — | — | — | — | — | — | 2,236 | — | — | — | — | — | 2,236 |
| Equity activity resulting from the impact of other changes in ownership and deferred taxes | — | — | — | — | — | — | (10,623) | — | — | — | — | — | (10,623) |
| Equity activity resulting from the Put/Call Agreement | — | — | — | — | — | — | (2,694) | — | — | 2,694 | — | — | — |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | — | — | 684 | 241 | 925 |
| Balance, September 30, 2020 | 62,681 $ | 6 | 25,875 $ | 3 | 184 $ | 1 $ | 476,861 $ | — $ | — $ | (23,130) $ | (5,111) $ | (8,915) $ | 439,715 |

8

| | Class A Common Stock Shares | Class A Common Stock Amount | Class B Common Stock Shares | Class B Common Stock Amount | Preferred Stock Shares | Preferred Stock Amount | Additional paid-in capital | Members' interest | Controlling interest members' deficit | Accumulated deficit | Accumulated other comprehensive income (loss) | Noncontrolling interests in subsidiaries | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2018 | — | $ — | — | $ — | — | $ — | $ — | $ 113,274 | $ (13,371) | $ — | $ — | $ 2,865 | $ 102,768 |
| Issuance of members' interest, net of offering costs of $837 | — | — | — | — | — | — | — | 19,163 | — | — | — | — | 19,163 |
| Redemption of members' interest | — | — | — | — | — | — | — | (2,112) | (1,601) | — | — | — | (3,713) |
| Equity-based compensation | — | — | — | — | — | — | — | 5,223 | — | — | — | — | 5,223 |
| Distributions to members | — | — | — | — | — | — | — | — | (250,000) | — | — | — | (250,000) |
| Net income (loss) | — | — | — | — | — | — | — | — | (5,801) | — | — | 348 | (5,453) |
| Balance, March 31, 2019 | — | $ — | — | $ — | — | $ — | $ — | $ 135,548 | $ (270,773) | $ — | $ — | $ 3,213 | $ (132,012) |
| Equity-based compensation | — | — | — | — | — | — | — | 183 | — | — | — | — | 183 |
| Distributions to noncontrolling interest | — | — | — | — | — | — | — | — | — | — | — | (1,338) | (1,338) |
| Net income (loss) | — | — | — | — | — | — | — | — | (2,083) | — | — | 361 | (1,722) |
| Balance, June 30, 2019 | — | $ — | — | $ — | — | $ — | $ — | $ 135,731 | $ (272,856) | $ — | $ — | $ 2,236 | $ (134,889) |
| Equity-based compensation | — | — | — | — | — | — | — | 400 | — | — | — | — | 400 |
| Net income (loss) | — | — | — | — | — | — | — | — | (3,686) | — | — | 627 | (3,059) |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | — | — | 850 | — | 850 |
| Balance, September 30, 2019 | — | $ — | — | $ — | — | $ — | $ — | $ 136,131 | $ (276,542) | $ — | $ 850 | $ 2,863 | $ (136,698) |

See accompanying notes to unaudited consolidated interim financial statements.

