# Exhibit 10



# Investor Presentation

**July 2020**

# Disclaimer

**Disclaimers and Other Important Information**

This presentation (this "Presentation") is for informational purposes only and has been prepared to assist interested parties in making their own evaluation with respect to a potential investment in AdaptHealth Corp. ("AdaptHealth" or the "Company") and for no other purpose. The information contained in this Presentation does not purport to be all inclusive. The data contained herein is derived from various internal and external sources. The information contained in this Presentation is not, and should not be assumed to be, complete and does not present all the information that investors may require or desire in considering an investment in the Company. It is not intended to form the basis of any investment decision or any other decision in respect of the Company. AdaptHealth (as well as its respective directors, officers and stockholders) makes, and each of hereby expressly disclaims, any representations or warranties, express or implied, as to the reasonableness of the assumptions made in this Presentation or the accuracy or completeness of any projections or modeling or any other information contained in this Presentation. AdaptHealth shall have any liability for any representations, express or implied, contained in, or omissions from, this Presentation or any other written or oral communication communicated to the recipient in the course of the recipient's evaluation of AdaptHealth. Nothing contained within this Presentation is or should be relied upon as a promise or representation as to the future. AdaptHealth does not assume any obligation to provide the recipient with access to any additional information or to update the information in this Presentation. Investors should not construe the contents of this Presentation, or any prior or subsequent communications from or with the Company or its representatives as investment, legal or tax advice.

No securities commission or securities regulatory authority or other authority in the United States or any other jurisdiction has in any way passed upon the merits of a potential investment in AdaptHealth or the accuracy or adequacy of this Presentation.

**Forward Looking Statements**

This investor presentation includes certain statements that are not historical facts but are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding projections, estimates and forecasts of revenue and other financial and performance metrics, projections of market opportunity and expectations, the Company's acquisition pipeline and the impact of the recent coronavirus (COVID-19) pandemic and our response to it. These statements are based on various assumptions and on the current expectations of Company management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on, by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of the Company.

These forward-looking statements are subject to a number of risks and uncertainties, including the outcome of judicial and administrative proceedings to which the Company may become a party or governmental investigations to which the Company may become subject that could interrupt or limit the Company's operations, result in adverse judgments, settlements or fines and create negative publicity; changes in the Company's clients' preferences, prospects and the competitive conditions prevailing in the healthcare sector; and the impact of the recent coronavirus (COVID-19) pandemic and the Company's response to it. A further description of such risks and uncertainties can be found in the Company's filings with the Securities and Exchange Commission. If the risks materialize or assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that the Company presently knows or that the Company currently believes are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect the Company's expectations, plans or forecasts of future events and views as of the date of this presentation. The Company anticipates that subsequent events and developments will cause the Company's assessments to change. However, while the Company may elect to update these forward-looking statements at some point in the future, the Company specifically disclaims any obligation to do so. These forward-looking statements should not be relied upon as representing the Company's assessments as of any date subsequent to the date of this presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements.

**Market and Industry Data**

Industry and market data used in this Presentation is unaudited and have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes. AdaptHealth has not independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. This data is subject to change and cannot always be verified with complete certainty due to limits on the availability and reliability of raw data, the voluntary nature of the data gathering process and other limitations and uncertainties inherent in any statistical survey of market or industry data. You are cautioned not to give undue weight to such industry and market data.

**Non-GAAP and Other Financial Information**

This Presentation includes references to financial measures that are calculated and presented on the basis of methodologies other than in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"), including EBITDA, Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex. AdaptHealth defines EBITDA as net income (loss) attributable to AdaptHealth Corp., plus net income attributable to noncontrolling interests, interest expense (income), income tax expense (benefit), and depreciation. AdaptHealth defines Adjusted EBITDA as EBITDA (as defined above), plus loss on extinguishment of debt, equity-based compensation expense,

transaction costs, severance, and similar items of expense (income). AdaptHealth defines Adjusted EBITDA less Patient Equipment Capex as Adjusted EBITDA (as defined above) less patient equipment acquired during the period without regard to whether the equipment was purchased or financed through lease transactions. EBITDA, Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex should not be considered as measures of financial performance under U.S. GAAP, and the items excluded from EBITDA, Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex are significant components in understanding and assessing financial performance. Accordingly, these key business metrics have limitations as an analytical tool. They should not be considered as an alternative to net income or any other performance measures derived in accordance with U.S. GAAP or as an alternative to cash flows from operating activities as a measure of AdaptHealth's liquidity.

