# Exhibit 33

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-Q

**X    QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2021**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-38399**

## AdaptHealth Corp.

(Exact name of registrant as specified in its charter)

| **Delaware** | **82-3677704** |
|---|---|
| (State of Other Jurisdiction of incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **220 West Germantown Pike Suite 250, Plymouth Meeting, PA** | **19462** |
| (Address of principal executive offices) | (Zip code) |

**Registrant's telephone number, including area code: (610) 630-6357**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Trading Symbol(s)** | **Name Of Each Exchange On Which Registered** |
|---|---|---|
| **Common Stock, par value $0.0001 per share** | **AHCO** | **The Nasdaq Stock Market LLC** |

**Securities registered pursuant to Section 12(g) of the Act:  None**

Indicate by check mark whether the registrant:  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes **x**    No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.0405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes **x**    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer ☐ | Accelerated filer **x** | Non-accelerated filer ☐ | Smaller reporting company **x** |
| | | | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No **x**

As of November 5, 2021, there were 132,215,165 shares of the Registrant's Common Stock issued and outstanding.

**ADAPTHEALTH CORP.**

**FORM 10-Q**
**TABLE OF CONTENTS**

| | Page Number |
|---|---|
| **PART I FINANCIAL INFORMATION** | |
| Item 1. Consolidated Interim Financial Statements (Unaudited) | |
| Consolidated Balance Sheets as of September 30, 2021 and December 31, 2020 | 4 |
| Consolidated Statements of Operations for the three and nine months ended September 30, 2021 and 2020 | 5 |
| Consolidated Statements of Comprehensive Income (Loss) for the three and nine months ended September 30, 2021 and 2020 | 6 |
| Consolidated Statements of Changes in Stockholders' Equity (Deficit) for the three and nine months ended September 30, 2021 and 2020 | 7 |
| Consolidated Statements of Cash Flows for the nine months ended September 30, 2021 and 2020 | 9 |
| Notes to Consolidated Interim Financial Statements | 10 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 49 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 69 |
| Item 4. Controls and Procedures | 69 |
| | |
| **PART II OTHER INFORMATION** | 70 |
| Item 1. Legal Proceedings | 70 |
| Item 1A. Risk Factors | 72 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 101 |
| Item 3. Defaults upon Senior Securities | 101 |
| Item 4. Mine Safety Disclosure | 101 |
| Item 5. Other Information | 101 |
| Item 6. Exhibits | 101 |
| **Signatures** | 103 |

**CERTAIN DEFINED TERMS**

Throughout this Quarterly Report on Form 10-Q, unless otherwise specified or the context so requires:

"*AdaptHealth Holdings*" means AdaptHealth Holdings LLC, a Delaware limited liability company;

"*AdaptHealth Units*" means units of AdaptHealth Holdings;

"*Business Combination*" means our business combination with AdaptHealth Holdings, which we completed on November 8, 2019;

"*Charter"* means our Third Amended and Restated Certificate of Incorporation, filed with the Secretary of State of the State of Delaware on July 28, 2021;

"*Class A Common Stock*" means the Class A Common Stock, par value $0.0001 per share, created on the Closing, which, following the filing of the Charter, has been renamed to "Common Stock" (as defined below);

"*Class B Common Stock*" means the Class B Common Stock, par value $0.0001 per share, created on the Closing, which following the filing of the Charter, no longer exists;

"*Closing*" means the closing of the Business Combination;

"*Common Stock*" means our Common Stock, par value $0.0001 per share;

"*Exchange Agreement*" means the Exchange Agreement, dated as of November 8, 2019, by and among AdaptHealth, AdaptHealth Holdings, and holders of AdaptHealth Units;

"*OEP Purchaser*" means OEP AHCO Investment Holdings, LLC, a Delaware limited liability company;

"*Series B-1 Preferred Stock*" means the series of preferred stock of the Company designated as "Series B-1 Convertible Preferred Stock," par value $0.0001 per share;

"*Sponsor*" means Deerfield/RAB Ventures LLC;

"*Tax Receivable Agreement*" means the Tax Receivable Agreement, dated as of November 8, 2019, by and among AdaptHealth, AdaptHealth Holdings, and holders of AdaptHealth Units; and

"*Warrants"* means, collectively, the warrants that were issued in our initial public offering (our "IPO") pursuant to the registration statement declared effective on February 15, 2018 and which were redeemed on September 2, 2020 (the "*public warrants*") and the warrants initially issued to our Sponsor in a private placement that occurred simultaneously with our IPO (the "*private placement warrants*"), which private placement warrants have been distributed from the Sponsor to its members.

2

**CAUTIONARY STATEMENT**

In this Quarterly Report on Form 10-Q, including "*Management's Discussion and Analysis of Financial Condition and Results of Operations*" in Part I Item 2, and the documents incorporated by reference herein, we make forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements relate to expectations for future financial performance, business strategies or expectations for our business. These statements may be preceded by, followed by or include the words "may," "might," "will," "will likely result," "should," "estimate," "plan," "project," "forecast," "intend," "expect," "anticipate," "believe," "seek," "continue," "target" or similar expressions.

