# Exhibit 41

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-Q

**X    QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended March 31, 2021**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-38399**

# AdaptHealth Corp.

(Exact name of registrant as specified in its charter)

| **Delaware** | **82-3677704** |
|---|---|
| (State of Other Jurisdiction of incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **220 West Germantown Pike Suite 250, Plymouth Meeting, PA** | **19462** |
| (Address of principal executive offices) | (Zip code) |

**Registrant's telephone number, including area code: (610) 630-6357**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Trading Symbol(s)** | **Name Of Each Exchange On Which Registered** |
|---|---|---|
| Class A Common Stock, par value $0.0001 per share | AHCO | The Nasdaq Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act:  None**

Indicate by check mark whether the registrant:  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes **X**    No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.0405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes **X**    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☐ | Accelerated filer **X** | Non-accelerated filer ☐ | Smaller reporting company **X** |
|---|---|---|---|
| | | | Emerging growth company **X** |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No **X**

As of May 5, 2021, there were 129,244,574 shares of the Registrant's Class A Common Stock issued and outstanding and 0 shares of the Registrant's Class B Common Stock issued and outstanding.

**ADAPTHEALTH CORP.**

**FORM 10-Q**
**TABLE OF CONTENTS**

|  | Page Number |
|---|---|
| **PART I FINANCIAL INFORMATION** |  |
| Item 1. Consolidated Interim Financial Statements (Unaudited) |  |
| Consolidated Balance Sheets as of March 31, 2021 and December 31, 2020 | 4 |
| Consolidated Statements of Operations for the three months ended March 31, 2021 and 2020 | 5 |
| Consolidated Statements of Comprehensive Loss for the three months ended March 31, 2021 and 2020 | 6 |
| Consolidated Statements of Changes in Stockholders' Equity (Deficit) for the three months ended March 31, 2021 and 2020 | 7 |
| Consolidated Statements of Cash Flows for the three months ended March 31, 2021 and 2020 | 8 |
| Notes to Consolidated Interim Financial Statements | 9 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 37 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 50 |
| Item 4. Controls and Procedures | 50 |
| **PART II OTHER INFORMATION** | 52 |
| Item 1. Legal Proceedings | 52 |
| Item 1A. Risk Factors | 52 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 79 |
| Item 3. Defaults upon Senior Securities | 80 |
| Item 4. Mine Safety Disclosure | 80 |
| Item 5. Other Information | 80 |
| Item 6. Exhibits | 80 |
| **Signatures** | 83 |

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

advance payments by CMS has begun in April 2021 and is being applied to services provided and revenue recognized during the period in which the recoupment occurs.

*Accounts Receivable*

Due to the continuing changes in the healthcare industry and third-party reimbursement environment, certain estimates are required to record accounts receivable at their net realizable values. Inherent in these estimates is the risk that they will have to be revised or updated as additional information becomes available. The complexity of third-party billing arrangements and laws and regulations governing Medicare and Medicaid may result in adjustments to amounts originally recorded.

The Company performs a periodic analysis to review the valuation of accounts receivable and collectability of outstanding balances. Management's evaluation takes into consideration such factors as historical bad debt experience, business and economic conditions, trends in healthcare coverage, other collection indicators and information about specific receivables. The Company's evaluation also considers the age and composition of the outstanding amounts in determining their estimated net realizable value.

Receivables are considered past due when not collected by established due dates. Specific patient balances are written off after collection efforts have been followed and the account has been determined to be uncollectible. Revisions in reserve estimates are recorded as an adjustment to net revenue in the period of revision.

Included in accounts receivable are earned but unbilled accounts receivables. Billing delays, ranging from several days to several weeks, can occur due to the Company's policy of compiling required payor specific documentation prior to billing for its services rendered. At March 31, 2021 and December 31, 2020, the Company recorded unbilled accounts receivables of $13.8 million and $20.2 million, respectively.

