# Exhibit 43

# cg/ Canaccord Genuity
**Capital Markets**

Estimates Revised

## AdaptHealth
### Healthcare Services

5 August 2021

**Richard Close** | Analyst | Canaccord Genuity LLC (US) | rclose@cgf.com | 615.490.8501

| | |
|---|---|
| Rating | Price Target |
| **BUY** | **US$44.00** |
| *unchanged* | *unchanged* |
| **AHCO-NASDAQ** | Price |
| | **US$25.86** |

### Market Data

| | |
|---|---|
| 52-Week Range (US$) : | 15.00 - 41.58 |
| Avg Daily Vol (M) : | 1.1 |
| Market Cap  (US$M) : | 4,088.1 |
| Shares Out. (M) : | 158.1 |
| Enterprise Value  (US$M) : | 5,783 |

| FYE Dec | 2019A | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| Sales  (US$M) | 529.6 | 1,056 | 2,356↑ | 2,618↑ |
| *Previous* | - | - | *2,231* | *2,517* |
| EBITDA  Adj (US$M) | 75.6 | 142.5 | 369.0↑ | 432.0↑ |
| *Previous* | - | - | *328.2* | *403.5* |
| EV/EBITDA (x) Adj | 76.5 | 40.6 | 15.7 | 13.4 |
| EV/Sales (x) | 10.9 | 5.5 | 2.5 | 2.2 |

| Quarterly Sales | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019A | 119.5 | 124.2 | 136.5 | 149.5 |
| 2020A | 191.4 | 232.1 | 284.4 | 362.7 |
| 2021E | 482.1A | 617.0A | 623.2 | 633.4 |
| 2022E | 633.6 | 646.3 | 660.8 | 677.2 |

| Quarterly EBITDA  Adj | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019A | 17.0 | 18.1 | 18.7 | 21.8 |
| 2020A | 17.5 | 30.6 | 35.9 | 58.5 |
| 2021E | 61.9A | 98.9A | 104.3 | 103.8 |
| 2022E | 102.2 | 105.8 | 109.8 | 114.2 |



— AHCO
— Russell 2000 (rebased)

Source: FactSet

Priced intraday 5 August 2021

# 2Q beat with another 2021 guidance raise

## Investment Recommendation

AdaptHealth is persevering through the non-operational challenges it has faced in 2021. As anticipated, AHCO did not miss a beat during the 2Q CEO transition. New CEO Steve Grigg's substantial experience proved out, illustrated by a 2Q beat and continued M&A that led to another 2021 guidance raise. ACHO also came under scrutiny in mid-July from a short report that questioned its organic growth. With the 2Q report, mgmt. provided additional organic growth transparency, reporting 10.1% growth, slightly above the targeted 8-10% range. We are not surprised to see increased short activity given AHCO is an M&A story, the CEO controversy, and the previous slight 1Q'21 rev. miss related to seasonality and AeroCare contribution timing. We are encouraged that the "noise" is not impacting AHCO's operations and execution. We have an upward bias to our estimates for the remainder of 2021 and reiterate our BUY rating.

**Bullish takeaway:** 2Q rev. beat our est. by 8.7% and cons. by 7.5%. 2021 rev. guidance was raised again. In Nov. 2020, initial rev. guidance was $1.3-$1.4B. With Aero and the 4Q'20 report, it was raised to $2.18-$2.35B. 1Q'21 led to another raise to $2.22-$2.39B. Now 2021 guidance sits at $2.38-$2.48B. Given the pipeline commentary there is the potential for another raise when AHCO reports 3Q'21.

**Bearish takeaway:** The Philips situation creates some uncertainty. Guidance factors in up to a $30M headwind. The bigger unknown is if this carries into 2022.

**Additional key takeaways from 2Q'21 and update call:**

- **2Q'21 exceeds CG & consensus forecasts:** Net revenue of $617M (+166% y/y) beat CGe $567.6M and consensus $574M. Organic growth was 10.1% in 2Q and slightly above the 8-10% targeted range, driven by strong diabetes growth and the continued strengthening of Sleep post the initial COVID headwind from 2020. Adj-EBITDA less Patient CapEx of $98.9M (+223% y/y) beat CGe $81.6M.

