# Exhibit 45

About Jehoshaphat Research Reader View

jehoshaphatresearch.com /about-us/

# About Jehoshaphat Research

1-2 minutes

## About us

### Who is Jehoshaphat Research?

### RECEIVE OUR LATEST REPORTS

Jehoshaphat Research specializes in forensic research on companies that are publicly traded. We are veteran short sellers, teachers, and investor advocates. We focus on investigative research and reporting to expose fraud and misrepresentation to investors, reporters, and regulators.

Jehoshaphat Research provides its reports free of charge and will always do so. Investors should realize that we are biased, and actively manage financial assets in accordance with our research views. We do not publish our opinions on every short position we take.

At the present time, Jehoshaphat Research is operating anonymously. We do however welcome questions from investors of all experience levels.