# Exhibit 47

# Jefferies

## AdaptHealth

## 10% Organic Growth, Check. $300MM Acquired Revs, Check. Guidance Raise, Check

August 10, 2021

### Key Takeaway

**AHCO's Q2 results, coupled with mgmt's disclosure that it had acquired $300MM+ of revenues YTD and the corresponding FY21 guidance raise that reflects both key earnings drivers, underscore the company's robust growth and ability to deliver earnings upside surprises. With its accelerating growth story (driven by further expansion in the higher-growing diabetes business) and margin expansion opportunity, AHCO shares look compelling at <12x FY22 EBITDA-PtCapEx.**

**Thesis Review: AHCO Is Showing That It's The Same Story Investors Loved Earlier This Year**. AHCO shares pulled back in recent months as investors questioned the validity of the company's robust growth story and its ability to consistently beat expectations as a result of 1) the departure of its former co-CEO, 2) a Q1 rev/earnings miss, and 3) a short report questioning organic growth and cash flows. Our view is that all these concerns have been refuted by the company's Q2 earnings release and mgmt's moves to address overhanging issues, and we expect the stock to grind higher from here as AHCO continues to execute and demonstrate its robust organic growth, ability to continue boosting results through M&A, and delivering high teens to 20%+ EBITDA growth that translate to positive earnings surprises.

- **Organic Growth:** AHCO reported Q2 organic growth of 10.1%, that is at the high end of the long-term guidance ranges mgmt had previously provided. While some have questioned AHCO's organic growth math, mgmt's articulation of the components of its growth computation and the rationale behind it (i.e., greater view into the true organic growth of the business -- both legacy and recently-acquired) should highlight to investors how the company is indeed growing across its business lines at a very robust pace. Given secular tailwinds in its key product categories and continued share gains, we expect AHCO to sustain its robust organic growth trajectory.

- **M&A:** With the departure of its co-CEO, investors seemed concerned that AHCO's aggressive M&A pace would taper. Mgmt has shown that it remains acquisitive and that deals will continue to drive a significant amount of EBITDA growth, evidenced by the $300MM+ in revenues AHCO has acquired since completing the Aerocare acquisition earlier this year. We believe AHCO has the ability to add another $100-$150MM of acquired annualized revenue between now and year-end, and its deal pipeline should provide more M&A opportunities next year.

- **Beat, Raise, Generate Cash.** We always thought that AHCO's investment story was anchored on both its robust growth and its ability to beat estimates and generate strong FCF. We acknowledge that AHCO's Q1 miss, caused by mis-modeled sell-side estimates that didn't properly account for diabetes seasonality, put part of this thesis into question, at a time when investor concern was already high. AHCO's Q2 results (30% EBITDA-CapEx beat, 7% rev beat vs Street), in our view, shows that AHCO is back on track to beating Street expectations as strong organic growth and M&A drive positive earnings

---

### Target | Estimate Change

USA | Healthcare Services

| | |
|---|---|
| RATING | **BUY** |
| PRICE | **$24.87^** |
| MARKET CAP | **$3.4B** |
| PRICE TARGET (PT) | **$50.00 (FROM $48.00)** |
| UPSIDE SCENARIO PT | **$65.00** |
| DOWNSIDE SCENARIO PT | **$20.00** |

^Prior trading day's closing price unless otherwise noted.

| FY Dec USD | 2019A | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| **EPS** | 0.17 | 0.75 | ↓1.38 | ↓1.49 |
| *Prev.* | | | *1.79* | *1.52* |
| **FY P/E** | NM | 33.2x | 18.0x | 16.7x |

Brian Tanquilut *
Equity Analyst
(615) 963-8338
btanquilut@jefferies.com

Jack Slevin *
Equity Associate
(615) 963-8331
jslevin@jefferies.com

Sam Carden, CFA *
Equity Associate
+1 (615) 963-8314
scarden@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 7 to 12 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

This report is intended for ahie@adapthealth.com. Unauthorized distribution prohibited.



surprises. Mgmt also raised guidance to reflect the Q2 beat, contributions from new deals, **and** increased core expectations for 2H21.

August 10, 2021
Please see important disclosure information on pages 7 - 12 of this report.

