# Exhibit 58

FORM 4

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| McGee Luke | AdaptHealth Corp. [ AHCO ] | X Director    10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 05/08/2020 | X Officer (give title below)    Other (specify below) |
| C/O ADAPTHEALTH LLC | | Chief Executive Officer |
| 220 WEST GERMANTOWN PIKE, SUITE 250 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PLYMOUTH MEETING,   PA   19462 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | | | | | | | | 296,250[1] | D | |
| Class A Common Stock | 12/07/2020 | | M | | 1,434,171 | A | [2] | 1,589,959 | I | See Footnote[4] |
| Class A Common Stock | 12/07/2020 | | D | | 1,312,808[3] | D | $29.36 | 277,151 | I | See Footnote[4] |
| Class A Common Stock | 12/07/2020 | | M | | 1,620,815 | A | [2] | 1,752,056 | I | See Footnote[5] |
| Class A Common Stock | 12/07/2020 | | M | | 1,081,249 | A | [2] | 1,168,800 | I | See Footnote[6] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | [7] | 05/08/2020 | | G | V | | 100,000 | [7] | [7] | Class A Common Stock | 100,000 | $0 | 1,823,964 | I | See Footnote[4] |
| Class B Common Stock | [7] | 12/07/2020 | | M | | | 1,434,171 | [7] | [7] | Class A Common Stock | 1,434,171 | [7] | 389,793 | I | See Footnote[4] |
| Class B Common Stock | [7] | 12/07/2020 | | M | | | 1,620,815 | [7] | [7] | Class A Common Stock | 1,620,815 | [7] | 0 | I | See Footnote[5] |
| Class B Common Stock | [7] | 12/07/2020 | | M | | | 1,081,249 | [7] | [7] | Class A Common Stock | 1,081,249 | [7] | 0 | I | See Footnote[6] |

**Explanation of Responses:**

1. The reporting person's Form 4 filed on December 18, 2019 inadvertently reported 5,000 shares as having been issued to the reporting person. The amount reported on this Form 4 reflects the corrected number of shares held.

2. Represents shares of Class A Common Stock of the Issuer issued upon an exchange of an equivalent number of shares of Class B Common Stock of the Issuer pursuant to the terms of that certain Exchange Agreement, dated as of November 8, 2019 (the "Exchange Agreement"), by and among the Issuer, AdaptHealth Holdings LLC and the other parties thereto (together with the same number of common units of AdaptHealth Holdings LLC).

3. Represents the number of shares of Class A Common Stock otherwise issuable upon the exchange of shares of Class B Common Stock of the Issuer (together with the same number of common units of AdaptHealth Holdings LLC) with respect to which the Issuer elected to deliver cash in lieu of shares of Class A Common Stock pursuant to the terms of the Exchange Agreement.

4. Securities held directly by 2321 Capital LLC.

5. Securities held directly by Fresh Pond Investment LLC.

6. Securities held directly by LBM DBE Holdings LLC.

7. The Class B Common Stock is exchangeable (together with the same number of common units of AdaptHealth Holdings LLC) for shares of Class A Common Stock of the Issuer (or the cash value thereof). 319,724 of the common units of AdaptHealth Holdings LLC held directly by 2321 Capital LLC are subject to vesting, with 79,931 units vesting on each of the first four anniversaries of May 20, 2019.

**Remarks:**

*** The Power of Attorney given by the reporting person was previously filed with the U.S. Securities and Exchange Commission on November 13, 2019 as an exhibit to the Form 3 filed by the reporting person with respect to the Issuer and is hereby incorporated by reference.

/s/ Christopher Joyce, as attorney-in-fact for Luke McGee***     12/09/2020

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**