# Exhibit 59

**FORM 4**

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Estimated average burden hours per response: 0.5 |

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| McGee Luke | AdaptHealth Corp. [ AHCO ] | X Director     ☐ 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 12/31/2020 | X Officer (give title below)    ☐ Other (specify below) |
| C/O ADAPTHEALTH LLC | | Chief Executive Officer |
| 220 WEST GERMANTOWN PIKE, SUITE 250 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| PLYMOUTH MEETING   PA   19462 | | ☐ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | | | | | | | | 296,250 | D | |
| Class A Common Stock | 12/31/2020 | | M | | 150,000 | A | (1) | 427,151 | I | See Footnote(2) |
| Class A Common Stock | 01/01/2021 | | M | | 239,793 | A | (1) | 666,944 | I | See Footnote(3) |
| Class A Common Stock | | | | | | | | 1,752,056 | I | See Footnote(3) |
| Class A Common Stock | | | | | | | | 1,168,800 | I | See Footnote(4) |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock | (5) | 12/31/2020 | | M | | | 150,000 | (5) | (5) | Class A Common Stock | 150,000 | (5) | 239,793 | I | See Footnote(2) |
| Warrants | $11.5 | 12/31/2020 | | G | V | | 93,212 | (6) | (6) | Class A Common Stock | 93,212 | $0 | 0 | I | See Footnote(2) |
| Warrants | $11.5 | 12/31/2020 | | G | V | | 78,525 | (6) | (6) | Class A Common Stock | 78,525 | $0 | 0 | I | See Footnote(3) |
| Warrants | $11.5 | 12/31/2020 | | G | V | | 52,384 | (6) | (6) | Class A Common Stock | 52,384 | $0 | 0 | I | See Footnote(4) |
| Class B Common Stock | (5) | 01/01/2021 | | M | | | 239,793 | (5) | (5) | Class A Common Stock | 239,793 | (5) | 0 | I | See Footnote(2) |

**Explanation of Responses:**

1. Represents shares of Class A Common Stock of the Issuer issued upon an exchange of an equivalent number of shares of Class B Common Stock of the Issuer pursuant to the terms of that certain Exchange Agreement, dated as of November 8, 2019 (the "Exchange Agreement"), by and among the Issuer, AdaptHealth Holdings LLC and the other parties thereto (together with the same number of common units of AdaptHealth Holdings LLC).

2. Securities held directly by 2321 Capital LLC.

3. Securities held directly by Fresh Pond Investment LLC.

4. Securities held directly by LBM DBE Holdings LLC.

5. The Class B Common Stock was exchangeable (together with the same number of common units of AdaptHealth Holdings LLC) for shares of Class A Common Stock of the Issuer (or the cash value thereof).

6. The Warrants were exercisable commencing on December 8, 2019. The Warrants are subject to redemption upon the terms provided in the warrant agreement. The Warrants expire November 8, 2024 or earlier upon redemption or liquidation.

**Remarks:**

*** The Power of Attorney given by the reporting person was previously filed with the U.S. Securities and Exchange Commission on November 13, 2019 as an exhibit to the Form 3 filed by the reporting person with respect to the Issuer and is hereby incorporated by reference.

/s/ Christopher Joyce, as attorney-in-fact for Luke     01/05/2021

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Case 2:21-cv-03382-HB    Document 38-60    Filed 01/20/22    Page 3 of 3

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**