# Exhibit 60

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* GRIGGS STEPHEN P (Last)　(First)　(Middle) C/O ADAPTHEALTH LLC 220 WEST GERMANTOWN PIKE, SUITE 250 (Street) PLYMOUTH MEETING　PA　19462 (City)　(State)　(Zip) | 2. Issuer Name **and** Ticker or Trading Symbol AdaptHealth Corp. [ AHCO ] 3. Date of Earliest Transaction (Month/Day/Year) 02/02/2021 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) X Director　　10% Owner X Officer (give title below)　Other (specify below) Co-Chief Executive Officer 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person Form filed by More than One Reporting Person |
|---|---|---|

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $42.61 | 02/02/2021 | | A | | 66,600 | | (1) | 01/28/2026 | Class A Common Stock | 66,600 | $0 | 66,600 | D | |
| Employee Stock Option (right to buy) | $48.17 | 02/02/2021 | | A | | 77,700 | | (2) | 01/28/2026 | Class A Common Stock | 77,700 | $0 | 77,700 | D | |
| Employee Stock Option (right to buy) | $53.72 | 02/02/2021 | | A | | 90,090 | | (3) | 01/28/2026 | Class A Common Stock | 90,090 | $0 | 90,090 | D | |

**Explanation of Responses:**

1. Options vest in three equal annual installments, beginning on January 28, 2022.
2. Options vest in three equal annual installments, beginning on January 28, 2022.
3. Options vest in three equal annual installments, beginning on January 28, 2022.

**Remarks:**

The Power of Attorney given by the reporting person was previously filed with the U.S. Securities and Exchange Commission on February 3, 2021 as an exhibit to the Form 3 filed by the reporting person with respect to the Issuer and is hereby incorporated by reference.

| /s/Chris Joyce, as attorney-in-fact for Stephen Griggs | 02/03/2021 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**