**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>                   Defendants. | Civil Action No. 2:21-cv-03382-HB<br><br>Hon. Harvey Bartle III |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2022, upon

consideration of Defendants' Request for Judicial Notice in Support of Defendants' Motion to

Dismiss the Consolidated Class Action Complaint ("Request for Judicial Notice"), any and all

papers submitted by the parties in support of and in opposition thereto, and there being good

cause shown, it is hereby:

ORDERED that Defendants' Request for Judicial Notice is **GRANTED**.

_____

HON. HARVEY BARTLE III, U.S.D.J.