## CERTIFICATE OF SERVICE

I, Steven D. Costello, Esquire, hereby certify that on this date, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where this document is available for downloading and viewing.

/s/ Steven D. Costello_____
Steven D. Costello

Dated: January 20, 2022