UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III <br><br> Defendants. | Civ. Action No. 2:21-cv-03382-HB <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT <br><br> ELECTRONICALLY FILED |

- 1 -

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants' Motion to Dismiss the Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss") (ECF Nos. 37, 37-1), Plaintiffs' opposition thereto, Defendants' reply, and any and all papers submitted by the parties in support of and in opposition thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Motion to Dismiss is **DENIED**.


DATED:  _____      _____

THE HONORABLE HARVEY BARTLE III
UNITED STATES DISTRICT JUDGE

- 1 -

4856-5233-2823.v1