# EXHIBIT 1

424B5 1 tm2037721-10_424b5.htm 424B5

TABLE OF CONTENTS

<div style="writing-mode: vertical">The information in this preliminary prospectus supplement is not complete and may be changed. This preliminary prospectus supplement is not an offer to sell nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.</div>

**Filed pursuant to Rule 424(b)(5)**
**Registration No. 333-251452**

**Subject to Completion, dated January 4, 2021**

**Prospectus Supplement**
**(To Prospectus dated December 30, 2020)**

# 8,000,000 Shares

# AdaptHealth Corp.

## Class A Common Stock

We are offering 7,000,000 shares of our Class A common stock, par value $0.0001 per share ("Class A Common Stock"). The selling stockholders identified in this prospectus supplement are offering an additional 1,000,000 shares of our Class A Common Stock.

We intend to use approximately half of the net proceeds of the shares offered by us in this offering, together with senior secured term loan borrowings, the net proceeds from the issuance of unsecured senior notes and cash on hand, to finance the AeroCare Acquisition (as defined herein) and to pay related fees and expenses, and the remainder for general corporate purposes, which may include future acquisitions and other business opportunities, capital expenditures and working capital. We will not receive any proceeds from the sale of our Class A Common Stock by the selling stockholders. See "Use of Proceeds."

Our Class A Common Stock is listed on the Nasdaq Capital Market ("Nasdaq") and trades under the symbol "AHCO". On December 31, 2020, the closing price of our Class A Common Stock was $37.56.

**See "Risk Factors" on page S-19 of this prospectus supplement and page 6 of the accompanying prospectus to read about factors you should consider before buying shares of our Class A Common Stock.**

**We are currently an "emerging growth company" as defined in Section 2(a) of the Securities Act and are subject to reduced public company reporting requirements. We are also a "smaller reporting company" as defined by Rule 12b-2 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") and are subject to reduced public company reporting requirements. See "Risk Factors."**

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement or the accompanying prospectus. Any representation to the contrary is a criminal offense.**

|  | Per Share | Total |
| --- | --- | --- |
| Public offering price | $ | $ |
| Underwriting discounts and commissions[(1)] | $ | $ |
| Proceeds to us, before expenses | $ | $ |
| Proceeds to the selling stockholders, before expenses | $ | $ |

(1)  See "Underwriting" beginning on page S-56 for additional information.

We have granted the underwriters the option to purchase up to an additional 1,200,000 shares of Class A Common Stock within 30 days from the date of this prospectus supplement.

The underwriters expect to deliver the shares of Class A Common Stock on or about                    , 2021.

*Joint Book-Running Managers*

## Deutsche Bank Securities                    Jefferies

### BofA Securities                    Truist Securities

**Baird          RBC Capital Markets          Stifel          UBS Investment Bank**

The date of this prospectus supplement is                    , 2021.

## TABLE OF CONTENTS

### PROSPECTUS SUPPLEMENT

| | |
|---|---|
| Cautionary Note Regarding Forward-Looking Statements | S-ii |
| Prospectus Supplement Summary | S-1 |
| Risk Factors | S-19 |
| Use of Proceeds | S-28 |
| Capitalization | S-30 |
| Unaudited Pro Forma Condensed Combined Financial Information of AdaptHealth Corp. | S-32 |
| Description of Class A Common Stock | S-46 |
| Selling Stockholders | S-50 |
| Material U.S. Federal Income Tax Consequences to Non-U.S. Holders | S-52 |
| Underwriting | S-56 |
| Legal Matters | S-63 |
| Experts | S-63 |
| Where You Can Find More Information | S-63 |
| Incorporation of Certain Information by Reference | S-64 |

### PROSPECTUS

| | |
|---|---|
| About This Prospectus | i |
| Cautionary Note Regarding Forward-Looking Statements | ii |
| Frequently Used Terms | iii |
| The Company | 1 |
| Risk Factors | 6 |
| Use of Proceeds | 7 |
| Description of Capital Stock | 8 |
| Description of Debt Securities | 13 |
| Description of Warrants | 18 |
| Description of Units | 25 |
| Selling Securityholders | 26 |
| Plan of Distribution | 30 |
| Legal Matters | 33 |
| Experts | 33 |
| Where You Can Find More Information | 34 |
| Incorporation of Certain Information By Reference | 34 |

**You should rely only on the information contained or incorporated by reference in this prospectus supplement or the accompanying prospectus. Neither we, the selling stockholders nor any of the underwriters have authorized anyone to provide you with different information. Neither we, the selling stockholders nor any of the underwriters are making an offer to sell or soliciting an offer to buy Class A Common Stock in any jurisdiction where the offer is not permitted. You should not assume that the information contained in this prospectus supplement or the accompanying prospectus is accurate as of any date other than the date on the front cover of those documents.**

### INCORPORATION OF CERTAIN INFORMATION BY REFERENCE

The SEC allows us to "incorporate by reference" the information that we file with them. This allows us to disclose important information to you by referring to those filed documents. Any information referred to in this way is considered part of this prospectus supplement, and any information that we file with the SEC after the date of this prospectus supplement will automatically update and supersede this information.

We are incorporating by reference the documents listed below, and all documents that we file after the date of this prospectus supplement with the SEC pursuant to Section 13(a), 13(c), 14 or 15(d) of the Exchange Act prior to the termination of the offering of securities covered by this prospectus supplement:

- Our Annual Report on Form 10-K for the year ended December 31, 2019, filed with the SEC on March 6, 2020;

- Our Quarterly Reports on Form 10-Q for the quarters ended March 31, 2020, June 30, 2020 and September 30, 2020, filed with the SEC on May 8, 2020, August 7, 2020 and November 6, 2020, respectively;

- Our Current Reports on Form 8-K filed with the SEC on January 7, 2020, May 22, 2020, May 29, 2020, June 18, 2020, June 26, 2020, July 2, 2020, July 14, 2020, July 30, 2020, August 4, 2020, August 4, 2020, August 21, 2020, August 28, 2020, September 21, 2020, October 22, 2020, December 7, 2020 and December 14, 2020 and on Form 8-K/A filed with the SEC on January 21, 2020 and December 18, 2020 (in each case, excluding any information furnished and not filed with the SEC); and

- The description of our securities contained in our registration statement on Form 8-A filed with the SEC on February 15, 2018, as updated by Exhibit 4.5 to our Annual Report on Form 10-K for the year ended December 31, 2019, including any further amendment or report filed for the purpose of updating such description.

Unless we specifically state otherwise, none of the information furnished under Item 2.02 or Item 7.01 in our Current Reports on Form 8-K is, or will be, incorporated by reference in this prospectus supplement.

We will provide to each person, including any beneficial owner, to whom a prospectus has been delivered, free of charge, upon oral or written request, copies of any documents that we have incorporated by reference into this prospectus supplement. You can obtain copies through our website at https://www.adapthealth.com/investor-relations or by contacting AdaptHealth Corp., Attn: Secretary, 220 West Germantown Pike, Suite 250, Plymouth Meeting, PA 19462.

S-64