# EXHIBIT 3



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

November 19, 2021

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «German» into «English» of the attached document:

### «2 - Eine Bank hofft auf einen Neuanfang»

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

Benardette McEvoy

Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

September 25, 2019, 18:00

**After tax scandal:**

# One bank hopes for a fresh start



The group of people connected to North Channel Bank allegedly received multiple tax rebates between 2012 and 2015 - causing a total loss of 550 million euros in Denmark. Image: Scene from Copenhagen

(Photo: Shaw/Unsplash)

- The current directors of the financial institution in Mainz had nothing to do with this and have now negotiated a deal with the authorities in Denmark and Belgium.

- They intend to sell the bank in the coming months. Apparently, there is no shortage of interested parties.

*By [Nils Wischmeyer](), Mainz*

- *The article did not have a soundtrack. Request dubbing.*
  NEW Audio
- NEW Bookmark
- Share
- Feedback
- Print

The moment Stefan Rensinghoff and Harald Zenke realized that there is more at issue than just inaccuracies, was in June 2017. A man stands in front of the bank's entrance on the 22nd floor of the Bonifaziusturm B in Mainz. The doorbell rings, and when Rensinghoff opens it, dozens of investigators swarm out of the five elevators in front of him.

Just a few months earlier, he and Zenke were hired as managing directors at North Channel Bank to develop new business models, only to realize that nothing would come of it for the time being.

Since then, they have been cleaning up the mess the owners left behind.  Investigators in Denmark, Belgium, and Germany believe that they were part of one of the biggest tax scandals in Europe. Over the years, many of those involved allegedly defrauded the Danish and Belgian governments of considerable money. The Danish Tax Authority paid out EUR 1.7 billion to the alleged fraudsters between 2012 and 2015. That's a lot of money for a small country like Denmark.

## Hundreds of millions of euros defrauded

Those involved in the North Channel Bank allegedly had rebates on taxes  several times between 2012 and 2015, causing an EUR 550 million loss in Denmark and a further EUR 70 million  loss in Belgium. This resulted from months of research by the *Süddeutsche Zeitung* and the Danish broadcaster *TV2*, the Copenhagen daily *Politiken* and the Belgian magazine *Knack*.

In addition, investigations in Germany regarding suspicion of money laundering by seven employees,  some former and some still employed by North Channel Bank, are ongoing. This adds up to a lot of baggage for a small bank with about 50 employees.

Consequently, Rensinghoff, Zenke, and the third managing director, Gunnar Volkers, have had to clean up their act significantly in recent

years. It is important to know that they were never involved in the transactions that brought the bank into disrepute but joined later.

At the beginning of the week, the three succeeded in a breakthrough: a deal with Denmark and Belgium. The two managing directors confirmed this to the SZ on Wednesday. According to the agreement, they will sell the financial institution and transfer the resulting proceeds to Denmark and Belgium. "We have nothing more to fear in terms of civil or criminal law," says managing director Rensinghoff. He emphasizes that the bank's equity capital will not be affected.

According to the *Süddeutsche Zeitung*, Belgium will receive around 15 percent of the proceeds, with Denmark receiving the remaining 85 percent. The 85 percent already includes a fine of EUR 14 million, which the Danish authorities announced on Monday.

## No influence on the current business

The countries can also try to get money from the bank's owners, who are shielded behind a network of companies. In May, they and other parties involved had agreed with Skat to pay back part of the money but could still face additional proceedings. Regarding North Channel Bank, they have also been stopped in their tracks by the financial supervisory authorities for several months. They are no longer permitted to have any influence on the current business. The holding company, which owns the small bank based in Mainz, has agreed that 100 percent of North Channel Bank will transfer to a new investor. The current management has already received so-called "non-binding-offers" from investors. A decision as to who will win the bid is to be made by the end of the year, after which review assessments commence that could take a further twelve months or more.

The two managing directors are not concerned that there is another ongoing case in Koblenz in which seven former and current employees of the bank are listed as suspects for money laundering. "We have given notice to all those who were actively involved," says Rensinghoff.

If it were to transpire that any of the remaining employees were also actively involved, the bank would take action in accordance with labor law, he adds.

The bank then wants to close the disgraceful chapter that began in 2012 no later than once there is a new owner. At that time, the bank, founded in 1924 in Berlin, was looking for a new investor and capital provider and found them in ex-KPMG managers Jerome Lhote and Matthew Stein, who transformed the bank to suit their preferences.

The scheme that they and others involved are alleged to have pursued is similar to that of the Cum-Ex transactions in Germany. In Germany, banks, investors, and other parties involved are alleged to have traded shares with (cum) and without (ex) dividends over several years and then received multiple tax refunds for money they had only paid once. At North Channel Bank, those involved took this scheme quite a bit further. Instead of trading in shares, the participants allegedly faked transactions via U.S. pension funds, which the actual owners transferred to them, and then received multiple tax refunds.

