# EXHIBIT 4



## Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

November 19, 2021

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Danish» into «English» of the attached document:

**«6 - Præsidenternes pengemand har tæt forbindelse til tiltalte»**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

_Benardette McEvoy_
Benardette McEvoy
Principal Account Manager
Linguistic Systems

**Linguistic Systems, Inc.**

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com
Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001

11/20/21 8:24 a.m.         Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR



(Photo: Ian McIlgorm/Shutterstock)

MONEY

# Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history

**Financier helps suspected perpetrators of dividend fraud as their Caribbean bank adventure was starting to show signs of unraveling**

11/20/21 8:24 a.m.     Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR

BY DR'S BUSINESS CORRESPONDENTS

**Jakob Ussing**
**Mikkel Jensen**
**Emil Søndergård Ingvorsen**

25 OCT 8:40 p.m.

Joe Biden, Barack Obama, George W. Bush, Hillary Clinton, Al Gore, and Mitt Romney.

All have been US presidents or presidential candidates. And despite their different party colors, there's another thing they all have in common: They've all received donations from Alan Quasha.

A filthy rich businessman from New York who has given generously to both democratic and republican political elites for decades.

Power radiates from the moneyman from New York, who also hangs out with Hollywood star Michael Douglas.

In fact, George W. Bush can frankly thank Quasha for saving him from bankruptcy before he broke through on the political circuit when in 1986, the moneyman injected cash into Bush's faltering oil company.

Five years later, the [magazine The Texas Observer]() put the oil company under a critical lens with the headline "The President's Son (George W. Bush, *ed.)* and his Slippery Friends".

However, the moneyman from New York is particularly interesting through a Danish lens for a completely different reason, one that is far from the airs of Hollywood glitz or presidential elections.

Namely, the dividend scandal, which is the largest fraud case in Denmark's history, and in which authorities believe that foreigners defrauded state coffers of 12.7 billion Danish kroner.

---

**WHO ARE THE THREE AMERICANS?**

Jerome Lhote, Matthew Stein, and Luke McGee are accused of defrauding the Danish Treasury of 1.1 billion in dividend tax refunds and risk up to 12 years in prison.

They are accused of having siphoned the money out of the Danish Tax Agency through the small German bank North Channel Bank.

11/20/21 8:24 a.m.     Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR

> Before the alleged fraud through the German bank, Jerome Lhote and Matthew Stein worked together with the main suspect in the dividend case, Sanjay Shah.
>
> In 2013, Matthew Stein and Jerome Lhote struck out together with Luke McGee and a number of former employees from Sanjay Shah's company Solo Capital. Here they had already purchased North Channel Bank, where they conducted the fraud according to Danish authorities.
>
> In 2019 they entered a settlement with the Danish Customs and Tax Administration to reimburse DKK 1.55 billion that they had received for the presumed fraud. Of this, they still have to repay at least 600 million Danish kroner.
>
> They all pleaded not guilty to the charges of fraud in Denmark.

He has rather close ties to three of the accused in the dividend case, Jerome Lhote, Matthew Stein, and Luke McGee, who, according to the Danish authorities, are guilty of defrauding the Danish Treasury of 1.1 billion Danish kroner in dividend taxes.

Among other things, a company owned by the Quasha family borrowed hundreds of millions from a bank owned by the three accused Americans.

This has been revealed by the Pandora Papers – the largest document leak to date from some of the world's largest tax havens.

**Quasha comes to the rescue**

Earlier this month, DR and Politiken were able to report that Lhote, Stein, and McGee had a bank in the Central American country of Belize called Choice Bank.

According to experts, a bank should be of great interest to Danish authorities because large sums of money flowed to the Belize bank from the German bank owned by the accused, North Channel Bank, which has already been penalized in the dividend case.

Choice Bank had two business branches.

The first was to conduct money transfers for the porn industry, and the second was to grant loans to and make investments in a number of companies that Lhote, Stein, and McGhee co-owned.

In general, several experts considered the bank to bear all the marks of <u>a criminal enterprise</u> from far away.

**READ ALSO:** <span style="color:red">Giant leak reveals: Suspects in multi-billion in fraud scam in Denmark had a porn bank in the Caribbean</span>

Case 2:21-cv-03382-HB   Document 41-5   Filed 03/21/22   Page 6 of 19

11/20/21 8:24 a.m.          Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR

However, that did not stop Alan Quasha from making a particularly active attempt to save the bank.

