# EXHIBIT 10

| | | |
|---|---|---|
| Company Name: AdaptHealth Corp | Market Cap: 1140.45694875 | Bloomberg Estimates - EPS |
| Company Ticker: AHCO US | Current PX: 15.75 | Current Quarter: 0.073 |
| Date: 2020-02-25 | YTD Change($): 4.77 | Current Year: 0.47 |
| Event Description: Q4 2019 Earnings Call | YTD Change(%): 43.443 | Bloomberg Estimates - Sales |
| | | Current Quarter: 175 |
| | | Current Year: 771 |

# Q4 2019 Earnings Call

## Company Participants

- Christopher Joyce, General Counsel
- Luke McGee, Chief Executive Officer, Director
- Gregg Holst, Chief Financial Officer

## Other Participants

- Brian Tanquilut
- Pito Chickering
- Mathew Blackman

## Presentation

### Operator

Greetings and welcome to the AdaptHealth Corp 2019 Fourth Quarter and Full-Year Financial Results Conference Call. At this time, all participants are in a listen-only mode. (Operator Instructions) As a reminder this conference is being recorded.

It is now my pleasure to introduce your host Chris Joyce, General Counsel. Thank you, sir. You may begin.

### Christopher Joyce, General Counsel

Good morning and thank you, Jessie. This is Chris Joyce and I'm the General Counsel of AdaptHealth. I'd like to welcome everyone to the AdaptHealth Corp earnings conference call for the fourth quarter and the year ended December 31, 2019.

Earlier this morning, AdaptHealth released its financial results for the first -- fourth quarter and full year ended December 31, 2019. And our earnings release has been posted on the Investor Relations section of the AdaptHealth website and is also available on EDGAR. In a moment, we will have prepared remarks from Luke McGee, Chief Executive Officer of AdaptHealth; and Gregg Holst, AdaptHealth's Chief Financial Officer. We will then open the call for questions.

Before we start, I'd like to remind everyone that statements included in this conference call and in our earnings release may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act. These statements include but are not limited to comments regarding our financial results for 2019 and beyond. Actual results could differ materially from those projected in these forward-looking statements because of a number of risk factors and uncertainties, all which are discussed in our annual and quarterly SEC filings. And the company expressly disclaims any obligation to update the information provided today, except as required by law.

When discussing our results, we refer to certain non-GAAP measures, which exclude certain items from reported results and may be calculated differently than similar non-GAAP data presented by other companies. Reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appear in today's earnings release, which again can be found on the Investor Relations section of the AdaptHealth website, which is www.adapthealth.com.



| | | |
|---|---|---|
| **Company Name:** AdaptHealth Corp | **Market Cap:** 1140.45694875 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** AHCO US | **Current PX:** 15.75 | Current Quarter: 0.073 |
| **Date:** 2020-02-25 | **YTD Change($):** 4.77 | Current Year: 0.47 |
| **Event Description:** Q4 2019 Earnings Call | **YTD Change(%):** 43.443 | **Bloomberg Estimates - Sales** |
| | | Current Quarter: 175 |
| | | Current Year: 771 |

All right, that's all I had. Thank you so much. Appreciate it.

## Operator

Thank you. It appears we have no additional questions at this time. So I'd like to pass the floor back over to Luke McGee for any additional concluding comments.

## Luke McGee, Chief Executive Officer, Director

Thank you. I'd like to close by reiterating our confidence and conviction in our ability to execute on our strategic priorities. We believe we can grow top line by approximately 20% each year with organic growth of between 6% and 8% and the balance from acquisitions. It's important to note, we believe we can achieve that 20% based on internal funds.

We are seeing a robust pipeline of opportunities to acquire solid businesses. In addition to HME companies, we're looking at other supplies businesses that we can combine our bolt-on to the PCS platform. We plan to address -- we plan to expand our addressable markets to accomplish products for patients suffering from a variety of chronic conditions. We believe we built a platform that is uniquely positioned to serve these patients and build value for our shareholders.

Thank you for joining us today. We'll be presenting at a number of conferences throughout the year, beginning with the SVB Leerink Global Healthcare Conference in New York later this week. We hope to see some of you there. If you have any questions about the financials or information discussed today, please reach out to our CFO, Greg Holst, or Devin Sullivan at the Equity Group. Thanks and have a great day.

## Operator

Ladies and gentlemen, this does conclude today's teleconference. Once again, we thank you for your participation. And you may disconnect your lines at this time.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2020, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*