UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | Civ. Action No. 2:21-cv-03382-HB<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER DENYING |
| Plaintiffs, | ) ) ) | DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE |
| vs. | ) ) ) | CONSOLIDATED CLASS ACTION COMPLAINT |
| ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III | ) ) ) ) ) ) ) ) ) ) ) | ELECTRONICALLY FILED |
| Defendants. | ) ) ) | |

- 1 -

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants'

Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Consolidated Class Action

Complaint ("Request for Judicial Notice") (ECF No. 38), Plaintiffs' opposition thereto, Defendants'

reply, and any and all papers submitted by the parties in support of and in opposition thereto, and there

being good cause shown, it is hereby:

ORDERED that Defendants' Request for Judicial Notice is **DENIED**.


DATED: _____     _____

THE HONORABLE HARVEY BARTLE III
UNITED STATES DISTRICT JUDGE

- 1 -

4855-1569-0007.v1