## CERTIFICATE OF SERVICE

I, Steven D. Costello, Esquire, hereby certify that on this date, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where this document is available for downloading and viewing.

Dated: April 15, 2022                    /s/ Steven D. Costello_____
                                         Steven D. Costello