UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civ. Action No. 2:21-cv-03382-HB

<u>CLASS ACTION</u>

PLAINTIFFS' NOTICE OF RECENT AUTHORITY

ELECTRONICALLY FILED

Plaintiffs respectfully notify the Court of the attached decision in *Noto v. 22nd Century Group, Inc.*, No. 21-0347-CV, __ F.4th __, 2022 WL 1633827 (2d Cir. May 24, 2022) ("*22nd Century Group*"), which was issued May 24, 2022 and is relevant to the Court's consideration of Plaintiffs' Opposition to Defendants' pending motion to dismiss (ECF 40, the "Opposition" or "Opp."). A copy of the *22nd Century Group* opinion is attached hereto as Exhibit A.

*22nd Century Group* is relevant to Plaintiffs' Opposition as it addresses an issue in the case: whether AdaptHealth had a duty to disclose investigations – including a criminal investigation – into CEO Luke McGee's ("McGee") prior involvement in "the largest tax fraud in European history" when telling investors about McGee's prior experience, his contributions to AdaptHealth's acquisition strategy and resulting revenue growth, the legal risks facing AdaptHealth, and by stating in AdaptHealth's SEC filings that Defendants McGee, Stephen P. Griggs, and Jason Clemens purportedly disclosed "'*[a]ny* fraud, whether or not material, that involves management'" to the Company's auditors and the Board's audit committee. Opp. at 13-19 (emphasis added);[1] ECF 19, at ¶¶3-4, 15-24, 79, 85, 92, 98, 104, 107, 114.

In *22nd Century Group*, the plaintiffs alleged that defendants failed to disclose an investigation by the Securities and Exchange Commission ("SEC") into the company's financial controls. 2022 WL 1633827, at *6-*7. The Second Circuit held that defendants "had a duty to disclose the SEC investigation in light of the specific statements they made about the [c]ompany's accounting weaknesses," that the "investigation related to the accounting weaknesses was material information that a reasonable investor would have wanted to know," and that "[b]y not disclosing that the SEC was investigating the [c]ompany's specific accounting weakness, defendants' statements about that weakness were not accurate and complete." *Id*. The Second Circuit noted that

---

[1]    Plaintiffs also argued that Defendants had an independent duty to disclose this information under Regulation S-K. *Id.* at 16-17.

4856-6090-1666.v1

"[e]ven when there is no existing independent duty to disclose information, once a company speaks on an issue or topic, there is a duty to tell the whole truth." *Id.*, at \*6.

The *22nd Century Group* opinion is relevant to Plaintiffs' contention that Defendants had a duty to disclose, among other things, the investigations into McGee's tax fraud to make the statements identified above and in the Opposition accurate, complete, and not misleading. Opp. at 13-19. The opinion is also relevant to Plaintiffs' contention that those investigations were material information that a reasonable investor would have wanted to know. *Id.* at 23-25.

DATED:  May 26, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON (admitted *pro hac vice*)
KEVIN A. LAVELLE (admitted *pro hac vice*)


*s/ DOUGLAS R. BRITTON*
DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
klavelle@rgrdlaw.com

Lead Counsel for Plaintiffs

KESSLER TOPAZ MELTZER
  & CHECK, LLP
ANDREW L. ZIVITZ (PA #76554)
HELEN J. BASS (PA # 330646)
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
azivitz@ktmc.com
hbass@ktmc.com

Local Counsel for Plaintiffs

- 2 -

4856-6090-1666.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 26, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ DOUGLAS R. BRITTON*
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Email: dougb@rgrdlaw.com

- 1 -

# Mailing Information for a Case 2:21-cv-03382-HB DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM v. ADAPTHEALTH CORP. F/K/A DFB HEALTHCARE ACQUISITIONS CORP. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **MICHAEL ALBERT**
  malbert@rgrdlaw.com

- **NAUMON A. AMJED**
  namjed@ktmc.com,ksauder@ktmc.com,hpaffas@ktmc.com,iyeates@ktmc.com,4980043420@filings.docketbird.com,mswift@ktmc.com

- **Lee Albert**
  lalbert@glancylaw.com,lee-albert-5832@ecf.pacerpro.com,info@glancylaw.com

- **DOUGLAS R. BRITTON**
  dougb@rgrdlaw.com,e_file_sd@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **Helen Jane Bass**
  hbass@ktmc.com

- **JENNIFER N. CARINGAL**
  jcaringal@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **TODD G. COSENZA**
  TCosenza@wilkie.com

- **STEVEN D. COSTELLO**
  sdc@saxtonstump.com,dmk@saxtonstump.com,tah@saxtonstump.com

- **STEPHEN J. FLEURY , JR**
  sjf@saxtonstump.com,dmk@saxtonstump.com

- **VINCENT P. IANNECE**
  VIANNECE@WILLKIE.COM

- **DANIELLE S. MYERS**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **JUAN CARLOS SANCHEZ**
  jsanchez@rgrdlaw.com

- **ANDREW L. ZIVITZ**
  azivitz@ktmc.com,3949407420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)