UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civ. Action No. 2:21-cv-03382-HB <br><br> Hon. Harvey Bartle III |
| Plaintiffs, | |
| v. | |
| ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A LETTER RESPONSE ADDRESSING LEAD PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

On May 26, 2022, Lead Plaintiffs filed a "Notice of Recent Authority" in support of their opposition to Defendants' pending Motion to Dismiss. (*See* ECF No. 46.) Lead Plaintiffs' supplemental authority consists of a non-binding, out-of-circuit decision by the Second Circuit, *Noto v. 22nd Century Grp., Inc.*, 2022 WL 1633827 (2d Cir. May 24, 2022). Defendants respectfully seek leave to file a short supplemental letter response to address the *22nd Century* decision only. Defendants' proposed letter response is attached hereto as Exhibit A. This is Defendants' first request for leave to file a supplemental response.

- 2 -

Dated: June 1, 2022

SAXTON & STUMP

By: /s/ Steven D. Costello
Steven D. Costello  (No. 37288)
100 Deerfield Lane, Suite 240
Malvern, Pennsylvania  19355
(484) 328-8500

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (admitted *pro hac vice*)
Vincent P. Iannece (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York  10019-6099
(212) 728-8000

*Attorneys for Defendants*

- 2 -