UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Other Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, <br><br> Defendants. | Civ. Action No. 2:21-cv-03382-HB |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A LETTER RESPONSE ADDRESSING LEAD PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

THE COURT, having reviewed and considered the Defendants' Motion for Leave to File a Letter Response Addressing Lead Plaintiffs' Notice of Recent Authority (ECF No. 47), hereby GRANTS the motion.

IT IS ORDERED that the Clerk of Court is directed to file the proposed response (ECF No. 47-1) as a letter in response to Lead Plaintiffs' Notice of Recent Authority in this case.

DATED this _____ day of _____, 2022

- 2 -

BY THE COURT:

_____

United States District Court Judge