## CERTIFICATE OF SERVICE

I, Steven D. Costello, Esquire, hereby certify that on this date, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where this document is available for downloading and viewing.

/s/ Steven D. Costello
Steven D. Costello

Dated: June 1, 2022

- 3 -