IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., et al. | : : : | NO. 21-3382 |

ORDER

AND NOW, this 9th day of June, 2022, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., Luke McGee, Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III to dismiss the amended complaint (Doc. #37) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.