**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

DELAWARE COUNTY EMPLOYEES
RETIREMENT SYSTEM and BUCKS
COUNTY EMPLOYEES' RETIREMENT
SYSTEM, Individually and on Behalf of All
Others Similarly Situated,

                        Plaintiffs,

v.

ADAPTHEALTH CORP. f/k/a DFB
HEALTHCARE ACQUISITIONS CORP.,
LUKE MCGEE, STEPHEN P. GRIGGS,
JASON CLEMENS, FRANK J. MULLEN,
RICHARD BARASCH, JOSHUA PARNES,
ALAN QUASHA, TERENCE CONNORS,
DR. SUSAN WEAVER, DALE WOLF,
BRADLEY COPPENS, and DAVID S.
WILLIAMS III,

                        Defendants.

Civil Action No. 2:21-cv-03382-HB

Hon. Harvey Bartle III

**ADAPTHEALTH DEFENDANTS'
MOTION TO ENFORCE SUBPOENA TO SUMZERO, INC.**

For the reasons set forth in the accompanying Memorandum, Defendants AdaptHealth

Corp., Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan

Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and

David S. Williams III (the "AdaptHealth Defendants"), by and through their undersigned counsel,

respectfully request that the Court enter an Order granting the AdaptHealth Defendants' Motion

to Enforce the subpoena *duces tecum* that the AdaptHealth Defendants served on SumZero, Inc.

SAXTON & STUMP

By: /s/ Steven D. Costello
Steven D. Costello (No. 37288)
100 Deerfield Lane, Suite 240
Malvern, Pennsylvania  19355
(484) 328-8500

WILLKIE FARR & GALLAGHER LLP
Todd G. Cosenza (admitted *pro hac vice*)
Zeh S. Ekono (admitted *pro hac vice*)
Vincent P. Iannece (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York  10019-6099
(212) 728-8000

*Attorneys for AdaptHealth Corp.,*
*Stephen P. Griggs, Jason Clemens, Frank*
*J. Mullen, Richard Barasch, Joshua Parnes,*
*Alan Quasha, Terence Connors, Dr. Susan*
*Weaver, Dale Wolf, Bradley Coppens, and*
*David S. Williams III*

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Steven D. Costello, Esquire, hereby certify that on this date, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where this document is available for downloading and viewing.

<u>/s/ Steven D. Costello</u>
Steven D. Costello

Dated:  November 4, 2022