**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

DELAWARE COUNTY EMPLOYEES
RETIREMENT SYSTEM and BUCKS
COUNTY EMPLOYEES' RETIREMENT
SYSTEM, Individually and on Behalf of All
Others Similarly Situated,

         Plaintiffs,

v.

ADAPTHEALTH CORP. f/k/a DFB
HEALTHCARE ACQUISITIONS CORP.,
LUKE MCGEE, STEPHEN P. GRIGGS,
JASON CLEMENS, FRANK J. MULLEN,
RICHARD BARASCH, JOSHUA PARNES,
ALAN QUASHA, TERENCE CONNORS,
DR. SUSAN WEAVER, DALE WOLF,
BRADLEY COPPENS, and DAVID S.
WILLIAMS III,

         Defendants.

Civil Action No. 2:21-cv-03382-HB

Hon. Harvey Bartle III

## [PROPOSED] ORDER

    AND NOW, this _____ day of _____, 2022, upon consideration of Defendants AdaptHealth Corp., Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III's Motion to Enforce Subpoena to SumZero, Inc. ("Motion to Enforce"), and there being good cause shown, it is hereby ORDERED that the Motion to Enforce is **GRANTED**.  SumZero, Inc. shall respond to the subpoena *duces tecum* within ten (10) days of the date of this Order.

            _____
            HON. HARVEY BARTLE III, U.S.D.J.