**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

DELAWARE COUNTY EMPLOYEES
RETIREMENT SYSTEM and BUCKS
COUNTY EMPLOYEES' RETIREMENT
SYSTEM, Individually and on Behalf of All
Others Similarly Situated,

                              Plaintiffs,

v.

ADAPTHEALTH CORP. f/k/a DFB
HEALTHCARE ACQUISITIONS CORP.,
LUKE MCGEE, STEPHEN P. GRIGGS,
JASON CLEMENS, FRANK J. MULLEN,
RICHARD BARASCH, JOSHUA PARNES,
ALAN QUASHA, TERENCE CONNORS,
DR. SUSAN WEAVER, DALE WOLF,
BRADLEY COPPENS, and DAVID S.
WILLIAMS III,

                              Defendants.

Civil Action No. 2:21-cv-03382-HB

Hon. Harvey Bartle III

**DECLARATION OF STEPHEN J. FLEURY, JR. IN SUPPORT OF ADAPTHEALTH
DEFENDANTS' MOTION TO ENFORCE SUBPOENA TO SUMZERO, INC.**

I, Stephen J. Fleury, Jr. declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am Senior Counsel at Saxton & Stump and counsel for AdaptHealth Corp., Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (the "AdaptHealth Defendants") in the above-captioned matter. I am familiar with the relevant facts and circumstances set forth herein and submit this declaration based on my own personal knowledge and based on the sources described herein in support of the

AdaptHealth Defendants' Memorandum of Law in Support of Their Motion to Enforce Subpoena to SumZero, Inc.

2.      On September 12, 2022, the AdaptHealth Defendants issued a subpoena to SumZero, Inc. ("SumZero"), with a return date of September 27, 2022 (the "Return Date"). Attached hereto as Exhibit A is a true and correct copy of the AdaptHealth Defendants' subpoena to SumZero, dated September 12, 2022 (the "Subpoena").

3.      I caused the Subpoena to be served on SumZero's registered agent, Corporation Service Company.  Attached hereto as Exhibit B is a true and correct copy of the certified Proof of Service of the Subpoena.

4.      SumZero failed to respond to the Subpoena by the Return Date.  At no point did SumZero acknowledge receipt of the Subpoena, serve objections on the AdaptHealth Defendants, move for a protective order, seek to quash the Subpoena, or otherwise contact me regarding the Subpoena.

5.      On October 3, 2022, and on behalf of the AdaptHealth Defendants, I sent a letter to SumZero's headquarters at the mailing address that appears on SumZero's website[1] (the "October 3 Letter").  In the October 3 Letter, I requested that SumZero contact me regarding the Subpoena no later than October 7, 2022, stating that SumZero's failure to do so may result in my request for court intervention.  A true and correct copy of this letter is attached hereto as Exhibit C.

6.      On October 11, 2022, the October 3 Letter was returned to my office as undeliverable and I received no further response from SumZero.

---

[1]  https://sumzero.com/contact

7.      On October 14, 2022, and on behalf of the AdaptHealth Defendants, I sent a letter to a different address identified as SumZero's headquarters on S&P Capital's Intelligence Platform (the "October 14 Letter").  In the October 14 Letter, I requested that SumZero contact me regarding the Subpoena no later than October 20, 2022, stating that SumZero's failure to do so may result in my request for court intervention.  A true and correct copy of this letter is attached hereto as Exhibit D.

8.      I have not received a response to the October 14 Letter.

9.      On October 24, 2022, my paralegal called (617) 256-3070, a SumZero-affiliated phone number identified through Google.  She left a voicemail identifying herself, stating that she was reaching out with respect to the Subpoena, and requesting a call back.

10.     Neither she nor I have received a call from SumZero.

11.     Thereafter, also on October 24, 2022, my paralegal called (646) 751-4411, another SumZero-affiliated phone number identified through Google.  No one answered her call and the phone number's mailbox was full.

12.     On November 2, 2022, in a final effort to contact SumZero, my paralegal called (646) 751-4411 again.  She left a voicemail identifying herself, stating that she was reaching out with respect to the Subpoena, and requesting a call back.

13.     Neither she nor I have received a call from SumZero.

14.     As of the date of this filing, SumZero has not complied with the Subpoena.

Dated: November 4, 2022

                                        /s/ Stephen J. Fleury Jr.
                                        Stephen J. Fleury, Jr.