# EXHIBIT B

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  2:21-cv-03382-HB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Sum Zero Inc. c/o Corporation Service Co.

on *(date)*  9/12/2022 .

☒ I served the subpoena by delivering a copy to the named person as follows:
Robin Hutt-Banks - Intake Specialist
on *(date)*  9/12/22    ; or

☐ I returned the subpoena unexecuted because:                                                      .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$                              .

My fees are $                    for travel and $                    for services, for a total of $     0.00     .


I declare under penalty of perjury that this information is true.

Date:  9/12/2022

Christopher Leese
*Server's signature*

Christopher Leese — Courier
*Printed name and title*

951 Rohrerstown, Rd. Lancaster, PA 17601
*Server's address*

Additional information regarding attempted service, etc.: