# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM AND BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | VS | ADAPTHEALTH CORP. F/K/A DFB HEALTHCARE ACQUISITIONS CORP., ET AL. | 2:21-CV-03382-HB |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 11/04/2022 _____

**Service:** I served SUMZERO, INC. _____

NAME OF PERSON / ENTITY BEING SERVED

with (list documents) PROPOSED ORDER; MOTION TO ENFORCE SUBPOENA; MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENFORCE SUBPOENA; DECLARATION; EXHIBIT A-D

by leaving with LYNANNE GARES (MANAGING AGENT) _____ At

| NAME | RELATIONSHIP |
|---|---|

☐ Residence _____

| ADDRESS | CITY / STATE |
|---|---|

☒ Business C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

| ADDRESS | CITY / STATE |
|---|---|

On _____ 11/04/2022 _____ AT _____ 3:15 PM _____

| DATE | TIME |
|---|---|

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

| CITY | STATE | ZIP |
|---|---|---|

**Manner of Service:**

☒ CORPORATE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Canceled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____

| DATE | TIME | DATE | TIME |
|---|---|---|---|

(3)_____ (4)_____ (5)_____

| DATE | TIME | DATE | TIME | DATE | TIME |
|---|---|---|---|---|---|

Age 50 Sex FEMALE Race WHITE Height 5'5 Weight 180 HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 4TH day of NOVEMBER ,2022

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS