IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY EMPLOYEES       :         CIVIL ACTION
RETIREMENT SYSTEM, et al.       :
                                :
          v.                    :
                                :         NO. 21-3382
ADAPTHEALTH CORP., et al.       :

ORDER

AND NOW, this 21st day of November 2022, after consideration of the unopposed motion of defendants to enforce subpoena to SumZero, Inc., it is hereby ORDERED that SumZero, Inc. shall respond to the subpoena duces tecum within ten days of the date of this Order.

BY THE COURT:

/s/ Harvey Bartle III

_____
                        J.