IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY EMPLOYEES        :            CIVIL ACTION
RETIREMENT SYSTEM, et al.        :
                                 :
     v.                          :
                                 :
ADAPTHEALTH CORP., et al.        :            NO. 21-3382

ORDER

AND NOW, this 7th day of December, 2022, it is hereby

ORDERED that:

(1)  the motion of lead plaintiffs to compel defendant

Luke McGee to produce documents in response to plaintiffs'

requests for production No. 24 and No. 26 is GRANTED; and

(2)  said documents shall be produced on or before

December 30, 2022.

BY THE COURT:

/s/ Harvey Bartle III

_____
                              J.