UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>     Defendants. | Civ. Action No. 2:21-cv-03382-HB<br><br>CLASS ACTION<br><br>DECLARATION OF KEVIN A. LAVELLE IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH COURT'S SCHEDULING ORDER<br><br>ELECTRONICALLY FILED |

4869-9278-2679.v4

- 1 -

I, KEVIN A. LAVELLE, declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before this Court and a member of the law firm Robbins Geller Rudman & Dowd LLP, court-appointed Lead Counsel in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.  I submit this declaration, together with the attached exhibits, in support of Lead Plaintiffs' Motion to Compel Compliance with Court's Scheduling Order.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:  Excerpted Email from Kevin Lavelle to Vincent Iannece, dated September 22, 2022;

Exhibit B:  Excerpted Email from Vincent Iannece to Joseph Tull, dated November 22, 2022; and

Exhibit C:  Email from Joseph Tull to Vincent Iannece, dated March 9, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of March 2023, at San Diego, California.

s/ KEVIN A. LAVELLE
KEVIN A. LAVELLE

- 1 -

4869-9278-2679.v4