# EXHIBIT B

## Joseph Tull

| | |
|---|---|
| **From:** | Kevin Lavelle |
| **Sent:** | Friday, November 25, 2022 7:16 AM |
| **To:** | 'Iannece, Vincent'; Joseph Tull; 'sdc@saxtonstump.com'; Todd Cosenza; Ekono, Zeh S.; 'fgriesing@griesinglaw.com'; 'mdavis@griesinglaw.com'; 'msheldon@kramerlevin.com'; 'rgander@kramerlevin.com'; 'djames@kramerlevin.com' |
| **Cc:** | Doug Britton; Ben Engfelt; 'azivitz@ktmc.com'; 'HBass@ktmc.com' |
| **Subject:** | RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence |

Vinny,

First, we understand from your response that Mr. Quasha will also produce documents concerning communications with journalists regarding the McGee Tax Issue through November 22, 2021. Regarding search terms, Plaintiffs have already provided their counter proposal on November 9.

Second, regarding "categorical documents," I'm not sure we could describe it clearer on a call, though we are happy to discuss, if you have specific questions. Once again, however, "categorical" documents are those that do not require search terms to identify. The documents we previously specified, such as insurance policies, board materials and due diligence materials, are typically kept in discrete locations and do not require search terms to locate. We understand from your email that the AdaptHealth Defendants will not produce any other categories of documents without the use of search terms, outside of those specified in your email below (organizational charts, document retention policies and insurance agreements). It is unclear, however, why search terms are required to identify responsive Board and due diligence materials. Please explain.

We also understand from your email that the AdaptHealth Defendants will only produce "documents in accordance with the relevant discovery deadlines in this Action unless there is an explicit agreement between the parties to produce responsive documents on a different timeline." It is unclear to us what "the relevant discovery deadlines" you are referring to are and when the AdaptHealth Defendants will produce document retention policies and insurance agreements. Please clarify.

Third, regarding price impact related documents, we've requested that documents concerning the alleged corrective disclosures be produced in advance of the class certification discovery deadline from the date of each alleged corrective disclosure and two days after. Again, I'm not sure we can describe our request any clearer on a call, but we are happy to discuss your questions.

The remainder of your email does not appear to require a response at this time.

We are available Monday to discuss these issues. Please let us know your availability and identify any questions you have before the call so that we can have a productive discussion.

-Kevin

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Tuesday, November 22, 2022 6:34 PM
**To:** Joseph Tull <JTull@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com'

1

<djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Kevin Lavelle <KLavelle@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Joe,

Thank you for your email in response to our November 11 Letter. We respond to each of your points in turn.

*First*, we agreed to a January 1, 2016 start data for Mr. Quasha as described in our November 11 Letter but you have misstated our position when you say that agreement is "based on his statements to reporters that he had learned of McGee's 'problems in Denmark' in 2016." Nevertheless, we have identified in the November 11 Letter the search terms that we believe to be applicable based on the AdaptHealth Defendants' initial proposal. We remain willing to negotiating those search terms.

*Second,* while we continue to not understand what is meant by "categorical document types," the AdaptHealth Defendants have only agreed to produce the following categories of documents without the use of search terms: (i) organizational charts, (ii) AdaptHealth's document retention policies in effect during the relevant time period and (iii) relevant portions of any insurance agreement(s) under which an insurance business may be liable to satisfy all or part of a judgment that may be entered in this action or to indemnify or reimburse payment made to satisfy a judgment in this action. We prioritized the production of the organizational charts, which we produced on November 10, and we will produce the other documents in accordance with the relevant discovery deadlines in this Action unless there is an explicit agreement between the parties to produce responsive documents on a different timeline. To be clear, to the extent any other non-privileged documents responsive to Lead Plaintiffs' Requests (as modified by the parties' agreements during the meet and confer process) exist, we expect such documents to be collected and identified through the search protocols agreed upon by the parties or ordered by the Court, including custodians, document sources, search terms, and date restrictions.

*Third*, we are disappointed to hear Plaintiffs' representation that the 81 documents they have produced to date "substantially completed" their production of documents in connection with this litigation. We intend to follow-up separately concerning Plaintiffs' productions to date.

*Fourth*, as explained on our call on November 17, we'd like to get a better understanding of what exactly you mean by documents "concerning price impact" or "concerning the corrective disclosures alleged in the Complaint." While we continue to believe that such documents have no bearing on class certification issues, as previewed on the call, in the context of negotiations for an extension of the class certification deadlines, the AdaptHealth Defendants are amenable to prioritizing a review and production of these documents to the extent collected and identified through the search protocols agreed upon by the parties or ordered by the Court, including custodians, document sources, search terms, and date restrictions.

