UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, <br><br> Defendants. | Civ. Action No. 2:21-cv-03382-HB <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH COURT'S SCHEDULING ORDER <br><br> ELECTRONICALLY FILED |

4891-6739-7207.v2

- 1 -

Having considered Lead Plaintiffs Delaware County Employees Retirement System's and Bucks County Employees' Retirement System's ("Plaintiffs") Motion to Compel Compliance with the Court's Scheduling Order (the "Motion") and any additional argument, briefing or materials submitted by the parties in support of or in opposition to the Motion:

The Court grants Plaintiffs' Motion, and the AdaptHealth Defendants are ordered to substantially complete their document discovery production responsive to Plaintiffs' First Request for Production of Documents by April 30, 2023.

* * *

**O R D E R**

IT IS SO ORDERED.

DATED: _____    _____
                                  THE HONORABLE HARVEY BARTLE III
                                  UNITED STATES DISTRICT JUDGE

4891-6739-7207.v2