UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>Defendants. | Civ. Action No. 2:21-cv-03382-HB |

**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION TO COMPEL**

THE COURT, having reviewed and considered the Lead Plaintiffs' motion to compel (the "Motion"), which requests that the Court set a substantial completion deadline of April 30, 2023 for the AdaptHealth Defendants production of documents [ECF No. 103], and the AdaptHealth Defendants' Opposition to the Motion [ECF No. 104], hereby DENIES the Motion.

All provisions of the Second Scheduling Order, entered on December 12, 2022 [ECF No. 93], shall remain in effect.

- 2 -

DATED this _____ day of _____, 2023

BY THE COURT:

_____

United States District Court Judge