**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,

Defendants.

Civ. Action No. 2:21-cv-03382-HB

Hon. Harvey Bartle III

**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS'**
**MOTION TO CERTIFY CLASS**

AND NOW, this _____ day of _____, 2023, upon consideration of the Lead Plaintiffs' Motion to Certify Class (the "Motion") [ECF No. 65], the AdaptHealth Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion to Certify Class, and any reply thereto, and there being good cause shown, it is hereby ORDERED that:

(1) Lead Plaintiffs' Motion to Certify Class is **DENIED** in its entirety;

(2) Delaware County and Bucks County are **DISQUALIFIED** as Lead Plaintiffs; and

(3) Lead Plaintiffs' Securities Act claims, Counts III–V, are **DISMISSED WITH**

**PREJUDICE**.

DATED this _____ day of _____, 2023.

BY THE COURT:

_____
Hon. Harvey Bartle III
United States District Court Judge