**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

DELAWARE COUNTY EMPLOYEES
RETIREMENT SYSTEM and BUCKS
COUNTY EMPLOYEES' RETIREMENT
SYSTEM, Individually and on Behalf of All
Others Similarly Situated,

                    Plaintiffs,

v.

ADAPTHEALTH CORP. f/k/a DFB
HEALTHCARE ACQUISITIONS CORP.,
LUKE MCGEE, STEPHEN P. GRIGGS,
JASON CLEMENS, FRANK J. MULLEN,
RICHARD BARASCH, JOSHUA PARNES,
ALAN QUASHA, TERENCE CONNORS,
DR. SUSAN WEAVER, DALE WOLF,
BRADLEY COPPENS, and DAVID S.
WILLIAMS III,

                    Defendants.

Civ. Action No. 2:21-cv-03382-HB

Hon. Harvey Bartle III

## DECLARATION OF TODD G. COSENZA IN SUPPORT OF THE ADAPTHEALTH DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS

1.      I, Todd G. Cosenza, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

2.      I am a partner at Willkie Farr & Gallagher LLP, counsel for Defendants AdaptHealth Corp. ("AdaptHealth"), Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (collectively, the "AdaptHealth Defendants") in the above-captioned matter.

3.      I submit this declaration in support of the AdaptHealth Defendants' Memorandum of

Law in Opposition to Lead Plaintiffs' Motion to Certify Class.

4.    The facts set forth below are within my personal knowledge or I have reason to believe them to be true and, if called as a witness herein, I can and will competently testify thereto.

**AdaptHealth Press Releases and SEC Filings**[1]

5.    Attached hereto as Exhibit 1 is a true and correct copy of the press release entitled "DFB Healthcare Acquisitions Corp. Announces Closing of Business Combination With AdaptHealth Holdings LLC," dated November 8, 2019.[2]

6.    Attached hereto as Exhibit 2 is a true and correct copy of AdaptHealth's Form 8-K, filed with the U.S. Securities and Exchange Commission ("SEC") on November 13, 2019 [Emerald Depo. Ex. 0017].

7.    Attached hereto as Exhibit 3 is a true and correct copy of AdaptHealth's Form 8-K, filed with the SEC on November 14, 2019.

8.    Attached hereto as Exhibit 4 is a true and correct copy of AdaptHealth's Form 8-K, filed with the SEC on November 20, 2019 [Emerald Depo. Ex. 0018].

9.    Attached hereto as Exhibit 5 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on May 8, 2020.

10.    Attached hereto as Exhibit 6 is a true and correct copy of AdaptHealth's "Financial Supplement—Q4 2020," released on March 4, 2021.

11.    Attached hereto as Exhibit 7 is a true and correct copy of a transcript of AdaptHealth's earnings call for Q4 2020 and FY 2020 held on March 4, 2021.

12.    Attached hereto as Exhibit 8 is a true and correct copy of the press release entitled "AdaptHealth Corp.'s Board of Directors' Statement on Co-Chief Executive Officer Luke McGee,"

---

[1]  For any exhibit attached hereto that was introduced as an exhibit during a class certification deposition, such exhibits are designated by brackets that identify the relevant deposition exhibit number.
[2]  Exhibit 1 is substantively the same as Emerald Depo. Ex. 0016.

published by BusinessWire on April 13, 2021.[3]

13.    Attached hereto as Exhibit 9 is a true and copy of AdaptHealth's "Financial Supplement—Q1 2021," released on May 6, 2021.

14.    Attached hereto as Exhibit 10 is a true and correct copy of a transcript of AdaptHealth's earnings call for Q1 2021 held on May 6, 2021.

**Expert Reports**

15.    Attached hereto as Exhibit 11 is a true and correct copy of a table summarizing the AdaptHealth Defendants' expert reports in Exhibits 12, 13, 14, 15, and 16.

16.    Attached hereto as Exhibit 12 is a true and correct copy of the Expert Report of Dr. Craig Lewis, dated March 29, 2023.

17.    Attached hereto as Exhibit 13 is a true and correct copy of the Expert Report of Susan G. Markel, dated March 29, 2023.

