# Exhibit 9



# Financial Supplement – Q1 2021

# Disclaimer

**Disclaimers and Other Important Information**

This presentation (this "Presentation") is for informational purposes only and has been prepared to assist interested parties in making their own evaluation with respect to a potential investment in AdaptHealth Corp. ("AdaptHealth" or the "Company") and for no other purpose. The information contained in this Presentation does not purport to be all inclusive. The data contained herein is derived from various internal and external sources. The information contained in this Presentation is not, and should not be assumed to be, complete and does not present all the information that investors may require or desire in considering an investment in the Company. It is not intended to form the basis of any investment decision or any other decision in respect of the Company. AdaptHealth (as well as its respective directors, officers and stockholders) makes, and each of hereby expressly disclaims, any representations or warranties, express or implied, as to the reasonableness of the assumptions made in this Presentation or the accuracy or completeness of any projections or modeling or any other information contained in this Presentation. AdaptHealth shall not have any liability for any representations, express or implied, contained in, or omissions from, this Presentation or any other written or oral communication communicated to the recipient in the course of the recipient's evaluation of AdaptHealth. Nothing contained within this Presentation is or should be relied upon as a promise or representation as to the future. AdaptHealth does not assume any obligation to provide the recipient with access to any additional information or to update the information in this Presentation. Investors should not construe the contents of this Presentation, or any prior or subsequent communications from or with the Company or its representatives as investment, legal or tax advice.

No securities commission or securities regulatory authority or other authority in the United States or any other jurisdiction has in any way passed upon the merits of a potential investment in AdaptHealth or the accuracy or adequacy of this Presentation.

**Forward Looking Statements**

This Presentation includes certain statements that are not historical facts but are forward-looking statements for purposes of the safe harbor provisions under the United States Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," "should," "would," "plan," "predict," "potential," "seem," "seek," "future," "outlook," and similar expressions that predict or indicate future events or trends or that are not statements of historical matters. These forward-looking statements include, but are not limited to, statements regarding projections, estimates and forecasts of revenue and other financial and performance metrics and projections of market opportunity and expectations and the Company's acquisition pipeline. These statements are based on various assumptions and on the current expectations of Company management and are not predictions of actual performance. These forward-looking statements are provided for illustrative purposes only and are not intended to serve as, and must not be relied on, by any investor as, a guarantee, an assurance, a prediction or a definitive statement of fact or probability. Actual events and circumstances are difficult or impossible to predict and will differ from assumptions. Many actual events and circumstances are beyond the control of the Company.

These forward-looking statements are subject to a number of risks and uncertainties, including the outcome of judicial and administrative proceedings to which the Company may become a party or governmental investigations to which the Company may become subject that could interrupt or limit the Company's operations, result in adverse judgments, settlements or fines and create negative publicity; changes in the Company's clients' preferences, prospects and the competitive conditions prevailing in the healthcare sector; and the impact of the recent coronavirus (COVID-19) pandemic and the Company's response to it. A further description of such risks and uncertainties can be found in the Company's filings with the Securities and Exchange Commission. If the risks materialize or assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. There may be additional risks that the Company presently knows or that the Company currently believes are immaterial that could also cause actual results to differ from those contained in the forward-looking statements. In addition, forward-looking statements reflect the Company's expectations, plans or forecasts of future events and views as of the date of this Presentation. The Company anticipates that subsequent events and developments will cause the Company's assessments to change. However, while the Company may elect to update these forward-looking statements at some point in the future, the Company specifically disclaims any obligation to do so. These forward-looking statements should not be relied upon as representing the Company's assessments as of any date subsequent to the date of this Presentation. Accordingly, undue reliance should not be placed upon the forward-looking statements.