9

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(IN THOUSANDS)**
**(UNAUDITED)**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Cash flows from operating activities: | | |
| Net income (loss) | $ 3,608 | $ (10,234) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation and amortization, including patient equipment depreciation | 55,186 | 45,077 |
| Equity-based compensation | 10,969 | 5,806 |
| Deferred income tax (benefit) expense | (564) | 2,115 |
| Change in fair value of interest rate swaps, net of reclassification adjustment | (2,130) | 12,141 |
| Change in fair value of contingent consideration | (2,900) | — |
| Payment of contingent consideration in connection with an acquisition | (1,000) | — |
| Amortization of intangible assets | 2,675 | — |
| Amortization of deferred financing costs | 1,189 | 830 |
| Amortization of bond discount | 128 | — |
| Imputed interest expense | 46 | — |
| Write-off of deferred financing costs | 5,316 | 2,121 |
| Gain on sale of investment | (591) | — |
| Changes in operating assets and liabilities, net of effects from acquisitions: | | |
| Accounts receivable | (19,251) | (17,250) |
| Inventory | (10,166) | (2,388) |
| Prepaid and other assets | (1,459) | (2,381) |
| Accounts payable and accrued expenses and other current liabilities | 104,231 | 7,337 |
| Net cash provided by operating activities | 145,287 | 43,174 |
| Cash flows from investing activities: | | |
| Payments for business acquisitions, net of cash acquired | (605,309) | (47,946) |
| Purchases of equipment and other fixed assets | (22,834) | (14,453) |
| Payments for investments in cost method companies | (1,000) | — |
| Proceeds from sale of investment | 2,046 | — |
| Net cash used in investing activities | (627,097) | (62,399) |
| Cash flows from financing activities: | | |
| Proceeds from borrowings on long-term debt and lines of credit | 536,275 | 345,500 |
| Repayments on long-term debt and lines of credit | (545,584) | (156,062) |
| Proceeds from the sale of Class A Common Stock and Series A Preferred Stock | 225,000 | — |
| Proceeds from the issuance of Class A Common Stock | 142,600 | — |
| Proceeds from the issuance of senior unsecured notes, net of related discount | 343,875 | — |
| Proceeds from exercise of warrants | 24,495 | |
| Payments on capital leases | (29,710) | (28,660) |
| Payments for equity issuance costs | (11,197) | (837) |
| Payments of deferred financing costs | (6,754) | (9,028) |
| Distributions to noncontrolling interests | (800) | (1,338) |
| Payment of contingent consideration in connection with acquisitions | (200) | (13,000) |
| Payment of deferred purchase price in connection with an acquisition | (750) | |
| Proceeds from issuance of promissory note payable | — | 100,000 |
| Proceeds from issuance of members' interests | — | 20,000 |
| Distributions to members | — | (250,000) |
| Payments for redemption of members' interests | — | (3,713) |
| Net cash provided by financing activities | 677,250 | 2,862 |
| Net increase (decrease) in cash and cash equivalents | 195,440 | (16,363) |
| Cash and cash equivalents at beginning of period | 76,878 | 25,186 |
| Cash and cash equivalents at end of period | $ 272,318 | $ 8,823 |
| Supplemental disclosures: | | |
| Cash paid for interest | $ 22,788 | $ 15,769 |
| Cash paid for income taxes | 3,062 | 492 |
| Noncash investing and financing activities: | | |
| Equipment acquired under capital lease obligations | $ 28,888 | $ 29,565 |
| Unpaid equipment and other fixed asset purchases at end of period | 8,452 | 8,483 |
| Equity consideration issued in connection with acquisitions | 89,529 | — |
| Contingent purchase price in connection with acquisitions | 6,464 | 6,425 |
| Seller note issued in connection with an acquisition | — | 2,000 |
| Deferred purchase price in connection with acquisitions | 33 | 1,500 |

See accompanying notes to unaudited consolidated interim financial statements.

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

**(1)     General Information**

AdaptHealth Corp. and subsidiaries (AdaptHealth or the Company), f/k/a DFB Healthcare Acquisitions Corp. (DFB), is a leading provider of home healthcare equipment, medical supplies to the home and related services in the United States. The Company focuses primarily on providing (i) sleep therapy equipment, supplies and related services (including CPAP and bi PAP services) to individuals suffering from obstructive sleep apnea (OSA), (ii) medical devices and supplies to patients for the treatment of diabetes (including continuous glucose monitors and insulin pumps), (iii) home medical equipment (HME) to patients discharged from acute care and other facilities, (iv) oxygen and related chronic therapy services in the home, and (v) other HME medical devices and supplies on behalf of chronically ill patients with wound care, urological, incontinence, ostomy and nutritional supply needs. The Company services beneficiaries of Medicare, Medicaid and commercial insurance payors.

On July 8, 2019, AdaptHealth Holdings LLC (AdaptHealth Holdings) entered into an Agreement and Plan of Merger (the Merger Agreement), as amended on October 15, 2019, with DFB, pursuant to which AdaptHealth Holdings combined with DFB (the Business Combination). The Business Combination closed on November 8, 2019. Refer to Note 3, *Significant Transactions*, for additional information regarding the Business Combination.