**No Offer or Solicitation**

This Presentation and any oral statements made in connection with this Presentation do not constitute an offer to sell, or a solicitation of an offer to buy, or a recommendation to purchase, any securities in any jurisdiction, or the solicitation of any proxy, vote, consent or approval in any jurisdiction, nor shall there be any sale, issuance or transfer of any securities in any jurisdiction where, or to any person to whom, such offer, solicitation or sale may be unlawful under the laws of such jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended.

1

# Proven & Experienced Management Team

### Luke McGee – Chief Executive Officer, Director



- Chief Executive Officer of AdaptHealth
- Founded AdaptHealth with Quadrant Management in 2012
- Prior to partnering with Quadrant, Mr. McGee was in the investment banking group at Deutsche Bank and before that Merrill Lynch

### Gregg Holst – Chief Financial Officer (Outgoing)[1]



- Chief Financial Officer since 2014
- Mr. Holst has previously served as Chief Financial Officer for various publicly traded and private equity-backed companies in the healthcare and consumer products sectors
- Mr. Holst also spent eight years at GE Capital in several senior finance roles

### Shaw Rietkerk – Chief Operating Officer



- Joined AdaptHealth in 2018
- Mr. Rietkerk most recently served as Executive Vice President of Revenue Cycle Management at Brightree
- Mr. Rietkerk has over two decades of healthcare service leadership experience, with an extensive background in revenue cycle management, operations, business process outsourcing, account management and process optimization
- Prior to joining Brightree in 2015, Mr. Rietkerk was Senior Vice President, Worldwide Operations at M*Modal, a leading healthcare technology provider of advanced clinical documentation solutions

### Chris Joyce – General Counsel



- Joined AdaptHealth in 2018
- Over 25 years of experience as Chief Legal Officer for provider-based and managed care companies
- Most recently served as General Counsel of InnovaCare, Inc., a $2.0 billion managed care insurance company with 450,000 Medicare and Medicaid beneficiaries

### Joshua Parnes – President, Director



- President since 2017
- Mr. Parnes has day to day responsibilities for all operating and integration teams
- Mr. Parnes joined AdaptHealth with the merger of Ocean Home Health in 2013. Mr. Parnes built Ocean Home Health from a startup into a large regional home medical equipment provider and has over 14 years of operating experience in the home medical equipment industry

### Jason A. Clemens, CFA – Chief Financial Officer (Incoming)[1]



- Joins AdaptHealth from MEDNAX, Inc. where he currently serves as Senior Vice President and Operations Chief Financial Officer
- Over a nine year career at MEDNAX, Mr. Clemens held positions of increasing responsibility in operations management and finance
- Prior to joining MEDNAX, Mr. Clemens gained experience with the United States Army, supporting the Republic of Korea Army in Wonju, South Korea
- He later served in progressive roles within operations management and finance at Accenture, Lennar, and Ryder

### Steve Foreman – President and Chief Executive Officer (Solara)[2]



- Chief Executive Officer since January 2019
- Over 30 years of experience in healthcare DME
- Most recently served as President and CEO for United States Medical Supply
- Previously served as Senior Vice President for American HomePatient and was instrumental in the sale to Lincare

### Gayle Devin – Chief Executive Officer (ActivStyle)[3]



- Over thirty years of leadership in healthcare
- Joined ActivStyle in 2014
- Previously served as Chief Executive Officer of several healthcare companies including: Pinnacle Medical Solutions, HomeScript Pharmacy Services, Wound Care Solutions, Dieticians at Home, Holdaway Medical Services and Arcadian Healthcare