These forward-looking statements are based on information available to us as of the date they were made, and involve a number of risks and uncertainties which may cause them to turn out to be wrong. Accordingly, forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we do not undertake any obligation to update forward-looking statements to reflect events or circumstances after the date they were made, whether as a result of new information, future events or otherwise, except as may be required under applicable securities laws. As a result of a number of known and unknown risks and uncertainties, our actual results or performance may be materially different from those expressed or implied by these forward-looking statements. Some factors that could cause actual results to differ include:

- competition and the ability of our business to grow and manage growth profitably;

- changes in applicable laws or regulations;

- fluctuations in the U.S. and/or global stock markets;

- the possibility that we may be adversely affected by other economic, business, and/or competitive factors;

- the impact of the coronavirus (COVID-19) pandemic and our response to it;

- failure to consummate or realize the expected benefits of acquisitions, including the failure to realize the expected benefits of the acquisition of AeroCare Holdings, Inc. ("AeroCare"); and

- other risks and uncertainties set forth in this Form 10-Q, as well as the documents incorporated by reference herein.

3

**PART I – FINANCIAL INFORMATION**
*Item 1. Consolidated Interim Financial Statements*

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(IN THOUSANDS, EXCEPT SHARE AND PER SHARE DATA)**
**(UNAUDITED)**

| | September 30, 2021 | December 31, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 336,654 | $ 99,962 |
| Accounts receivable | 347,515 | 171,065 |
| Inventory | 99,881 | 58,783 |
| Prepaid and other current assets | 39,388 | 33,441 |
| Total current assets | 823,438 | 363,251 |
| Equipment and other fixed assets, net | 341,357 | 110,468 |
| Operating lease right-of-use assets | 148,891 | — |
| Goodwill | 3,362,268 | 998,810 |
| Identifiable intangible assets, net | 209,909 | 116,061 |
| Other assets | 12,051 | 16,483 |
| Deferred tax assets | 293,801 | 208,399 |
| Total Assets | $ 5,191,715 | $ 1,813,472 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ 312,355 | $ 254,212 |
| Current portion of finance lease obligations | 21,672 | 22,282 |
| Current portion of operating lease obligations | 31,015 | — |
| Current portion of long-term debt | 20,000 | 8,146 |
| Contract liabilities | 22,252 | 11,043 |
| Other liabilities | 73,369 | 89,524 |
| Current portion of contingent consideration common shares liability | 21,402 | 36,846 |
| Total current liabilities | 502,065 | 422,053 |
| Long-term debt, less current portion | 2,187,373 | 776,568 |
| Operating lease obligations, less current portion | 121,411 | — |
| Other long-term liabilities | 314,932 | 186,470 |
| Contingent consideration common shares liability, less current portion | 15,025 | 33,631 |
| Warrant liability | 56,546 | 113,905 |
| Total Liabilities | 3,197,352 | 1,532,627 |
| Commitments and contingencies (note 14) | | |
| Stockholders' Equity: | | |
| Common Stock, par value of $0.0001 per share, 300,000,000 shares authorized and 132,154,358 shares issued and outstanding as of September 30, 2021; and 210,000,000 shares authorized and 76,457,439 shares issued and outstanding as of December 31, 2020 | 13 | 8 |
| Class B Common Stock, par value of $0.0001 per share, 0 shares authorized and 0 shares issued and outstanding as of September 30, 2021; and 35,000,000 shares authorized and 13,218,758 shares issued and outstanding as of December 31, 2020 | — | 1 |
| Preferred Stock, par value of $0.0001 per share, 5,000,000 shares authorized; 124,060 and 163,560 shares issued and outstanding as of September 30, 2021 and December 31, 2020, respectively | 1 | 1 |
| Additional paid-in capital | 2,057,289 | 558,486 |
| Accumulated deficit | (65,963) | (199,196) |
| Accumulated other comprehensive loss | (1,231) | (4,411) |
| Total stockholders' equity attributable to AdaptHealth Corp. | 1,990,109 | 354,889 |
| Noncontrolling interests in subsidiaries | 4,254 | (74,044) |
| Total Stockholders' Equity | 1,994,363 | 280,845 |
| Total Liabilities and Stockholders' Equity | $ 5,191,715 | $ 1,813,472 |

See accompanying notes to unaudited consolidated interim financial statements.