**(3)      Acquisitions**

During the three months ended March 31, 2021 and 2020, the Company completed several acquisitions to strengthen its current market share in existing markets or to expand into new markets. Each of the Company's acquisitions was accounted for using the acquisition method pursuant to the requirements of FASB ASC Topic 805, *Business Combinations*, and are included in the Company's consolidated financial statements since the respective acquisition date. The goodwill generated from these acquisitions is attributable to expected growth and cost synergies and the expected contribution of each acquisition to the Company's overall strategy. The majority of the goodwill recorded during the three months ended March 31, 2021 is not expected to be deductible for tax purposes. The estimated fair values of the net assets of acquired businesses as described below are subject to change resulting from such items as working capital adjustments post-acquisition. As a result, the acquisition accounting for certain acquired businesses could change in subsequent periods resulting in adjustments to goodwill once finalized. Also, see subsection, "Pro forma information" of this Note 3 for pro forma information on net revenue and operating income.

*Three Months Ended March 31, 2021*

On February 1, 2021, the Company acquired 100% of the equity interests of AeroCare Holdings, Inc. (AeroCare). AeroCare is a leading national technology-enabled respiratory and home medical equipment distribution platform in the United States and offers a comprehensive suite of direct-to-patient equipment and services including CPAP and BiPAP machines, oxygen concentrators, home ventilators, and other durable medical equipment products. The total consideration consisted of (i) a cash payment of approximately $1.1 billion at closing, (ii) the issuance of 13,992,615 shares of the Company's Class A Common Stock at closing, (iii) the issuance of 130,474.73 shares of the Company's Series C Convertible Preferred Stock at closing, and (iv) the issuance of 3,959,892 options to purchase shares of the Company's Class A Common Stock in the future, which had a weighted-average exercise price of $6.24 per

15

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

share and a weighted-average remaining exercise period of approximately 7 years from the date of closing. Refer to Note 10, *Stockholders' Equity – Preferred Stock*, for additional discussion of the Series C Convertible Preferred Stock issued in connection with the acquisition of AeroCare. The Company allocated the consideration paid to the estimated fair values of the net assets acquired on a provisional basis, including $27.7 million to cash, $75.9 million to accounts receivable, $27.6 million to inventory, $163.5 million to equipment and other fixed assets, $138.2 million to identifiable intangible assets (consisting of $70.0 million of contractual rental agreements and $68.2 million of tradenames), $2.1 billion to goodwill, $82.7 million to accounts payable and accrued expenses, $63.7 million to deferred tax liabilities, and $20.9 million of net liabilities to other working capital accounts.

In addition, during the three months ended March 31, 2021, the Company acquired 100% of the equity interests of two providers of home medical equipment, and acquired certain assets of the durable medical equipment business of a provider of home medical equipment. The Company allocated the consideration paid for these acquisitions to the estimated fair values of the net assets acquired on a provisional basis, including $1.6 million to cash, $6.4 million to accounts receivable, $5.4 million to inventory, $13.2 million to equipment and other fixed assets, $1.5 million to identifiable intangible assets (consisting of tradenames), $38.1 million to goodwill, $5.0 million to accounts payable and accrued expenses, and $0.5 million of net liabilities to other working capital accounts. One of the acquisitions also includes potential contingent payments of up to $4.0 million based on certain conditions after closing, which was determined to have a nominal acquisition date fair value, and thus no contingent liability was recorded in connection with the Company's preliminary acquisition accounting for the acquisition.

In addition, during the three months ended March 31, 2021, the Company completed certain other acquisitions which in the aggregate had a consideration paid of approximately $2.2 million.

The following table summarizes the consideration paid for all acquisitions during the three months ended March 31, 2021 (in thousands):

| | | |
|---|---|---|
| Cash consideration | $ | 1,207,958 |
| Equity consideration | | 1,223,527 |
| Deferred payments | | 423 |
| Total | $ | 2,431,908 |

The Company allocated the consideration paid to the net assets acquired based on their estimated acquisition date fair values. The Company is still evaluating the fair value of certain assets and liabilities for which provisional amounts were recorded and expects to finalize such evaluation during the remainder of 2021. Based upon management's evaluation, which is preliminary and subject to completion of working capital and other adjustments, the consideration paid for all acquisitions during the three months ended March 31, 2021 was allocated as follows during such period (in thousands):