- **2021 guidance raised:** Net revenue guidance was increased by 5% (at the mid-point) to $2.38-$2.48B from $2.22-$2.39B.We note the bottom end of the range increased by $160M. Favorable items contributing to the raise were public health emergency 90-day extension and $90-$100M in-year rev. from new acquisitions, while headwind was up to $30M lower revenue potentially from the Philips recall situation. Adj-EBITDA guidance range **raised** to $555-$580M from $525-$565M. Adj-EBITDA less Patient CapEx guidance range **raised** to $360-$375M from $330-$360M

- **Organic growth transparency:** There have been questions regarding the transparency of AHCO's organic growth (or perceived lack thereof). Additional disclosures in its 2Q financial supplement illustrated proforma net rev. growth (assuming the acq. were in both 2Q'21 and 2Q'20) was 10.5%. When excluding B2B rev. from each quarter, the implied organic growth was 10.1%. AHCO does not provide a same-store figure because once acquisitions are completed the offices are typically consolidated and extremely (or impossible) to really track. Thus, the proforma calculation is the best indication of organic performance.

- **Acquisitions contribute to guidance raise:** AHCO remains very active with M&A, largely contributing the 2021 raise. Updated guidance does not assume additional acquisitions. We fully expect deals to be completed in 2H and thus we expect rev. guidance will move higher as the year progresses. AHCO completed 4 transactions in 2Q, previously known Spiro (New England) and 3 additional deals. In 3Q, ACHO has already completed 6 deals, expanding operations in FL, KY, NJ, NY, OH, SC, and WVA. Further, mgmt. indicated that the pipeline remains strong.

**Price target and valuation.** Our $44 PT is based on 13.2x 2022E adj-EBITDA, a 20% discount to the peer group.

Canaccord Genuity is the global capital markets group of Canaccord Genuity Group Inc. (CF : TSX)
The recommendations and opinions expressed in this research report accurately reflect the research analyst's personal, independent and objective views about any and all the companies and securities that are the subject of this report discussed herein.

**For important information, please see the Important Disclosures beginning on page 4 of this document.**

**AdaptHealth**
Estimates Revised

**Figure 1: 2Q'21 variance**

|  | 2Q2020 Act. | 2Q2021 Act. | CG Est. | CG % var. | Cons. Est. | Cons. % var. |
|---|---|---|---|---|---|---|
| **Net revenue** | **232,116** | **617,017** | **567,618** | **8.7%** | **574,034** | **7%** |
| % growth (y/y) | 87% | 166% | 145% | | 147% | |
| Cost of revenue | 197,517 | 490,720 | 461,373 | 6.4% | | |
| Gross margin | 34,599 | 126,297 | 106,246 | **18.9%** | 105,473 | **20%** |
| % growth (y/y) | 57% | 265% | 207% | | 205% | |
| G&A | 17,092 | 42,946 | 29,752 | 44.3% | 38,184 | 12% |
| Depreciation | 1,037 | 17,944 | 15,753 | 13.9% | | |
| Total operating expenses | 18,129 | 60,890 | 45,505 | 33.8% | | |
| **Operating income** | **16,470** | **65,407** | **60,741** | **7.7%** | **72,446** | **-10%** |
| % growth (y/y) | 10% | 297% | 269% | | 340% | |
| Income taxes | 1,819 | 12,330 | - | | - | |
| **Net income** | **7,169** | **80,058** | **35,026** | **128.6%** | | |
| Net income to noncontrolling interests | 3,136 | 951 | 324 | | | |
| Net loss to common | 4,033 | 79,107 | 34,702 | 128.0% | | |
| GAAP diluted EPS | $ 0.08 | $ 0.58 | $ 0.30 | 95.3% | $ 0.25 | 131% |
| % growth (y/y) | -188% | 587% | 252% | | | |
| EBITDA | 34,844 | 179,328 | 116,318 | 54.2% | | |
| **Adjusted EBITDA** | **42,634** | **147,391** | **131,379** | **12.2%** | **129,226** | **14%** |
| % growth (y/y) | 45% | 246% | 208% | | 203% | |
| **Adjusted EBITDA less Patient CapEx** | **30,566** | **98,866** | **81,627** | **21.1%** | | |
| % growth (y/y) | 69% | 223% | 167% | | | |
| **Margins** | | | | | | |
| Cost of revenue | 85% | 80% | 81% | | | |
| Gross margin | 15% | 20% | 19% | | 18% | |
| G&A | 7% | 7% | 5% | | 7% | |
| Depreciation (ex. Patient equipment) | 0% | 3% | 3% | | | |
| Depreciation (incl. Patient equipment) | 8% | 10% | 10% | | | |
| Operating income | 7% | 11% | 11% | | 13% | |
| EBITDA | 15% | 29% | 20% | | | |
| Adjusted EBITDA | 18% | 24% | 23% | | 23% | |
| Patient CapEx (% of rental revenue) | -17% | -22% | -26% | | | |
| Adjusted EBITDA less Patient CapEx | 13% | 16% | 14% | | | |