2

# Jefferies

## ADAPTHEALTH (AHCO)

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2019A | 2020A | 2021E | 2022E |
| Rev. (MM) | 529.6 | 1,070.7 | ⬆ 2,462.6 | ⬆ 2,819.0 |
| Previous | | | 2,347.2 | 2,637.0 |
| EBITDA (MM) | 123.0 | 210.1 | ⬆ 576.7 | ⬆ 665.2 |
| Previous | | | 551.9 | 632.2 |
| EPS | | | | |
| Q1 | - | 0.12 | 0.31A | - |
| Previous | | | | |
| Q2 | - | 0.16 | ⬆ 0.35A | - |
| Previous | | | 0.34 | |
| Q3 | - | 0.19 | ⬇ 0.31 | - |
| Previous | | | 0.48 | |
| Q4 | 0.17 | 0.29 | ⬇ 0.41 | - |
| Previous | | | 0.65 | |
| FY Dec | 0.17 | 0.75 | ⬇ 1.38 | ⬇ 1.49 |
| Previous | | | 1.79 | 1.52 |

| Valuation | | | | |
|---|---|---|---|---|
| | 2019A | 2020A | 2021E | 2022E |
| EV/EBITDA | 41.6x | 24.4x | 8.9x | 7.7x |
| FY P/E | NM | 33.2x | 18.0x | 16.7x |

| Market Data | |
|---|---|
| 52-Week Range: | $41.58 - $19.17 |
| Total Entprs. Value | $5.1B |
| Avg. Daily Value MM (USD) | 28.12 |
| Float (%) | 66.8% |

| Financial Summary | |
|---|---|
| Long-Term Debt (MM) | $1,897.0 |
| Net Debt/EBITDA FY1 | 2.9 |
| Cash & ST Invest. (MM) | $178.2 |

## The Long View

### | Scenarios

#### Base Case

- +8-10% normalized organic Revenue growth
- 23% - 24% EBITDA margin in 2021, driven by organic growth, margin improvement in smaller acquisitions, and synergies from AeroCare
- Cancellation of competitive bidding in 2021 presents opportunity for margin expansion via operational efficiencies
- While additional M&A is likely, we are not assuming any contribution from unannounced M&A
- 2022 EBITDA less Pt. CapEx $428MM; ~20x EV/EBITDA; PT: $50

#### Upside Scenario

- >10% normalized organic Revenue growth
- 24% - 25% EBITDA margin in 2021, driven by organic growth, margin improvement in smaller acquisitions, and synergies from AeroCare
- Execution of operational efficiencies exceeds expectations in the absence of 2021 competitive bidding
- $100MM of incremental annual revenue acquired in 2021 & 2022
- 2022 EBITDA less Pt. CapEx $470MM; ~22.5x EV/EBITDA; PT: $65

#### Downside Scenario

- +4-6% normalized organic Revenue growth
- 21% - 22% EBITDA margin in 2021 due to inefficient integration of acquisitions
- No contribution from unannounced M&A
- 2022 EBITDA less Pt. CapEx $350MM; ~12.5x EV/EBITDA; PT: $20

### | Investment Thesis / Where We Differ

- Our positive view on AHCO is driven by our expectation for earnings upside in 2021 (driven by rate, M&A, and AeroCare synergies), as well as our belief that the stock will continue to see multiple expansion as investors appreciate AHCO's 1) fundamental story (industry leader in thematically-right DME space; compelling margins, returns metrics, and FCF), 2) robust growth profile (organic + M&A), and 3) stabilizing reimbursement.
- **Connected Home & Comprehensive Chronic Care Management:** We believe that there is a second, and more important long-term strategic story in AHCO that investors don't appreciate yet. AHCO, in our view, is uniquely positioned to act as the platform for patient home monitoring and comprehensive chronic care management using in-home and wearable healthcare technologies. The company's continued development of this offering/capability -- currently already in pilot phase -- potentially makes AHCO very valuable to payors and the broader healthcare system as they can enable real-time monitoring and proactive interventions for patients with chronic and complex illnesses.