In the future, the bank wants to concentrate on other business areas, such as trading in U.S. life insurance and start-up financing for projects. According to the managing directors, they have already achieved initial successes. With the agreement behind them, they now want to do what they were hired to do in 2017: build a sustainable bank.

© SZ of 09/26/2019/hgn  - Rights to the article can be purchased here.

Alle SZ-Produkte                                                                                    Login

## Süddeutsche Zeitung

Meine SZ   SZ Plus   Coronavirus   Bundestagswahl   Klimakonferenz   Politik   **Wirtschaft**   Meinung   Panorama   Sport   München   Ba >

ANZEIGE



# Fit im Alter in 3 Minuten

17 einfache 3 Min. Übungen mit Sofortwirkung

**Zu den Übungen**

Home > Wirtschaft > Banken und Finanzindustrie > Eine Bank hofft auf einen Neuanfang

**25. September 2019, 18:00 Uhr**  Nach Steuerskandal

# Eine Bank hofft auf einen Neuanfang



Allein die Gruppe an Beteiligten rund um die North Channel Bank soll sich zwischen 2012 und 2015 Steuern mehrfach erstatten lassen haben - und damit einen Schaden von insgesamt 550 Millionen Euro in Dänemark verursacht haben. Im Bild: Szene aus Kopenhagen (Foto: Shaw / Unsplash)

- Die derzeitigen Geschäftsführer des Geldinstituts in Mainz hatten damit nichts zu tun und haben nun einen Deal mit den Behörden in Dänemark und Belgien ausgehandelt.

- In den kommenden Monaten wollen sie die Bank verkaufen. An Interessenten mangelt es offenbar nicht.

*Von Nils Wischmeyer, Mainz*
NEU        NEU

Anhören    Merken    Teilen    Feedback    Drucken

*Der Artikel wurde nicht vertont. Vertonung wünschen.*

- ANZEIGE -

Der Moment als Stefan Rensinghoff und Harald Zenke klar wird, dass es um mehr geht als um Ungenauigkeiten, ist im Juni 2017. Ein Mann steht vor der Eingangstür der Bank im 22. Stock des Mainzer Bonifaziusturms B. Es klingelt, und als Rensinghoff öffnet, steigen dutzende Ermittler aus den fünf Aufzügen vor ihm.

Er und Zenke hatten erst wenige Monate zuvor bei der North Channel Bank als Geschäftsführer mit der Prämisse angeheuert neue Geschäftsmodelle aufzubauen und mussten erkennen, dass daraus erst einmal nichts wird.

Seitdem räumen sie den Scherbenhaufen auf, den die Eigentümer dort hinterlassen haben. Diese sollen, so sehen es Ermittler in Dänemark, Belgien und Deutschland, Teil eines der größten Steuerskandale Europas gewesen sein. Dabei sollen über Jahre hinweg viele Beteiligte den dänischen und auch den belgischen Staat um viel Geld gebracht haben. Insgesamt 1,7 Milliarden Euro hat die dänische Steuerbehörde Skatteforvaltningen (Skat) den mutmaßlichen Betrügern zwischen 2012 und 2015 ausgezahlt. Das ist für ein kleines Land wie Dänemark viel Geld.

## Schaden von mehreren Hundert Millionen Euro

Allein die Gruppe an Beteiligten rund um die North Channel Bank soll sich zwischen 2012 und 2015 Steuern mehrfach erstatten lassen haben und damit einen Schaden von insgesamt 550 Millionen Euro in Dänemark verursacht haben, weitere 70 Millionen Euro Schaden in Belgien. Das ergaben monatelange Recherchen der *Süddeutschen Zeitung* zusammen mit dem dänischen Sender *TV2*, der Kopenhagener Tageszeitung *Politiken* und dem belgischen Magazin *Knack*.

- ANZEIGE -

In Deutschland laufen zudem Ermittlungen gegen sieben ehemalige und teils noch angestellte Mitarbeiter der North Channel Bank wegen des Verdachts der Geldwäsche. All das ist viel Holz für eine kleine Bank mit etwa 50 Mitarbeitern.

Entsprechend gründlich mussten Rensinghoff, Zenke und der dritte Geschäftsführer Gunnar Volkers in den vergangenen Jahren aufräumen. Sie selbst, das ist wichtig zu wissen, waren aber nie an den Geschäften beteiligt, die die Bank so in Verruf brachten, sondern kamen später dazu.

Anfang der Woche nun gelang den Dreien ein Befreiungsschlag: ein Deal mit Dänemark und Belgien. Das bestätigten die beiden Geschäftsführer am Mittwoch der SZ. Dem Deal zufolge soll das Geldinstitut verkauft werden und der entsprechende Erlös nach Dänemark und Belgien fließen. "Wir haben zivilrechtlich wie strafrechtlich nichts mehr zu befürchten", sagt Geschäftsführer Rensinghoff. Er betont, das Eigenkapital der Bank werde nicht angerührt.