Because when Choice Bank came into existential difficulties in 2018 and ended up in an intense conflict with Belizes' central bank, Lhote, Stein, and McGess sought help from the moneyman and his capital fund, Quadrant Management.

According to the documents, Quasha played a crucial role in the negotiations with the central bank. In an email to DR Nyheder and Politiken, he himself explains that his efforts were completely natural, as restructuring is something his company specializes in.

> **DENMARK'S LARGEST TAX SCANDAL EVER**
>
> According to the Danish tax authorities, the British financier Sanjay Shah is believed to be the principal in the case, where Danish taxpayers have been defrauded of DKK 12.7 billion.
>
> The suspected fraud started in 2012 and continued until the Danish Tax Agency discovered it in August 2015 and shut down repayments of dividend taxes to foreign shareholders.
>
> According to the tax authorities, the perpetrators submitted applications from outside Denmark in which they claimed to own shares in Danish companies such as Mærsk, Danske Bank, Carlsberg, and Novo Nordisk.
>
> They used the falsified applications to gain reimbursements of the tax they claimed to have paid for the stock gains they had earned through the Danish companies. However, according to the Danish tax authorities, the entire setup was fake.
>
> So far, eight people are accused in the case, and if found guilty of gross fraud, they could be sentenced to up to 12 years in prison. All eight of the accused have pleaded not guilty to fraud in the billions.

However, it is hardly the first time that their business paths have crossed one another.

The documents also reveal that the Quasha family has owned an insurance group on the Cayman Islands together with Lhote, Stein, and Mcghee, just as the three accused invested in a fund that Quasha was involved in.

The conflict between Choice Bank and Quasha on one side and the central bank in Belize on the other ended with the central bank's revoking Choice Bank's license to operate.

Quasha himself explains in the court documents that Lhote and Stein had come to Alan Quasha a few months earlier because they "found themselves in a difficult financial situation because of a particular investment they had made".

| | |
|---|---|
| 11/20/21 8:24 a.m. | Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR |

When DR and Politiken asked Alan Quasha for an interview about the close relations with the three accused, Quasha explained that he did not wish to give an interview but agreed to respond to some of our questions in writing:

*Did this investment involve the Danish dividend case?*

I'm not sure. It might have been, writes Quasha, saying that he first heard about the "problems in Denmark" sometime in 2016.

**Long history together**

Meanwhile, the acquaintance between the moneyman, who, according to his own statement, manages more than three billion US dollars in his capital fund, and the accused goes way back.

Luke McGee was employed in Quadrant Management in 2010 and has worked closely with Quasha ever since, while ties to Jerome Lhote and Matthew Stein go back two decades.

"We have done business with them earlier, especially in the insurance industry. I can't recall when we were introduced, but it was probably in the early 2000s."

"I don't remember how we met or who introduced us, but I think that it was originally when they were looking to lease an office, and like many others, they were eager to invest together with Quadrant, writes Alan Quasha."

**Collaboration with Sanjay Shah**

After Quasha and the two accused in the dividend case met for the first time, Lhote and Stein leased space at the same address as the moneyman's company in Manhattan.

It was from here that Lhote and Stein operated the company Argre Management, which according to public registers, does several assessment reports for the Quasha family's companies.

From the same address where they were assisting Alan Quasha, Argre Management in 2012 begins collaborating with Sanjay Shah, who is charged by Danish authorities as being [the principal behind the dividend fraud](). Together they squeeze enormous sums of dividend taxes out of the Danish Treasury.

Luke McGee, who was employed at Alan Quashas's capital fund, would go on to become business partners with Lhote and Stein in the following years.

The three break from the collaboration with Sanjay Shah and strike out on their own with the acquisition of Germany's North Channel Bank, which during 2013-2015, was used to siphon more than one billion Danish kroner in dividends out of Denmark.

**Denies connection to the dividend case**

11/20/21 8:24 a.m.       Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR

Alan Quasha categorically denies in his written replies that he should have discussed Danish dividend taxes with the accused. He writes that he did not even hear about the dividend case until 2016.

Nor does the fact that Quadrant employed Luke McGee and since built up the medical equipment company Adapthealth together with Quashas's capital fund mean that the moneyman was aware of the alleged scam, writes Quasha:

"Luke has not been employed by Quadrant since 2012. He has thus been free to engage in personal investments without Quadrant's knowledge or approval."