*Finally*, the AdaptHealth Defendants agree to produce documents concerning whether Defendant McGee, in connection with due diligence related to both the de-SPAC and the January 2021 Secondary Offering, informed AdaptHealth (or anyone else) of his alleged personal misconduct to the extent collected and identified through the search protocols agreed upon by the parties or ordered by the Court, including custodians, document sources, search terms, and date restrictions.

The AdaptHealth Defendants reserve all rights and none are waived.

Best,
Vinny

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

___

**From:** Joseph Tull <JTull@rgrdlaw.com>
**Sent:** Monday, November 14, 2022 5:55 PM
**To:** Iannece, Vincent <VIannece@willkie.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Kevin Lavelle <KLavelle@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

**\*\*\* EXTERNAL EMAIL \*\*\***

Vinny,

This email serves as a response to Zeh's November 11, 2022 Letter.

First, we appreciate you agreeing to the January 1, 2016 start date for Mr. Quasha based on his statements to reporters that he had learned of McGee's "'problems in Denmark' in 2016." However, we note that we will need come to an agreement on the specific search terms used for Mr. Quasha's documents for the McGee Tax Issue pursuant to Plaintiffs' November 9 search term counter proposal. We also need agreement that communications between Mr. Quasha and journalists concerning the McGee Tax Issue through November 22, 2021 will be produced.

Second, as we have explained numerous times during our meet and confers and in our correspondence, categorical documents are responsive documents that do not require search terms to identify. As we have also noted, specific examples of categorical documents include organizational charts, insurance policies, board materials, periodic reports, and due diligence materials. Please identify such documents and when they will be produced (other than the organizational charts).

Third, your accusation that Plaintiffs have engaged in "intentional delay" in their document production is baseless. Plaintiffs substantially completed their document production nearly two months prior to the class certification discovery cutoff. By contrast, defendants have not produced a single document concerning class certification issues or the merits, save for a few pages of incomplete organizational charts.

Fourth, concerning price impact, Plaintiffs requested documents concerning the corrective disclosures alleged in the Complaint; please prioritize the production of documents concerning the two alleged corrective disclosures on the day of the disclosures and the following three days after and confirm such documents will be produced by the December 30, 2022 deadline.

Fifth, to be clear, the due diligence materials requested also include the due diligence undertaken in the Secondary Offering, not just AdaptHealth's SPAC process. *See* Oct. 14, 2022 Tull letter re Request No. 13. Please confirm that due diligence documents from the Secondary Offering will also be searched for and produced.

Regards,

3

3

Joe

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Friday, November 11, 2022 5:02 PM
**To:** Kevin Lavelle <KLavelle@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Counsel, please see the attached correspondence.

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Thursday, November 10, 2022 7:23 PM
**To:** 'Kevin Lavelle' <KLavelle@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

Kevin, we will be responding to the November 4 Letter tomorrow.  As we explained on Monday (please see below), we needed time to consult with our clients on these issues and your arbitrary deadline for a response within three business days was unreasonable.

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Thursday, November 10, 2022 6:21 PM
**To:** Iannece, Vincent <VIannece@willkie.com>; Joseph Tull <JTull@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>

4

4

**Cc:** Doug Britton <DougB@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

**\*\*\* EXTERNAL EMAIL \*\*\***

Vinny,

Plaintiffs have sought the AdaptHealth Defendants' position since October 14 on whether they will agree to: (i) a January 1, 2016 through November 22, 2021 relevant period for Mr. Quasha; (ii) a June 25, 2021 cut off of the relevant time period for the other AdaptHealth Defendants pertaining to the McGee tax issue; and (iii) produce due diligence documents regarding the scope of the due diligence performed and McGee's responses, regardless of whether the documents explicitly reference the alleged tax scheme.

Nearly a month later, we still do not have the AdaptHealth Defendants' position on those issues, despite Plaintiffs repeatedly asking for it.  See, e.g., Plaintiffs' Oct. 14, 27 and Nov. 4 letters. Accordingly, we view those issues as having reached an impasse and intend on seeking relief from the Court. Plaintiffs will also request the Court impose a date certain by which price impact related documents will be produced, unless the AdaptHealth Defendants confirm they are not contesting class certification on those grounds.

-Kevin

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Monday, November 7, 2022 5:13 PM
**To:** Joseph Tull <JTull@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Kevin Lavelle <KLavelle@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Joe,

We write in response to your letter, dated November 4, 2022 (the "November 4 Letter"), which arbitrarily demands a response by November 9th and a production of organizational charts by November 7th.  To begin, we note that setting capricious deadlines such as these is unprofessional and inappropriate.  If there are any urgent issues that need to be resolved, a meet and confer should have been requested – not this continued exchanging of letters.  Moreover, sending demands on a Friday evening (Eastern Time) that provide less than one business day for a production and three business days for a response is entirely unreasonable.  As we have explained numerous times now (including to the Court during our recent conference), the organizational charts will be produced within one week of the entry of the protective order  – so, on or before this coming Thursday.  We will respond to the remaining issues identified in the November 4 Letter once we have had an adequate opportunity to consider those issues and consult with our clients. The AdaptHealth Defendants reserve all of their rights with respect to the Requests, and nothing herein is a waiver of those rights or the R&Os.