18.    Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of Fabio Savoldelli, dated March 29, 2023.

19.    Attached hereto as Exhibit 15 is a true and correct copy of the Expert Report of L. Adel Turki, dated March 29, 2023.

20.    Attached hereto as Exhibit 16 is a true and correct copy of the Expert Report of Jack R. Wiener, dated March 29, 2023.

**Deposition Transcripts**

21.    Attached hereto as Exhibit 17 is a true and correct copy of the deposition transcript of Kimberly Doran, the 30(b)(6) representative for Bucks County Employees' Retirement System ("Bucks County"), dated February 10, 2023.

22.    Attached hereto as Exhibit 18 is a true and correct copy of the deposition transcript of

---

[3] Exhibit 8 is substantively the same as Bucks Depo. Ex. 0016, Del. Depo. Ex. 0020, and Emerald Depo. Ex. 0020.

Jonathan Lichtenstein, the 30(b)(6) representative for Delaware County Employees Retirement System ("Delaware County"), dated February 13, 2023.

23.    Attached hereto as Exhibit 19 is a true and correct copy of the deposition transcript of Joe Garner, the 30(b)(6) representative for Emerald Asset Management (parent of Lead Plaintiffs' investment manager, Emerald Advisers, LLC ("Emerald")), dated February 15, 2023.

24.    Attached hereto as Exhibit 20 is a true and correct copy of the deposition transcript of Dr. Matthew D. Cain, dated February 28, 2023.

**Affidavits**

25.    Attached hereto as Exhibit 21 is a true and correct copy of the Affidavit of ██████████ ██████████████████ dated November 19, 2022.

26.    Attached hereto as Exhibit 22 is a true and correct copy of the Affidavit of Michael Mullings of Continental Stock Transfer & Trust Co., dated February 15, 2023.

27.    Attached hereto as Exhibit 23 is a true and correct copy of the Affidavit of James Persico of Jefferies LLC, dated February 16, 2023.

28.    Attached hereto as Exhibit 24 is a true and correct copy of the Affidavit of Ann Marie Bria of The Depository Trust & Clearing Corporation, of which The Depository Trust Company is a subsidiary, dated March 7, 2023.

**Written Discovery Responses**

29.    Attached hereto as Exhibit 25 is a true and correct copy of ████████████ ████████████████████████████████ dated August 8, 2022.

30.    Attached hereto as Exhibit 26 is a true and correct copy of ████████████ █████████████████████████████████████████ ███████ dated October 4, 2022.

31.    Attached hereto as Exhibit 27 are true and correct copies of ████████████

-5-

███████████████████████████████████████ dated

November 18, 2022, ███████████████████████████████

████████████████████████████████████████████████

██████████

**Produced Documents**

32.     Attached hereto as Exhibit 28 is a true and correct copy of ████████████████

████████████ dated May 11, 1999, ████████████████████████████████

██████ dated July 23, 1999, produced as EMERALDADV-00000302–EMERALDADV-00000317

[Bucks Depo. Exs. 0010 and 0011].[4]

33.     Attached hereto as Exhibit 29 is a true and correct copy of █████████████

██████████████████████████████████ dated in or around 2000, produced as DCERS0000724–

DCERS0000729 [Del. Depo. Ex. 0016].

34.     Attached hereto as Exhibit 30 is a true and correct copy of █████████████

████████████████████████████████████████ dated December 10, 2001,

produced as EMERALDADV-00000289–EMERALDADV-00000301 [Emerald Depo. Ex. 0007;

Bucks Depo. Ex. 0012].

35.     Attached hereto as Exhibit 31 is a true and correct copy of █████████████

████████████████████████████████████████████████

████████████████ dated April 24, 2013, produced as DCERS0000740–DCERS0000742 [Del. Depo.

Ex. 0007].

36.     Attached hereto as Exhibit 32 is a true and correct copy of █████████████

████████████████████████████████ dated March 25, 2014, produced as

BCERS0000908–BCERS0000911 [Bucks Depo. Ex. 0004].

---

[4] EMERALDADV-00000310–EMERALDADV-00000317 of Exhibit 28 is substantively the same as Emerald Depo.
Ex. 0006.