**Market and Industry Data**

Industry and market data used in this Presentation is unaudited and have been obtained from third-party industry publications and sources as well as from research reports prepared for other purposes. AdaptHealth has not independently verified the data obtained from these sources and cannot assure you of the data's accuracy or completeness. This data is subject to change and cannot always be verified with complete certainty due to limits on the availability and reliability of raw data, the voluntary nature of the data gathering process and other limitations and uncertainties inherent in any statistical survey of market or industry data. You are cautioned not to give undue weight to such industry and market data.

**Non-GAAP and Other Financial Information**

This Presentation includes references to financial measures that are calculated and presented on the basis of methodologies other than in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"), including EBITDA, Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex. AdaptHealth defines EBITDA as net income (loss) attributable to AdaptHealth Corp., plus net income (loss) attributable to noncontrolling interests, interest expense (income), income tax expense (benefit), and depreciation and amortization. AdaptHealth defines Adjusted EBITDA as EBITDA (as defined above), plus loss on extinguishment of debt, equity-based compensation expense, transaction costs, severance, change in fair value of the contingent consideration common shares liability, change in fair value of the warrant liability, and non-recurring items of expense (income). AdaptHealth defines Adjusted EBITDA less Patient Equipment Capex as Adjusted EBITDA (as defined above) less patient equipment acquired during the period without regard to whether the equipment was purchased or financed through lease transactions. EBITDA, Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex should not be considered as measures of financial performance under U.S. GAAP, and the items excluded from EBITDA, Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex are significant components in understanding and assessing financial performance. Accordingly, these key business metrics have limitations as an analytical tool. They should not be considered as an alternative to net income or any other performance measures derived in accordance with U.S. GAAP or as an alternative to cash flows from operating activities as a measure of AdaptHealth's liquidity.

**No Offer or Solicitation**

This Presentation and any oral statements made in connection with this Presentation do not constitute an offer to sell, or a solicitation of an offer to buy, or a recommendation to purchase, any securities in any jurisdiction, or the solicitation of any proxy, vote, consent or approval in any jurisdiction, nor shall there be any sale, issuance or transfer of any securities in any jurisdiction where, or to any person to whom, such offer, solicitation or sale may be unlawful under the laws of such jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended.

# Summary Financial Results

(in thousands)

| | Three Months Ended | | | | |
|---|---|---|---|---|---|
| | March 31, 2021 | December 31, 2020 | September 30, 2020 | June 30, 2020 | March 31, 2020 |
| Sale revenue | $ 317,265 | $ 262,219 | $ 207,140 | $ 160,965 | $ 128,973 |
| Rental revenue | 164,854 | 86,210 | 77,265 | 71,151 | 62,466 |
| Total net revenue | $ 482,119 | $ 348,429 | $ 284,405 | $ 232,116 | $ 191,439 |
| Operating income [1] | $ 15,409 | $ 34,297 | $ 13,259 | $ 15,570 | $ 8,220 |
| Net income (loss) attributable to AdaptHealth Corp. [2],[3] | $ (3,966) | $ (80,516) | $ (51,035) | $ 4,470 | $ (34,551) |
| Adjusted EBITDA | $ 104,175 | $ 79,365 | $ 53,160 | $ 42,634 | $ 30,460 |
| Adjusted EBITDA less Patient Equipment Capex | $ 61,917 | $ 58,512 | $ 35,912 | $ 30,566 | $ 17,493 |
| **% of Revenue** | | | | | |
| Adjusted EBITDA | 21.6% | 22.8% | 18.7% | 18.4% | 15.9% |
| Adjusted EBITDA less Patient Equipment Capex | 12.8% | 16.8% | 12.6% | 13.2% | 9.1% |

(1) The three months ended December 31, 2020 includes $14.3 million of grant income recognized related to the CARES Act provider relief funds received in 2020.

(2) Net income (loss) attributable to AdaptHealth Corp. includes non-cash charges or gains resulting from the changes in the estimated fair value of the Company's contingent consideration common shares liability and the Company's warrant liability. Changes in the fair value of such liabilities are recorded in earnings and have no impact on the Company's net revenues, operating income, or cash flows from operating activities, investing activities, and financing activities.