Unless the context otherwise requires, "the Company", "we," "us," and "our" refer, for periods prior to the closing of the Business Combination, to AdaptHealth Holdings and its subsidiaries and, for periods upon or after the closing of the Business Combination, to AdaptHealth Corp. and its subsidiaries, including AdaptHealth Holdings and its subsidiaries.

The consolidated interim financial statements are unaudited, but reflect all normal recurring adjustments that are, in the opinion of management, necessary to fairly present the information set forth herein. The interim consolidated financial statements should be read in conjunction with the audited consolidated financial statements and related notes included in the Company's Annual Report on Form 10-K for the year ended December 31, 2019. Interim results are not necessarily indicative of the results for a full year.

There have been no material changes in the Company's significant accounting policies as compared to the significant accounting policies described in the Company's Annual Report on Form 10-K for the year ended December 31, 2019.

**(a)     Basis of Presentation**

The consolidated interim financial statements of the Company have been prepared in accordance with accounting principles generally accepted in the United States of America (U.S. GAAP). In the opinion of management, the consolidated interim financial statements include all necessary adjustments for a fair presentation of the financial position and results of operations for the periods presented.

The Business Combination was accounted for as a reverse recapitalization, with DFB treated as the acquired company and AdaptHealth Holdings as the acquirer, for financial reporting purposes. Therefore, the equity structure has been restated to that of the Company.

The Company is an "emerging growth company," as defined in Section 2(a) of the Securities Act of 1933, as amended, (the Securities Act), as modified by the Jumpstart our Business Startups Act of 2012, (the JOBS Act), and it may take advantage of certain exemptions from various reporting requirements that are applicable to other public companies that are not emerging growth companies including, but not limited to, not being required to comply with the auditor attestation requirements of Section 404 of the Sarbanes-Oxley Act, reduced disclosure obligations regarding executive compensation in its periodic reports and proxy statements, and other exemptions.

**(b)     Basis of Consolidation**

The accompanying consolidated financial statements include the accounts of the Company and its wholly-owned subsidiaries. All intercompany balances and transactions have been eliminated in consolidation.

11

*Changes in Internal Control over Financial Reporting*

Except with respect to the changes in connection with the implementation of the initiatives to remediate the material weaknesses noted above, there were no changes in the Company's internal control over financial reporting that occurred during the fiscal quarter ended September 30, 2020 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting. We have not experienced any material impact to our internal controls over financial reporting despite the fact that many of our employees are working remotely due to the COVID-19 pandemic. We are continually monitoring and assessing the COVID-19 situation on our internal controls to minimize the impact on their design and operating effectiveness.

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings**

AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims that could materially impact its financial condition or results of operations.

In addition, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019, AdaptHealth received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. At this time, AdaptHealth Holdings cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further.

**Item 1A. Risk Factors**

The following risk factors are provided to update the risk factors previously disclosed under the heading "Risk Factors" in the Company's Annual Report on Form 10-K for the year ended December 31, 2019. Any of these factors could result in a significant or material adverse effect on our results of operations or financial condition. Additional risk factors not presently known to us or that we currently deem immaterial may also impair our business or results of operations.

**Risks Related to Our Business and Industry**

***The recent coronavirus (COVID-19) pandemic and the global attempt to contain it may harm our business, results of operations and ability to execute on our business plan.***

The global spread of the coronavirus (COVID-19) and the various attempts to contain it have created significant volatility, uncertainty and economic disruption. In response to government mandates, health care advisories and otherwise responding to employee, customer and supplier concerns, we have altered certain aspects of our operations. Our workforce has had to spend a significant amount of time working from home, which impacts their productivity. While many of our operations can be performed remotely, there is no guarantee that we will be as effective while working remotely because our team is dispersed, many employees may have additional personal needs to attend to (such as looking after children as a result of school closures or family who become sick), and employees may become sick

53

themselves and be unable to work. Our suppliers and vendors have similarly had their operations altered. To the extent the resulting economic disruption is severe, we could see some vendors go out of business, resulting in supply constraints and increased costs or delays in meeting the needs of our patients.