---

**+ adapt**health **/ July 2020**

(1)  *Effective August 3, 2020.*
(2)  *The acquisition of Solara closed on July 1, 2020.*
(3)  *The acquisition of ActivStyle closed on July 1, 2020.*



# Company Overview



# Leading Provider of HME, CGM / Diabetes Management Products and Medical Supplies to the Home

+ Comprehensive portfolio of products addressing the needs of patients in the home

+ Addressing large and growing market

  + HME: $12 - $15bn segment in the broader $56bn HME industry[1]

  + CGM & Diabetes[2]: $16bn segment

  + Medical Supplies to the Home[2]: $10bn segment

+ Serve 1.7mm+ patients and perform ~15,000 deliveries per day[3]

+ Successful track record of growth, accretive capital deployment, and market-leading profitability

+ Leading technology platform

+ Long-standing and diverse referral relationships and attractive payor mix

| Ticker | AHCO |
|---|---|
| Headquarters | Plymouth Meeting, PA |
| Outstanding Shares[5] | 103.4mm |
| Market Cap[5] | $1.9bn |
| 2019 Net Revenue | $529.6mm |
| 2019 Adjusted EBITDA[4] | $123.0mm |
| 2019 Adjusted EBITDA Less Patient Cap-Ex[4] | $75.6mm |

(1)    Company analysis based on market and Wall Street research.
(2)    Target markets post-Solara and ActivStyle acquisitions from company analysis based on market and Wall Street research.
(3)    Pro Forma for Solara and ActivStyle acquisitions which closed on July 1, 2020.
(4)    Adj. EBITDA and Adj. EBITDA Less Patient Cap-Ex are Non-GAAP measures,  please see reconciliation tables later in this presentation .
(5)    As of March 31, 2020 pro forma for OEP PIPE, Deerfield PIPE, equity issued to Solara shareholders on July 1, 2020, and Company's primary share offering (inclusive of the full exercise of the underwriters' over-allotment option) of 9.2 million shares expected to be consummated on July 6, 2020.  Excludes warrants.  Pro forma market cap based on July 1, 2020 closing price of $18.78.

# AdaptHealth's Nationwide Footprint

## 247 locations servicing 50 States(1)



- ● Corporate HQ
- ● AdaptHealth
- ● Solara(2)
- ● ActivStyle(3)

++ adapthealth / July 2020

(1)  Pro Forma for Solara and ActivStyle acquisitions.
(2)  The acquisition of Solara closed on July 1, 2020.
(3)  The acquisition of ActivStyle closed on July 1, 2020.

# AdaptHealth's Strategic Vision

**Today**

**Leading Diversified Provider of HME**

- Leading technology platform
- National footprint with density in attractive markets
- Broad portfolio with minimal competitive bidding risk
- Significant experience acquiring and integrating HME and Supply businesses

**Pro Forma[1]**

**Leading Provider of HME, CGM / Diabetes Management and Medical Supplies to the Home**

- Leader in sleep and diabetes, two of the fastest growing segments
- Long term, recurring, non-discretionary products; meaningful overlap across patient base
- Complex and service intensive, which plays to our strengths
- Significant scale and highly diversified

**Our Goal**

**Leading Provider of Connected Health Solutions**

- Integrated, condition specific product suites
- Real time, actionable data to drive cost and outcome improvement
- Value-add partner to payors, providers and patients
- Move from fee for service to fee for value

**We enable complex care in the home and are playing an increasing role in health management**

(1)  *Pro Forma for Solara and ActivStyle acquisitions which closed on July 1, 2020.*

adapthealth **/ July 2020**

# HME Solutions

Industry provides a strategic entry point to serve and engage patients in the home

## What is HME?

+ HME service providers deliver critical medical equipment into a patient's home

+ Primarily serve patients with need for respiratory and/or mobility equipment

+ Includes products such as oxygen equipment, CPAP, wheelchairs, hospital beds, bathroom aids, and rehabilitation equipment

+ Strategically valuable channel to chronically ill homecare patients

## Why is HME critical to home care?

+ Enables patients with complex conditions to transition to their preferred home setting