4

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(IN THOUSANDS, EXCEPT PER SHARE DATA)**
**(UNAUDITED)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| Net revenue | $ 653,293 | $ 284,405 | $ 1,752,429 | $ 707,960 |
| Costs and expenses: | | | | |
| Cost of net revenue | 529,887 | 240,720 | 1,417,305 | 606,768 |
| General and administrative expenses | 33,006 | 26,306 | 132,584 | 57,745 |
| Depreciation and amortization, excluding patient equipment depreciation | 14,690 | 4,120 | 46,014 | 6,398 |
| Total costs and expenses | 577,583 | 271,146 | 1,595,903 | 670,911 |
| Operating income | 75,710 | 13,259 | 156,526 | 37,049 |
| Interest expense, net | 24,252 | 12,406 | 69,584 | 27,826 |
| Loss on extinguishment of debt | 8,240 | 5,316 | 20,189 | 5,316 |
| Change in fair value of contingent consideration common shares liability (note 10) | (10,006) | 25,525 | (34,050) | 41,850 |
| Change in fair value of warrant liability (note 10) | (16,737) | 36,912 | (57,359) | 72,358 |
| Other (income) loss, net | (452) | — | 698 | (1,991) |
| Income (loss) before income taxes | 70,413 | (66,900) | 157,464 | (108,310) |
| Income tax expense (benefit) | 12,147 | (4,921) | 22,782 | (4,736) |
| Net income (loss) | 58,266 | (61,979) | 134,682 | (103,574) |
| Income (loss) attributable to noncontrolling interests | 174 | (10,944) | 1,449 | (22,458) |
| Net income (loss) attributable to AdaptHealth Corp. | $ 58,092 | $ (51,035) | $ 133,233 | $ (81,116) |
| | | | | |
| Weighted average common shares outstanding - basic | 131,684 | 57,372 | 124,228 | 47,986 |
| Weighted average common shares outstanding - diluted | 140,322 | 57,372 | 133,638 | 47,986 |
| | | | | |
| Basic net income (loss) per share [1] | $ 0.40 | $ (0.89) | $ 0.97 | $ (1.69) |
| Diluted net income (loss) per share [1] | $ 0.20 | $ (0.89) | $ 0.27 | $ (1.69) |

[1]   See Note 11, *Earnings Per Share*, to the unaudited consolidated interim financial statements for the calculations of basic and diluted net income (loss) per share.

See accompanying notes to unaudited consolidated interim financial statements.

5

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
**(IN THOUSANDS)**
**(UNAUDITED)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| Net income (loss) | $ 58,266 | $ (61,979) | $ 134,682 | $ (103,574) |
| Other comprehensive income (loss): | | | | |
| Interest rate swap agreements, inclusive of reclassification adjustment | 640 | 925 | 3,180 | (11,558) |
| Comprehensive income (loss) | 58,906 | (61,054) | 137,862 | (115,132) |
| | | | | |
| Income (loss) attributable to noncontrolling interests | 174 | (10,944) | 1,449 | (22,458) |
| Comprehensive income (loss) attributable to AdaptHealth Corp. | $ 58,732 | $ (50,110) | $ 136,413 | $ (92,674) |

See accompanying notes to unaudited consolidated interim financial statements.

6

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
**(IN THOUSANDS)**
**(UNAUDITED)**

| | Common Stock Shares | Common Stock Amount | Class B Common Stock Shares | Class B Common Stock Amount | Preferred Stock Shares | Preferred Stock Amount | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income (loss) | Noncontrolling interests in subsidiaries | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2020 | 76,458 | $ 8 | 13,219 | $ 1 | 164 | $ 1 | $ 558,486 | $ (199,196) | $ (4,411) | $ (74,044) | $ 280,845 |
| Issuance of Class A Common Stock for acquisitions | 14,092 | 2 | — | — | — | — | 564,986 | — | — | — | 564,988 |
| Issuance of Series C Preferred Stock for an acquisition | — | — | — | — | 130 | — | 523,856 | — | — | — | 523,856 |
| Issuance of stock options for an acquisition | — | — | — | — | — | — | 134,683 | — | — | — | 134,683 |
| Exchange of Class B Common Stock for Class A Common Stock | 13,219 | 1 | (13,219) | (1) | — | — | (77,919) | — | — | 77,919 | — |
| Equity-based compensation | 172 | — | — | — | — | — | 8,582 | — | — | — | 8,582 |
| Cashless exercise of stock options | 9 | — | — | — | — | — | — | — | — | — | — |
| Issuance of Class A Common Stock, net of offering costs of $13,832 | 8,450 | 1 | — | — | — | — | 265,017 | — | — | — | 265,018 |
| Conversion of Series B-1 Preferred Stock to Class A Common Stock | 3,950 | — | — | — | (40) | — | — | — | — | — | — |
| Conversion of Series C-1 Preferred Stock to Class A Common Stock | 13,047 | 1 | — | — | (130) | — | (1) | — | — | — | — |
| Class A Common Stock issued in connection with employee stock purchase plan | 8 | — | — | — | — | — | 314 | — | — | — | 314 |
| Net loss | — | — | — | — | — | — | — | (3,966) | — | 324 | (3,642) |
| Equity activity resulting from the Tax Receivable Agreement | — | — | — | — | — | — | 16,768 | — | — | — | 16,768 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | 1,876 | — | 1,876 |
| Other | (19) | — | — | — | — | — | (810) | — | — | — | (810) |
| Balance, March 31, 2021 | 129,386 | $ 13 | — | $ — | 124 | $ 1 | $ 1,993,962 | (203,162) | $ (2,535) | $ 4,199 | $ 1,792,478 |
| Issuance of Class A Common Stock for acquisitions | 441 | — | — | — | — | — | 12,166 | — | — | — | 12,166 |
| Equity-based compensation | 37 | — | — | — | — | — | 7,447 | — | — | — | 7,447 |
| Exercise of stock options | 200 | — | — | — | — | — | 2,300 | — | — | — | 2,300 |
| Distribution to non-controlling interest | — | — | — | — | — | — | — | — | — | (1,070) | (1,070) |
| Net income | — | — | — | — | — | — | — | 79,107 | — | 951 | 80,058 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | 664 | — | 664 |
| Balance, June 30, 2021 | 130,064 | $ 13 | — | $ — | 124 | $ 1 | $ 2,015,875 | (124,055) | $ (1,871) | $ 4,080 | $ 1,894,043 |
| Issuance of Common Stock for acquisitions | 977 | — | — | — | — | — | 25,507 | — | — | — | 25,507 |
| Equity-based compensation | 189 | — | — | — | — | — | 5,365 | — | — | — | 5,365 |
| Exercise of stock options | 898 | — | — | — | — | — | 9,840 | — | — | — | 9,840 |
| Common Stock issued in connection with employee stock purchase plan | 26 | — | — | — | — | — | 702 | — | — | — | 702 |
| Net income | — | — | — | — | — | — | — | 58,092 | — | 174 | 58,266 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | 640 | — | 640 |
| Balance, September 30, 2021 | 132,154 | $ 13 | — | $ — | 124 | $ 1 | $ 2,057,289 | (65,963) | $ (1,231) | $ 4,254 | $ 1,994,363 |