16

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

| | | |
|---|---|---:|
| Cash | $ | 29,232 |
| Accounts receivable | | 82,352 |
| Inventory | | 33,149 |
| Prepaid and other current assets | | 4,380 |
| Equipment and other fixed assets | | 177,088 |
| Goodwill | | 2,143,322 |
| Identifiable intangible assets | | 139,700 |
| Other assets | | 1,178 |
| Deferred tax liabilities | | (63,501) |
| Accounts payable and accrued expenses | | (87,823) |
| Contract liabilities | | (14,538) |
| Other current liabilities | | (11,576) |
| Other long-term liabilities | | (1,055) |
| Net assets acquired | $ | 2,431,908 |

During the three months ended March 31, 2021, the Company received net receipts of $0.6 million relating to working capital adjustments associated with businesses that were acquired during 2020 which was recorded as a decrease to goodwill during the period.

*Three Months Ended March 31, 2020*

On January 2, 2020, the Company purchased 100% of the equity interests of the Patient Care Solutions business (PCS), which was a subsidiary of McKesson Corporation. PCS is a home medical equipment supplies business. During the three months ended March 31, 2020, the Company allocated the consideration paid to the estimated fair values of the net assets acquired on a provisional basis, including $16.3 million to accounts receivable, $0.5 million to equipment and other fixed assets, $1.4 million to goodwill, and $3.2 million of net liabilities to other working capital accounts.

On March 2, 2020, the Company purchased certain assets of the durable medical equipment business of Advanced Home Care, Inc. (Advanced). During the three months ended March 31, 2020, the Company allocated the consideration paid to the estimated fair values of the net assets acquired on a provisional basis, including $18.5 million to equipment and other fixed assets, $38.5 million to goodwill, and $1.5 million of net assets to other working capital accounts. The acquisition of Advanced also includes a potential contingent payment of up to $9.0 million based on certain conditions after closing. As of March 31, 2020, the Company had not yet determined the fair value of such contingent payment, as such an estimated fair value was not included in the consideration paid as part of the Company's preliminary acquisition accounting during the three months ended March 31, 2020. Subsequent to March 31, 2020, the Company determined that the potential contingent payment had an acquisition date fair value of $5.0 million which was recorded as a contingent liability. The fair value of the estimated contingent liability of $5.0 million at March 31, 2021 is included in other current liabilities in the accompanying consolidated balance sheets based on the expected payment date.

In addition, during the three months ended March 31, 2020, the Company acquired 100% of the equity interests of a provider of home medical equipment. The Company allocated the consideration paid for this acquisition to the estimated fair values of the net assets acquired on a provisional basis, including $0.3 million to cash, $3.3 million to accounts receivable, $0.9 million to inventory, $5.5 million to equipment and other fixed assets, $33.8 million to goodwill, $2.9 million to accounts payable and accrued expenses, $1.6 million to capital lease obligations, and $0.6 million of net liabilities to other working capital accounts.

In addition, during the three months ended March 31, 2020, the Company completed certain other acquisitions which in the aggregate had a consideration paid of approximately $0.2 million.

17

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

The following table summarizes the consideration paid for all acquisitions during the three months ended March 31, 2020 (in thousands):

| | | |
|---|---|---:|
| Cash consideration | $ | 106,178 |
| Equity consideration | | 6,248 |
| Deferred payments | | 14 |
| Total | $ | 112,440 |

The Company allocated the consideration paid to the net assets acquired based on their estimated acquisition date fair values. Based upon management's evaluation, which was preliminary and subject to completion of working capital and other adjustments, the consideration paid for all acquisitions during the three months ended March 31, 2020 was allocated as follows during such period (in thousands):

| | | |
|---|---|---:|
| Cash | $ | 337 |
| Accounts receivable | | 19,574 |
| Inventory | | 4,780 |
| Prepaid and other current assets | | 1,334 |
| Equipment and other fixed assets | | 24,406 |
| Goodwill | | 74,016 |
| Accounts payable and accrued expenses | | (6,494) |
| Contract liabilities | | (2,467) |
| Unfavorable lease liability | | (1,419) |
| Capital lease obligations | | (1,627) |
| Net assets acquired | $ | 112,440 |

The Company finalized the valuation of the fair value of the net assets acquired for these acquisitions during the remainder of 2020.