Source: Company reports, Canaccord Genuity estimates, FactSet

cg / Canaccord Genuity Capital Markets

AdaptHealth
Estimates Revised

## Figure 2: AHCO income statement

| Income statement | 2018 Year | 2019 Year | 1Q | 2Q | 2020 3Q | 4Q | Year | 1Q | 2Q | 2021 3Q E | 4Q E | Year E | 1Q E | 2Q E | 2022 3Q E | 4Q E | Year E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net revenue | 345,278 | 529,644 | 191,439 | 232,116 | 284,405 | 362,706 | 1,056,389 | 482,119 | 617,017 | 623,187 | 633,387 | 2,355,710 | 633,591 | 646,263 | 660,777 | 677,243 | 2,617,874 |
| % growth (y/y) | 79.3% | 53.4% | 60.2% | 87.0% | 108.4% | 142.5% | 99.5% | 151.8% | 165.8% | 119.1% | 74.6% | 123.0% | 31.4% | 4.7% | 6.0% | 6.9% | 11.1% |
| Cost of revenue | 293,384 | 440,386 | 166,540 | 197,517 | 240,720 | 290,380 | 895,157 | 396,698 | 490,720 | 495,434 | 503,543 | 1,886,395 | 506,873 | 515,395 | 525,318 | 536,715 | 2,084,301 |
| Gross margin | 51,894 | 89,258 | 24,899 | 34,599 | 43,685 | 72,326 | 175,509 | 85,421 | 126,297 | 127,753 | 129,844 | 469,316 | 126,718 | 130,868 | 135,459 | 140,528 | 533,574 |
| % growth (y/y) | | 72.0% | 29.2% | 57.2% | 101.7% | 174.7% | 96.6% | 243.1% | 265.0% | 192.4% | 79.5% | 167.4% | 48.3% | 3.6% | 6.0% | 8.2% | 13.7% |
| G&A | 18,069 | 56,493 | 14,347 | 17,092 | 26,306 | 31,601 | 89,346 | 56,632 | 42,946 | 31,647 | 32,165 | 163,390 | 32,379 | 32,971 | 33,620 | 34,328 | 133,298 |
| Depreciation | 2,734 | 3,069 | 1,241 | 1,037 | 4,120 | 4,975 | 11,373 | 13,380 | 17,944 | 18,123 | 18,420 | 67,868 | 18,426 | 18,795 | 19,217 | 19,695 | 76,133 |
| Total operating expenses | 20,803 | 59,562 | 15,588 | 18,129 | 30,426 | 36,576 | 100,719 | 70,012 | 60,890 | 49,771 | 50,585 | 231,258 | 50,805 | 51,766 | 52,837 | 54,023 | 209,431 |
| Operating income | 31,091 | 29,696 | 9,311 | 16,470 | 13,259 | 35,750 | 74,790 | 15,409 | 65,407 | 77,983 | 79,259 | 238,058 | 75,913 | 79,102 | 82,623 | 86,505 | 324,143 |
| % growth (y/y) | | -4.5% | 74.2% | 10.5% | 52.0% | 4900.0% | 151.9% | 65.5% | 297.1% | 488.1% | 121.7% | 218.3% | 392.7% | 20.9% | 6.0% | 9.1% | 36.2% |
| Interest expense | 7,453 | 39,304 | 7,938 | 7,482 | 12,406 | 13,604 | 41,430 | 22,185 | 23,147 | 25,494 | 25,048 | 95,874 | 24,604 | 24,157 | 23,696 | 23,220 | 95,676 |
| Change in fair value contingent consideration common shares liability | | | - | - | | 56,867 | 56,867 | (5,652) | (57,864) | - | - | (63,516) | - | - | - | - | - |
| Loss on extinguishment of debt | 1,399 | 2,121 | - | - | 5,316 | - | 5,316 | 4,213 | 7,736 | - | - | 11,949 | - | - | - | - | - |
| Total other income (expense) | 8,852 | 41,425 | 7,938 | 7,482 | 17,722 | 70,471 | 103,613 | 20,746 | (26,981) | 25,494 | 25,048 | 44,307 | 24,604 | 24,157 | 23,696 | 23,220 | 95,676 |
| Loss from operations before taxes | 22,239 | (11,729) | 1,373 | 8,988 | (4,463) | (34,721) | (28,823) | (5,337) | 92,388 | 52,489 | 54,211 | 193,751 | 51,310 | 54,945 | 58,927 | 63,285 | 228,467 |
| Income taxes | (2,098) | 1,156 | 1,107 | 1,819 | (636) | (7,219) | (4,929) | (1,695) | 12,330 | - | - | 10,635 | - | - | - | - | - |
| Net income | 24,337 | (12,885) | 266 | 7,169 | (3,827) | (27,502) | (23,894) | (3,642) | 80,058 | 52,489 | 54,211 | 183,116 | 51,310 | 54,945 | 58,927 | 63,285 | 228,467 |
| Net income to noncontrolling interests | 1,077 | 2,111 | 424 | 3,136 | (1,338) | 3,541 | 5,763 | 324 | 951 | 951 | 951 | 3,177 | 951 | 951 | 951 | 951 | 3,804 |
| Net loss to common | 23,260 | (14,996) | (158) | 4,033 | (2,489) | (31,043) | (29,657) | (3,966) | 79,107 | 51,538 | 53,260 | 179,939 | 50,359 | 53,994 | 57,976 | 62,334 | 224,663 |