### | Catalysts

- Quarterly earnings results
- Acquisition announcements

# Jefferies

**Exhibit 1 - AHCO 2Q21 Variance Analysis**

| $ in 000s except per share data | Previous Quarter | Last Year | JEF Estimate | Actual | JEF Var. Act.-Est. | Street | Street Var. Act.-Est. | % Variance Vs. Street | % Growth Y/Y | q/q |
|---|---|---|---|---|---|---|---|---|---|---|
| **NET REVENUE** | 482,119 | 232,116 | 557,257 | 617,017 | 59,760 | 574,000 | 43,017 | 7.5% | 165.8% | 28.0% |
| Cost of Rev (ex D&A related to Pt CapEx) | 362,872 | 180,180 | 416,639 | 444,871 | 28,232 | | | | 146.9% | 22.6% |
| SG&A | 15,072 | 9,302 | 15,192 | 24,755 | 9,563 | | | | 166.1% | 64.2% |
| **EBITDA** | 104,175 | 42,634 | 125,426 | 147,391 | 21,965 | | | | 245.7% | 41.5% |
| Depreciation and amortization | 47,206 | 18,374 | 55,183 | 63,793 | 8,610 | | | | 247.2% | 35.1% |
| **EBIT** | 56,969 | 24,260 | 70,243 | 83,598 | 13,355 | | | | 244.6% | 46.7% |
| Interest Expense, net | 22,185 | 7,482 | 23,912 | 23,147 | (765) | | | | 209.4% | 4.3% |
| **PRETAX INCOME** | 34,784 | 16,778 | 46,331 | 60,451 | 14,120 | | | | 260.3% | 73.8% |
| Income Tax | (1,695) | 1,819 | (2,241) | 12,330 | 14,571 | | | | 577.8% | (827.4%) |
| **NET INCOME** | 36,479 | 14,959 | 48,572 | 48,121 | (451) | | | | 221.7% | 31.9% |
| Non-controlling interests | 324 | 3,136 | 339 | 951 | 612 | | | | (69.7%) | 193.5% |
| **NET INCOME TO COMMON** | 36,155 | 11,823 | 48,233 | 47,170 | (1,063) | | | | 299.0% | 30.5% |
| | | | | | | | | | | |
| Weighted Average Diluted Shares | 115,995 | 74,984 | 142,137 | 136,582 | (5,555) | | | | | |
| **Diluted EPS** | **$0.31** | **$0.16** | **$0.34** | **$0.35** | **$0.01** | **$0.25** | **$0.10** | **38.1%** | **-** | **10.8%** |
| **Adj. EBITDA** | **$104,175** | **$42,634** | **$125,426** | **$147,391** | **$21,965** | **$130,000** | **$17,391** | **13.4%** | **245.7%** | **41.5%** |
| **% Margin** | 21.6% | 18.4% | 22.5% | 23.9% | 138 bps | 22.6% | 124 bps | | 552 bps | 228 bps |
| **Adj. EBITDA Less Pt CapEx** | **$61,917** | **$30,556** | **$76,027** | **$98,866** | **$22,839** | | | | **223.6%** | **59.7%** |
| **% Margin** | 12.8% | 13.2% | 13.6% | 16.0% | 238 bps | | | | 286 bps | 318 bps |
| | | | | | | | | | | |
| **Common Size Statement (As a % of Net Revenue):** | | | | | | | | | | |
| **NET REVENUE** | 100.0% | 100.0% | 100.0% | 100.0% | 0 bps | | | | 0 bps | 0 bps |
| Cost of Rev (ex D&A related to Pt CapEx) | 75.3% | 77.6% | 74.8% | 72.1% | -267 bps | | | | -552 bps | -317 bps |
| SG&A | 3.1% | 4.0% | 2.7% | 4.0% | 129 bps | | | | 0 bps | 89 bps |
| **EBITDA** | 21.6% | 18.4% | 22.5% | 23.9% | 138 bps | | | | 552 bps | 228 bps |
| Depreciation and amortization | 9.8% | 7.9% | 9.9% | 10.3% | 44 bps | | | | 242 bps | 55 bps |
| **EBIT** | 11.8% | 10.5% | 12.6% | 13.5% | 94 bps | | | | 310 bps | 173 bps |
| Interest Expense, net | 4.6% | 3.2% | 4.3% | 3.8% | -54 bps | | | | 53 bps | -85 bps |
| **PRETAX INCOME** | 7.2% | 7.2% | 8.3% | 9.8% | 148 bps | | | | 257 bps | 258 bps |
| Income Tax | -4.9% | 10.8% | -4.8% | 20.4% | 2523 bps | | | | 956 bps | 2527 bps |
| **NET INCOME** | 7.6% | 6.4% | 8.7% | 7.8% | -92 bps | | | | 135 bps | 23 bps |
| Non-controlling interests | 0.1% | 1.4% | 0.1% | 0.2% | 9 bps | | | | -120 bps | 9 bps |
| **NET INCOME TO COMMON** | 7.5% | 5.1% | 8.7% | 7.6% | -101 bps | | | | 255 bps | 15 bps |
| | | | | | | | | | | |
| **Other Key Stats:** | | | | | | | | | | |
| Pro-forma Organic Growth | 11.5% | 15.0% | | 10.1% | | | | | -490 bps | -140 bps |
| | | | | | | | | | | |
| Recurring Sales | 89.8% | 86.4% | | 90.3% | | | | | 390 bps | 50 bps |
| One-Time Sales | 10.2% | 13.6% | | 9.7% | | | | | -390 bps | -50 bps |
| | | | | | | | | | | |
| Revenue from Sales | $317,265 | $160,965 | $356,449 | $400,579 | $44,130 | | | | 148.9% | 26.3% |
| Revenue from Rentals | $164,854 | $71,151 | $200,808 | $216,438 | $15,630 | | | | 204.2% | 31.3% |
| | | | | | | | | | | |
| Revenue by Category | | | | | | | | | | |
| Sleep | $176,791 | $107,065 | $189,491 | $229,666 | $40,175 | | | | 114.5% | 29.9% |
| Diabetes | $97,870 | $6,372 | $109,890 | $126,530 | $16,640 | | | | 1885.7% | 29.3% |
| Supplies to the home | $41,363 | $27,868 | $44,258 | $42,675 | ($1,583) | | | | 53.1% | 3.2% |
| Respiratory | $89,075 | $48,970 | $115,983 | $124,682 | $8,699 | | | | 154.6% | 40.0% |
| HME | $44,536 | $25,989 | $55,751 | $54,791 | ($960) | | | | 110.8% | 23.0% |
| Other | $32,484 | $15,852 | $41,884 | $38,673 | ($3,211) | | | | 144.0% | 19.1% |
| | | | | | | | | | | |
| Patient CapEx | $42,258 | $12,078 | $49,399 | $48,525 | ($874) | | | | 301.8% | 14.8% |
| | | | | | | | | | | |
| Operating Cash Flow | $18,380 | $86,628 | $141,717 | $129,244 | ($12,473) | | | | 49.2% | 603.2% |
| Free Cash Flow | ($29,216) | $74,619 | $109,098 | $77,677 | ($31,421) | | | | 4.1% | (365.9%) |