Nach Informationen der Süddeutschen Zeitung soll Belgien rund 15 Prozent der Erlöse erhalten, Dänemark die verbleibenden 85 Prozent. Eine Bußgeldzahlung in Höhe von 14 Millionen Euro, die die dänischen Behörden am Montag verkündeten, ist in den 85 Prozent bereits inbegriffen.

### Kein Einfluss auf das aktuelle Geschäft mehr

Zusätzlich können die Länder versuchen, Geld von den Eigentümern der Bank zu bekommen, die sich hinter einem Konstrukt an Firmen verstecken. Diese und weitere Beteiligte hatten sich im Mai mit Skat darauf geeinigt, einen Teil des Schadens zurückzuzahlen, könnten aber noch auf anderen Wegen belangt werden. Bei der North Channel Bank sind sie zudem seit Monaten kalt gestellt durch die Finanzaufsicht und dürfen gar keinen Einfluss mehr auf das aktuelle Geschäft nehmen. Die Holding, die die kleine Bank mit Sitz in Mainz hält, habe zudem zugesagt, dass 100 Prozent der North Channel Bank an einen neuen Investor gehen. Sogenannte "non-binding-offers" einiger Investoren liegen dem aktu-

Case 2:21-cv-03382-HB          Document 41-4          Filed 03/21/22          Page 10 of 11

ellen Management bereits vor. Wer den Zuschlag bekommt, soll sich bis Ende des Jahres entscheiden, danach beginnen Prüfungen, die noch einmal mehr als zwölf Monate dauern könnten.

- ANZEIGE -

Dass ein weiteres Verfahren in Koblenz läuft, bei dem sieben ehemalige und aktuelle Mitarbeiter der Bank als wegen Geldwäsche Verdächtige geführt werden, beunruhigt die beiden Geschäftsführer nicht. "Wir haben allen gekündigt, die aktiv daran beteiligt waren", sagt Rensinghoff. Sollte rauskommen, dass eine der verbleibende Mitarbeiter ebenfalls aktiv beteiligt war, ziehe die Bank arbeitsrechtliche Konsequenzen.

Spätestens mit dem neuen Eigentümer will die Bank dann das unrühmliche Kapitel abschließen, das 2012 begann. Damals suchte die 1924 in Berlin gegründete Bank einen neuen Investor und Kapitalgeber und fand sie in den Ex-KPMG-Managern Jerome Lhote und Matthew Stein, die die Bank nach ihrem Gusto umbauten.

Das Schema, das sie und weitere Beteiligte verfolgt haben sollen, soll dem der Cum-Ex-Geschäfte in Deutschland geglichen haben. Hierzulande hatten Banken, Investoren und andere Beteiligte mutmaßlich über Jahre hinweg Aktien mit (cum) und ohne (ex) Dividende gehandelt und sich daraufhin Steuern mehrfach erstatten lassen haben, die sie zuvor nur einmal gezahlt hatten. Bei der North Channel Bank trieben die Beteiligten dieses Spiel offenbar noch ein ganzes Stück weiter. Statt mit Aktien zu handeln, sollen die Beteiligten über US-Pensionsfonds, die die eigentlichen Eigentümer an sie abgaben, einen Handel vorgetäuscht haben und sich Steuern mehrfach erstattet haben lassen.

Künftig will die Bank sich auf andere Geschäftsfelder konzentrieren, etwa den Handel mit US-Lebensversicherungen und die Anschubfinanzierung von Projekten. Erste Erfolge haben die Geschäftsführernach eigenen Angaben schon erzielt. Mit dem Deal im Rücken wollen sie nun machen, wofür sie 2017 eingestellt wurden: eine nachhaltige Bank aufbauen.

© SZ vom 26.09.2019/hgn - Rechte am Artikel können Sie hier erwerben.

Case 2:21-cv-03382-HB    Document 41-4    Filed 03/21/22    Page 11 of 11

Teilen    Feedback

Drucken

Exklusiv    **Kriminalität**

**Wie Investoren im großen Stil Staaten betrogen haben sollen**

Zu diesem Zweck sollen sie ein winziges Mainzer Geldinstitut erst übernommen und dann ausgenutzt haben, um Steuerbehörden in Dänemark und Belgien zu täuschen.

*Lesen Sie mehr zum Thema*

Banken und Finanzindustrie

ANZEIGE

**Don't play this game if you are under 40 years old**

**Amazon Has Millions of Prime Subscribers — But Few Know...**

**Man decided to file for divorce after he took a closer look at thi...**

Raid Shadow Legends    Capital One Shopping

ANZEIGE