Although, according to Quasha, Luke McGee left the capital fund in 2012, they continued their close ties. In fact, until fairly recently, McGee has been CEO of Adapthealth, a company worth billions.

Until quite recently, Quasha sat on the board for this same company that he and his capital fund helped build. So Quasha and McGee have had a close business relationship throughout the years from 2010 and until this year.

**Money between the dividend sharks and Quasha**

There are also clear money trails connecting Alan Quasha and the three financiers suspected of dividend fraud.

The major leak reveals that hundreds of millions in loans were made between Choice Bank and North Channel Bank, where the money flows onwards to another of the Quasha family's companies.

The moneyman states that this money has been refunded and denies any other connection to North Channel Bank.

---

**PANDORA PAPERS REVEAL WORLD LEADERS, BILLIONAIRES, AND CELEBRITIES**

- Together with the Danish media outlets Berlingske and Politiken and around 150 media sources in 117 countries, DR has reviewed an enormous new leak totaling 11.9 million documents from 14 management companies and law firms in some of the world's largest tax havens.
- The International Consortium of Investigative Journalists (ICIJ) came into possession of the material through an anonymous source over the course of several months. The source has not made any demands in conjunction with the surrender of the documents.
- The leak has been dubbed the Pandora Papers and shows how some of the world's most powerful people have hidden billions in tax havens around most of the globe.

11/20/21 8:24 a.m.      Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR

> - The leak reveals more than 130 billionaires, 30 world leaders, and a number of celebrities.
>
> You can read more about the leak here and follow DR over the coming days for more updates on the leak.

The moneyman from New York also writes that he did not know that his former employee and close business partner Luke McGee had purchased North Channel Bank and Choice Bank together with Jerome Lhote and Matthew Stein until several years after the acquisition.

When asked directly whether Quasha had any income from the Danish dividend case, Quasha responds flatly:

"No."

**A political witch hunt**

On the other hand, it is clear from the documents that Quasha used extensive resources to try to save the bank of the accused in Belize, and the central bank in Belize also notes the close connections between Quasha and then Lhote, Stein and McGee.

Among other things, they jointly owned an insurance group on the Cayman Islands in which Choice Bank had made investments, and that Quasha tried to involve in the rescue effort for the bank.

However, the Central Bank put its foot down, as according to the central bank, it would simply withdraw value from the bank and not benefit customers, and the attempt to ensure customers their own money.

TIMELINE

# Porn Bank in Belize

READ TIMELINE

Source: ICIJ Text: Emil Søndergård Ingvorsen

Finally, the central bank pulled the plug on Choice Bank by revoking their banking license, a move Quasha calls "unfair".

When it comes to the charges against Lhote, Stein, and McGee, who risk up to 12 years in prison through a criminal case in Denmark, Quasha would rather not get mixed into it.

Case 2:21-cv-03382-HB   Document 41-5   Filed 03/21/22   Page 10 of 19

11/20/21 8:24 a.m.        Moneyman to the presidents has close ties to the accused in the largest fraud case in Danish history/DR

"This is a very tragic story for everyone involved. Even if I have not studied the facts in the Danish case, it is my understanding that they have returned all the money they earned on these trades."

"I have worked with Luke McGee for more than a decade and know him as a man of the highest integrity. I cannot believe that he would do anything illegal. I am concerned that this is a political witch hunt that has done irrevocable damage to his reputation."

*Have you personally been questioned by the Danish authorities at any point?*

"No."

While Lhote, Stein, and McGee have been indicted in a criminal case, they have entered into a civil settlement with the Danish Tax Agency to repay at least DKK 1.6 billion to the Danish Treasury. They still have to repay approximately DKK 600 million.

DR and Politiken have sent Jerome Lhote, Matthew Stein, and Luke McGee more than 50 questions about their banks, the Danish dividend case and ties to Alan Quasha, but all three have stated through their Danish defense lawyers that they have no comments to make at this time.

All three continue to deny all charges of fraud against the Danish State in the dividend case.