Best,
Vinny

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Joseph Tull <JTull@rgrdlaw.com>
**Sent:** Friday, November 4, 2022 5:45 PM
**To:** Iannece, Vincent <VIannece@willkie.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Kevin Lavelle <KLavelle@rgrdlaw.com>; Ben Engfelt <BEngfelt@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel, please see the attached correspondence.

**Joseph J. Tull**
**Associate**

655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Wednesday, November 2, 2022 9:39 AM
**To:** Kevin Lavelle <KLavelle@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Counsel, please see the attached correspondence.

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

6

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Friday, October 28, 2022 8:42 PM
**To:** Iannece, Vincent <VIannece@willkie.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

<mark>*** EXTERNAL EMAIL ***</mark>

Vinny, we continue to be disappointed with the pace of defendants' discovery efforts. The parties have known they would need to provide search terms for months, but the AdaptHealth Defendants still will not be a position to share a "preliminary draft list" for another week - a month after the ESI protocol was finalized on October 7. The same can be said for the AdaptHealth Defendants' continued delay in answering plaintiffs' outstanding interrogatories, which were likewise propounded months ago.

But putting that aside, there is no reason to delay the production of documents that do not require search terms to identify, such as the organizational charts you mentioned. Please identify the documents and/or categories of documents the AdaptHealth Defendants intend to produce without the use of search terms, and when they intend on producing them.

The status of the protective order with the Court presents no hurdle to producing such materials. The parties specifically negotiated terms providing that the stipulation is effective upon agreement by the parties, which has already occurred. *See* Section IX ("This Order shall become effective as a Stipulation among the Parties immediately upon its execution, even if not yet entered by the Court.").

We will be producing categorical document and providing our search term proposal in the coming days.  Once defendants provide a complete proposal of their own, we can continue search term discussions.

Last, it is unclear if your response to Request Nos. 8-10 addresses our concern. We asked that due diligence materials inquiring into any litigation, investigations, or potential illegal acts pertaining to Mr. McGee be produced, even if they do not explicitly refer to the alleged cum ex scheme, to demonstrate the scope of the diligence performed and Mr. McGee's response to such inquiries. But your email seems to suggest that only materials actually showing knowledge of Mr. McGee's involvement in the tax fraud will be produced.

But we would like, for example, due diligence questionnaires or lists inquiring generally into any litigation, investigations, or potential illegal acts pertaining to AdaptHealth's management (and therefore Mr. McGee), even if the document on its face does not explicitly pertain to the tax fraud. We would also like Mr. McGee's response, even if it does not list the tax fraud among its answers. The due diligence performed on Mr. McGee's background is unquestionably relevant.

Please confirm that such documents will be produced or that you are refusing to produce them.

-Kevin

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Thursday, October 27, 2022 5:05 PM
**To:** Kevin Lavelle <KLavelle@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>;

'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Kevin,

We are working to prepare our proposed search protocol as to requests that we understand the parties to have an agreement, including by "crafting" the search terms with "input from the custodians in order to identify appropriate nomenclature, code words, etc." as you insisted. That process is ongoing. We currently expect to be in a position to circulate a preliminary draft no later than Friday, November 4.

Our understanding is that the Court has not yet entered the protective order. We can commit to producing the organizational charts within one week of the entry of the protective order.

Additionally, we addressed your non So-Called Impasse Requests in our letter dated October 26. Responses to your questions regarding our October 19 Letter are below:
- Request Nos. 8-10: To the extent any exist, non-privileged documents that reflect knowledge of any litigation, investigations or potential illegal acts pertaining to an alleged tax fraud involving Mr. McGee are within the scope of the documents that the AdaptHealth Defendant have agreed to produce.
- Footnote 4: We do not understand our footnote to be conveying anything different than your understanding.

Finally, with respect to the AdaptHealth Defendants amended responses to Lead Plaintiffs' interrogatories, as noted in our October 17 email, we will serve the amended responses no later than November 18. That date provides us with the time that we need to investigate the additional information that you've requested and prepare accurate responses. As always, if we can serve our amended responses sooner, we will do so.

Best,
Vinny


**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Wednesday, October 26, 2022 9:35 PM
**To:** 'Kevin Lavelle' <KLavelle@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

Counsel, please see the attached correspondence.