37.     Attached hereto as Exhibit 33 is a true and correct copy of an email with the subject line ▮▮▮▮▮ dated December 11, 2019, produced as EMERALDADV-00001672–EMERALDADV-00001675.

38.     Attached hereto as Exhibit 34 is a true and correct copy of an email with the subject line ▮▮▮▮▮▮ dated June 29, 2020, produced as EMERALDADV-00001566.

39.     Attached hereto as Exhibit 35 is a true and correct copy of an email with the subject line ▮▮▮▮▮▮▮▮ dated June 29, 2020, produced as EMERALDADV-00001664–EMERALDADV-00001666.

40.     Attached hereto as Exhibit 36 is a true and correct copy of an email with the subject line ▮▮▮▮▮▮ dated June 30, 2020, produced as EMERALDADV-00001631–EMERALDADV-00001635 [Emerald Depo. Ex. 0013].

41.     Attached hereto as Exhibit 37 is a true and correct copy of an email with the subject line ▮▮▮▮▮▮▮ dated June 30, 2020, produced as EMERALDADV-00001532–EMERALDADV-00001533 [Emerald Depo. Ex. 0014].

42.     Attached hereto as Exhibit 38 is a true and correct copy of an email with the subject line ▮▮▮▮ dated June 30, 2020, produced as EMERALDADV-00003044–EMERALDADV-00003045.

43.     Attached hereto as Exhibit 39 is a true and correct copy of an email with the subject line ▮▮▮▮ dated August 19, 2020, produced as EMERALDADV-00001530–EMERALDADV-00001531.

44.     Attached hereto as Exhibit 40 is a true and correct copy of an email with the subject line ▮▮▮ dated August 19, 2020, produced as EMERALDADV-00001667–EMERALDADV-00001668.

45.     Attached hereto as Exhibit 41 is a true and correct copy of an email with the subject line

███████ dated September 4, 2020, produced as EMERALDADV-00003051–EMERALDADV-00003055.

46.      Attached hereto as Exhibit 42 is a true and correct copy of an email with the subject line ██████████████████████████ dated September 22, 2020, produced as EMERALDADV-00001651–EMERALDADV-00001657.

47.      Attached hereto as Exhibit 43 is a true and correct copy of an email with the subject line

███████████████████████████████████████████

██████████████████████ dated January 5, 2021, produced as EMERALDADV–00001658–EMERALDADV-00001660 [Emerald Depo. Ex. 0019].

48.      Attached hereto as Exhibit 44 is a true and correct copy of ████████████████ ████████████ on or about January 8, 2021, produced as EMERALDADV-00001412.

49.      Attached hereto as Exhibit 45 is a true and correct copy of an email with the subject line

███████████████████████████████████████████

██████████████████ dated February 11, 2021, produced as EMERALDADV-00001549–EMERALDADV-00001555.

50.      Attached hereto as Exhibit 46 is a true and correct copy of an email with the subject line ███████████████████████████████ dated April 13, 2021, produced as EMERALDADV-00001518–EMERALDADV-00001519.

51.      Attached hereto as Exhibit 47 is a true and correct copy of an email with the subject line ███████ dated April 13, 2021, produced as EMERALDADV-00001600.

52.      Attached hereto as Exhibit 48 is a true and correct copy of an email with the subject line ██████████████ dated April 13, 2021, produced as DBSI-ADAPTHEALTH 000641–DBSI-ADAPTHEALTH 000650.

53.      Attached hereto as Exhibit 49 is a true and correct copy of a Bloomberg chat ███████

-7-

██████████████████████████████████████████

████████████ dated April 14, 2021, produced as Deerfield-0000312–Deerfield-0000319.

54.    Attached hereto as Exhibit 50 is a true and correct copy of an email with the subject line

████████████████████████████ dated July 19, 2021, produced as EMERALDADV-00001495–EMERALDADV-00001496 [Emerald Depo. Ex. 0024].

55.    Attached hereto as Exhibit 51 is a true and correct copy of an email with the subject line

████████████████████████████ dated July 23, 2021, produced as DCERS0000748–DCERS0000772 [Emerald Depo. Ex. 0005; Del. Depo. Ex. 0018].