(3) Net income (loss) attributable to AdaptHealth Corp. for the 2020 quarterly periods have been restated from amounts reported in prior financial supplements as a result of the change in accounting for the Company's contingent consideration common shares and the Company's warrants. These changes had no impact on the Company's historical reported net revenues, operating income, or cash flows from operating activities, investing activities, and financing activities for any period. Refer to footnotes 2(a) and 20 in the Company's consolidated financial statements and related notes included in the Company's Form 10-K filed on March 16, 2021, and footnotes 2(a) and 20 in the Company's consolidated financial statements and related notes included in the Company's Form 10-K/A filed on April 30, 2021, for discussion of such restatements.

# Q1 2021 Business Mix Summary(1)



## Product



**Almost 90% of revenue comes from recurring sales or rentals**

## Sale Type



## Payor

(1) Excludes B2B sales and rental revenue to referral partners and healthcare facilities in support of their urgent needs for ventilation and oxygen equipment for COVID patients ($1.3 million in Q1 2021). This was a new channel for AdaptHealth as our normal business models involve providing equipment and services to patients in the home.

# Revenue by Product

| (in thousands) | | Three Months Ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | March 31, 2021 | | December 31, 2020 | | September 30, 2020 | | June 30, 2020 | | March 31, 2020 |
| **Net sales revenue** | | | | | | | | | | |
| Sleep | $ | 128,682 | $ | 84,890 | $ | 74,655 | $ | 84,421 | $ | 68,894 |
| Diabetes | | 95,017 | | 94,924 | | 52,887 | | 6,372 | | 5,307 |
| Supplies to the home | | 41,363 | | 45,145 | | 44,579 | | 27,868 | | 28,032 |
| Respiratory | | 5,621 | | 2,571 | | 5,152 | | 18,114 | | 2,768 |
| HME | | 24,156 | | 18,725 | | 14,998 | | 12,727 | | 11,579 |
| Other | | 22,426 | | 15,964 | | 14,869 | | 11,463 | | 12,393 |
| Total net sales revenue | $ | 317,265 | $ | 262,219 | $ | 207,140 | $ | 160,965 | $ | 128,973 |
| % of total net revenue | | 65.8% | | 75.3% | | 72.8% | | 69.2% | | 67.4% |
| | | | | | | | | | | |
| **Net revenue from fixed monthly equipment reimbursements** | | | | | | | | | | |
| Sleep | $ | 48,109 | $ | 28,077 | $ | 24,971 | $ | 22,644 | $ | 22,669 |
| Diabetes | | 2,853 | | 1,521 | | 946 | | - | | - |
| Respiratory | | 83,454 | | 35,728 | | 32,269 | | 30,856 | | 25,007 |
| HME | | 20,380 | | 16,152 | | 14,256 | | 13,262 | | 12,177 |
| Other | | 10,058 | | 4,732 | | 4,823 | | 4,389 | | 2,613 |
| Total net revenue from fixed monthly equipment reimbursements | $ | 164,854 | $ | 86,210 | $ | 77,265 | $ | 71,151 | $ | 62,466 |
| % of total net revenue | | 34.2% | | 24.7% | | 27.2% | | 30.8% | | 32.6% |
| | | | | | | | | | | |
| **Total net revenue** | | | | | | | | | | |
| Sleep | $ | 176,791 | $ | 112,967 | $ | 99,626 | $ | 107,065 | $ | 91,563 |
| Diabetes | | 97,870 | | 96,445 | | 53,833 | $ | 6,372 | | 5,307 |
| Supplies to the home | | 41,363 | | 45,145 | | 44,579 | | 27,868 | | 28,032 |
| Respiratory | | 89,075 | | 38,299 | | 37,421 | $ | 48,970 | | 27,775 |
| HME | | 44,536 | | 34,877 | | 29,254 | $ | 25,989 | | 23,756 |
| Other | | 32,484 | | 20,696 | | 19,692 | $ | 15,852 | | 15,006 |
| Total net revenue | $ | 482,119 | $ | 348,429 | $ | 284,405 | $ | 232,116 | $ | 191,439 |