The full extent to which the COVID-19 pandemic and the various responses to it impacts our business, operations and financial results will depend on numerous other evolving factors that we may not be able to accurately predict, including:

- the duration and scope of the pandemic;
- governmental, business and individuals' actions that have been and continue to be taken in response to the pandemic;
- the availability and cost to access the capital markets;
- our ability to pursue, diligence, finance and integrate acquisitions,
- our ability to comply with financial and operating covenants in our debt and operating lease agreements;
- potential for goodwill impairment charges;
- our ability to comply with the requirements necessary to retain the CARES Act provider relief funds we received;
- the effect on our patients, physician and facility referral sources and demand for and ability to pay for medical services;
- disruptions or restrictions on our employees' ability to travel and to work, including as a result of their health and wellbeing;
- availability of third-party providers to whom we outsource portions of our internal business functions, including billing and administrative functions relating to revenue cycle management; and
- increased cybersecurity risks as a result of remote working condition.

During the COVID-19 crisis, we may not be able to provide the same level of service and products that our patients, physicians and facility referral sources are used to, which could negatively impact their perception of our products or services. Furthermore, given increased government expenditures associated with their COVID-19 response, we could see increased government obligations which could negatively impact our results of operations.

We will continue to actively monitor the issues raised by the COVID-19 pandemic and may take further actions that alter our business operations, as may be required by federal, state, or local authorities, or that we determine are in the best interests of our employees, customers, and stockholders. It is not clear what the potential effects any such alterations or modifications may have on our business, including the effects on our customers, suppliers or vendors, or on our financial results.

The potential effects of COVID-19 could also heighten the risks disclosed in many of our risk factors that are included in Part I, Item 1A, Risk Factors, in our 2019 Annual Report, including as a result of, but not limited to, the factors described above. Because the COVID-19 situation is unprecedented and continuously evolving, the other potential impacts to our risk factors that are further described in our 2019 Annual Report are uncertain. See Item 1A, Risk Factors, in our 2019 Annual Report.

***AdaptHealth's reliance on relatively few suppliers for the majority of its patient service equipment and supplies could adversely affect AdaptHealth's ability to operate.***

AdaptHealth currently relies on a relatively small number of suppliers to provide it with the majority of its patient service equipment and supplies. Significant price increases, or disruptions in the ability to obtain such equipment and supplies from existing suppliers, may force AdaptHealth to use alternative suppliers. Additionally, any new excise taxes imposed on manufacturers of certain medical equipment could be passed on to customers, such as AdaptHealth. Such manufacturers may be forced to make other changes to their products or manufacturing processes that are unacceptable to AdaptHealth, resulting in a need to change suppliers. Any change in suppliers AdaptHealth uses could

54

those acquisition opportunities may not be available to us. Our second amended and restated certificate of incorporation provides that our stockholders and our directors, including any who were designated by any of our stockholders, other than any such persons who are employees of us or any of our subsidiaries, do not have any obligation to offer to us any corporate opportunity of which he or she may become aware prior to offering such opportunities to other entities with which they may be affiliated, subject to certain limited exceptions.

***We will continue to incur significant increased expenses and administrative burdens as a result of being a public company, which could have a material adverse effect on our business, financial condition and results of operations.***