+ Provides for greater patient independence and better outcomes

+ Addresses large, growing medical issues

+ High-touch model creates trusted patient relationships

+ Complete solution for high-frequency home care

   

# CGM / Diabetes Management Solutions

Solara acquisition provides AHCO a comprehensive suite of options for the effective management of diabetes, including CGMs, pumps, and ancillary supplies from all manufacturers

| Category & Representative Products | Description | Top Manufacturers |
|---|---|---|
| **Continuous Glucose Monitors** | <ul><li>Small sensor placed under the skin sends glucose levels to transmitter to monitor and display in real-time</li><li>Increasingly the standard for effective blood glucose management</li></ul> | **Dexcom** **Medtronic** **Abbott** |
| **Insulin Pump Therapy** | <ul><li>Device delivers small doses of continuous insulin and variable amounts during a meal</li><li>Excellent alternative to syringes with more precise and dynamic dosing</li></ul> | **Insulet Corporation** **Medtronic** valeritas **TANDEM** DIABETES CARE |
| **Other Diabetes Supplies** | <ul><li>Includes other supplies like glucose meters, test strips, lancets, syringes, alcohol swabs, adhesives, and pen tip needles</li></ul> | **Abbott** ACCU-CHEK LIFESCAN a Johnson-Johnson company Roche smith&nephew |

# Medical Supplies Solutions

ActivStyle and PCS acquisitions further enhances AHCO's product offering and boosts its footprint in areas such as wound care, urology, ostomy, breast pumps and incontinence supplies

| Category & Representative Products | Description | Top Manufacturers |
|---|---|---|
| **Wound Care** | ▪ Wound care products are the salves, ointments and dressings which help a wound in healing more completely <br> ▪ Advanced wound care products are chosen over traditional wound care products due to their effectiveness and efficacy to manage wounds by allowing faster healing | MCKESSON <br> Coloplast <br> MEDLINE |
| **Urology** | ▪ Urology products are the urinary catheters that help treat some of the conditions caused by urinary tract disorders in both men and women | Coloplast <br> Hollister <br> BARD <br> CURE |
| **Ostomy** | ▪ Ostomy drainage bags provide means for the collection of waste from a surgically diverted biological system <br> ▪ An ostomy is a surgically created opening, called a stoma, in the body for the collection of waste products | Coloplast <br> Hollister <br> ConvaTec |
| **Breast Pump** | ▪ The breast pump DME market refers to the provision of pump systems for new (typically healthy) mothers to express breast milk | medela <br> Ameda <br> speCtra <br> Lansinoh |
| **Incontinence** | ▪ Disposable incontinence products are the primary products used to manage incontinence <br> ▪ The category includes garments (e.g., underpads, adult briefs/diapers, underwear/briefs, pads/liners), urine bags, and catheters | MCKESSON <br> CardinalHealth |

# Diverse Product Offering & Payor Mix

## Pro Forma w/ PCS, Advanced Home Care, Healthline, Solara & ActivStyle Acquisitions



**Pro Forma Revenue Breakdown at 12/31/19**
**Net Revenue = $1.0bn**

- 58% Product Resupply Sales
- 28% Product Rentals
- 14% Product One-time Sales

**85%+ Recurring Sale or Rental**

Source: Management Notes



**Product Mix** [1]
as of 12/31/19

- Diabetes 19%
- Sleep 33%
- Other Supply [3] 24%
- HME 11%
- Respiratory [2] 13%

**Payor Mix** [1]
as of 12/31/19

- Tricare 5%
- Other 13%
- FFS Medicare 22%
- Commercial 40%
- Managed Medicare 7%
- Medicaid (Incl. Managed Medicaid) 13%

(1) Based on CY 2019 net revenue less bad debt including PCS, Advanced Home Care, Healthline, Solara and ActivStyle on a pro forma basis
(2) Includes Oxygen / Vents
(3) Includes Urology, Ostomy, Wound Care, Incontinence, Other (Ortho / Breast Pump / Enteral)