7

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
**(IN THOUSANDS)**
**(UNAUDITED) (Continued)**

| | Common Stock | | Class B Common Stock | | Preferred Stock | | Additional paid-in capital | Accumulated deficit | Accumulated other comprehensive income (loss) | Noncontrolling interests in subsidiaries | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | Shares | Amount | | | | | |
| Balance, December 31, 2019 | 40,816 | $ 4 | 31,564 | $ 3 | — | $ — | $ — | (40,258) | $ 1,431 | $ (26,963) | $ (65,783) |
| Issuance of Class A Common Stock for an acquisition | 387 | — | — | — | — | — | 6,248 | — | — | — | 6,248 |
| Exchange of Class B Common Stock for Class A Common Stock | 1,000 | — | (1,000) | — | — | — | (361) | — | — | 361 | — |
| Exercise of warrants | 1,092 | — | — | — | — | — | 15,273 | — | — | — | 15,273 |
| Equity-based compensation | 59 | — | — | — | — | — | 2,223 | — | — | — | 2,223 |
| Net loss | — | — | — | — | — | — | — | (34,551) | — | (14,902) | (49,453) |
| Equity activity resulting from Tax Receivable Agreement | — | — | — | — | — | — | 2,483 | — | — | — | 2,483 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | (6,570) | (4,847) | (11,417) |
| Balance, March 31, 2020 | 43,354 | $ 4 | 30,564 | $ 3 | — | $ — | $ 25,866 | (74,809) | $ (5,139) | $ (46,351) | $ (100,426) |
| Exchange of Class B Common Stock for Class A Common Stock | 2,055 | — | (2,055) | — | — | — | (1,580) | — | — | 1,580 | — |
| Exercise of warrants | 1,034 | 1 | — | — | — | — | 17,627 | — | — | — | 17,628 |
| Equity-based compensation | 32 | — | — | — | — | — | 3,244 | — | — | — | 3,244 |
| Exchange of Class A Common Stock for Series B-1 Preferred Stock | (15,810) | (2) | — | — | 158 | 1 | 1 | — | — | — | — |
| Distribution to non-controlling interest | — | — | — | — | — | — | — | — | — | (800) | (800) |
| Net income | — | — | — | — | — | — | — | 4,470 | — | 3,388 | 7,858 |
| Equity activity resulting from the Put/Call Agreement | — | — | — | — | — | — | (29,927) | — | — | — | (29,927) |
| Equity activity resulting from the Tax Receivable Agreement | — | — | — | — | — | — | 2,223 | — | — | — | 2,223 |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | (656) | (410) | (1,066) |
| Balance, June 30, 2020 | 30,665 | $ 3 | 28,509 | $ 3 | 158 | $ 1 | $ 17,454 | (70,339) | $ (5,795) | $ (42,593) | $ (101,266) |
| Issuance of Common Stock for acquisitions | 4,344 | 1 | — | — | — | — | 83,280 | — | — | — | 83,281 |
| Sale of Class A Common Stock and Series A Preferred Stock, net of offering costs of $1,639 | 10,930 | 1 | — | — | 75 | — | 223,360 | — | — | — | 223,361 |
| Issuance of Class A Common Stock, net of offering costs of $9,558 | 9,200 | 1 | — | — | — | — | 133,041 | — | — | — | 133,042 |
| Exchange of Class B Common Stock for Class A Common Stock | 2,634 | — | (2,634) | — | — | — | (7,467) | — | — | 7,467 | — |
| Exercise of warrants | 1,979 | — | — | — | — | — | 40,691 | — | — | — | 40,691 |
| Equity-based compensation | 35 | — | — | — | — | — | 5,502 | — | — | — | 5,502 |
| Conversion of Series B-2 Preferred Stock to Series B-1 Preferred Stock | — | — | — | — | (9) | — | — | — | — | — | — |
| Conversion of Series A Preferred Stock to Class A Common Stock | 2,888 | — | — | — | (40) | — | — | — | — | — | — |
| Class A Common Stock issued in connection with employee stock purchase plan | 6 | — | — | — | — | — | — | — | — | — | — |
| Net loss | — | — | — | — | — | — | — | (51,035) | — | (10,944) | (61,979) |
| Equity activity resulting from Tax Receivable Agreement | — | — | — | — | — | — | 2,236 | — | — | — | 2,236 |
| Equity activity resulting from the impact of other changes in ownership and deferred taxes | — | — | — | — | — | — | (10,623) | — | — | — | (10,623) |
| Equity activity resulting from the Put/Call Agreement | — | — | — | — | — | — | (2,694) | 2,694 | — | — | — |
| Change in fair value of interest rate swaps, inclusive of reclassification adjustment | — | — | — | — | — | — | — | — | 684 | 241 | 925 |
| Balance, September 30, 2020 | 62,681 | $ 6 | 25,875 | $ 3 | 184 | $ 1 | $ 484,780 | (118,680) | $ (5,111) | $ (45,829) | $ 315,170 |