*Pro-Forma Information*

The unaudited pro-forma financial information presented below has been prepared by adjusting the historical results of the Company to include the historical results of the significant acquisitions described above. The unaudited pro-forma financial information is presented for illustrative purposes only and may not be indicative of the results of operations that would have actually occurred. In addition, future results may vary significantly from the results reflected in the pro-forma information. The unaudited pro-forma financial information does not reflect the impact of future events that may occur after the acquisitions, such as the impact of cost savings or other synergies that may result from these acquisitions, and does not include interest expense associated with debt incurred to fund the acquisitions.

| (in thousands) | Three Months Ended March 31, | | | |
|---|---:|---:|---:|---:|
| | **2021** | | **2020** | |
| Net revenue | $ | 564,148 | $ | 482,471 |
| Operating income | $ | 21,511 | $ | 41,059 |

18

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

*Results of Businesses Acquired*

The following table presents the amount of net revenue and operating income (loss) in the period of acquisition since the respective acquisition dates for the significant acquisitions described above that is included in the Company's consolidated statements of operations for the three months ended March 31, 2021 and 2020:

| (in thousands) | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Net revenue | $ 142,648 | $ 40,725 |
| Operating income (loss) | $ 20,383 | $ (5,560) |

**(4)    Equipment and Other Fixed Assets**

Equipment and other fixed assets as of March 31, 2021 and December 31, 2020 are as follows (in thousands):

| | March 31, 2021 | December 31, 2020 |
| --- | --- | --- |
| Patient medical equipment | $ 341,734 | $ 158,108 |
| Delivery vehicles | 19,997 | 8,211 |
| Other | 38,630 | 26,098 |
| | 400,361 | 192,417 |
| Less accumulated depreciation | (101,824) | (81,949) |
| | $ 298,537 | $ 110,468 |

**(5)    Goodwill and Identifiable Intangible Assets**

Goodwill is an asset representing the future economic benefits arising from other assets acquired in a business combination that are not individually identified and separately recognized. The change in the carrying amount of goodwill for the three months ended March 31, 2021 was as follows (in thousands):

| | |
| --- | --- |
| Balance at December 31, 2020 | $ 998,810 |
| Goodwill from acquisitions | 2,143,322 |
| Net receipts relating to prior acquisitions | (558) |
| Increase | 502 |
| Balance at March 31, 2021 | $ 3,142,076 |

Annually, and upon the identification of a triggering event, management is required to perform an evaluation of the recoverability of goodwill. Triggering events potentially warranting an interim goodwill impairment test include, amongst other factors, declines in historical or projected revenue, operating income or cash flows, and declines in the Company's stock price or market capitalization. While management cannot predict if or when future goodwill impairments may occur, a goodwill impairment could have a material adverse effect on the Company's operating income, net assets and the Company's cost of, or access to, capital. The Company did not record any goodwill impairment charges during the three months ended March 31, 2021 and 2020.

As discussed in Note 3, *Acquisitions*, during the three months ended March 31, 2021, the Company received net receipts of $0.6 million relating to working capital adjustments associated with businesses that were acquired during 2020 which was recorded as a reduction to goodwill during the period. The other increase in the table above relates to measurement period adjustments relating to businesses that were acquired by the Company during 2020.

**ADAPTHEALTH CORP. AND SUBSIDIARIES**

**Notes to Consolidated Interim Financial Statements (Unaudited)**

Identifiable intangible assets that are separable and have determinable useful lives are valued separately and amortized over the period which reflects the pattern in which the economic benefits of the assets are expected to be consumed. Identifiable intangible assets consisted of the following at March 31, 2021 and December 31, 2020 (in thousands):

| | | March 31, 2021 | |
| --- | --- | --- | --- |
| | | | Weighted-Average Remaining Life (Years) |
| Tradenames, net of accumulated amortization of $3,917 | $ | 99,383 | 9.5 |
| Payor contracts, net of accumulated amortization of $5,666 | | 76,334 | 9.3 |
| Contractual rental agreements, net of accumulated amortization of $5,833 | | 64,167 | 2.0 |
| Developed technology, net of accumulated amortization of $945 | | 5,355 | 4.3 |
| Identifiable intangible assets, net | $ | 245,239 | |