| GAAP diluted EPS | $ 1.95 | $ (0.66) | $ (0.00) | $ 0.08 | $ (0.04) | $ (0.47) | $ (0.56) | $ (0.03) | $ 0.58 | $ 0.37 | $ 0.38 | $ 1.36 | $ 0.36 | $ 0.38 | $ 0.41 | $ 0.44 | $ 1.59 |
| % growth (y/y) | - - | -134.0% | -99.1% | -187.9% | -68.0% | 350.1% | -16.3% | 810.1% | 587.0% | -963.5% | -181.6% | -344.5% | -1155.2% | -33.7% | 9.3% | 13.8% | 17.0% |
| EPS w/ assumed conversion | | | | | $ (0.02) | $ (0.21) | | $ (0.03) | $ 0.50 | $ 0.32 | $ 0.33 | $ 1.16 | $ 0.31 | $ 0.33 | $ 0.36 | $ 0.38 | $ 1.38 |
| Reconciliation to adjusted EBITDA | | | | | | | | | | | | | | | | | |
| EBITDA | 77,569 | 90,142 | 26,051 | 34,844 | 30,690 | 3,467 | 95,052 | 64,054 | 179,328 | 142,413 | 144,745 | 530,540 | 141,420 | 145,919 | 150,940 | 156,524 | 594,804 |
| Adjusted EBITDA | 84,447 | 123,021 | 30,460 | 42,634 | 53,160 | 79,365 | 205,619 | 104,175 | 147,391 | 157,724 | 160,306 | 569,596 | 157,231 | 161,980 | 167,251 | 173,085 | 659,548 |
| % growth (y/y) | | 45.7% | 8.0% | 44.6% | 67.9% | 135.7% | 67.1% | 242.0% | 245.7% | 196.7% | 102.0% | 177.0% | 50.9% | 9.9% | 6.0% | 8.0% | 15.8% |
| Patient equipment capex | (39,364) | (47,421) | (12,967) | (12,068) | (17,248) | (20,853) | (63,136) | (42,258) | (48,525) | (53,382) | (56,478) | (200,643) | (55,071) | (56,173) | (57,434) | (58,866) | (227,545) |
| Adjusted EBITDA less Patient CapEx | 45,083 | 75,600 | 17,493 | 30,566 | 35,912 | 58,512 | 142,483 | 61,917 | 98,866 | 104,342 | 103,828 | 368,953 | 102,159 | 105,807 | 109,817 | 114,220 | 432,003 |
| % growth (y/y) | | 67.7% | 3.1% | 69.1% | 91.9% | 167.9% | 88.5% | 253.9% | 223.5% | 190.5% | 77.4% | 158.9% | 65.0% | 7.0% | 5.2% | 10.0% | 17.1% |
| Fully diluted shares outstanding | | | | | 106,912 | 145,491 | 126,202 | 141,792 | 158,084 | 159,084 | 160,084 | 154,761 | 161,084 | 162,084 | 163,084 | 164,084 | 162,584 |
| Margins | | | | | | | | | | | | | | | | | |
| Cost of revenue | 85.0% | 83.1% | 87.0% | 85.1% | 84.6% | 80.1% | 84.7% | 82.3% | 79.5% | 79.5% | 79.5% | 80.1% | 80.0% | 79.8% | 79.5% | 79.3% | 79.6% |
| Gross margin | 15.0% | 16.9% | 13.0% | 14.9% | 15.4% | 19.9% | 16.6% | 17.7% | 20.5% | 20.5% | 20.5% | 19.9% | 20.0% | 20.3% | 20.5% | 20.8% | 20.4% |
| G&A | 5.2% | 10.7% | 7.5% | 7.4% | 9.2% | 8.7% | 8.5% | 11.7% | 7.0% | 5.1% | 5.1% | 6.9% | 5.1% | 5.1% | 5.1% | 5.1% | 5.1% |
| Depreciation (ex. Patient equipment) | 0.8% | 0.6% | 0.6% | 0.4% | 1.4% | 1.4% | 1.1% | 2.8% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% |
| Depreciation (incl. Patient equipment) | 13.9% | 11.8% | 8.7% | 7.9% | 8.0% | 6.8% | 7.8% | 9.8% | 10.3% | 10.3% | 10.3% | 10.2% | 10.3% | 10.3% | 10.3% | 10.3% | 10.3% |
| Operating income | 9.0% | 5.6% | 4.9% | 7.1% | 4.7% | 9.9% | 7.1% | 3.2% | 10.6% | 12.5% | 12.5% | 10.1% | 12.0% | 12.2% | 12.5% | 12.8% | 12.4% |
| EBITDA | 22.5% | 17.0% | 13.6% | 15.0% | 10.8% | 1.0% | 9.0% | 13.3% | 29.1% | 22.9% | 22.9% | 22.5% | 22.3% | 22.6% | 22.8% | 23.1% | 22.7% |
| Adjusted EBITDA | 24.5% | 23.2% | 15.9% | 18.4% | 18.7% | 21.9% | 19.5% | 21.6% | 23.9% | 25.3% | 25.3% | 24.2% | 24.8% | 25.1% | 25.3% | 25.6% | 25.2% |
| Patient CapEx (% of rental revenue) | -25.3% | -22.2% | -20.8% | -17.0% | -22.3% | -24.2% | -21.3% | -25.6% | -22.4% | -24.4% | -25.4% | n/a | -25.4% | -25.4% | -25.4% | -25.4% | n/a |
| Adjusted EBITDA less Patient CapEx | 13.1% | 14.3% | 9.1% | 13.2% | 12.6% | 16.1% | 13.5% | 12.8% | 16.0% | 16.7% | 16.4% | 15.7% | 16.1% | 16.4% | 16.6% | 16.9% | 16.5% |