Source: Jefferies, FactSet

August 10, 2021

4

Please see important disclosure information on pages 7 - 12 of this report.

# Jefferies

**Exhibit 2 - AHCO Income Statement**

- dollars in thousands except for per share data -

| FISCAL YEAR ENDED: DECEMBER | FY2018 | FY2019 | Q1 Mar-20 | Q2 Jun-20 | Q3 Sep-20 | Q4 Dec-20 | FY2020 | Q1 Mar-21 | Q2 Jun-21 | Q3E Sep-21 | Q4E Dec-21 | FY2021E | FY2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-GAAP Results:** | | | | | | | | | | | | | |
| **NET REVENUE** | $345,278 | $529,644 | $191,439 | $232,116 | $284,405 | $362,706 | $1,070,666 | $482,119 | $617,017 | $648,294 | $715,172 | $2,462,602 | $2,818,953 |
| % Growth Y/Y | 79.3% | 53.4% | 60.2% | 87.0% | 108.4% | 142.5% | 102.1% | 151.8% | 165.8% | 127.9% | 97.2% | 130.0% | 14.5% |
| % Growth Q/Q | | | 28.0% | 21.2% | 22.5% | 27.5% | | 32.9% | 28.0% | 5.1% | 10.3% | | |
| Cost of net revenue (ex D&A related to patient equipment) | 248,241 | 380,888 | 146,588 | 180,180 | 222,093 | 270,771 | 819,632 | 362,872 | 444,871 | 470,662 | 514,923 | 1,793,328 | 2,047,078 |
| SG&A | 12,590 | 25,735 | 9,938 | 9,302 | 9,152 | 12,570 | 40,962 | 15,072 | 24,755 | 25,932 | 26,819 | 92,578 | 106,722 |
| **EBITDA** | 84,447 | 123,021 | 34,913 | 42,634 | 53,160 | 79,365 | 210,072 | 104,175 | 147,391 | 151,701 | 173,429 | 576,696 | 665,153 |
| Depreciation and amortization | 47,877 | 62,567 | 16,673 | 18,374 | 22,747 | 24,584 | 82,378 | 47,206 | 63,793 | 72,529 | 77,675 | 261,204 | 296,303 |
| **EBIT** | 36,570 | 60,454 | 18,240 | 24,260 | 30,413 | 54,781 | 127,694 | 56,969 | 83,598 | 79,172 | 95,754 | 315,492 | 368,850 |
| Interest Expense, net | 7,453 | 39,304 | 7,938 | 7,482 | 12,406 | 13,604 | 41,430 | 22,185 | 23,147 | 24,451 | 24,093 | 93,876 | 92,487 |
| **PRETAX INCOME** | 29,117 | 21,150 | 10,302 | 16,778 | 18,007 | 41,177 | 86,264 | 34,784 | 60,451 | 54,721 | 71,660 | 221,616 | 276,363 |
| Income Tax | (2,098) | 1,156 | 1,107 | 1,819 | (636) | 6,998 | 9,288 | (1,695) | 12,330 | 10,964 | 14,416 | 36,015 | 68,072 |
| **NET INCOME** | 31,215 | 19,994 | 9,195 | 14,959 | 18,643 | 34,179 | 76,976 | 36,479 | 48,121 | 43,757 | 57,244 | 185,601 | 208,291 |
| Non-controlling interests | 1,077 | 2,111 | 424 | 3,136 | (1,338) | 3,541 | 5,763 | 324 | 951 | 966 | 981 | 3,222 | 4,074 |
| **NET INCOME TO COMMON** | $30,138 | $17,883 | $8,771 | $11,823 | $19,981 | $30,638 | $71,213 | $36,155 | $47,170 | $42,791 | $56,263 | $182,379 | $204,217 |
| Weighted Average Diluted Shares | | 72,380 | 73,918 | 74,984 | 106,912 | 106,033 | 90,462 | 115,995 | 136,582 | 136,682 | 136,782 | 131,510 | 137,032 |