11/10/21, 8:24 AM Præsidenternes pengemand har tæt forbindelse til tiltalte i danmarkshistoriens største svindelsag | Penge | DR

Case 2:21-cv-08382-HB Document 41-5 Filed 03/21/22 Page 11 of 19



(Foto: Ian McIlgorm/Shutterstock)

PENGE

# Præsidenternes pengemand har tæt forbindelse til tiltalte i danmarkshistoriens største svindelsag

Rigmand hjalp formodede udbyttesvindlere, da caribisk bankeventyr var ved at krakelere.

🔊 LÆS OP     📖 ORDBOG     AA TEKST

11/10/21, 8:24 AM                    Præsidenternes pengemand har tæt forbindelse til tiltalte i danmarkshistoriens største svindelsag | Penge | DR

Case 2:21-cv-08382-HB   Document 41-5   Filed 03/21/22   Page 12 of 19

AF DR'S
ERHVERVSKORRESPONDENT
**Jakob Ussing**
**Mikkel Jensen**
**Emil Søndergård Ingvorsen**

25. OKT KL. 20:40

Joe Biden, Barack Obama, George W. Bush, Hillary Clinton, Al Gore og Mitt Romney.

Alle har de været præsidenter eller præsidentkandidater i USA. Og så har de også en anden ting til fælles trods forskellige partifarver. De har alle modtaget donationer fra Alan Quasha.

En stenrig forretningsmand fra New York, som i årtier har været gavmild med donationer til både demokratiske og republikanske toppolitikere.

Magten stråler altså ud af rigmanden fra New York, som også hænger ud med Hollywood-stjernen Michael Douglas.

Faktisk kan George W. Bush ligefrem takke Quasha for at blive reddet fra en fallit, før han slog ind på den politiske løbebane, da rigmanden i 1986 sprøjtede penge ind i Bushs skrantende olieselskab.

Magasinet The Texas Observer
<http://issues.texasobserver.org/pdf/ustxtxb_obs_1991_07_26_issue.pdf>
satte fem år senere olieselskabet under kritisk lup med overskriften 'Præsidentens søn (George W. Bush, *red)* og hans åleglatte venner'.

Rigmanden fra New York er dog især interessant med danske briller af en helt anden årsag, der langt fra lugter af Hollywood-glimmer eller præsidentvalg.

Nemlig udbytteskandalen, som er den største svindelsag i danmarkshistorien, og hvor myndighederne mener, at udlændinge har svindlet statskassen for 12,7 milliarder kroner.

#### HVEM ER DE TRE AMERIKANERE?

Jerome Lhote, Matthew Stein og Luke McGee er tiltalt for at have

Han har nemlig tætte forbindelser til tre af de tiltalte i udbyttesagen, Jerome Lhote, Matthew Stein og Luke McGee, der ifølge de danske myndigheder har svindlet med udbytteskat for 1,1 milliarder kroner.

Blandt andet har et selskab ejet af Quasha-familien lånt et trecifret millionbeløb af en bank ejet af de tre tiltalte amerikanere.

Det afslører den største læk nogensinde af dokumenter fra nogle af verdens største skattely, der har fået navnet Pandora Papers.

## Quasha kommer til undsætning

DR og Politiken kunne tidligere på måneden fortælle, at Lhote, Stein og McGee havde en bank i det centralamerikanske land Belize med navnet Choice Bank.

En bank, de danske myndigheder ifølge eksperter bør interessere sig meget for, fordi der strømmede store summer til Belize-banken fra de tiltaltes tyske bank, North Channel Bank, der allerede er straffet i udbyttesagen.

Choice Bank havde to forretningsben.

For det første at sørge for pengeoverførsler for pornobranchen, og for det andet at give lån til og lave investeringer i en række selskaber, som Lhote, Stein og McGee selv var medejere af.

Generelt lugtede banken langt væk af at være et kriminelt foretagende <https://www.dr.dk/nyheder/penge/kaempe-laek-afsloerer-tiltalte-milliardsvindel-i-danmark-havde-pornobank-i-caribien>, vurderer flere eksperter.

LÆS OGSÅ: Kæmpe læk afslører: Tiltalte for milliardsvindel i Danmark havde pornobank i Caribien

Det stoppede dog ikke Alan Quasha i at gøre et særdeles aktivt forsøg på at redde banken.

For da Choice Bank i 2018 kom i livstruende problemer og endte i en voldsom konflikt med Belizes centralbank, søgte Lhote, Stein og McGee hjælp hos rigmanden og dennes kapitalfond, Quadrant Management.