8

8

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Tuesday, October 25, 2022 10:19 AM
**To:** Iannece, Vincent <VIannece@willkie.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

**\*\*\* EXTERNAL EMAIL \*\*\***

Vinny and Zeh, thank you for the October 19 letter. While we wait for the remainder of your response to Joe's October 14 letter, which you indicated would be addressed in separate correspondence, we wish to clarify two issues.

The first concerns due diligence materials (see, e.g., Request Nos. 9, 13). We have previously requested that due diligence materials inquiring into any litigation, investigations, or potential illegal acts pertaining to Mr. McGee, be produced, even if they do not explicitly refer to the alleged cum ex scheme, to demonstrate the scope of the diligence performed and his response to such inquiries. Please confirm the AdaptHealth Defendants will produce such documents.

Second, footnote 4 of your October 19 letter states that "[f]or the avoidance of doubt, Defendant McGee's alleged personal misconduct shall mean the conduct disclosed in the April 13 Press Release." We assume by that you mean his alleged participation in a cum ex trading scheme, and not just the announcement of criminal charges against Mr. McGee. If you have a different understanding, please let us know.

Plaintiffs reserve all rights to request additional documents and information as discovery proceeds, as well as information concerning the substance or merits of Mr. McGee's alleged cum ex trading scheme.

We look forward to reviewing the AdaptHealth Defendants' proposed search terms and custodians to further assess the sufficiency of their proposals concerning the scope of production. Please send them, and the requested organizational charts, no later than this Friday. Plaintiffs will be prepared to do the same.

-Kevin

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Wednesday, October 19, 2022 2:22 PM
**To:** Kevin Lavelle <KLavelle@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>;

'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Counsel, please see the attached correspondence.


**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Friday, October 14, 2022 3:50 PM
**To:** Iannece, Vincent <VIannece@willkie.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

**\*\*\* EXTERNAL EMAIL \*\*\***

Vinny, please see the attached letter in response to Zeh's October 7 correspondence.

-Kevin

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Friday, October 7, 2022 12:39 PM
**To:** Kevin Lavelle <KLavelle@rgrdlaw.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Counsel,

Please see the attached correspondence.

Best,
Vinny


**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**

787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Kevin Lavelle <KLavelle@rgrdlaw.com>
**Sent:** Monday, September 19, 2022 9:51 AM
**To:** Iannece, Vincent <VIannece@willkie.com>; Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel,

Please see the attached letter.

-Kevin

---

**From:** Iannece, Vincent <VIannece@willkie.com>
**Sent:** Friday, September 9, 2022 1:08 PM
**To:** Mara Waligurski <MWaligurski@rgrdlaw.com>; 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Todd Cosenza <tcosenza@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com' <fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com' <msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com' <djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Kevin Lavelle <KLavelle@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>; 'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** RE: Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

EXTERNAL SENDER
Counsel,

Please see the attached correspondence.

Many thanks,
Vinny

**Vincent P. Iannece**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8752 | Fax: +1 212 728 9752
viannece@willkie.com | vCard | www.willkie.com bio

---

**From:** Mara Waligurski <MWaligurski@rgrdlaw.com>
**Sent:** Friday, August 26, 2022 9:05 PM
**To:** 'sdc@saxtonstump.com' <sdc@saxtonstump.com>; Cosenza, Todd <TCosenza@willkie.com>; Iannece, Vincent

11

<VIannece@willkie.com>; Ekono, Zeh S. <ZEkono@willkie.com>; 'fgriesing@griesinglaw.com'
<fgriesing@griesinglaw.com>; 'mdavis@griesinglaw.com' <mdavis@griesinglaw.com>; 'msheldon@kramerlevin.com'
<msheldon@kramerlevin.com>; 'rgander@kramerlevin.com' <rgander@kramerlevin.com>; 'djames@kramerlevin.com'
<djames@kramerlevin.com>
**Cc:** Doug Britton <DougB@rgrdlaw.com>; Kevin Lavelle <KLavelle@rgrdlaw.com>; Joseph Tull <JTull@rgrdlaw.com>;
'azivitz@ktmc.com' <azivitz@ktmc.com>; 'HBass@ktmc.com' <HBass@ktmc.com>
**Subject:** Delaware Cnty Emps. Ret. Sys. v. AdaptHealth Corp., No. 2:21-cv-03382-HB - Correspondence

<mark>*** **EXTERNAL EMAIL** ***</mark>

Good Evening,

Please see attached correspondence.

Thank you,

**Mara Waligurski**
Paralegal

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential
information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information
that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally
privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have
received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership
organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential
information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information

that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited.**

**If you are not the intended recipient, please contact the sender**
**by reply email and destroy all copies of the original message.**

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.