56.    Attached hereto as Exhibit 52 is a true and correct copy of an email with the subject line

████████████████████████████ dated July 27, 2021, produced as EMERALDADV-00001282–EMERALDADV-00001331 [Emerald Depo. Ex. 0002].

57.    Attached hereto as Exhibit 53 is a true and correct copy of the meeting minutes for the Bucks County Retirement Board, dated September 15, 2021, produced as BCERS0000901–BCERS0000903 [Bucks Depo. Ex. 002].

58.    Attached hereto as Exhibit 54 is a true and correct copy of ████████████████████ ████████████ dated September 15, 2021, produced as BCERS0000912–BCERS0000914 [Bucks Depo. Ex. 0003].

59.    Attached hereto as Exhibit 55 is a true and correct copy of ████████████ ████████████████████ dated September 22, 2021, produced as DCERS0000743–DCERS0000745 [Del. Depo. Ex. 0006].

60.    Attached hereto as Exhibit 56 is a true and correct copy of the meeting minutes for the Bucks County Retirement Board, dated October 20, 2021, produced as BCERS0000898–BCERS0000900 [Bucks Depo. Ex. 0005].

61.    Attached hereto as Exhibit 57 is a true and correct copy of ████████████████████

████████████████████████ produced as EMERALDADV-00000787 [Emerald Depo. Ex. 0011].

62.    Attached hereto as Exhibit 58 is a true and correct copy of ████████████████

████████████████████ produced as EMERALDADV-00000792 [Emerald Depo. Ex. 0012].

**Discovery Correspondence**

63.    Attached hereto as Exhibit 59 is a true and correct copy of the letter from Todd G. Cosenza to the Court, dated November 28, 2022.

64.    Attached hereto as Exhibit 60 is a true and correct copy of the letter from Todd G. Cosenza to the Court, dated February 3, 2023.

**Analyst Reports**

65.    Attached hereto as Exhibit 61 is true and correct copy of an analyst report authored by Brian Tanquilut and Jack Slevin, entitled "AdaptHealth: Strong Q4, FY21 Guidance Raise Should Address Recent Investor Concerns," published by Jefferies on March 4, 2021.

66.    Attached hereto as Exhibit 62 is a true and correct copy of an analyst report authored by Eric W. Coldwell, Evan A. Stover, and Michael Orke, entitled "AdaptHealth Corp. (AHCO): Meaningful 2021 Guidance Boost, Calling Out Diabetes and Sleep," published by Baird Equity Research on March 4, 2021.

67.    Attached hereto as Exhibit 63 is a true and correct copy of an analyst report authored by Richard Close and Brian Hoffman, entitled "Beat-and-Raise Scenario Likely to Continue Through 2021," published by Canaccord Genuity on March 4, 2021.

68.    Attached hereto as Exhibit 64 is a true and correct copy of an analyst report authored by Anton Hie, entitled "AdaptHealth Corp.: FY21 Organic and M&A Tailwinds Blowing Stronger Than Expected," published by RBC Capital Markets on March 4, 2021.

69.    Attached hereto as Exhibit 65 is a true and correct copy of an analyst report authored by Eric W. Coldwell, Evan A. Stover, and Michael Orke, entitled "AdaptHealth Corp. (AHCO):

Downgrading to Neutral with $35 Price Target," published by Baird Equity Research on April 13, 2021.

70.     Attached hereto as Exhibit 66 is a true and correct copy of an analyst report authored by Pito Chickering, Justin Bowers, and Imron Zafar, entitled "Never a Good Headline, Co-CEO Placed On Unpaid Leave," published by Deutsche Bank Research on April 13, 2021.

71.     Attached hereto as Exhibit 67 is a true and correct copy of an analyst report authored by Kevin Caliendo and Andrea Alfonso, entitled "AdaptHealth Corp: CEO Placed on Leave," published by UBS on April 13, 2021.

72.     Attached hereto as Exhibit 68 is a true and correct copy of an analyst report authored by David S. MacDonald, entitled "AdaptHealth Corp. (AHCO): Comment On Board Of Directors Statement," published by Truist Securities on April 13, 2021.