# Revenue by Sale Type

| (in thousands) | | Three Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2021 (Excl B2B)[1] | March 31, 2021 | December 31, 2020 (Excl B2B)[1] | December 31, 2020 | September 30, 2020 (Excl B2B)[1] | September 30, 2020 | June 30, 2020 (Excl B2B)[1] | June 30, 2020 |
| Resupply Sale | $ 266,990 | $ 266,990 | $ 215,156 | $ 215,156 | $ 167,533 | $ 167,533 | $ 105,816 | $ 105,816 |
| One-time Sale | 49,096 | 50,275 | 44,664 | 47,063 | 35,715 | 39,607 | 27,710 | 55,149 |
| Rental | 164,730 | 164,854 | 86,011 | 86,210 | 76,829 | 77,265 | 70,159 | 71,151 |
| Total net revenue | $ 480,816 | $ 482,119 | $ 345,831 | $ 348,429 | $ 280,077 | $ 284,405 | $ 203,685 | $ 232,116 |
| | | | | | | | | |
| Resupply Sale | 55.5% | 55.4% | 62.2% | 61.8% | 59.8% | 58.9% | 52.0% | 45.6% |
| One-time Sale | 10.2% | 10.4% | 12.9% | 13.5% | 12.8% | 13.9% | 13.6% | 23.7% |
| Rental | 34.3% | 34.2% | 24.9% | 24.7% | 27.4% | 27.2% | 34.4% | 30.7% |
| | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | | | | |
| **Total Resupply Sale & Rental** | **89.8%** | **89.6%** | **87.1%** | **86.5%** | **87.2%** | **86.1%** | **86.4%** | **76.3%** |

(1) Excludes B2B sales and rental revenue to referral partners and healthcare facilities in support of their urgent needs for ventilation and oxygen equipment for COVID patients. This was a new channel for AdaptHealth as our normal business models involve providing equipment and services to patients in the home.

# Consistent Strength in Year-on-Year Revenue Growth

**Year-on-Year ProForma\* Growth**



**ProForma\* Growth by Quarter**



Strong Q1 organic growth supported by AeroCare and Diabetes strength driven by Continuous Glucose Monitors

*\*Organic growth as shown is defined as current period net revenue plus current period acquisition revenue divided by prior period net revenue plus prior period revenue for acquisition revenue. Acquisition revenue is confirmed through third-party Quality of Earnings ("QoE") reports where available and management estimates where QoE revenue is not available. Excludes B2B.*

# Share Count Information

| (in thousands) | Common Stock | | Warrants [3] |
|---|---|---|---|
| | Class A | Class B | |
| **Number of shares outstanding at December 31, 2020** | 92,814 [1] | 13,219 | 4,281 |
| Exchanges of Class B Common Stock for Class A Common Stock | 13,219 | (13,219) | - |
| Class A Common Stock issued in connection with acquisitions | 27,139 | - | - |
| Issuance of Class A Common Stock in connection with public offering | 8,450 | - | - |
| Equity-based compensation activity | 162 | - | - |
| Employee Stock Purchase Plan activity | 8 | | |
| **Number of shares outstanding at March 31, 2021** | 141,792 [2] | - | 4,281 |
| Class A Common Stock issued in connection with acquisitions | 245 | - | - |
| Equity-based compensation activity | 96 | - | - |
| **Number of shares outstanding subsequent to activity above (as of May 1, 2021)** | 142,133 [2] | - | 4,281 |