We will continue to face increased legal, accounting, administrative and other costs and expenses as a public company that AdaptHealth Holdings did not incur as a private company. The Sarbanes-Oxley Act, including the requirements of Section 404, as well as rules and regulations subsequently implemented by the SEC, the Dodd-Frank Wall Street Reform and Consumer Protection Act and the rules and regulations promulgated and to be promulgated thereunder, the Public Company Accounting Oversight Board and the securities exchanges, impose additional reporting and other obligations on public companies. Compliance with public company requirements increases costs and makes certain activities more time-consuming. A number of those requirements require us to carry out activities AdaptHealth had not prior to the Business Combination. In addition, additional expenses associated with SEC reporting requirements will continue to be incurred. Furthermore, if any issues in complying with those requirements are identified (for example, if the auditors identify a material weakness or significant deficiency in the internal control over financial reporting), we could incur additional costs rectifying those issues, and the existence of those issues could adversely affect our reputation or investor perceptions of us. It may also be more expensive to obtain director and officer liability insurance. Risks associated with our status as a public company may make it more difficult to attract and retain qualified persons to serve on the board of directors or as executive officers. The additional reporting and other obligations imposed by these rules and regulations will increase legal and financial compliance costs and the costs of related legal, accounting and administrative activities. These increased costs will require us to divert a significant amount of money that could otherwise be used to expand the business and achieve strategic objectives. Advocacy efforts by stockholders and third parties may also prompt additional changes in governance and reporting requirements, which could further increase costs.

***AdaptHealth's management has limited experience in operating a public company.***

AdaptHealth's executive officers and certain directors have limited experience in the management of a publicly traded company. AdaptHealth's management team may not successfully or effectively manage its transition to a public company that is subject to significant regulatory oversight and reporting obligations under federal securities laws. Their limited experience in dealing with the increasingly complex laws pertaining to public companies could be a significant disadvantage in that it is likely that an increasing amount of their time may be devoted to these activities which will result in less time being devoted to the management and growth of the company. It is possible that we will be required to expand our employee base and hire additional employees to support our operations as a public company, which will increase our operating costs in future periods.

***Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including the key personnel of AdaptHealth who have stayed with us following the Business Combination. The loss of such key personnel could negatively impact our operations and financial results.***

Our ability to successfully operate our business is dependent upon the efforts of certain key personnel of AdaptHealth. It is possible that AdaptHealth will lose some key personnel, the loss of which could negatively impact our operations and profitability. Furthermore, certain of the key personnel of AdaptHealth may be unfamiliar with the requirements of operating a company regulated by the SEC, which could cause us to have to expend time and resources helping them become familiar with such requirements.

***Because we have no current plans to pay cash dividends on our Class A Common Stock for the foreseeable future, you may not receive any return on investment unless you sell your Class A Common Stock for a price greater than that which you paid for it.***

74

We may retain future earnings, if any, for future operations, expansion and debt repayment and have no current plans to pay any cash dividends for the foreseeable future. Any decision to declare and pay dividends as a public company in the future will be made at the discretion of our board of directors and will depend on, among other things, our results of operations, financial condition, cash requirements, contractual restrictions and other factors that our board of directors may deem relevant. In addition, our ability to pay dividends may be limited by covenants of any existing and future outstanding indebtedness we or our subsidiaries incur. As a result, you may not receive any return on an investment in our Class A Common Stock unless you sell our Class A Common Stock for a price greater than that which you paid for it.

### *We are required to make payments under the Tax Receivable Agreement for certain tax benefits we may claim, and the amounts of such payments could be significant.*