# AdaptHealth Expects to Service More Than 1.7mm Patients Annually



*Note: Pro forma figures are pro forma for listed acquisitions.*

# Targeting 20% Growth Annually

**Growth Levers**



**Platform Diversification**

**12-15%**[2]

M&A

**7-10%**[1]

Organic Growth

+ Respiratory market growth 3-5%
+ Sleep market growth 7-9%
+ HME market growth 2-4%
+ Diabetes market growth 10-12%
+ Share gains of 1-2%

+ 72 acquisitions completed since 2012[3]
+ 1,000s of mom & pops still actionable
+ Attractive consolidation dynamics in recently entered high growth diabetes market

+ Remote Patient Monitoring
+ Respiratory Medications
+ Home Infusion

Source: Management
(1)  Includes market expansion, with specific rates from company analysis on market and Wall Street research. as well as 1-2% share gains
(2)  12-15% growth through M&A is based on $100mm in revenue per year
(3)  YTD June 1, 2020 pro forma for Solara and ActivStyle acquisitions which closed on July 1, 2020

# Organic Growth:  Long-Term Market Growth Rates

### *Our solutions play an important role in managing these chronic diseases <u>in the home</u>*

| Chronic Disease | Healthcare and Lost Productivity Costs ($bn) | AdaptHealth Product[1] |
|---|---|---|
| (in $bn) | | |
| Diabetes | $327 | CGM, Insulin Pumps, Test Strips |
| Heart Disease & Stroke | $322 | Oxygen, Supplies |
| Obstructive Sleep Apnea | $150 | CPAP, BiPAP |
| Obesity | $147 | PAP, Mobility, Supplies |
| COPD | $49 | Oxygen, NIV |

| Product Line | PF 2019 Net Revenue[1] less BD | Estimated Long-Term Market Growth Rates[2] |
|---|---|---|
| (in $mm) | | |
| Respiratory | $128 | 3.0 – 5.0% |
| Sleep | 340 | 7.0 – 9.0% |
| HME | 111 | 2.0 – 4.0% |
| Diabetes | 189 | 10.0 – 12.0% |
| Other Supply | 248 | 2.0 – 4.0% |
| **Total** | **$1,016** | **5.0 – 7.0%** |

**Adapt distributes products and provides services to patients with high-cost, chronic diseases**

**Assuming 1-2% share capture, potential to grow at 7-10% organically**

adapthealth **/ July 2020**

Source: American Diabetes Association, CDC, American Association of Sleep Medicine
(1)  *Pro Forma for Advanced Home Care, PCS, Healthline, Solara and ActivStyle acquisitions*
(2)  *Company analysis based on market and Wall Street research.*

# Organic Growth:  Aging Population

Population 65+ is growing 6.5x faster than overall population growth

## US Population Aged 65+



(millions)

| | |
|---|---|
| 49.2 | 3.2% CAGR |
| | 65.2 |

■ 2016  ■ 2025

Source: 2017 US Census Bureau.

## Product & Services Needed by Aging Seniors



| Oxygen | Wheelchairs | Beds | Insulin Pumps |
|---|---|---|---|
| Walkers | Commodes | Ventilation | CGMs |

# Organic Growth:  Sleep / CPAP

## 26%

**Adults 30-70 Years old**
are estimated to have sleep apnea [1]

## ~80%

**Undiagnosed Sleep Apnea**

## 54mm

**People in the US with AHI ≥ 5** [2,3]

## 24mm

**People in the US with AHI ≥ 15** [2,3]

(1)  AASM; https://aasm.org/rising-prevalence-of-sleep-apnea-in-u-s-threatens-public-health/
(2)  ATS Journals; https://www.atsjournals.org/doi/pdf/10.1164/ajrccm-conference.2018.197.1_MeetingAbstracts.A3962
(3)  Apnea Hypoxia Index or "AHI", a normal AHI is considered less than 5 per https://www.sleephealth.org/ufaqs/what-is-ahi-represent/.