See accompanying notes to unaudited consolidated interim financial statements.

8

**ADAPTHEALTH CORP. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(IN THOUSANDS) (UNAUDITED)**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Cash flows from operating activities: | | |
| Net income (loss) | $ 134,682 | $ (103,574) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation, including patient equipment depreciation | 146,476 | 55,186 |
| Equity-based compensation | 21,394 | 10,969 |
| Change in fair value of contingent consideration common shares liability | (34,050) | 41,850 |
| Change in fair value of warrant liability | (57,359) | 72,358 |
| Reduction in the carrying amount of operating lease right-of-use assets | 23,832 | — |
| Deferred income tax expense (benefit) | 11,666 | (7,590) |
| Change in fair value of interest rate swaps, net of reclassification adjustment | (2,185) | (2,130) |
| Change in fair value of contingent consideration | 1,135 | (2,900) |
| Payment of contingent consideration in connection with an acquisition | (1,000) | (1,000) |
| Amortization of intangible assets | 34,351 | 2,675 |
| Amortization of deferred financing costs | 4,069 | 1,189 |
| Imputed interest expense | 173 | 128 |
| Write-off of deferred financing costs | 4,054 | 46 |
| Loss on extinguishment of debt from prepayment penalty | 16,135 | 5,316 |
| Gain on equity method investment | (1,922) | — |
| Gain on sale of investment | — | (591) |
| Changes in operating assets and liabilities, net of effects from acquisitions: | | |
| Accounts receivable | (25,046) | (19,251) |
| Inventory | 3,626 | (10,166) |
| Prepaid and other assets | (137) | (1,459) |
| Operating lease obligations | (23,292) | — |
| Operating liabilities | (81,852) | 104,231 |
| Net cash provided by operating activities | 174,750 | 145,287 |
| Cash flows from investing activities: | | |
| Payments for business acquisitions, net of cash acquired | (1,417,946) | (605,309) |
| Purchases of equipment and other fixed assets | (139,686) | (22,834) |
| Payments for investments | (875) | (1,000) |
| Proceeds from sale of investment | — | 2,046 |
| Net cash used in investing activities | (1,558,507) | (627,097) |
| Cash flows from financing activities: | | |
| Proceeds from borrowings on long-term debt and lines of credit | 1,165,000 | 536,275 |
| Repayments on long-term debt and lines of credit | (822,271) | (545,584) |
| Proceeds from the sale of Class A Common Stock and Series A Preferred Stock | — | 225,000 |
| Proceeds from the issuance of Class A Common Stock | 278,850 | 142,600 |
| Proceeds from the issuance of senior unsecured notes | 1,100,000 | 350,000 |
| Proceeds from the exercise of warrants | — | 24,495 |
| Proceeds from the exercise of stock options | 12,140 | — |
| Repayments of finance lease obligations | (31,043) | (29,710) |
| Payments for equity issuance costs | (13,832) | (11,197) |
| Payments of deferred financing costs | (29,185) | (12,879) |
| Proceeds received in connection with employee stock purchase plan | 1,016 | — |
| Payments for tax withholdings from equity-based compensation activity | (810) | — |
| Distributions to noncontrolling interests | (1,070) | (800) |
| Payments of contingent consideration in connection with acquisitions | (17,200) | (200) |
| Payments of deferred purchase price in connection with acquisitions | (5,011) | (750) |
| Payments for debt prepayment penalties | (16,135) | — |
| Net cash provided by financing activities | 1,620,449 | 677,250 |
| Net increase in cash and cash equivalents | 236,692 | 195,440 |
| Cash and cash equivalents at beginning of period | 99,962 | 76,878 |
| Cash and cash equivalents at end of period | $ 336,654 | $ 272,318 |
| Supplemental disclosures: | | |
| Cash paid for interest | $ 67,409 | $ 22,788 |
| Cash paid for income taxes | 13,799 | 3,062 |
| Noncash investing and financing activities: | | |
| Equipment acquired under finance lease obligations | $ 22,902 | $ 28,888 |
| Unpaid equipment and other fixed asset purchases at end of period | 12,688 | 8,452 |
| Assets subject to operating lease obligations | 11,340 | — |
| Operating lease obligations | (11,340) | — |
| Equity consideration issued in connection with acquisitions | 1,261,200 | 89,529 |
| Contingent purchase price in connection with acquisitions | 2,000 | 6,464 |
| Deferred purchase price in connection with acquisitions | 1,162 | 33 |