| | | December 31, 2020 | |
| --- | --- | --- | --- |
| | | | Weighted-Average Remaining Life (Years) |
| Tradenames, net of accumulated amortization of $1,793 | $ | 32,007 | 8.8 |
| Payor contracts, net of accumulated amortization of $3,616 | | 78,384 | 9.6 |
| Developed technology, net of accumulated amortization of $630 | | 5,670 | 4.5 |
| Identifiable intangible assets, net | $ | 116,061 | |

Amortization expense related to identifiable intangible assets, which is included in depreciation and amortization, excluding patient equipment depreciation, in the accompanying statements of operations, was $10.3 million for the three months ended March 31, 2021. There was no amortization expense related to identifiable intangible assets for the three months ended March 31, 2020.

Future amortization expense related to identifiable intangible assets is estimated to be as follows (in thousands):

| Twelve months ending March 31, | | |
| --- | --- | --- |
| 2022 | $ | 55,416 |
| 2023 | | 49,583 |
| 2024 | | 20,416 |
| 2025 | | 20,402 |
| 2026 | | 18,899 |
| Thereafter | | 80,523 |
| Total | $ | 245,239 |

The Company recorded no impairment charges related to identifiable intangible assets during the three months ended March 31, 2021 and 2020.

**(6)    Fair Value of Assets and Liabilities**

FASB ASC Topic 820, *Fair Value Measurements and Disclosures* (ASC 820), creates a single definition of fair value, establishes a framework for measuring fair value in U.S. GAAP and expands disclosures about fair value measurements. Assets and liabilities adjusted to fair value in the balance sheet are categorized based upon the level of judgment associated with the inputs used to measure their fair value. Level inputs, as defined by ASC 820, are as follows:

20

**Results of Operations**

*Comparison of Three Months Ended March 31, 2021 and Three Months Ended March 31, 2020.*

The following table summarizes AdaptHealth's consolidated results of operations for the three months ended March 31, 2021 and 2020:

| (in thousands, except percentages) | Three Months Ended March 31, | | | | Increase/(Decrease) | |
| | 2021 | | 2020 | | | |
| | Dollars | Revenue Percentage | Dollars | Revenue Percentage | Dollars | Percentage |
| | | | (unaudited) | | | |
| Net revenue | $ 482,119 | 100.0 % | $ 191,439 | 100.0 % | $ 290,680 | 151.8 % |
| Costs and expenses: | | | | | | |
| Cost of net revenue | 396,698 | 82.3 % | 167,630 | 87.6 % | 229,068 | 136.7 % |
| General and administrative expenses | 56,632 | 11.7 % | 14,347 | 7.5 % | 42,285 | 294.7 % |
| Depreciation and amortization, excluding patient equipment depreciation | 13,380 | 2.8 % | 1,242 | 0.6 % | 12,138 | 977.3 % |
| **Total costs and expenses** | **466,710** | **96.8 %** | **183,219** | **95.7 %** | **283,491** | **154.7 %** |
| **Operating income** | **15,409** | **3.2 %** | **8,220** | **4.3 %** | **7,189** | **87.5 %** |
| Interest expense, net | 22,185 | 4.6 % | 7,938 | 4.1 % | 14,247 | 179.5 % |
| Loss on extinguishment of debt | 4,213 | 0.9 % | — | — % | 4,213 | NM % |
| Change in fair value of contingent consideration common shares liability | (1,965) | (0.4)% | 16,367 | 8.5 % | (18,332) | NM % |
| Change in fair value of warrant liability | (3,168) | (0.7)% | 36,100 | 18.9 % | (39,268) | NM % |
| Other income, net | (519) | (0.1)% | (1,091) | (0.6)% | 572 | NM % |
| **Loss before income taxes** | **(5,337)** | **(1.1)%** | **(51,094)** | **(26.6)%** | **45,757** | **(89.6)%** |
| Income tax benefit | (1,695) | (0.4)% | (1,641) | (0.9)% | (54) | NM |
| **Net loss** | **(3,642)** | **(0.7)%** | **(49,453)** | **(25.7)%** | **45,811** | **(92.6)%** |
| Income (loss) attributable to noncontrolling interests | 324 | 0.1 % | (14,902) | (7.8)% | 15,226 | (102.2)% |
| **Net loss attributable to AdaptHealth Corp.** | **$ (3,966)** | **(0.8)%** | **$ (34,551)** | **(17.9)%** | **$ 30,585** | **(88.5)%** |