Source: Company reports, Canaccord Genuity estimates. A more detailed financial model, including balance sheet, income statement, and cash flow projections, if available, may be obtained by contacting your Canaccord Genuity Sales Person or the Authoring Analyst, whose contact information appears on the front page of this report.

# Appendix: Important Disclosures

**Analyst Certification**

Each authoring analyst of Canaccord Genuity whose name appears on the front page of this research hereby certifies that (i) the recommendations and opinions expressed in this research accurately reflect the authoring analyst's personal, independent and objective views about any and all of the designated investments or relevant issuers discussed herein that are within such authoring analyst's coverage universe and (ii) no part of the authoring analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the authoring analyst in the research, and (iii) to the best of the authoring analyst's knowledge, she/he is not in receipt of material non-public information about the issuer.

Analysts employed outside the US are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**Sector Coverage**

Individuals identified as "Sector Coverage" cover a subject company's industry in the identified jurisdiction, but are not authoring analysts of the report.

**Investment Recommendation**

Date and time of first dissemination: August 05, 2021, 14:52 ET

Date and time of production: August 05, 2021, 14:52 ET

**Target Price / Valuation Methodology:**

AdaptHealth - AHCO

Our $44 PT is based on 13.2x our 2022E adjusted EBITDA estimate which is a 20% discount to a peer group of healthcare service and product companies focused on the alternate site segment.