| **Diluted EPS** | | $0.17 | $0.12 | $0.16 | $0.19 | $0.29 | $0.75 | $0.31 | $0.35 | $0.31 | $0.41 | $1.38 | $1.49 |
| % growth Y/Y | | | | | | 73.7% | 352.2% | 162.7% | 119.0% | 67.5% | 42.4% | 83.7% | 7.9% |
| **Adj. EBITDA** | $84,447 | $123,021 | $34,913 | $42,634 | $53,160 | $79,365 | $210,072 | $104,175 | $147,391 | $151,701 | $173,429 | $576,696 | $665,153 |
| % Growth Y/Y | 87.5% | 45.7% | 23.7% | 44.6% | 67.9% | 135.7% | 70.8% | 198.4% | 245.7% | 185.4% | 118.5% | 174.5% | 15.3% |
| % Margin | 24.5% | 23.2% | 18.2% | 18.4% | 18.7% | 21.9% | 19.6% | 21.6% | 23.9% | 23.4% | 24.3% | 23.4% | 23.6% |
| **Adj. EBITDA Less Pt CapEx** | $45,083 | $75,600 | $21,956 | $30,556 | $35,912 | $58,512 | $146,936 | $61,917 | $98,866 | $96,531 | $114,344 | $371,658 | $428,111 |
| % Growth Y/Y | 135.0% | 67.7% | 29.4% | 69.1% | 91.9% | 167.9% | 94.4% | 182.0% | 223.6% | 168.8% | 95.4% | 152.9% | 15.2% |
| % Margin | 13.1% | 14.3% | 11.5% | 13.2% | 12.6% | 16.1% | 13.7% | 12.8% | 16.0% | 14.9% | 16.0% | 15.1% | 15.2% |
| **Common Size Statement** | | | | | | | | | | | | | |
| **GROSS REVENUE** | 104.6% | 105.4% | | | | | | | | | | | |
| Provision for doubtful accounts | 4.6% | 5.4% | | | | | | | | | | | |
| **NET REVENUE** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of net revenue (ex D&A related to patient equipment) | 71.9% | 71.9% | 76.6% | 77.6% | 78.1% | 74.7% | 76.6% | 75.3% | 72.1% | 72.6% | 72.0% | 72.8% | 72.6% |
| SG&A | 3.6% | 4.9% | 5.2% | 4.0% | 3.2% | 3.5% | 3.8% | 3.1% | 4.0% | 4.0% | 3.8% | 3.8% | 3.8% |
| **EBITDA** | 24.5% | 23.2% | 18.2% | 18.4% | 18.7% | 21.9% | 19.6% | 21.6% | 23.9% | 23.4% | 24.3% | 23.4% | 23.6% |
| Depreciation and amortization | 13.9% | 11.8% | 8.7% | 7.9% | 8.0% | 6.8% | 7.7% | 9.8% | 10.3% | 11.2% | 10.9% | 10.6% | 10.5% |
| **EBIT** | 10.6% | 11.4% | 9.5% | 10.5% | 10.7% | 15.1% | 11.9% | 11.8% | 13.5% | 12.2% | 13.4% | 12.8% | 13.1% |
| Interest Expense, net | 2.2% | 7.4% | 4.1% | 3.2% | 4.4% | 3.8% | 3.9% | 4.6% | 3.8% | 3.8% | 3.4% | 3.8% | 3.3% |
| **PRETAX INCOME** | 8.4% | 4.0% | 5.4% | 7.2% | 6.3% | 11.4% | 8.1% | 7.2% | 9.8% | 8.4% | 10.0% | 9.0% | 9.8% |
| Income Tax | -7.2% | 6.1% | 10.7% | 10.8% | -3.5% | 17.0% | 11.5% | -4.9% | 20.4% | 20.4% | 20.4% | 16.5% | 25.0% |
| **NET INCOME** | 9.0% | 3.8% | 4.8% | 6.4% | 6.6% | 9.4% | 7.2% | 7.6% | 7.8% | 6.7% | 8.0% | 7.5% | 7.4% |
| Non-controlling interests | 0.3% | 0.4% | 0.2% | 1.4% | -0.5% | 1.0% | 0.5% | 0.1% | 0.2% | 0.1% | 0.1% | 0.1% | 0.1% |
| **NET INCOME TO COMMON** | 8.7% | 3.4% | 4.6% | 5.1% | 7.0% | 8.4% | 6.7% | 7.5% | 7.6% | 6.6% | 7.9% | 7.4% | 7.2% |