Ifølge dokumenterne spillede Quasha en helt central rolle i forhandlingerne med centralbanken. Han forklarer selv i en mail til DR Nyheder og Politiken, at hans indsats var helt naturlig, da rekonstruktioner er et af hans selskabs specialer.

### DANMARKS STØRSTE SKATTESKANDALE

Den britiske rigmand Sanjay Shah menes at være hovedmanden i

Det er imidlertid langt fra første gang, at deres forretningsveje krydser hinanden.

Dokumenterne fortæller også, at Quasha-familien har ejet en forsikringskoncern på Cayman-øerne sammen med Lhote, Stein og McGee, ligesom de tre tiltalte blandt andet investerede i en fond, som Quasha var involveret i.

Konflikten mellem Choice Bank og Quasha på den ene side og centralbanken i Belize på den anden side, ender med, at centralbanken fratager Choice Bank licensen til at drive bank.

Selv forklarer Quasha i retsdokumenterne, at Lhote og Stein få måneder forinden var kommet til Alan Quasha, fordi de 'befandt sig i en vanskelig økonomisk situation på grund af en særlig investering, de havde lavet'.

Da DR og Politiken beder Alan Quasha om et interview om de tætte forbindelser til de tre tiltalte, forklarer Quasha, at han ikke ønsker at give interview, men indvilger i at svare skriftligt på nogle af vores spørgsmål:

*Handlede denne investering om den danske udbyttesag?*

- Jeg er ikke sikker. Det kan det have været, skriver Quasha og oplyser, at han første gang hørte om "problemerne i Danmark" i løbet af 2016.

## Lang historie sammen

Bekendtskabet mellem rigmanden, der efter eget udsagn forvalter mere end tre milliarder dollar i sin kapitalfond, og de tiltalte går imidlertid langt tilbage.

Luke McGee blev ansat i Quadrant Management i 2010 og har lige siden arbejdet tæt sammen med Quasha, mens forbindelsen til Jerome Lhote og Matthew Stein går to årtier tilbage.

- Vi har haft lavet forretninger med dem tidligere, især i forsikringsbranchen. Jeg kan ikke huske, hvornår vi blev introduceret, men det var nok i begyndelsen af 00'erne.

- Jeg kan ikke huske, hvordan vi mødtes, eller hvem der introducerede os, men jeg tror, at det oprindeligt var, da de ledte efter at leje et kontor, og som mange andre ville de gerne investere sammen med Quadrant, skriver Alan Quasha.

## Samarbejde med Sanjay Shah

Efter Quasha og de to tiltalte i udbyttesagen mødes for første gang, så lejer Lhote og Stein sig ind på samme adresse som rigmandens selskab på Manhattan i New York.

Herfra er Lhote og Stein med til at drive selskabet Argre Management, der ifølge offentlige registre laver flere vurderingsrapporter for Quasha-familiens selskaber.

Fra samme adresse, som de hjælper Alan Quasha, begynder Argre Management i 2012 at samarbejde med Sanjay Shah, der er tiltalt af de danske myndigheder for at være hovedbagmand i udbyttesvindlen <https://www.dr.dk/nyheder/penge/hidtil-ukendte-bagmaend-trak-milliarder-ud-af-skat)> . De trækker sammen store udbytteskattesummer ud af den danske statskasse.

Luke McGee, der var ansat hos Alan Quashas kapitalfond, bliver i de følgende år forretningspartner med Lhote og Stein.

De tre bryder samarbejdet med Sanjay Shah og går solo med opkøbet af tyske North Channel Bank, som i årene 2013-2015 bruges til at suge mere end én milliard udbyttekroner ud af Danmark.

### Afviser forbindelse til udbyttesagen

Alan Quasha afviser i sine skriftlige svar pure, at han skulle have drøftet dansk udbytteskat med de tiltalte. Han skriver, at han ikke hørte om udbyttesagen før i 2016.

Heller ikke det faktum, at Luke McGee har været ansat hos Quadrant og siden opbyggede medico-selskabet Adapthealth sammen med Quashas kapitalfond, betyder, at rigmanden havde kendskab til det formodede svindelnummer, skriver Quasha:

- Luke har ikke været ansat hos Quadrant siden 2012. Han har således været fri til at engagere sig i personlige investeringer uden Quadrants viden eller godkendelse.