73.     Attached hereto as Exhibit 69 is a true and correct copy of an analyst report authored by Eric W. Coldwell, Evan A. Stover, and Michael Orke, entitled "AdaptHealth Corp. (AHCO): Exploring the McGee Situation," published by Baird Equity Research on April 28, 2021.

74.     Attached hereto as Exhibit 70 is a true and correct copy of an analyst report authored by Pito Chickering, Justin Bowers, and Imron Zafar, entitled "AHCO Anonymous Short Report Fuels Uncertainty; Reiterate Buy," published by Deutsche Bank Research on July 19, 2021.

75.     Attached hereto as Exhibit 71 is a true and correct copy of an analyst report authored by Eric W. Coldwell, Evan A. Stover, and Michael Orke, entitled "AdaptHealth Corp. (AHCO): Model Update," published by Baird Equity Research on July 27, 2021.

76.     Attached hereto as Exhibit 72 is a true and correct copy of an analyst report authored by Richard Close, entitled "2Q Beat with Another 2021 Guidance Raise," published by Canaccord Genuity on August 5, 2021.

77.     Attached hereto as Exhibit 73 is a true and correct copy of an analyst report authored by Pito Chickering, Justin Bowers, and Imron Zafar, entitled "All Bark, No Bite," published by Deutsche

Bank Research on August 11, 2021.

**Reports Previously Submitted By Lead Plaintiffs' Expert Dr. Matthew Cain**

78.    Attached hereto as Exhibit 74 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., filed in *Alberici v. Recro Pharma, Inc.*, 2:18-cv-02279 (E.D. Pa.), on September 30, 2021 (ECF No. 77).

79.    Attached hereto as Exhibit 75 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., filed in *Bond v. Clover Health Investments, Corp.*, 3:21-cv-00096 (M.D. Tenn.), on July 1, 2022 (ECF No. 103–2).

80.    Attached hereto as Exhibit 76 is a true and correct copy of the Expert Report of Matthew D. Cain, Ph.D., filed in *In re Quantumscape Securities Class Action Litigation*, 3:21-cv-00058 (N.D. Cal.), on July 22, 2022 (ECF No. 169–2).

81.    Attached hereto as Exhibit 77 is a true and correct copy of a "Redline" comparison of excerpts of Exhibit 76 and excerpts of the Expert Report of Matthew D. Cain, Ph.D., filed in this Action on July 26, 2022 (ECF No. 65–3).

**News Articles, Court Filings, and Other Public Materials**

82.    Attached hereto as Exhibit 78 is a true and correct copy of a document entitled "Amedisys Reports First Quarter 2017 Financial Results," published by Amedisys on May 2, 2017.

83.    Attached hereto as Exhibit 79 is a true and correct copy of the Complaint filed in *Skatteforvaltningen v. Merkensteijn*, 1:19-cv-10713 (S.D.N.Y.), on November 19, 2019 (ECF No. 1).

84.    Attached hereto as Exhibit 80 is a true and correct copy of an article authored by Tor Johannesson, Johan Christensen, and Thomas G. Svaneborg, entitled "Nye bagmænd afsløret: Ukendt amerikansk duo trak milliardbeløb ud af Skat," which translates into English as "New fraudster revealed: Unknown American duo withdrew a billion kroner sum from Skat," published by Børsen on November 21, 2019, along with a certified English translation.

85.     Attached hereto as Exhibit 81 is a true and correct copy of an article entitled "Medier: Amerikansk duo havde nøglerolle i udbyttesag," which translates into English as "Media: American duo played key role in dividend affair," published by Berlingske on November 21, 2019, along with a certified English translation.

86.     Attached hereto as Exhibit 82 is a true and correct copy of an article authored by Bjørn Lambek, Jakob Ussing, and Niels Fastrup, entitled "To hidtil ukendte bagmaend trak milliarder ud af Skat," which translates into English as "Two hitherto unknown accomplices embezzled billions from the Danish Treasury," published by DR on November 21, 2019, along with a certified English translation.

87.     Attached hereto as Exhibit 83 is a true and correct copy of an article authored by Niels Fastrup, entitled "Rigsrevisionen: Udbytteforlig med amerikanske bagmænd er lovligt," which translates into English as "The National Audit Office: Yield tax settlement with American bankers is illegal," published by DR on January 24, 2020, along with a certified English translation.