(1)    Includes 16,356 as converted shares of Series B-1 Preferred Stock

(2)    Includes 12,406 as converted shares of Series B-1 Preferred Stock

(3)    Warrants have an exercise price of $11.50




# Appendix



# Non-GAAP Reconciliation

(in thousands)

| | Three Months Ended | | | | |
|---|---|---|---|---|---|
| | March 31, 2021 | December 31, 2020 [1] | September 30, 2020 [1] | June 30, 2020 [1] | March 31, 2020 [1] |
| **Non-Gaap Reconciliation** | | | | | |
| Net loss attributable to AdaptHealth Corp. | $ (3,966) | $ (80,516) | $ (51,035) | $ 4,470 | $ (34,551) |
| Income (loss) attributable to noncontrolling interests | 324 | (9,996) | (10,944) | 3,388 | (14,902) |
| Interest expense, net | 22,185 | 13,603 | 12,407 | 7,482 | 7,938 |
| Income tax expense (benefit) | (1,695) | (7,219) | (4,921) | 1,826 | (1,641) |
| Depreciation and amortization, including patient equipment depreciation | 47,206 | 24,583 | 22,748 | 18,374 | 16,740 |
| **EBITDA** | **64,054** | **(59,545)** | **(31,745)** | **35,540** | **(26,416)** |
| Loss on extinguishment of debt (a) | 4,213 | - | 5,316 | - | - |
| Equity-based compensation expense (b) | 8,582 | 7,702 | 5,501 | 3,244 | 2,223 |
| Transaction costs (c) | 31,854 | 9,962 | 10,212 | 3,541 | 2,858 |
| Severance (d) | 939 | 2,351 | 921 | 1,905 | 419 |
| Change in fair value of contingent consideration common shares liability (e) | (1,965) | 56,867 | 25,525 | (42) | 16,367 |
| Change in fair value of warrant liability (f) | (3,168) | 63,010 | 36,912 | (654) | 36,100 |
| Other non-recurring expense (income) (g) | (334) | (982) | 518 | (900) | (1,091) |
| **Adjusted EBITDA** | **104,175** | **79,365** | **53,160** | **42,634** | **30,460** |
| Less: Patient equipment capex (h) | (42,258) | (20,853) | (17,248) | (12,068) | (12,967) |
| **Adjusted EBITDA less Patient Equipment Capex** | **$ 61,917** | **$ 58,512** | **$ 35,912** | **$ 30,566** | **$ 17,493** |

(a) Represents write offs of deferred financing costs related to refinancing of debt.

(b) Represents equity-based compensation expense for awards granted to employees and non-employee directors. The higher expense in the 2021 period is due to overall increased equity compensation grant activity in that period, as well as expense resulting from accelerated vesting of certain awards in that period.

(c) Represents transaction costs related to acquisitions.

(d) Represents severance costs related to acquisition integration and internal AdaptHealth restructuring and workforce reduction activities.

(e) Represents a non-cash charge or gain for the change in the estimated fair value of contingent consideration common shares liability.

(f) Represents a non-cash charge or gain for the change in the estimated fair value of the warrant liability.

(g) The 2021 period includes a gain of $0.5 million for the receipt of earnout proceeds in connection with a cost method investment that was sold in 2020, offset by a $0.2 million charge for the increase in the fair value of a contingent consideration liability related to an acquisition.

(h) Represents the value of the patient equipment obtained during the respective period without regard to whether the equipment is purchased or financed through lease transactions.

(1) Certain amounts in these columns have been restated from amounts reported in prior financial supplements as a result of the change in accounting for the Company's contingent consideration common shares and the Company's warrants. These changes had no impact on the Company's historical reported net revenues, operating income, or Adjusted EBITDA and Adjusted EBITDA less Patient Equipment Capex for any period. Refer to footnotes 2(a) and 20 in the Company's consolidated financial statements and related notes included in the Company's Form 10-K filed on March 16, 2021, and footnotes 2(a) and 20 in the Company's consolidated financial statements and related notes included in the Company's Form 10-K/A filed on April 30, 2021, for discussion of such restatements.