The Tax Receivable Agreement, which we entered into at the Closing with the Blocker Sellers and the owners of AdaptHealth Units prior to the Closing other than the Blocker Companies (collectively, the "TRA Holders"), generally provides for the payment by us to the Blocker Sellers of 85% of the net cash savings, if any, in U.S. federal, state and local income tax that we actually realize (or are deemed to realize in certain circumstances) in periods after the Closing as a result of: (i) certain tax attributes of Access Point Medical, Inc. existing prior to the Business Combination; (ii) certain increases in tax basis resulting from exchanges of AdaptHealth Units; (iii) imputed interest deemed to be paid by us as a result of payments we make under the Tax Receivable Agreement; and (iv) certain increases in tax basis resulting from payments we make under the Tax Receivable Agreement. We will retain the benefit of the remaining 15% of these cash savings. The amount of the cash payments that we may be required to make under the Tax Receivable Agreement could be significant and is dependent upon significant future events and assumptions, including the timing of the exchanges of AdaptHealth Units, the price of our Class A Common Stock at the time of each exchange, the extent to which such exchanges are taxable transactions and the amount of the exchanging TRA Holder's tax basis in its AdaptHealth Units at the time of the relevant exchange. The amount of such cash payments is also based on assumptions as to the amount and timing of taxable income we generate in the future, the U.S. federal income tax rate then applicable and the portion of our payments under the Tax Receivable Agreement that constitute interest or give rise to depreciable or amortizable tax basis. Moreover, payments under the Tax Receivable Agreement will be based on the tax reporting positions that we determine, which tax reporting positions are subject to challenge by taxing authorities. We are dependent on distributions from AdaptHealth Holdings to make payments under the Tax Receivable Agreement, and we cannot guarantee that such distributions will be made in sufficient amounts or at the times needed to enable us to make our required payments under the Tax Receivable Agreement, or at all. Any payments made by us to the TRA Holders under the Tax Receivable Agreement will generally reduce the amount of overall cash flow that might have otherwise been available to us. To the extent that we are unable to make timely payments under the Tax Receivable Agreement for any reason, the unpaid amounts will be deferred and will accrue interest until paid by us. Nonpayment for a specified period may constitute a breach of a material obligation under the Tax Receivable Agreement, and therefore, may accelerate payments due under the Tax Receivable Agreement. The payments under the Tax Receivable Agreement are also not conditioned upon the TRA Holders maintaining a continued ownership interest in AdaptHealth Holdings or us.

### *In certain cases, payments under the Tax Receivable Agreement may be accelerated and/or significantly exceed the actual benefits, if any, we realize in respect of the tax attributes subject to the Tax Receivable Agreement.*

The Tax Receivable Agreement provides that if we breach any of our material obligations under the Tax Receivable Agreement, if we undergo a change of control or if, at any time, we elect an early termination of the Tax Receivable Agreement, then the Tax Receivable Agreement will terminate and our obligations, or our successor's obligations, to make payments under the Tax Receivable Agreement would accelerate and become immediately due and payable. The amount due and payable in those circumstances is determined based on certain assumptions, including an assumption that we would have sufficient taxable income to fully utilize all potential future tax benefits that are subject to the Tax Receivable Agreement. We may need to incur debt to finance payments under the Tax Receivable Agreement to the extent our cash resources are insufficient to meet our obligations under the Tax Receivable Agreement as a result of timing discrepancies or otherwise.

As a result of the foregoing, (i) we could be required to make cash payments to the TRA Holders that are greater than the specified percentage of the actual benefits we ultimately realize in respect of the tax benefits that are subject to the Tax Receivable Agreement, and (ii) we would be required to make a cash payment equal to the present value of the anticipated future tax benefits that are the subject of the Tax Receivable Agreement, which payment may be

75

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AdaptHealth Corp.

| | | |
|---|---|---|
| November 6, 2020 | By: | /s/ Luke McGee |
| | | Luke McGee |
| | | Chief Executive Officer and Director |
| | | (*Principal Executive Officer*) |
| | | |
| November 6, 2020 | By: | /s/ Jason Clemens |
| | | Jason Clemens |
| | | Chief Financial Officer |
| | | (*Principal Financial Officer*) |
| | | |
| November 6, 2020 | By: | /s/ Frank Mullen |
| | | Frank Mullen |
| | | Chief Accounting Officer |
| | | (*Principal Accounting Officer*) |

82

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Luke McGee, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

   (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

   (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

   (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

   (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

November 6, 2020                                    /s/  Luke McGee
                                                   Luke McGee
                                                   Chief Executive Officer and Director
                                                   (Principal Executive Officer)

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Jason Clemens, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

November 6, 2020

/s/ Jason Clemens
Jason Clemens
Chief Financial Officer
(Principal Financial Officer)

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350**
**AS REQUIRED BY**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of AdaptHealth Corp. (the "Company") on Form 10-Q for the quarter ended September 30, 2020, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), the undersigned hereby certify that to the best of our knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

| November 6, 2020 | /s/ Luke McGee | Chief Executive Officer and Director |
|---|---|---|
| | Luke McGee | (Principal Executive Officer) |
| November 6, 2020 | /s/ Jason Clemens | Chief Financial Officer |
| | Jason Clemens | (Principal Financial Officer) |