# Organic Growth:  Diabetes

## US Diabetes Device Market
($ billions)



CGM Market[1]

$3.4

18%

$2.1

2019E    2022P

Insulin Pump Market[1]

$2.2

12%

$1.6

2019E    2022P

# 34mm

Americans have diabetes with diagnosed cases having **doubled since 2000**[2]

# 1 / 7

**$1 out of every $7 healthcare** dollars is spent treating diabetes or a complication of the disease[3]

# $327bn

Diabetes is the most costly chronic disease in the US, with medical costs and lost productivity reaching **$327 billion annually**[3]

++ adapthealth **/ July 2020**

Source:  CDC, ADA, Wall Street Research, Management Estimates, US Pharmacist
(1)    Company analysis based on market and Wall Street research.
(2)    CDC https://www.cdc.gov/diabetes/basics/quick-facts.html
(3)    American Diabetes Association, Economic Costs of Diabetes in US in 2017.

# M&A:  Adapt by The Numbers

## 72

**Closed transactions since 2012[1]**
All Integrated into AdaptHealth systems

## Opportunity

**For future consolidation**
6K+ small to mid-size HME companies remain

## 18 / 8

**Transactions closed in 2019 / 2020[2]**
2019 acquired ~$110mm in annual revenue
YTD 2020 acquired ~$490mm in annual revenue

---

Source:  Management
(1)   Includes Solara and ActivStyle acquisitions which closed on July 1, 2020.
(2)   8 deals in 2020 includes Solara and ActivStyle acquisitions which closed on July 1, 2020; 2019 and YTD 2020 acquired revenue represents 2019 revenue.

# M&A: AHCO is a Proven Consolidator

## Cumulative Acquisitions & Purchase Price
*($ in millions)*



## Sample Top Vendor Annual Cost Savings
*($ in millions)*

| | Pre-Acquisition Expenses | Post-Acquisition Expenses | Savings | % |
|---|---|---|---|---|
| Transaction 1 | $27.5 | $25.4 | $2.1 | 8% |
| Transaction 2 | $19.3 | $17.4 | $1.9 | 10% |
| Transaction 3 | $7.1 | $5.5 | $1.6 | 23% |
| Transaction 4 | $4.4 | $3.3 | $1.1 | 25% |

Source: Management
(1) YTD June 1 pro forma for Solara and ActivStyle acquisitions which closed on July 1, 2020

# M&A: Competitive Landscape

| Nationals | Scaled Regionals | Product-Specific | Mom & Pops |
|---|---|---|---|

**Nationals:** AeroCare, Apria Healthcare, Lincare (A Linde company), Rotech Healthcare Inc.

**Scaled Regionals:** Binson's, Community Surgical Supply, DASCO Home Medical Equipment, Protech Home Medical, SuperCareHealth, Norco Serving You Better, Performance Home Medical, Spiro Health

**Product-Specific:** BREG, Byram Healthcare, DJO, edgepark Medical Supplies, Inogen, KCI, VieMed, 180 Medical, CCS Medical, Pinnacle Medical Solutions, US MED Better Service, Better Care

**Mom & Pops:** 6K+

adapthealth / July 2020

# Positioned to Lead the Shift to Connected Healthcare



# Case Study: Diabetic Patient on CGM and Sleep Therapy

## Illustrative Diabetic Patient Needs



CPAP

Pump

CGM

Scale

## AdaptHealth Platform

**➕** **Allows the Company to monitor:**

- **Real-time insulin levels**

- **Real-time information on sleep quality**

- **Weight fluctuation**

**➕** **Patient data can be compared to a baseline and used to:**

- **Measure the effectiveness of social and clinical interventions (i.e. diet, weight loss and the impact of that on sleep and insulin levels)**

- **Identify risks that may require clinical intervention**

**We estimate that a meaningful amount of our PAP patients may be a Type 1 or Type 2 diabetic**




# Financial Supplement



# Historical Financial Performance

**($ In Millions)**

**Net Revenue**



**Adj. EBITDA[2]**



**Adj. EBITDA less Patient Capital Expenditures[1][2]**




**Adj. EBITDA less Patient Capex Margin[2]**




Source: Management
1. Patient Capital Expenditures represents the value of the patient equipment received during the respective period without regard to whether the equipment is purchased or financed through lease transactions.
2. Reflects non-GAAP financials; please see reconciliation tables later in this presentation