See accompanying notes to unaudited consolidated interim financial statements.

9

*Material Weakness Remediation*

With respect to the Non-routine Transaction Material Weakness, management continues to be actively engaged to take steps to remediate such material weakness, including (1) implementing processes to improve overall efficiency and accuracy of accounting, including implementing Phase 1 of an enterprise resource planning (ERP) system, and (2) hiring and continuing to actively seek to hire dedicated and experienced technical resources (including the hiring of a Vice President and Controller, Vice President of Tax, and a Treasurer, and engaging a third-party consultant to assist management) to strengthen its corporate oversight over financial reporting and controls associated with non-routine and complex accounting matters. Additionally, in the second quarter of 2021, we have engaged a third party consultant to provide certain internal audit services for the Company. While we have made substantial progress, this material weakness cannot be considered remediated until the enhanced controls have operated effectively for a sufficient period of time.

With respect to the Accounts Payable Material Weakness, management continues to be actively engaged to take steps to remediate such material weakness, including (1) hiring management level employees with experience in accounts payable functions, (2) implementing new controls with respect to vendor masterfile data review and approval, (3) creating and communicating new and enhanced policies related to accounts payable processing including formalizing a delegation of authority, and (4) engaging a third-party consulting firm to assist with the implementation of an enterprise accounts payable system and to assist with the Company's invoice processing and payment functions. While we have made substantial progress, this material weakness cannot be considered remediated until the enhanced controls have operated effectively for a sufficient period of time.

*Changes in Internal Control over Financial Reporting*

On February 1, 2021, we completed the acquisition of AeroCare Holdings, Inc. (AeroCare) and on April 30, 2021, we completed the acquisition of Spiro Health Services, LLC (Spiro). SEC guidance permits management to exclude acquisitions from their assessment of internal control over financial reporting during the first year of an acquisition. In conducting our evaluation of the effectiveness of our internal control over financial reporting, we excluded AeroCare and Spiro from our evaluation during the three-month period ended September 30, 2021. We are in the process of incorporating AeroCare and Spiro into our system of internal control over financial reporting.

During the three months ended September 30, 2021, management implemented certain internal controls in conjunction with the Company's adoption of FASB ASU No. 2016-02, *Leases* (Topic 842). Except with respect to the changes in connection with the adoption of Topic 842, and the changes in connection with the implementation of the initiatives to remediate the material weaknesses noted above, there were no changes in the Company's internal control over financial reporting that occurred during the fiscal quarter ended September 30, 2021 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting. We have not experienced any material impact to our internal controls over financial reporting despite the fact that many of our employees are working remotely due to the COVID-19 pandemic. We are continually monitoring and assessing the COVID-19 situation on our internal controls to minimize the impact on their design and operating effectiveness.

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve patient complaints, personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims that could materially impact its financial condition or results of operations.

70

For example, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested in AdaptHealth's possession. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. On October 3, 2019 AdaptHealth received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested with any relevant documents in the AdaptHealth's possession. During subsequent communications, the EDPA indicated to the Company that the investigation remained ongoing. The EDPA also requested additional information regarding certain patient services and claims refunds processed by AdaptHealth in 2017. The Company produced this information in coordination with the EDPA. The EDPA has also raised questions regarding other aspects of ventilator billing. While AdaptHealth cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further, it does not believe that the investigation will have a material adverse effect on the Company.