*Net Revenue.* Net revenue for the three months ended March 31, 2021 was $482.1 million compared to $191.4 million for the three months ended March 31, 2020, an increase of $290.7 million or 151.8%. The increase in net revenue was driven primarily by (i) acquisitions completed during the three months ended March 31, 2021, which contributed net revenue of $142.6 million during the period, (ii) net revenue contributed by acquisitions completed after March 2020 and prior to the beginning of the current reporting period, and (iii) organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets. The increase is also partially due to the impact in the 2020 period of reduced demand for certain products that are related to elective medical services which was attributable to the coronavirus pandemic, such as CPAP new starts, orthotics, and certain other HME products. The Company's CPAP resupply and other supplies business remains healthy, as most patients for that business are in their homes and can be easily contacted to refresh their supplies. Additionally, the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators.

For the three months ended March 31, 2021, net sales revenue (recognized at a point in time) comprised 66% of total net revenue, compared to 67% of total net revenue for the three months ended March 31, 2020. For the three months ended March 31, 2021, net revenue from fixed monthly equipment reimbursements comprised 34% of total net revenue, compared to 33% of total net revenue for the three months ended March 31, 2020.

42

*Cost of Net Revenue.*

The following table summarizes cost of net revenue for the three months ended March 31, 2021 and 2020:

| (in thousands, except percentages) | Three Months Ended March 31, | | | | | | |
| | 2021 | | 2020 | | Increase/(Decrease) | |
| | Dollars | Revenue Percentage | Dollars | Revenue Percentage | Dollars | Percentage |
| | | | (unaudited) | | | |
|---|---|---|---|---|---|---|
| Costs of net revenue: | | | | | | |
| Cost of products and supplies | $ 185,018 | 38.4 % | $ 72,003 | 37.6 % | $ 113,015 | 157.0 % |
| Salaries, labor and benefits | 118,699 | 24.6 % | 54,651 | 28.5 % | 64,048 | 117.2 % |
| Patient equipment depreciation | 33,839 | 7.0 % | 15,498 | 8.1 % | 18,341 | 118.3 % |
| Rent and occupancy | 10,511 | 2.2 % | 4,600 | 2.4 % | 5,911 | 128.5 % |
| Other operating expenses | 44,992 | 9.3 % | 19,962 | 10.4 % | 25,030 | 125.4 % |
| Equity-based compensation | 3,236 | 0.8 % | 551 | 0.3 % | 2,685 | NM % |
| Severance | 403 | 0.1 % | 365 | 0.2 % | 38 | 10.4 % |
| **Total cost of net revenue** | $ 396,698 | 82.4 % | $ 167,630 | 87.5 % | $ 229,068 | 136.7 % |

Cost of net revenue for the three months ended March 31, 2021 was $396.7 million compared to $167.6 million for the three months ended March 31, 2020, an increase of $229.1 million or 136.7%, which is primarily related to acquisition growth. Costs of products and supplies increased by $113.0 million primarily as a result of acquisition growth and increased net sales revenue. Salaries, labor and benefits increased by $64.0 million primarily related to acquisition growth and increased headcount, primarily from the acquisition of AeroCare. The increase in rent and occupancy and other operating expenses is related to acquisition growth.