**Risks to achieving Target Price / Valuation:**

AdaptHealth - AHCO

- Competitive bidding risk. Some of the company's products offered are subject to competitive bidding, which is a government bid process that could potentially put some of Adapt's products at risk of being cut in terms of reimbursement rates.
- The home medical equipment (HME) market is competitive with over 6,000 HME companies. While we believe that Adapt is more modern and technologically advanced than many of its peers, it is still a competitive market and if Adapt's peers are successful at driving new business, our organic growth estimates could be at risk.
- M&A plays a significant role in AHCO's growth, although new deals are not contemplated in guidance. The timing of acquisitions could impact Y/Y growth.
- Further, on acquisitions, because Adapt is executing so many acquisitions each year, it is integral that the company can successfully integrate these businesses into its core platform and drive revenue and cost synergies. If any of these transactions are unsuccessful it could negatively impact our growth and expense assumptions.

**Distribution of Ratings:**

**Global Stock Ratings (as of 08/05/21)**

| Rating | Coverage Universe | | IB Clients |
|---|---|---|---|
| | # | % | % |
| Buy | 636 | 67.02% | 44.65% |
| Hold | 149 | 15.70% | 24.16% |
| Sell | 10 | 1.05% | 40.00% |
| Speculative Buy | 145 | 15.28% | 61.38% |
| | 949* | 100.0% | |

*Total includes stocks that are Under Review

**Canaccord Genuity Ratings System**

**BUY**: The stock is expected to generate risk-adjusted returns of over 10% during the next 12 months.

**HOLD**: The stock is expected to generate risk-adjusted returns of 0-10% during the next 12 months.

**SELL**: The stock is expected to generate negative risk-adjusted returns during the next 12 months.

**NOT RATED:** Canaccord Genuity does not provide research coverage of the relevant issuer.

"Risk-adjusted return" refers to the expected return in relation to the amount of risk associated with the designated investment or the relevant issuer.

## Risk Qualifier

**SPECULATIVE**: Stocks bear significantly higher risk that typically cannot be valued by normal fundamental criteria. Investments in the stock may result in material loss.

**12-Month Recommendation History** (as of date same as the **Global Stock Ratings** table)

A list of all the recommendations on any issuer under coverage that was disseminated during the preceding 12-month period may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures-mar.canaccordgenuity.com/EN/Pages/default.aspx

## Required Company-Specific Disclosures (as of date of this publication)

AdaptHealth currently is, or in the past 12 months was, a client of Canaccord Genuity or its affiliated companies. During this period, Canaccord Genuity or its affiliated companies provided investment banking services to AdaptHealth.

In the past 12 months, Canaccord Genuity or its affiliated companies have received compensation for Investment Banking services from AdaptHealth .

In the past 12 months, Canaccord Genuity or any of its affiliated companies have been lead manager, co-lead manager or co-manager of a public offering of securities of AdaptHealth or any publicly disclosed offer of securities of AdaptHealth or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies is a market maker or liquidity provider in the securities of AdaptHealth or in any related derivatives.

Canaccord Genuity or one or more of its affiliated companies intend to seek or expect to receive compensation for Investment Banking services from AdaptHealth in the next three months.



**AdaptHealth Rating History as of 08/04/2021**

## Required Company-Specific Disclosures (as of date of this publication)

### Past performance

In line with Article 44(4)(b), MiFID II Delegated Regulation, we disclose price performance for the preceding five years or the whole period for which the financial instrument has been offered or investment service provided where less than five years. Please note price history refers to actual past performance, and that past performance is not a reliable indicator of future price and/or performance.

### Online Disclosures

Up-to-date disclosures may be obtained at the following website (provided as a hyperlink if this report is being read electronically) http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx; or by sending a request to Canaccord Genuity Corp. Research, Attn: Disclosures, P.O. Box 10337 Pacific Centre, 2200-609 Granville Street, Vancouver, BC, Canada V7Y 1H2; or by sending a request by email to disclosures@cgf.com. The reader may also obtain a copy of Canaccord Genuity's policies and procedures regarding the dissemination of research by following the steps outlined above.

### General Disclaimers

See "Required Company-Specific Disclosures" above for any of the following disclosures required as to companies referred to in this report: manager or co-manager roles; 1% or other ownership; compensation for certain services; types of client relationships; research analyst conflicts; managed/co-managed public offerings in prior periods; directorships; market making in equity securities and related derivatives. For reports identified above as compendium reports, the foregoing required company-specific disclosures can be found in a hyperlink located in the section labeled, "Compendium Reports." "Canaccord Genuity" is the business name used by certain wholly owned subsidiaries of Canaccord Genuity Group Inc., including Canaccord Genuity LLC, Canaccord Genuity Limited,

Canaccord Genuity Corp., and Canaccord Genuity (Australia) Limited, an affiliated company that is 80%-owned by Canaccord Genuity Group Inc.