Source: Jefferies, company data

August 10, 2021

Please see important disclosure information on pages 7 - 12 of this report.

5

# Jefferies

## Exhibit 3 - AHCO Balance Sheet

- dollars in thousands except for per share data -

| FISCAL YEAR ENDED: DECEMBER | FY2018 | FY2019 | Q1 Mar-20 | Q2 Jun-20 | Q3 Sep-20 | Q4 Dec-20 | FY2020 | Q1 Mar-21 | Q2 Jun-21 | Q3E Sep-21 | Q4E Dec-21 | FY2021E | FY2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and equivalents | $25,186 | $76,878 | $48,164 | $110,587 | $272,318 | $99,962 | $99,962 | $132,137 | $178,189 | $76,657 | $107,741 | $107,741 | $258,933 |
| Accounts receivable, net | 53,017 | 78,619 | 118,651 | 119,243 | 147,335 | 176,641 | 176,641 | 260,761 | 302,127 | 317,442 | 350,189 | 350,189 | 375,129 |
| Inventory | 7,673 | 13,239 | 17,968 | 24,444 | 46,477 | 58,783 | 58,783 | 75,487 | 81,507 | 85,639 | 94,473 | 94,473 | 103,551 |
| Prepaid and other current assets | 4,915 | 12,678 | 9,759 | 9,367 | 18,255 | 37,441 | 37,441 | 35,117 | 29,046 | 30,518 | 33,667 | 33,667 | 36,902 |
| Total current assets | 90,790 | 181,414 | 194,542 | 263,641 | 484,385 | 372,827 | 372,827 | 503,502 | 590,869 | 510,256 | 586,070 | 586,070 | 774,514 |
| PP&E, net | 61,601 | 63,559 | 87,301 | 83,216 | 101,656 | 110,468 | 110,468 | 298,537 | 309,071 | 355,091 | 405,859 | 405,859 | 606,005 |
| Goodwill | 202,436 | 266,791 | 340,807 | 342,851 | 810,480 | 1,002,024 | 1,002,024 | 3,142,076 | 3,231,200 | 3,258,421 | 3,180,745 | 3,180,745 | 2,884,443 |
| Other assets & Deferred taxes | 14,129 | 34,358 | 39,189 | 49,601 | 152,305 | 340,944 | 340,944 | 575,953 | 556,525 | 556,525 | 556,525 | 556,525 | 556,525 |
| TOTAL ASSETS | $368,957 | $546,122 | $661,839 | $739,309 | $1,548,826 | $1,826,263 | $1,826,263 | $4,520,068 | $4,687,665 | $4,680,293 | $4,729,199 | $4,729,199 | $4,821,486 |
| Accounts payable | $85,558 | $102,728 | $136,072 | $142,501 | $192,337 | $267,003 | $267,003 | $305,928 | $350,714 | $365,899 | $400,784 | $400,784 | $433,024 |
| Current portion of capital lease liabilities | 20,814 | 19,750 | 20,421 | 22,198 | 19,699 | 22,282 | 22,282 | 20,162 | 23,919 | 23,919 | 23,919 | 23,919 | 23,919 |
| Current portion of LT debt | 7,090 | 1,721 | 2,616 | 2,584 | 8,479 | 8,146 | 8,146 | 17,500 | 96,750 | 96,750 | 96,750 | 96,750 | 96,750 |
| Deferred revenue | 7,508 | 9,556 | 15,584 | 13,463 | 13,231 | 11,043 | 11,043 | 25,168 | 24,872 | 24,872 | 24,872 | 24,872 | 24,872 |
| Other accrued liabilities | 14,706 | 17,139 | 16,460 | 76,361 | 81,059 | 126,370 | 126,370 | 144,382 | 109,619 | 90,761 | 91,542 | 91,542 | 100,338 |
| Total current liabilities | 135,677 | 150,894 | 191,153 | 257,107 | 314,805 | 434,844 | 434,844 | 513,140 | 605,874 | 602,201 | 637,867 | 637,867 | 678,903 |
| Long-term debt | 127,095 | 395,112 | 463,553 | 443,248 | 722,730 | 776,568 | 776,568 | 1,748,829 | 1,776,326 | 1,726,326 | 1,676,326 | 1,676,326 | 1,476,326 |
| Long-term capital lease liabilities | 172 | 233 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other long-term liabilities | 3,244 | 29,131 | 36,580 | 45,748 | 71,576 | 220,101 | 220,101 | 465,621 | 411,422 | 411,422 | 411,422 | 411,422 | 411,422 |
| Non-controlling Interests | 2,865 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shareholders equity | 99,904 | (29,248) | (29,447) | (6,794) | 439,715 | 394,750 | 394,750 | 1,792,478 | 1,894,043 | 1,940,344 | 2,003,584 | 2,003,584 | 2,254,835 |
| TOTAL LIAB. & SHARE. EQUITY | $368,957 | $546,122 | $661,839 | $739,309 | $1,548,826 | $1,826,263 | $1,826,263 | $4,520,068 | $4,687,665 | $4,680,293 | $4,729,199 | $4,729,199 | $4,821,486 |