På trods af, at Luke McGee ifølge Quasha var fortid i kapitalfonden i 2012, så fortsatte deres nære forbindelse. McGee har nemlig indtil for ganske nylig været direktør i milliardvirksomheden Adapthealth.

I selvsamme selskab, som Quasha og hans kapitalfond har været med til at opbygge, sad rigmanden i bestyrelsen ind til for ganske nylig. Altså har Quasha og McGee haft en nær forretningsrelation i alle årene fra 2010 og frem til i år.

### Penge mellem udbytte-hajerne og Quasha

Der er også et klart pengespor, der forbinder Alan Quasha og de tre formodede udbyttesvindlere.

Af den store læk fremgår det, at der er lån for et trecifret millionbeløb i kroner mellem Choice Bank og North Channel Bank, hvor pengene går videre til et andet af Quasha-familiens selskaber.

Rigmanden oplyser, at de penge er betalt tilbage og afviser andre forbindelse til North Channel Bank.

> **PANDORA PAPERS AFSLØRER VERDENSLEDERE, MILLIARDÆRER OG KENDTE**
>
> DR har sammen med de danske medier Berlingske og Politiken og

Rigmanden fra New York skriver også, at han ikke vidste, at hans tidligere ansatte og nære samarbejdspartner Luke McGee havde købt North Channel Bank og Choice Bank sammen med Jerome Lhote og Matthew Stein før flere år efter opkøbene.

Direkte adspurgt, om Quasha selv har haft nogen indkomst fra den danske udbyttesag, svarer Quasha kort:

- Nej.

## En politisk heksejagt

Det fremgår til gengæld tydeligt af dokumenterne, at Quasha har brugt mange ressourcer på at forsøge at redde de tiltaltes bank i Belize, og centralbanken i Belize bemærker også de tætte forbindelser mellem Quasha og så Lhote, Stein og McGee.

Blandt andet har de ejet en forsikringskoncern på Cayman-øerne sammen, som Choice Bank havde investeret i - og som Quasha forsøgte at inddrage i redningsprocessen for banken.

Centralbanken sætter dog foden ned, da det ifølge centralbanken blot ville trække værdier ud af banken og ikke ville gavne kunderne og forsøget på at sikre kunderne deres egne penge.

TIDSLINJE
# Pornobanken i B

## LÆS TIDSLINJEN

Kilde: ICIJ   Tekst: Emil Søndergård Ingvordsen

Til sidst trækker centralbanken stikket på Choice Bank, da banklicensen inddrages, hvilket Quasha betegner som en 'uretfærdighed'.

Når det kommer til anklagerne mod Lhote, Stein og McGee, der risikerer op mod 12 års fængsel ved en straffesag i Danmark, lægger Quasha heller ikke fingrene imellem.

- Det er en meget tragisk historie for alle involverede. Selv om jeg ikke har studeret fakta i den danske sag, er det min forståelse, at de har betalt alle pengene tilbage, som de tjente på handlerne.

- Jeg har arbejdet med Luke McGee i mere end et årti og kender ham som en mand med den højeste integritet. Jeg kan ikke tro på, at han ville gøre noget ulovligt. Jeg er bekymret for, at dette er en politisk heksejagt, der har skadet hans omdømme uopretteligt.

*Er du selv blevet afhørt af de danske myndigheder på noget tidspunkt?*

- Nej.

Mens Lhote, Stein og McGee er tiltalt i en straffesag, har de indgået et civilretligt forlig med Skattestyrelsen om at betale mindst 1,6 milliarder kroner,

de selv har modtaget, tilbage til den danske statskasse. De mangler stadig at betale cirka 600 millioner kroner.

DR og Politiken har sendt Jerome Lhote, Matthew Stein og Luke McGee flere end 50 spørgsmål om deres banker, den danske udbyttesag og forbindelserne til Alan Quasha, men de oplyser alle tre via deres danske forsvarsadvokater, at de ingen kommentarer har for nuværende.

De nægter sig alle fortsat skyldige i anklagerne om bedrageri mod den danske stat i udbyttesagen.

## PENGE LIGE NU



**PENGE** | I GÅR KL. 13:45

**Julefrokosterne kan trygt afholdes:** Coronapasset kan være værn mod smitte