88.     Attached hereto as Exhibit 84 is a true and correct copy of an article authored by Kristian Corfixen and John Hansen, entitled "Frygtede, at de ville flyve ud af landet: To tyske bankchefer fængslet i sag om dansk udbyttesvindel," which translates into English as "Feared that they would fly out of the country: Two German bank managers detained in a case of Danish dividend fraud," published by Politiken on February 7, 2020, along with a certified English translation.

89.     Attached hereto as Exhibit 85 is a true and correct copy of an article authored by Laurent Schmit, entitled "Zum Betrügen eine Bank gekauft," which translates into English as "Bought a bank to commit fraud," published by Reporter on February 21, 2020, along with a certified English translation.

90.     Attached hereto as Exhibit 86 is a true and correct copy of a press release entitled "Udbyttesagen: Seks personer tiltalt for at svindle statskassen for mere end en milliard kroner," which translates into English as "Dividend Reclaim Case: Six persons formally charged with defrauding the Danish Treasury of more than DKK 1 billion," published by the Danish State Prosecutor for Serious

Economic and International Crime on April 13, 2021, along with the English translation released by the Danish State Prosecutor for Serious Economic and International Crime and the webpage source code.

91. Attached hereto as Exhibit 87 is a true and correct copy of a Twitter post by the Danish State Prosecutor for Serious Economic and International Crime, SØIK (@AnklagerSOIK), linking to the press release in Exhibit 86, published on April 13, 2021 at 2:51 AM EST.

92. Attached hereto as Exhibit 88 is a true and correct copy of an article authored by Frances Schwartzkopff, entitled "Denmark Charges 6 More People in $2.1 Billion Tax Scandal," linking to the press release in Exhibit 86, published by Bloomberg on April 13, 2021.

93. Attached hereto as Exhibit 89 is a true and correct copy of an article authored by Jacob Wolinksy, entitled "Not Just a Roll-Up, But A Coverup: Is AHCO The Next MDCA?," published by ValueWalk on July 16, 2021.

94. Attached hereto as Exhibit 90 is a true and correct copy of a report entitled "Not Just a Roll-Up, But A Coverup: Is AHCO The Next MDCA?," published by Jehoshaphat Research on July 19, 2021 [Bucks Depo. Ex. 0017; Del. Depo. Ex. 0021].

95. Attached hereto as Exhibit 91 is a true and correct copy of the meeting minutes for the Delaware County Retirement Board, dated September 22, 2021 [Del. Depo. Ex. 0004].

96. Attached hereto as Exhibit 92 is a true and correct copy of the meeting minutes for the Delaware County Retirement Board, dated November 17, 2021 [Del. Depo. Ex. 0005].

97. Attached hereto as Exhibit 93 is a true and correct copy of a presentation entitled "2021 Annual Meeting of Shareholders," published by Bausch Health on June 21, 2022.

98. Attached hereto as Exhibit 94 is a true and correct copy of an article authored by Jessica Corso, entitled "Robbins Geller's Investor Settlements Topped $1.75B In 2022," published by Law360 on February 28, 2023.

99. Attached hereto as Exhibit 95 is a true and correct copy of the civil docket in

*Skatteforvaltningen v. Merkensteijn*, 1:19-cv-10713 (S.D.N.Y.).

100.    Attached hereto as Exhibit 96 is a true and correct copy of the "About Us" section on Jehoshaphat Research's website (https://jehoshaphatresearch.com/about-us/).

101.    Attached hereto as Exhibit 97 is a true and correct copy of the "Small Cap Growth" strategy overview from the "Strategies" section of Emerald's website (www.teamemerald.com) [Emerald Depo. Ex. 0010].

102.    Attached hereto as Exhibit 98 is a true and correct copy of an annotated version of the slide entitled "Consistent Strength in Year-on-Year Organic Revenue Growth," excerpted from AdaptHealth's Financial Supplement—Q4 2020 presentation (Exhibit 5).

*/s/ Todd G. Cosenza*

Todd G. Cosenza