++ adapthealth / July 2020

# Capital Structure

## Net Debt[1][2]

($ in millions)

|  | 3/31/20 PF[3] |
|---|---|
| Senior Secured Loans | $524.2 |
| Preferred Note | 143.5 |
| Capital Leases | 20.6 |
| Other Debt | 1.1 |
| **Total Debt[1]** | **$689.4** |
| Less: Cash on Hand | (165.6) |
| **Net Debt** | **$523.8** |
| **Senior Facility Undrawn Capacity** | **$113.0** |

## Equity[1]

(shares in millions)

|  | 3/31/20 PF |
|---|---|
| Class A Common Shares (3/31/20)[4] | 43.4 |
| Class B Common Shares (3/31/20) | 30.6 |
| Solara Rollover Equity (pro forma) | 3.9 |
| OneEquity PIPE Investment (pro forma)[5] | 13.8 |
| Deerfield PIPE Investment (pro forma)[6] | 2.5 |
| July 2020 Primary Offering Shares (pro forma)[7] | 9.2 |
| **Total Shares** | **103.4** |
| **Shares held by Management[8]** | **15.8** |

1. Net Debt and Equity capital structure presented pro forma for Solara and ActivStyle transactions, as well as pending equity offering. Equity table excludes warrants.
2. Net Debt is pro forma for $216.275mm incremental senior secured debt funded on July 1, 2020 for purposes of financing Solara and ActivStyle transactions.
3. Includes adjustment for $20mm revolver paydown in April 2020.
4. Class A Common Shares outstanding is pro forma for issuance of 15,810,547 shares of Class A Common Stock upon the conversion of Deerfield's non-voting, Series B-1 Preferred Stock (without giving effect to any conversion limitations).
5. OEP's PIPE shares are pro forma for the issuance of Class A Common Stock upon the conversion of OEP's non-voting Series A Preferred Stock (without giving effect to any conversion limitations).
6. Deerfield's PIPE shares are pro forma for the issuance of 2,545,455 shares of Class A Common Stock underlying Deerfield's non-voting, Series B-2 Preferred Stock (without giving effect to any conversion limitations).
7. Pro forma for the Company's primary share offering (inclusive of the full exercise of the underwriters' over-allotment option) of 9.2 million shares expected to be consummated on July 6, 2020.
8. Includes shares held in trust.

# Adjusted EBITDA Bridge

## AdaptHealth Adjusted EBITDA Bridge to Net Income

| | Fiscal Year Ended December 31 | | | |
|---|---|---|---|---|
| | 2016A | 2017A | 2018A | 2019A |
| Net Income / (Loss) attributable to AdaptHealth Corp. | ($4.2) | $9.7 | $23.3 | ($15.0) |
| Plus: Income attributable to noncontrolling interest | 0.6 | 0.6 | 1.1 | 2.1 |
| Plus: Interest expense excluding change in FV of interest rate swaps | 5.8 | 5.0 | 8.0 | 27.9 |
| Plus: Interest expense (income) representing change in FV of interest rate swaps | 0.0 | 0.0 | (0.5) | 11.4 |
| Plus: Income tax (benefit) expense | (0.2) | 0.2 | (2.1) | 1.2 |
| Plus: Depreciation | 26.6 | 27.8 | 47.9 | 62.6 |
| Plus: Loss from discontinued ops, net of tax | 0.4 | 0.2 | 0.0 | 0.0 |
| **EBITDA** | **$28.9** | **$43.6** | **$77.6** | **$90.1** |
| | | | | |
| Plus: Non-recurring expense adjustments | 4.2 | 1.5 | 6.9 | 32.9 |
| **Adj. EBITDA** | **$33.1** | **$45.0** | **$84.4** | **$123.0** |
| | | | | |
| Less: Patient equipment capex | (25.5) | (25.8) | (39.4) | (47.4) |
| **Adj. EBITDA less Patient Equipment Capex** | **$7.6** | **$19.2** | **$45.1** | **$75.6** |




# Thank You!