Additionally, in March 2019, prior to its acquisition by AdaptHealth, AeroCare was served with a civil investigative demand ("CID") issued by the United States Attorney for the Western District of Kentucky ("WDKY"). The CID seeks to investigate allegations that AeroCare improperly billed, or caused others to improperly bill, for oxygen tank contents that were not delivered to beneficiaries. The WDKY has requested documents related to such oxygen tank content billing as well as other categories of information. AeroCare has cooperated with the WDKY and has produced documents and provided explanations of its billing practices. In September 2020, the WDKY indicated the investigation includes alleged violations of the federal False Claims Act and as well as alleged violations of state Medicaid false claims acts in ten states. AeroCare has cooperated fully with the investigation and has indicated to the WDKY that concerns raised do not accurately identify Medicare coverage criteria and that state Medicaid coverage requirements generally do not provide for separate reimbursement for portable gaseous oxygen contents in the circumstances at issue. While AdaptHealth cannot provide any assurance as to whether the WDKY will seek additional information or pursue this matter further, it does not believe that the investigation will have a material adverse effect on AdaptHealth.

On June 28, 2019, Solara, which was acquired by AdaptHealth in July 2020, determined that an unauthorized third-party gained access to a limited number of employee Microsoft Office accounts beginning in April 2019, as a result of a phishing email campaign. Solara undertook a comprehensive review of the accounts to identify what personal information was stored within the accounts and to whom that information related. In connection with the incident, Solara notified potentially affected individuals and reported this incident to law enforcement and relevant state and federal regulators. Solara was a defendant in a class action regarding the incident in federal court. In October 2021, the parties tentatively agreed to a settlement for a payment of $5.1 million, which will be covered in full by insurance and an escrow established at the time of the Solara acquisition.

On July 29, 2021, Robert Charles Faille Jr., a purported shareholder of AdaptHealth, filed a purported class action complaint against AdaptHealth and certain of its current and former officers in the United States District Court for the Eastern District of Pennsylvania (the "Complaint"). The Complaint purports to be asserted on behalf of a class of persons who purchased AdaptHealth stock between November 11, 2019 and July 16, 2021. The Complaint generally alleges that AdaptHealth and certain of its current and former officers violated federal securities laws by making allegedly false and misleading statements and/or failing to disclose material information regarding the Company's organic growth trajectory. The Complaint seeks unspecified damages. On October 14, 2021, the Delaware County Employees Retirement System and the Bucks County Employees Retirement System were named Lead Plaintiffs. Pursuant to the stipulated initial scheduling order, Lead Plaintiffs must file a consolidated complaint by no later than December 15, 2021. AdaptHealth intends to vigorously defend against the allegations contained in the Complaint, but there can be no assurance that the defense will be successful.

71

***Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including senior management. The loss of such key personnel could negatively impact our operations and financial results.***

AdaptHealth is highly dependent on the performance and continued efforts of its senior management team. AdaptHealth's future success is dependent on its ability to continue to attract and retain qualified executive officers and senior management. Any inability to manage AdaptHealth's operations effectively could adversely impact its financial condition and results of operations.

Our ability to successfully operate our business is also dependent upon the efforts of certain other key personnel of AdaptHealth. It is possible that AdaptHealth will lose some key personnel, the loss of which could negatively impact our operations and profitability.

As previously announced, on April 13, 2021, the Company announced that it had learned that authorities in Denmark had formally charged its then Co-CEO, Luke McGee, with alleged tax fraud arising from certain past private activity. On April 13, 2021, the Company placed Mr. McGee on unpaid leave from his roles as Co-CEO and a Director of the Company.

On April 20, 2021, the Company's board of directors unanimously approved the formation of a Special Committee of Board members, composed of Terence Connors and Dale Wolf, to conduct a full investigation of Mr. McGee's alleged personal conduct. In addition, the Company's board of directors also approved the retention of an independent law firm to assist the Special Committee in facilitating the investigation. Mr. McGee had no role in, and was entirely recused from, the investigation. On June 11, 2021, the independent law firm reported to the Special Committee that the investigation was substantially complete and that they could state with a high degree of confidence that the Company had no involvement in, or connection to, Mr. McGee's alleged conduct. On June 14, 2021, the Company and Mr. McGee agreed that Mr. McGee would resign from his positions as Co-CEO of the Company and a Director of the Company effective as of June 11, 2021, and on June 14, 2021, the Company's board of directors appointed Stephen Griggs as the Chief Executive Officer of the Company. The investigation was completed in October 2021 resulting in no changes to the findings discussed above.

***AdaptHealth's strategic growth plan, which involves the acquisition of other companies, may not succeed.***

AdaptHealth's strategic plan calls for significant growth in its business over the next several years through an increase in its density in select markets where it is established as well as the expansion of its geographic footprint into new markets. This growth would place significant demands on AdaptHealth's management team, systems, internal controls and financial and professional resources. As a result, AdaptHealth could be required to incur expenses for hiring additional qualified personnel, retaining professionals to assist in developing the appropriate control systems and expanding AdaptHealth's information technology infrastructure. If AdaptHealth is unable to effectively manage growth, its financial results could be adversely impacted.