Cost of net revenue was 82.4% of net revenue for the three months ended March 31, 2021 compared to 87.5% for the three months ended March 31, 2020. The cost of products and supplies was 38.4% of net revenue in the 2021 period compared to 37.6% in the 2020 period, while salaries, labor and benefits was 24.6% of net revenue in the 2021 period compared to 28.5% in the 2020 period, and patient equipment depreciation was 7.0% of net revenue in the 2021 period compared to 8.1% in the 2020 period. These percentages are consistent as a result of the consistent mix of net revenue between sales and fixed monthly equipment reimbursements between the periods.

*General and Administrative Expenses.* General and administrative expenses for the three months ended March 31, 2021 were $56.6 million compared to $14.3 million for the three months ended March 31, 2020, an increase of $42.3 million or 294.7%. This increase is primarily due to (1) increased transaction costs related to acquisition growth, primarily from the acquisition of AeroCare, (2) higher professional fees including legal, accounting and consulting, (3) higher labor costs associated with increased headcount, and (4) higher information technology related expenses. General and administrative expenses as a percentage of net revenue was 11.7% in the 2021 period, compared to 7.5% in the 2020 period. General and administrative expenses in the 2021 period included $31.4 million in transaction costs, $5.4 million in equity-based compensation expense, and $0.5 million in severance expense. General and administrative expenses in the 2020 period included $2.2 million in transaction costs, $1.7 million in equity-based compensation expense, and $0.1 million in severance expense. Excluding the impact of these charges, general and administrative expenses as a percentage of net revenue was 4.0% and 5.4% in the 2021 period and the 2020 period, respectively.

*Depreciation and amortization, excluding patient equipment depreciation.* Depreciation and amortization, excluding patient equipment depreciation, for the three months ended March 31, 2021 was $13.4 million compared to $1.2 million for the three months ended March 31, 2020, an increase of $12.1 million. The increase was primarily related to amortization expense of $10.3 million related to identifiable intangible assets recognized during the 2021 period. There was no amortization expense of identifiable intangible assets recognized during the 2020 period.

*Interest Expense.* Interest expense for the three months ended March 31, 2021 was $22.2 million compared to $7.9 million for the three months ended March 31, 2020. Interest expense related to long-term debt was higher in the

43

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

AdaptHealth Corp.

| | |
|---|---|
| May 10, 2021 | By: /s/ Stephen P. Griggs |
| | Stephen P. Griggs |
| | Co-Chief Executive Officer and Director |
| | (*Principal Executive Officer*) |
| | |
| May 10, 2021 | By: /s/ Jason Clemens |
| | Jason Clemens |
| | Chief Financial Officer |
| | (*Principal Financial Officer*) |
| | |
| May 10, 2021 | By: /s/ Frank Mullen |
| | Frank Mullen |
| | Chief Accounting Officer |
| | (*Principal Accounting Officer*) |

83

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Stephen P. Griggs, certify that:

1.    I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.    The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)    Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)    Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.    The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

May 10, 2021                                                          /s/ Stephen P. Griggs
                                                                             Stephen P. Griggs
                                                                             Co-Chief Executive Officer and Director
                                                                             (Principal Executive Officer)

**CERTIFICATION**
**PURSUANT TO RULES 13A-14 AND 15D-14**
**UNDER THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED**

I, Jason Clemens, certify that:

1.  I have reviewed this Quarterly Report on Form 10-Q of AdaptHealth Corp.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements and other financial information included in this report, fairly present, in all material respects, the financial condition, results of operations, and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of the financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors:

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize, and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

May 10, 2021                                    /s/ Jason Clemens
                                               Jason Clemens
                                               Chief Financial Officer
                                               (Principal Financial Officer)

**CERTIFICATION PURSUANT TO**
**18 U.S.C. SECTION 1350**
**AS REQUIRED BY**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the Quarterly Report of AdaptHealth Corp. (the "Company") on Form 10-Q for the quarter ended March 31, 2021, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), the undersigned hereby certify that to the best of our knowledge:

1. The Report fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2. The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

| May 10, 2021 | /s/ Stephen P. Griggs | Co-Chief Executive Officer and Director |
| | Stephen P. Griggs | (Principal Executive Officer) |
| | | |
| May 10, 2021 | /s/ Jason Clemens | Chief Financial Officer |
| | Jason Clemens | (Principal Financial Officer) |