The authoring analysts who are responsible for the preparation of this research are employed by Canaccord Genuity Corp. a Canadian broker-dealer with principal offices located in Vancouver, Calgary, Toronto, Montreal, or Canaccord Genuity LLC, a US broker-dealer with principal offices located in New York, Boston, San Francisco and Houston, or Canaccord Genuity Limited., a UK broker-dealer with principal offices located in London (UK) and Dublin (Ireland), or Canaccord Genuity (Australia) Limited, an Australian broker-dealer with principal offices located in Sydney and Melbourne.

The authoring analysts who are responsible for the preparation of this research have received (or will receive) compensation based upon (among other factors) the Investment Banking revenues and general profits of Canaccord Genuity. However, such authoring analysts have not received, and will not receive, compensation that is directly based upon or linked to one or more specific Investment Banking activities, or to recommendations contained in the research.

Some regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of research. This research has been prepared in accordance with Canaccord Genuity's policy on managing conflicts of interest, and information barriers or firewalls have been used where appropriate. Canaccord Genuity's policy is available upon request.

The information contained in this research has been compiled by Canaccord Genuity from sources believed to be reliable, but (with the exception of the information about Canaccord Genuity) no representation or warranty, express or implied, is made by Canaccord Genuity, its affiliated companies or any other person as to its fairness, accuracy, completeness or correctness. Canaccord Genuity has not independently verified the facts, assumptions, and estimates contained herein. All estimates, opinions and other information contained in this research constitute Canaccord Genuity's judgement as of the date of this research, are subject to change without notice and are provided in good faith but without legal responsibility or liability.

From time to time, Canaccord Genuity salespeople, traders, and other professionals provide oral or written market commentary or trading strategies to our clients and our principal trading desk that reflect opinions that are contrary to the opinions expressed in this research. Canaccord Genuity's affiliates, principal trading desk, and investing businesses also from time to time make investment decisions that are inconsistent with the recommendations or views expressed in this research.

This research is provided for information purposes only and does not constitute an offer or solicitation to buy or sell any designated investments discussed herein in any jurisdiction where such offer or solicitation would be prohibited. As a result, the designated investments discussed in this research may not be eligible for sale in some jurisdictions. This research is not, and under no circumstances should be construed as, a solicitation to act as a securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. To the fullest extent permitted by law, none of Canaccord Genuity, its affiliated companies or any other person accepts any liability whatsoever for any direct or consequential loss arising from or relating to any use of the information contained in this research.

**Research Distribution Policy**

Canaccord Genuity research is posted on the Canaccord Genuity Research Portal and will be available simultaneously for access by all of Canaccord Genuity's customers who are entitled to receive the firm's research. In addition research may be distributed by the firm's sales and trading personnel via email, instant message or other electronic means. Customers entitled to receive research may also receive it via third party vendors. Until such time as research is made available to Canaccord Genuity's customers as described above, Authoring Analysts will not discuss the contents of their research with Sales and Trading or Investment Banking employees without prior compliance consent.

For further information about the proprietary model(s) associated with the covered issuer(s) in this research report, clients should contact their local sales representative.

**Short-Term Trade Ideas**

Research Analysts may, from time to time, discuss "short-term trade ideas" in research reports. A short-term trade idea offers a near-term view on how a security may trade, based on market and trading events or catalysts, and the resulting trading opportunity that may be available. Any such trading strategies are distinct from and do not affect the analysts' fundamental equity rating for such stocks. A short-term trade idea may differ from the price targets and recommendations in our published research reports that reflect the research analyst's views of the longer-term (i.e. one-year or greater) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. It is possible, for example, that a subject company's common equity that is considered a long-term 'Hold' or 'Sell' might present a short-term buying opportunity as a result of temporary selling pressure in the market or for other reasons described in the research report; conversely, a subject company's stock rated a long-term 'Buy' or "Speculative Buy' could be considered susceptible to a downward price correction, or other factors may exist that lead the research analyst to suggest a sale over the short-term. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm does not intend, and does not undertake any obligation, to maintain or update short-term trade ideas. Short-term trade ideas are not suitable for all investors and are not tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your salesperson for more information regarding Canaccord Genuity's research.