Source: Jefferies, company data

## Exhibit 4 - AHCO Cash Flow Statement

- dollars in thousands except for per share data -

| FISCAL YEAR ENDED: DECEMBER | FY2018 | FY2019 | Q1 Mar-20 | Q2 Jun-20 | Q3 Sep-20 | Q4 Dec-20 | FY2020 | Q1 Mar-21 | Q2 Jun-21 | Q3E Sep-21 | Q4E Dec-21 | FY2021E | FY2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 24,337 | 1,805 | 8,771 | 11,823 | 19,981 | 30,638 | 71,213 | 36,155 | 47,170 | 42,791 | 56,263 | 182,379 | 204,217 |
| Depreciation | 47,877 | 62,566 | 16,740 | 18,374 | 22,747 | 24,584 | 82,445 | 47,206 | 63,793 | 72,529 | 77,675 | 261,204 | 296,303 |
| Equity-based comp | 883 | 11,070 | 2,223 | 3,244 | 5,502 | 7,701 | 18,670 | 8,582 | 7,447 | 7,447 | 7,447 | 30,923 | 30,888 |
| Provision for doubtful accounts | 15,776 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other non-cash items | (2,526) | 1,880 | (2,823) | (3,102) | 67,636 | (29,453) | 32,258 | (56,636) | 4,845 | 3,830 | 7,297 | (40,664) | 64,146 |
| Changes in working capital | (17,920) | (16,903) | (531) | 56,289 | (81,587) | 16,877 | (8,952) | (16,927) | 5,989 | (24,592) | (9,064) | (44,594) | 3,784 |
| **Cash flow from Operating Activities** | 68,427 | 60,418 | 24,380 | 86,628 | 34,279 | 50,347 | 195,634 | 18,380 | 129,244 | 102,005 | 139,619 | 389,248 | 599,337 |
| Capital expenditures | (9,950) | (21,332) | (7,534) | (3,381) | (11,919) | (16,922) | (39,756) | (35,596) | (43,800) | (46,020) | (50,768) | (176,184) | (200,146) |
| Acquisitions | (86,334) | (63,538) | (105,841) | (1,622) | (497,846) | (170,000) | (775,309) | (1,178,168) | (114,463) | (99,750) | 0 | (1,392,381) | 0 |
| Other investing activities | 0 | 0 | 2,046 | (1,000) | 0 | (1,684) | (638) | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash flow from Investing Activities** | (96,284) | (84,870) | (111,329) | (6,003) | (509,765) | (188,606) | (815,703) | (1,213,764) | (158,263) | (145,770) | (50,768) | (1,568,565) | (200,146) |
| Net debt borrowings (Repayment) | 80,701 | 185,656 | 69,016 | (20,657) | 286,207 | 53,505 | 388,071 | 991,229 | 108,250 | (50,000) | (50,000) | 999,479 | (200,000) |
| Capital lease payments | (27,937) | (37,272) | (10,781) | (8,628) | (10,301) | (10,301) | (40,011) | (12,000) | (7,767) | (7,767) | (7,767) | (35,301) | (48,000) |
| Distributions to non-controlling interests | (300) | (1,338) | 0 | (800) | 0 | 0 | (800) | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity | | 125,000 | 0 | 0 | 367,600 | 0 | 367,600 | 278,850 | 0 | 0 | 0 | 278,850 | 0 |
| Other financing activities | (3,696) | (195,902) | 0 | 11,883 | (6,289) | (77,301) | (71,707) | (30,520) | (25,412) | 0 | 0 | (55,932) | 0 |
| **Cash flow from Financing Activities** | 48,768 | 76,144 | 58,235 | (18,202) | 637,217 | (34,097) | 643,153 | 1,227,559 | 75,071 | (57,767) | (57,767) | 1,187,096 | (248,000) |
| **Net increase (Decrease) in cash** | $20,911 | $51,692 | ($28,714) | $62,423 | $161,731 | ($172,356) | $23,084 | $32,175 | $46,052 | ($101,532) | $31,084 | $7,779 | $151,192 |
| Beginning cash | 4,274 | 25,186 | 76,878 | 48,164 | 110,587 | 272,318 | 76,878 | 99,962 | 132,137 | 178,189 | 76,657 | 99,962 | 107,741 |
| **Ending cash** | $25,186 | $76,878 | $48,164 | $110,587 | $272,318 | $99,962 | $99,962 | $132,137 | $178,189 | $76,657 | $107,741 | $107,741 | $258,933 |
| **FREE CASH FLOW (CFO-CAPX)** | $58,477 | $39,086 | $16,846 | $83,247 | $22,360 | $33,425 | $155,878 | ($17,216) | $85,444 | $55,985 | $88,851 | $213,064 | $399,192 |
| **Adj. Free Cash Flow (CFO-CAPX-Cap Leases)** | $30,540 | $1,814 | $6,065 | $74,619 | $12,059 | $23,124 | $115,867 | ($29,216) | $77,677 | $48,218 | $81,084 | $177,763 | $351,192 |