AdaptHealth's strategic plan also contemplates continued growth from future acquisitions of home medical equipment providers. AdaptHealth may face increased competition for attractive acquisition candidates, which may limit the number of acquisition opportunities available to AdaptHealth or lead to the payment of higher prices for its acquisitions. Without successful acquisitions, AdaptHealth's future growth rate could decline. In addition, AdaptHealth cannot guarantee that any future acquisitions, if consummated, will result in further growth.

AdaptHealth's strategic plan contemplates successful integration of acquired home medical equipment providers with AdaptHealth's existing business, including reduction in operating expenses with respect to the acquired companies. Integrating an acquisition could be expensive and time-consuming and could disrupt AdaptHealth's ongoing business, negatively affect cash flow and distract management and other key personnel from day-to-day operations. AdaptHealth may not be able to combine successfully the operations of recently acquired companies with its operations, and, even if such integration is accomplished, AdaptHealth may never realize the potential benefits of such acquisition.

81

The integration of acquisitions requires significant attention from management, may impose substantial demands on AdaptHealth's operations or other projects and may impose challenges on us including, but not limited to, consistencies in business standards, procedures, policies and business cultures. There can be no assurance that any future acquisitions, if consummated, will result in further growth.

Specific integration risks relating to the acquisition of other companies by AdaptHealth may include:

- difficulties related to combining previously separate businesses into a single unit, including patient transitions, product and service offerings, distribution and operational capabilities and business cultures;

- availability of financing to the extent needed to fund acquisitions;

- customer loss and other general business disruption;

- managing the integration process while completing other independent acquisitions or dispositions;

- diversion of management's attention from day-to-day operations;

- assumption of liabilities of an acquired business, including unforeseen or contingent liabilities or liabilities in excess of the amounts estimated;

- failure to realize anticipated benefits and synergies, such as cost savings and revenue enhancements;

- potentially substantial costs and expenses associated with acquisitions and dispositions;

- failure to retain and motivate key employees;

- coordinating research and development activities to enhance the introduction of new products and services;

- difficulties in establishing and applying AdaptHealth's internal control over financial reporting and disclosure controls and procedures to an acquired business;

- obtaining necessary regulatory licenses and payor-specific approvals, which may impact the timing of when AdaptHealth is to bill and collect for services rendered;

- AdaptHealth's ability to transition patients in a timely manner may impact AdaptHealth's ability to collect amounts for services rendered;

- AdaptHealth's estimates for revenue accruals during the integration of acquisitions may require adjustments in future periods as the transition of patient information is finalized; and

- delays in obtaining new government and commercial payor identification numbers for acquired branches, resulting in a slowdown and/or loss of associated revenue.

In addition, AdaptHealth faces competition for acquisition candidates, which may limit the number of acquisition opportunities available to AdaptHealth or lead to the payment of higher prices for its acquisitions. There can be no assurance that AdaptHealth will be able to identify suitable acquisition opportunities in the future or that any such opportunities, if identified, will be consummated on favorable terms, if at all. Without successful acquisitions, AdaptHealth's future growth rate could decline.

While AdaptHealth conducts due diligence in connection with any acquisition opportunity, there may be risks or liabilities that such due diligence efforts fail to discover that are not disclosed to AdaptHealth or that AdaptHealth

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AdaptHealth Corp.

November 9, 2021

By: /s/ Stephen P. Griggs
Stephen P. Griggs
Chief Executive Officer and Director
(*Principal Executive Officer*)

November 9, 2021

By: /s/ Jason Clemens
Jason Clemens
Chief Financial Officer
(*Principal Financial Officer*)

November 9, 2021

By: /s/ Frank Mullen
Frank Mullen
Chief Accounting Officer
(*Principal Accounting Officer*)

103

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Stephen P. Griggs, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

November 9, 2021

/s/ Stephen P. Griggs
Stephen P. Griggs
Chief Executive Officer and Director
(Principal Executive Officer)

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Jason Clemens, certify that:

1. I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

November 9, 2021                                        /s/ Jason Clemens
                                                       Jason Clemens
                                                       Chief Financial Officer
                                                       (Principal Financial Officer)

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350**
**AS REQUIRED BY**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of AdaptHealth Corp. (the "Company") on Form 10-Q for the quarter ended September 30, 2021, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), the undersigned hereby certify that to the best of our knowledge:

1.  The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2.  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

| | | |
|---|---|---|
| November 9, 2021 | /s/ Stephen P. Griggs | Chief Executive Officer and Director |
| | Stephen P. Griggs | (Principal Executive Officer) |
| November 9, 2021 | /s/ Jason Clemens | Chief Financial Officer |
| | Jason Clemens | (Principal Financial Officer) |