**For Canadian Residents:**

**AdaptHealth**
Estimates Revised

This research has been approved by Canaccord Genuity Corp., which accepts sole responsibility for this research and its dissemination in Canada. Canaccord Genuity Corp. is registered and regulated by the Investment Industry Regulatory Organization of Canada (IIROC) and is a Member of the Canadian Investor Protection Fund. Canadian clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity Corp. in their particular province or territory.

**For United States Persons:**

Canaccord Genuity LLC, a US registered broker-dealer, accepts responsibility for this research and its dissemination in the United States. This research is intended for distribution in the United States only to certain US institutional investors. US clients wishing to effect transactions in any designated investment discussed should do so through a qualified salesperson of Canaccord Genuity LLC. Analysts employed outside the US, as specifically indicated elsewhere in this report, are not registered as research analysts with FINRA. These analysts may not be associated persons of Canaccord Genuity LLC and therefore may not be subject to the FINRA Rule 2241 and NYSE Rule 472 restrictions on communications with a subject company, public appearances and trading securities held by a research analyst account.

**For United Kingdom and European Residents:**

This research is distributed in the United Kingdom and elsewhere Europe, as third party research by Canaccord Genuity Limited, which is authorized and regulated by the Financial Conduct Authority. This research is for distribution only to persons who are Eligible Counterparties or Professional Clients only and is exempt from the general restrictions in section 21 of the Financial Services and Markets Act 2000 on the communication of invitations or inducements to engage in investment activity on the grounds that it is being distributed in the United Kingdom only to persons of a kind described in Article 19(5) (Investment Professionals) and 49(2) (High Net Worth companies, unincorporated associations etc) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended). It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. This material is not for distribution in the United Kingdom or elsewhere in Europe to retail clients, as defined under the rules of the Financial Conduct Authority.

**For Jersey, Guernsey and Isle of Man Residents:**

This research is sent to you by Canaccord Genuity Wealth (International) Limited (CGWI) for information purposes and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research has been produced by an affiliate of CGWI for circulation to its institutional clients and also CGWI. Its contents have been approved by CGWI and we are providing it to you on the basis that we believe it to be of interest to you. This statement should be read in conjunction with your client agreement, CGWI's current terms of business and the other disclosures and disclaimers contained within this research. If you are in any doubt, you should consult your financial adviser.

CGWI is licensed and regulated by the Guernsey Financial Services Commission, the Jersey Financial Services Commission and the Isle of Man Financial Supervision Commission. CGWI is registered in Guernsey and is a wholly owned subsidiary of Canaccord Genuity Group Inc.

**For Australian Residents:**

This research is distributed in Australia by Canaccord Genuity (Australia) Limited ABN 19 075 071 466 holder of AFS Licence No 234666. To the extent that this research contains any advice, this is limited to general advice only. Recipients should take into account their own personal circumstances before making an investment decision. Clients wishing to effect any transactions in any financial products discussed in the research should do so through a qualified representative of Canaccord Genuity (Australia) Limited or its Wealth Management affiliated company, Canaccord Genuity Financial Limited ABN 69 008 896 311 holder of AFS Licence No 239052.

**For Hong Kong Residents:**

This research is distributed in Hong Kong by Canaccord Genuity (Hong Kong) Limited which is licensed by the Securities and Futures Commission. This research is only intended for persons who fall within the definition of professional investor as defined in the Securities and Futures Ordinance. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. Recipients of this report can contact Canaccord Genuity (Hong Kong) Limited. (Contact Tel: +852 3919 2561) in respect of any matters arising from, or in connection with, this research.

**Additional information is available on request.**

Copyright © Canaccord Genuity Corp. 2021 – Member IIROC/Canadian Investor Protection Fund

Copyright © Canaccord Genuity Limited. 2021 – Member LSE, authorized and regulated by the Financial Conduct Authority.

Copyright © Canaccord Genuity LLC 2021 – Member FINRA/SIPC

Copyright © Canaccord Genuity (Australia) Limited. 2021 – Participant of ASX Group, Chi-x Australia and of the NSX. Authorized and regulated by ASIC.

All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Canaccord Genuity Corp., Canaccord Genuity Limited, Canaccord Genuity LLC or Canaccord Genuity Group Inc. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of the entities listed above.

**None of the material, nor its content, nor any copy of it, may be altered in any way, reproduced, or distributed to any other party including by way of any form of social media, without the prior express written permission of the entities listed above.**