Source: Jefferies, company data

August 10, 2021

6

Please see important disclosure information on pages 7 - 12 of this report.



## Company Description

**AdaptHealth**

AdaptHealth is a leading provider of home healthcare equipment and related services to patients covered by Medicare, Medicaid, and commercial health insurance plans. The company focuses primarily on providing (i) sleep therapy equipment, supplies and related services (including CPAP and bi-PAP services) to individuals suffering from obstructive sleep apnea, (ii) home medical equipment to patients discharged from acute care and other facilities and (iii) oxygen and related chronic therapy services in the home. AdaptHealth Holdings also provides hospice-focused HME services, wound therapy and nutritional HME services.

## Company Valuation/Risks

**AdaptHealth**

Our price target is derived by applying our peer group avg ratio of 1.2x EBITDA growth to our 2022 est and assuming a mid- to high-teens LT EBITDA growth outlook. Risks: acquisition integration.

## Analyst Certification:

I, Brian Tanquilut, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Jack Slevin, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Sam Carden, CFA, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Completion          August 10, 2021 , 08:25 ET.
Recommendation Distributed         August 10, 2021 , 08:25 ET.

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of AdaptHealth Corp.

**Explanation of Jefferies Ratings**

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.
Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.
Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.
The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.
NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

# Jefferies

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

### Jefferies Franchise Picks

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

### Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.



Rating and Price Target History for: AdaptHealth Corp. (AHCO) as of 08-09-2021

---

August 10, 2021

8

Please see important disclosure information on pages 7 - 12 of this report.

# Jefferies

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.
Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

## Distribution of Ratings

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| BUY | 1819 | 63.14% | 164 | 9.02% | 28 | 1.54% |
| HOLD | 942 | 32.70% | 25 | 2.65% | 4 | 0.42% |
| UNDERPERFORM | 120 | 4.17% | 1 | 0.83% | 0 | 0.00% |

# Jefferies

**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

August 10, 2021                                                                                                                                                                  10

Please see important disclosure information on pages 7 - 12 of this report.



Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.



This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2021 Jefferies Group LLC

August 10, 2021
Please see important disclosure information on pages 7 - 12 of this report.

12