# Exhibit 12

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Civ. Action No. 2:21-cv-03382-HB |
| Plaintiffs, | |
| v. | |
| ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III, | |
| Defendants. | |

# EXPERT REPORT OF DR. CRAIG LEWIS
## MARCH 29, 2023

**TABLE OF CONTENTS**

I.      **Introduction and Qualifications** .................................................................1

        A.    Qualifications ..................................................................................1

        B.    Background .....................................................................................3

        C.    Lead Plaintiffs' Allegations ...........................................................3

        D.    Assignment .....................................................................................6

II.     **Summary of Opinions** ...............................................................................7

III.    **The equity investment decision-making process and the kinds of information investors consider** ......................................................................8

        A.    The equity investment decision-making process .............................8

        B.    The role of financial analysts in investor decision-making .........12

IV.     **Investors would not consider the Alleged Key Person Misrepresentations pertinent to equity investment decisions or connect the Alleged Key Person Misrepresentations with the AdaptHealth Press Release.**................................13

        A.    The Alleged Key Person Misrepresentations at issue are generic and/or redundant statements.......................................................15

        B.    The generic nature of the Alleged Key Person Misrepresentations is evident from a comparison to statements made in the public disclosures of AdaptHealth's U.S. peer companies and SPACs. ....................................19

        C.    Further, analysts did not discuss the Alleged Key Person Misrepresentations. ......................................................................32

        D.    Investors would not connect the Alleged Key Person Misrepresentations with the AdaptHealth Press Release. ............................................34

V.      **Investors would not consider the Alleged Legal Proceeding Misrepresentations pertinent to equity investment decisions or connect the Alleged Legal Proceeding Misrepresentations with the AdaptHealth Press Release.** ...............................................................35

        A.    The Alleged Legal Proceeding Misrepresentations are not pertinent to investor equity decision-making because they contain stale, redundant information.......................................................................36

        B.    The AdaptHealth Press Release does not reveal information relevant to the accuracy of the Alleged Legal Proceeding Misrepresentations. .........36

VI.     **Investors would not consider the Alleged Business Performance and Strategy Misrepresentations pertinent to equity investment decisions or connect the Alleged Business Performance and Strategy Misrepresentations with the AdaptHealth Press Release.** .............................................37

i

A.  The Alleged Business Performance and Strategy Misrepresentations are characterizations of AdaptHealth's prior business performance and/or redundant statements of company strategy that provide no new or unexpected information to investors. ..........................................................40

B.  The AdaptHealth Press Release does not reveal information relevant to the accuracy of the Alleged Business Performance and Strategy Misrepresentations. ..............................................................43

**VII. Conclusion** ....................................................................47

## I.    Introduction and Qualifications

### A.    Qualifications

1.    I, Craig M. Lewis, am the Madison S. Wigginton Professor of Finance at the Owen Graduate School of Management at Vanderbilt University. The focus of my research includes the valuation of companies and securities. I have published papers about accounting fraud, convertible debt financing, corporate capital formation, forecasting stock market volatility, herding by equity analysts, and the regulation of financial markets in leading economic and finance journals, including the Journal of Financial Economics, the Review of Financial Studies and the Journal of Econometrics, among others. I have received several best paper awards for my research.

2.    I teach graduate-level courses at the Owen Graduate School of Management. The courses include, among others, company valuation, corporate financial policy, and derivative securities. The corporate valuation course focuses on "fundamental" analysis techniques. It describes how investors value equity securities and includes a review of the sources and types of information that are most relevant to investors in such an evaluation. I have also taught graduate financial reporting and corporate financial policy classes that address the importance for managers to understand investor reactions to a public company's financial disclosures. These discussions include the types of information that public companies should provide to help investors make informed investment decisions. I have taught courses on the "Life Cycle of a Firm," where I described the different stages in a public company's life and focused on corporate financial policy at each stage.

3.      I serve or have served on several editorial boards at leading academic journals, including the Journal of Corporate Finance, the Journal of Financial Research, and the Journal of Business Finance & Accounting.

4.      In addition to my academic work, I served as the Director of the Division of Economic and Risk Analysis and Chief Economist at the U.S. Securities and Exchange Commission ("SEC") from June 2011 to May 2014. My work at the SEC helped to formalize and improve best practices in performing economic analysis in support of the SEC's goals, including one of its primary missions: "protect investors."[1] In these roles, I was responsible for developing objective economic analyses that clearly explained the benefits and costs of proposed regulation. Thorough economic analyses help investors understand why the SEC believes regulation is necessary and how a proposed rule addresses a problem. My work also supported the SEC's related mission to ensure that issuers that access public capital markets regularly make full and fair disclosures to investors.[2]

5.      I have also worked as a senior auditor and Certified Public Accountant at Arthur Young & Company in roles that focused on the preparation of corporate financial disclosures designed to help investors make effective investment decisions. My clients included public and private companies.

6.      My complete curriculum vitae, which includes a list of my publications, is attached as **Appendix A** to this report. **Appendix B** lists my testimony in the past four years.

---

[1] "U.S. Securities and Exchange Commission: Strategic Plan Fiscal Years 2022–2026," p. 5.

[2] "U.S. Securities and Exchange Commission: Strategic Plan Fiscal Years 2022–2026," p. 7.

**B.      Background**

7.      AdaptHealth Corp. ("AdaptHealth" or the "Company") is a leading provider of home healthcare equipment, supplies, and related services in the United States.[3] The Company merged with a special purpose acquisition company ("SPAC") named DFB Healthcare Acquisitions Corp. ("DFB") on November 8, 2019, and subsequently began trading on the Nasdaq Stock Market on November 11, 2019 under the ticker AHCO.[4]

8.      Defendant Luke McGee ("Mr. McGee") served as the Chief Executive Officer of AdaptHealth Holdings, LLC from 2012 until its 2019 business combination with DFB, after which he served as the Chief Executive Officer ("CEO") of AdaptHealth.[5] Following AdaptHealth's acquisition of AeroCare Holdings, Inc. ("AeroCare") in February 2021, Mr. McGee became Co-CEO of AdaptHealth along with AeroCare CEO Stephen P. Griggs ("Mr. Griggs").[6] Mr. McGee remained in this role until his resignation in June 2021.[7]

**C.      Lead Plaintiffs' Allegations**

9.      On November 22, 2021, Delaware County Employees Retirement System and Bucks County Employees' Retirement System (collectively, "Lead Plaintiffs") filed a consolidated

---

[3] AdaptHealth Corp. Annual Report filed on Form 10-K with the SEC on March 3, 2020 for fiscal year ending December 31, 2019 ("AdaptHealth 2019 10-K"), p. 3.

[4] Consolidated Class Action Complaint for Violations of Federal Securities Laws, *In re Delaware County Employees Retirement System et. al vs. AdaptHealth Corp. et. al, United States District Court*, Eastern District of Pennsylvania, Civil Action No. 2:21-cv-03382-HB, filed November 22, 2021 ("Complaint"), ¶¶ 8, 11. *See also* AdaptHealth Corp. Form S-1 filed with the SEC on February 28, 2020, p. 32.

[5] AdaptHealth Corp. Schedule 14A Proxy Statement filed with the SEC on April 29, 2020, pp. 11, 22. Mr. McGee also served on the Board of Directors from November 2019 until his resignation in June 2021. AdaptHealth Corp., Form 8-K filed with the SEC on November 7, 2019, p. 12; AdaptHealth Corp., Form 8-K filed with the SEC on June 14, 2021 ("AdaptHealth June 2021 8-K"), p. 1.

[6] Complaint ¶¶ 47–48.

[7] AdaptHealth June 2021 8-K, p. 1.

complaint against AdaptHealth and certain AdaptHealth officers and directors (collectively, "Defendants")[8] on behalf of a putative class of purchasers of AdaptHealth securities (*i.e.*, common stock and options) during the period from November 8, 2019 through July 16, 2021 (the "Putative Class Period").[9]

10.    Lead Plaintiffs allege that Defendants made certain statements that were rendered false and misleading by failing to disclose that between 2014 and 2015 Mr. McGee had allegedly been involved in an alleged tax fraud in Denmark that was unconnected to AdaptHealth's business (the "Alleged Misrepresentations").[10]

11.    The Alleged Misrepresentations generally fall into three categories:

- First, Lead Plaintiffs challenge statements about AdaptHealth's key personnel and the strength of its management team (the "Alleged Key Person Misrepresentations").[11] I analyze the Alleged Key Person Misrepresentations in Section IV of this report;

---

[8] Complaint ¶¶ 46–58. The individual defendants are Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (collectively, with the Company, the "AdaptHealth Defendants") and Luke McGee.

[9] Complaint ¶ 1. The start of the Putative Class Period (*i.e.*, November 8, 2019) is three days before AdaptHealth began publicly trading its common stock (*i.e.*, November 11, 2019); however, for purposes of my report I have adopted Lead Plaintiffs' definition of the Putative Class Period.

[10] Complaint ¶¶ 7, 15–17. Counsel (defined below) has requested I opine solely on the alleged misrepresentations and alleged corrective disclosure related to Lead Plaintiffs' allegations that Defendants made materially false and misleading statements between November 8, 2019 and July 16, 2021 by failing to disclose that Mr. McGee had allegedly been involved in an alleged tax fraud between March 2014 and August 2015 (the "McGee Tax Issue"). Thus, I do not analyze or consider any alleged misrepresentations made in connection with the organic growth allegations in the Complaint. For the purposes of this report, the term Alleged Misrepresentations will solely refer to those pointed to by Lead Plaintiffs in support of their claims relating to the McGee Tax Issue.

[11] Complaint ¶¶ 76, 78, 86, 95, 101, 105–06, 110.

- Second, Lead Plaintiffs challenge statements related to AdaptHealth's ongoing legal proceedings (the "Alleged Legal Proceeding Misrepresentations").[12] I analyze the Alleged Legal Proceeding Misrepresentations in Section V of this report; and

- Third, Lead Plaintiffs challenge statements concerning AdaptHealth's business performance and future strategy (the "Alleged Business Performance and Strategy Misrepresentations").[13] I analyze the Alleged Business Performance and Strategy Misrepresentations in Section VI of this report.

12. Shortly after the market opened on April 13, 2021, AdaptHealth issued a press release (the "AdaptHealth Press Release") stating, among other things, that the Company

> has learned that authorities in Denmark have formally charged Co-Chief Executive Officer Luke McGee with alleged tax fraud arising from certain past private activity. The alleged personal conduct occurred between March 2014 and August 2015 and had no connection to AdaptHealth's business. AdaptHealth has placed Mr. McGee on unpaid leave from his roles as Co-CEO and a Director of the Company while this matter is pending. The Board of Directors of AdaptHealth takes this matter very seriously and is monitoring the situation closely in consultation with its legal advisors. The Board has full confidence in the Company's management team, led by current Co-CEO Steve Griggs and President Josh Parnes, and in its ability to ensure that AdaptHealth's business remains strong and to maintain the Company's growth trajectory.[14]

13. Lead Plaintiffs allege that the AdaptHealth Press Release revealed the "truth" about the Alleged Misrepresentations by allegedly informing investors of Mr. McGee's alleged

---

[12] Complaint ¶¶ 90, 96, 102, 112.

[13] Complaint ¶¶ 76–77, 80–82, 88–89, 93–94, 99–100, 105, 108–109.

[14] AdaptHealth Press Release, "AdaptHealth Corp.'s Board of Directors' Statement on Co-Chief Executive Officer Luke McGee," April 13, 2021 at 9:48 am ET; Complaint ¶ 128.

involvement in an alleged tax fraud in Denmark between 2014 and 2015 that was unconnected to AdaptHealth's business.[15]

### D.    Assignment

14.    I have been retained by counsel for the AdaptHealth Defendants ("Counsel"), to assess (i) whether the Alleged Misrepresentations were pertinent to equity investment decisions related to AdaptHealth stock during the Putative Class Period, and (ii) whether investors would consider the AdaptHealth Press Release relevant to the accuracy of the Alleged Misrepresentations.[16]

15.    Staff from FTI Consulting ("FTI"), working under my direction and guidance, performed research and analysis for this report. The materials I have considered are listed in **Appendix C**. This report is subject to change or modification should additional relevant information become available that bears on the analysis, opinions, or conclusions contained herein. I may also seek to respond to opinions or analyses proffered by other experts.

16.    My analyses, opinions, and conclusions are based solely on the work performed by me and those under my supervision through the date of this report. I am being compensated at the rate of $1,200 per hour for my time. The rates for staff working on this matter range from approximately $600 to $1,000 per hour. Neither my compensation nor that of FTI personnel is contingent upon my findings, the testimony I may give, or the outcome of this or other litigation.

---

[15] Complaint ¶¶ 34–35, 150.

[16] The term "equity" in my analysis and opinions included in this report is equally applicable to stocks and options.

6

## II.    Summary of Opinions

17.    Based on my review, analysis, experience, and training, I have formed the following principal opinions:

- Investors would not have considered generic, boilerplate statements or redundant statements of historical fact made by a company pertinent to equity investment decisions because they do not provide meaningful incremental information that helps them ascertain the size, sustainability, and growth of the subject company's future cash flows;

- The Alleged Key Person Misrepresentations do not contain information that would be pertinent to investors making equity investment decisions related to AdaptHealth stock during the Putative Class Period because they are generic, boilerplate statements and/or redundant statements of historical fact. Notably, the Alleged Key Person Misrepresentations are indistinguishable from similar statements made by similar companies. Investors would not connect the Alleged Key Person Misrepresentations with the AdaptHealth Press Release or conclude that the AdaptHealth Press Release revealed information relevant to the accuracy of the prior Alleged Key Person Misrepresentations;

- Given their generic nature and/or their redundant recounting of historical fact, investors would not consider the Alleged Legal Proceeding Misrepresentations pertinent to equity investment decisions. Nor would investors connect the AdaptHealth Press Release with the Alleged Legal Proceeding Misrepresentations or conclude that the AdaptHealth Press Release revealed information relevant to the accuracy of the prior Alleged Legal Proceeding Misrepresentations. My conclusion follows from the fact that the AdaptHealth Press Release addressed Mr. McGee's personal involvement in the McGee Tax Issue, while the Alleged Legal Proceeding Misrepresentations only described legal matters specific to AdaptHealth; and

- Given their generic nature and/or their redundant recounting of historical fact, investors would not consider the Alleged Business Performance and Strategy Misrepresentations pertinent to equity investment decisions. Nor would investors connect the AdaptHealth Press Release with the Alleged Business Performance and Strategy Misrepresentations or conclude that the AdaptHealth Press Release revealed information relevant to the accuracy of the prior Alleged Business Performance and Strategy Misrepresentations because they relate to different topics.

7

**III.    The equity investment decision-making process and the kinds of information investors consider**

**A.    The equity investment decision-making process**

18.    Investors generally buy an asset, including equity or stock in a public company, because they expect it to generate *future* returns that compensate them for the risk incurred from owning that asset. How investors evaluate the potential risk and return from equity investments (that is, what information they consider and the models they use) depends on numerous factors, including the stage of the company's life cycle, the type of investor, and the investor's investment strategy and investment horizon.

19.    Since the information that equity investors consider depends on their underlying investment strategies, I explain the different categories of investors below.

**Table 1. Investor Type and Investment Strategies[17]**

|  | Active | | Passive |
|---|---|---|---|
|  | Fundamental | Technical |  |
| **Institutional Investors[18]** | A | B | C |
| **Individual Investors[19]** | D | E | F |

20.    Investors can generally be classified as "institutional" or "individual." An institutional investor is generally a company or organization that invests money on behalf of other people that can be organized in a number of different ways that range from mutual funds and hedge funds to investment advisors. By contrast, individual investors invest their own assets.

---

[17] These are broad categories and include numerous subcategories within. For example, active fundamental investors can include investors who use the discounted cash flow model, residual income model or the method of comparables to value equity securities.

[18] For example, pension funds, mutual funds, exchange traded funds, insurance companies, and a wide variety of hedge funds and other managed accounts.

[19] For example, day traders, small retail investors, and high net-worth individuals.

21.    While there are many different investment strategies, it is common to classify investors as either "active" or "passive" regardless of whether they are institutional or individual investors. Active investors can be further subdivided into "fundamental" and "technical" groups.

22.    Active fundamental investors (categories A and D in Table 1) distinguish a stock's price from its "fundamental" value,[20] where fundamental value is the sum of the investment's projected future payoffs discounted for the associated delay and risk. An active fundamental investor recognizes that an asset's price can temporarily deviate from its "fundamental" or "intrinsic" value. An active fundamental investor "uses fundamental analysis to discover mispriced stocks that might earn exceptional rates of return."[21] Fundamental analysis is "the method of analyzing information, forecasting payoffs [to shareholders] from that information, and arriving at a valuation based on those forecasts."[22] For instance, if the investor identifies a stock that is priced significantly below an assessment of the stock's intrinsic value (an "undervalued" stock), the investor may buy the stock with the hope that its market price will appreciate in the future. This active fundamental investor would then earn an above-market return on the investment if such a price increase were to occur.[23]

23.    When making equity investment decisions, active fundamental investors customarily consider a variety of firm-specific information that is pertinent to the valuation of a company's stock. For example, they consider information that is typically found in financial

---

[20] Stephen Penman (2010), *Financial Statement Analysis and Security Valuation*, 4th Ed., McGraw-Hill Irwin, ("Penman (2010)"), pp. 4–5.

[21] Penman (2010), p. 4.

[22] Penman (2010), p. 84.

[23] The return on an asset in excess of required return (*i.e.*, expected return that is commensurate with the asset's risk) is also known as that asset's "alpha." Penman (2010), p. 5.

statements. Using this type of information, active fundamental investors forecast payoffs to shareholders and arrive at a valuation based on those forecasts.[24]

24.    By contrast, active technical investors (categories B and E in Table 1) rely strictly on market data (*i.e.*, stock prices and stock returns) and algorithmic trading rules based on observed patterns in the data (*e.g.*, historical stock price data). Passive investors (Categories C and F) assume "that the market price is a fair price for the risk taken."[25] As such, active technical or passive investors do not use any firm-specific information (except for historical stock prices) when making equity investment decisions.

25.    To summarize the informational needs of investors by investor type: passive investors do not use firm-specific information; active technical investors that strictly follow technical trading algorithms do not consider non-price information; and active fundamental investors believe that "[o]nly information that alters cash flows, growth, and risk in a material way can affect value."[26] Only active fundamental investors use firm-specific non-price information (*i.e.*, information other than stock price and stock return that is pertinent to a company's valuation) when making equity investment decisions.

26.    A broad set of factors can impact future cash flows, growth, and risk, such as the firm's business plan, competitive pressures, financing sources, macroeconomic conditions, and

---

[24] Active fundamental investors use different valuation models to estimate a stock's fundamental value. These models require inputs about a stock's value drivers, such as its expected future cash flows, growth, and risk. To assess appropriate values for such critical inputs, investors typically review a wide array of information related to the stock's future prospects. The primary tool for estimating intrinsic value is the discounted cash flow model. However, there also exist other models where the input is not future cash flows but other accounting measures such as Earnings or Residual Income or Excess Returns. Theoretically, the value obtained from these models should match the firm's discounted cash flow value as long as the analysis is consistent in assumptions about growth and reinvestment. *See* Damodaran, Aswath (2018), *The Dark Side of Valuation: Valuing Young Distressed and Complex Businesses*, 3rd Ed., Pearson Education, ("Damodaran (2018)"), pp. 73–74.

[25] Penman (2010), p. 3.

[26] Damodaran (2018), p. 697.

expected regulatory changes. Such information may be provided by the firm in the form of regulatory filings, financial statements, conference calls, press releases, media publications, investor presentations, etc., or may come from a variety of other private and public sources, including business media and the research reports published by sell-side analysts. Active fundamental investors would consider all of these in their equity investment decision-making process.

27. By contrast, examples of the types of information that active fundamental investors would not consider pertinent to a stock's value include previously known or disclosed information, including information about known past events or statements of historical fact, and generic information (*i.e.*, boilerplate language indistinguishable from similar language used by other companies). These types of information do not provide investors with incremental information useful for making equity investment decisions. These conclusions are borne out by empirical research.[27]

28. Given that only active fundamental investors rely upon firm-specific non-price information when making equity investment decisions, my analysis in this report will focus on active fundamental investors. My conclusions, however, apply to all investors because, to the extent that active fundamental investors would not consider firm-specific, non-price information pertinent to their decision making, neither would any other type of investor; I therefore refer to investors generally in this report.

---

[27] Focusing on risk-factor disclosures in Form 10-K, one study constructs a measure of "Specificity" and finds evidence to support the hypothesis that "risk-factor disclosure should have a greater impact on the investors' decisions when it is higher in specificity." The authors construct the Specificity metric as "the number of specific entity names, including names of persons, locations, and organizations; quantitative values in percentages; money values in dollars; times; and dates, all scaled by the total number of words" in the Risk Factor section of the 10-K. *See* Hope, Ole-Kristian; Hu, Danqi Hu and Hai Lu (2016), "The benefits of specific risk-factor disclosures." *Review of Accounting Studies*, 21 (4), 1005–1045 ("Hope, Hu and Lu (2016)"), pp. 1006, 14–15.

### B.    The role of financial analysts in investor decision-making

29.    As I have explained above, active fundamental investors—the investors who consider firm-specific, non-price information in their equity investment decisions—use a variety of information sources in making their equity investment decisions, including information provided by "sell-side equity analysts" or "financial analysts." For investors buying and selling securities, financial analysts contribute to both information discovery and interpretation.[28] Academic research shows that the information discovery and interpretation roles are important to active fundamental investors when they value equity securities.[29]

30.    In their information discovery role, financial analysts "search different channels for both public and private information related to the underlying firm—for example, store traffic or financial soundness of major customers and suppliers."[30] Analysts also use information obtained in investor conference calls to inform their equity valuations.

31.    In their information interpretation role:

> [A]nalysts receive public information at the same time as the market and employ their financial expertise and institutional/industry knowledge to promptly analyze and interpret the information. They then transform their analyses and interpretation into forecasts, recommendations, or reports and provide to the capital market, helping investors understand and react to the public information.[31]

32.    These analyst reports, sometimes also called Equity Research reports, typically include company-specific business updates and commentary on disclosures made by the company,

---

[28] *See, e.g.,* Bradshaw, Mark T, Ertimur, Yonca and Patricia C. O'Brien (2017), "Financial Analysts and Their Contribution to Well-Functioning Capital Markets." *Foundations and Trends in Accounting*, 11 (3), 119–191 ("Bradshaw et al. (2017)"), pp. 26–31. Available at: https://ssrn.com/abstract=3132516.

[29] Bradshaw et al. (2017), p. 31.

[30] Livnat, Joshua and Yuan Zhang (2012), "Information interpretation or information discovery: which role of analysts do investors value more?" *Review of Accounting Studies*, 17, 612–641 ("Livnat and Zhang (2012)"), p. 615.

[31] Livnat and Zhang (2012), p. 615.

as well as new information about the company and commentary on information that is available through other public or private sources.

33.    Financial analysts are also seen as proxies for sophisticated or "informed" fundamental investors.[32] The kinds of information they consider in their professional output is an important indicator of the information that active fundamental investors might consider in making equity investment decisions. For these reasons, I reviewed the commentary in the research reports issued by analysts that covered AdaptHealth during the Putative Class Period to evaluate whether investors would have found the Alleged Misrepresentations pertinent to their decision-making process.

**IV.    Investors would not consider the Alleged Key Person Misrepresentations pertinent to equity investment decisions or connect the Alleged Key Person Misrepresentations with the AdaptHealth Press Release.**

34.    The Alleged Key Person Misrepresentations are generic, boilerplate statements and/or redundant statements of historical fact.

35.    Some Alleged Key Person Misrepresentations summarize Mr. McGee's past, publicly known professional experience. Specifically, these are:

- "Luke McGee, Chief Executive Officer:
    - Chairman and CEO of AdaptHealth since 2012; built business from $7mm of revenue in first acquisition
    - Led the Company's proven acquisition track record and developing a scalable platform with robust integration systems that can accommodate future growth

---

[32] For instance, when examining the impact of pro forma earnings disclosures, Frederickson and Miller (2004) distinguish between the judgments of "nonprofessional (*i.e.,* less sophisticated) investors and analysts (*i.e.,* more sophisticated investors)." *See* Frederickson, James R. and Jeffrey S. Miller (2004), "The Effects of Pro Forma Earnings Disclosures on Analysts and Nonprofessional Investors' Equity Valuation Judgments." *The Accounting Review*, 79 (3), 667–686, p. 671.

13

      o   Prior to AdaptHealth, worked in the investment banking groups at Deutsche Bank and Merrill Lynch."[33]

- "Luke McGee has served as the Chief Executive Officer of AdaptHealth Holdings since 2012 and as a member of our board of directors since the Closing. Mr. McGee joined Quadrant Management, Inc. in 2010 and holds director positions in certain of Quadrant's portfolio companies along with executive level roles at certain times. Prior to joining Quadrant, Mr. McGee was in the investment banking group at Deutsche Bank and before that Merrill Lynch. He holds a bachelor's degree in Economics from Duke University."[34]

36.    Other Alleged Key Person Misrepresentations referenced AdaptHealth's experienced management team more broadly, including Mr. McGee. Specifically, these are:

- "AdaptHealth will continue to be led by its seasoned team of industry and financial professionals, including Chief Executive Officer, Luke McGee; President, Josh Parnes; and Chief Financial Officer, Gregg Holst."[35]

- "[AdaptHealth's] proven, seasoned management team and Board of Directors."[36]

- "We are led by a proven management team with significant experience in the HME and healthcare services industries. The team has domain knowledge within the industry having been employed at various healthcare organizations throughout their careers. Multiple members of the management team have also built independent HME companies and have the proven ability to scale a business within the HME industry. Additionally, several members of the management team have experience within their specific roles in both private and public company settings. Given the complexity of the highly regulated industry in which we operate, we believe that management's experience is a meaningful differentiator relative to our competitors."[37]

- "We are led by a proven management team with experience in the HME industry across a variety of healthcare organizations. We have a centralized approach for key business processes, including M&A activity, revenue cycle management,

---

[33] Complaint ¶ 78.

[34] Complaint ¶ 86.

[35] Complaint ¶ 76. This statement was made in a November 8, 2019 press release that I understand from Counsel pre-dates the first day on which AdaptHealth's stock publicly traded. I have included it here regardless because it is among the statements that Lead Plaintiffs identify as materially false and misleading.

[36] Complaint ¶ 78.

[37] Complaint ¶ 105.

strategic purchases, payor contracting, finance, compliance, legal, human resources, IT and sales management."[38]

37.     The Alleged Key Person Misrepresentations also included generic risk factors concerning the importance of key personnel to AdaptHealth. These include:

- "Our ability to successfully operate our business is largely dependent upon the efforts of certain key personnel of AdaptHealth, including the key personnel of AdaptHealth who have stayed with us following the Business Combination. The loss of such key personnel could negatively impact our operations and financial results."[39]
- "Factors affecting the trading price of our Class A Common Stock may include: commencement of, or involvement in, litigation involving us; any major change in our board of directors or management."[40]

**A.     The Alleged Key Person Misrepresentations at issue are generic and/or redundant statements.**

38.     Many of the Alleged Key Person Misrepresentations are statements that are commonly used by public companies when describing management and are thus viewed by investors as generic and boilerplate. As I show below, they are similar to statements in disclosures made by other companies that operate in-home medical equipment and related industries and SPACs associated with medical devices. Indeed, it stands to reason that investors *expect* senior management in a public company to be "proven [and] seasoned."

39.     The Alleged Key Person Misrepresentations typically convey that AdaptHealth was led by a "seasoned management team" of industry professionals with extensive industry knowledge.

---

[38] Complaint ¶ 105.

[39] Complaint ¶ 95. Lead Plaintiffs cite other statements with substantially similar language at Complaint ¶¶ 101, 106 and 110.

[40] Complaint ¶ 106.

15

40.     For a company like AdaptHealth that has a decade-long operating history—some of it as a private company and some of it as a public company—investors would have been likely to rely on past performance to assess the skills of key personnel rather than laudatory statements made by the Company. Indeed, as of October 2019, AdaptHealth had provided selected financial results from operations starting in 2016, even before the Company became public and prior to the start of the Putative Class Period.[41] This information about the Company's financial history provides a reliable foundation on which investors can base equity investment decisions. Further, in other investor communications, including in investor presentations filed with the SEC in July and October 2019 by DFB, information concerning AdaptHealth's number of acquisitions and cumulative sales growth since its inception in 2012 was disclosed, accounting for both the Company's public and private history.[42] These disclosures provide robust evidence supporting its claim that it has a "track record of growth, accretive capital deployment, and market-leading profitability."[43] In my opinion, given the availability of such credible, often audited, indicators of performance, investors would not have considered the generic statements made by AdaptHealth about the talents of the senior management team pertinent to their equity investment decisions.

41.     Furthermore, with respect to risk disclosures, the Alleged Key Person Misrepresentations within the Risk Factors section of AdaptHealth's Form 10-K are not adequately

---

[41] DFB Healthcare Acquisitions Corp. Schedule 14A Proxy Statement filed with the SEC on October 23, 2019, pp. F-60–F-100 includes Consolidated Financial Statements and Notes to Consolidated Financial Statements for AdaptHealth Holdings LLC for fiscal years ended December 31, 2016, 2017 and 2018, as well as Interim Consolidated Financial Statements for the six month period ended June 30, 2019 (pp. F-39–F59). Information related to AdaptHealth's historical performance is also included in Exhibits 99.2 and 99.1 of Form 8-K filed with the SEC by DFB Healthcare Acquisitions Corp. on July 8, 2019 and October 3, 2019, respectively. *See also* AdaptHealth Corp., Form S-1 filed with the SEC on February 28, 2020, pp. 47–50; AdaptHealth Corp., Form S-1 filed with the SEC on March 9, 2020, pp. 41–58.

[42] DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.2 filed with the SEC on July 8, 2019, pp. 8, 10; DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.1 filed with the SEC on October 22, 2019, p. 15; AdaptHealth Corp., Investor Presentation, December 1, 2020, p. 12.

[43] AdaptHealth Corp., Investor Presentation, November 20, 2019, pp. 3, 13–14.

16

specific such that they would impact investors' equity investment decisions. Several of the Alleged Key Person Misrepresentations[44] are included within the Risk Factors section of AdaptHealth's Form 10-K. Risk Factor disclosures are notoriously boilerplate and generic.[45] As such, academic research has documented that Risk Factor disclosures only impact investors' valuation of a firm when they have "specificity."[46] One Risk Factor disclosure study constructs a measure of disclosure specificity that considers mentions of "entity names . . . ; quantitative values in percentages; money values in dollars; times; and dates."[47] The Alleged Key Person Misrepresentations from AdaptHealth's Risk Factors sections contain none of these "specificity" characteristics and thus, in my opinion, would not be pertinent to an investor's equity investment decisions.

42.    In fact, the Alleged Key Person Misrepresentations included in the Risk Factors section of AdaptHealth's 10-Ks are representative of what recent academic research has shown to be typical human capital risk factors in 10-K reports. According to the research, disclosures lacking specificity "were generally a variant of the following: Failure to attract and retain key personnel and/or a qualified workforce may adversely affect operations, business, strategy execution, product development, and financial performance."[48] In my opinion, these statements would not be meaningful to investors in understanding the specific risks associated with AdaptHealth's strategy, nor would they help investors distinguish an investment in AdaptHealth from an investment in

---

[44] Complaint ¶¶ 95, 101, 106, 110.

[45] Kingsley, Dean; Solomon, Matt and Kristen Jaconi (2021). "SEC Risk Factor Disclosure Rules." Harvard Law School Forum on Corporate Governance ("Kingsley et al. (2021)"). Available at: https://corpgov.law.harvard.edu/2021/12/22/sec-risk-factor-disclosure-rules/#25.

[46] Hope, Hu and Lu (2016), p. 1033.

[47] Hope, Hu and Lu (2016), p. 1006.

[48] Kingsley et al. (2021).

17

another firm. Therefore, I conclude that the Alleged Key Person Misrepresentations included in the Risk Factors section of AdaptHealth's 10-K do not contain information or the specificity characteristics necessary to make them pertinent to investors making equity investment decisions.

43.     The remaining Alleged Key Person Misrepresentations—that is, those that are not boilerplate, generic statements—are redundant statements of historical fact. These statements communicate objective, verifiable information previously disclosed in prior filings. For example, Lead Plaintiffs cite the following Alleged Key Person Misrepresentation from April 2020:

> "Luke McGee has served as the Chief Executive Officer of AdaptHealth Holdings since 2012 and as a member of our board of directors since the Closing. Mr. McGee joined Quadrant Management, Inc. in 2010 and holds director positions in certain of Quadrant's portfolio companies along with executive level roles at certain times. Prior to joining Quadrant, Mr. McGee was in the investment banking group at Deutsche Bank and before that Merrill Lynch. He holds a bachelor's degree in Economics from Duke University."[49]

The information contained in this statement was previously disclosed, almost identically, in the Schedule 14A Proxy Statement filed by DFB in October 2019, before the Putative Class Period began. It contains basic biographical information about Mr. McGee to which investors already had access through SEC filings or other public sources.[50] These Alleged Key Person Misrepresentations are redundant statements of historical fact. In my opinion, investors would not have considered such statements pertinent to their equity investment decisions because they do not reveal new or unexpected information and thus do not affect future cash flows of a given firm. As such, they are not pertinent to investors' equity investment decisions.

---

[49] Complaint ¶ 86.

[50] *See, e.g.*, DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.2 filed with the SEC on July 8, 2019, p. 15.

44.     In sum, the Alleged Key Person Misrepresentations do not contain information that would be pertinent to investors making equity investment decisions related to AdaptHealth stock during the Putative Class Period because they are generic, boilerplate statements and/or redundant statements of historical fact. Thus, investors would be unlikely to consider such statements pertinent to their equity investment decisions.

**B.     The generic nature of the Alleged Key Person Misrepresentations is evident from a comparison to statements made in the public disclosures of AdaptHealth's U.S. peer companies and SPACs.**

45.     To identify AdaptHealth's peers, I first looked through the "Competition" disclosures in AdaptHealth's 10-K forms for 2020 and 2021. I identified two public companies, Inogen, Inc. and Quipt Home Medical Corp.[51] I then used Capital IQ's Comparable Analysis search engine to generate a list of AdaptHealth's competitors, which identified 11 more publicly traded peer firms.[52] These 13 companies are comparable to AdaptHealth in one or more of the following factors: company size, industry, geography, and IPO date (the "Peer Companies").[53] In addition, I also reviewed disclosures made by certain Special Purpose Acquisition Companies ("SPACs") in Registration Statements (Form S-4) filed with the SEC as part of their mergers and

---

[51] AdaptHealth Corp. Annual Report filed on Form 10-K with the SEC for fiscal year ending December 31, 2020 ("AdaptHealth 2020 10-K"), p. 11; AdaptHealth Corp. Annual Report filed on Form 10-K with the SEC for fiscal year ending December 31, 2021 ("AdaptHealth 2021 10-K"), p. 8. Prior to May 2021, Quipt Home Medical Corp. was known as Protech Home Medical Corp.

[52] "AdaptHealth Corp. (NasdaqCM:AHCO) Quick Comparable Analysis," November 28, 2020. Available at: https://www.capitaliq.com/CIQDotNet/Comps/Comparables.aspx?compsID=717414646&statekey=aabffb163b5242 8eb2c95e58a8b09091&companyId=628604936&objectId=1198134906&compsType=1. Prior to January 2022, Artivion, Inc. was known as Cryolife, Inc.

[53] The peer companies considered are: CVS Health Corp, Stryker Corp., McKesson Corp., ResMed, Inc., Cardinal Health, Inc., Globus Medical, Inc., Inspire Medical Systems, Inc., Inari Medical, Inc., Tandem Diabetes Care, Inc., Owens & Minor, Inc., Inogen, Inc., Artivion, Inc., and Quipt Home Medical Corp. AdaptHealth's market capitalization as of November 28, 2020 was $1,905 (mm). The market capitalization of the 13 peers ranged from approximately $130 (mm) to $88,836 (mm). The IPO date is used to identify companies that have similar prior operating histories.

19

acquisition transactions.[54] I identified a set of SPACs active in healthcare or the medical device business that had filed Form S-4s with the SEC in 2021 ("Comparable SPACs").[55]

46.     To determine whether statements akin to the Alleged Key Person Misrepresentations are commonly used by similar companies, I reviewed disclosures related to leadership and management in SEC filings including Form 10-K, Proxy Statements, Registration Statements, Company News Releases, and Investor Presentations, among other sources, for each of the Peer Companies and Comparable SPACs. From this review, I found that generic statements similar to the Alleged Key Person Misrepresentations were commonly included in the Peer Companies and Comparable SPACs' publicly available documents.

47.     Specifically, several of the Peer Companies discussed their CEO's expertise through statements made in public communications. I found that they are similar to the discussion of Mr. McGee's past experiences in the Alleged Key Person Misrepresentations outlined in Paragraph 35 above. Even though each CEO's expertise differs from company to company, the general structure of the statements is similar, highlighting the executives' length of experience, leadership, and specific skills. For example:

- Quipt Home Medical Corp. June 2021 Corporate Presentation: "Greg Crawford has 24 years of healthcare services experience. Greg brings substantial operating, integration, and M&A experience to his role as Quipt's Chief Executive Officer. A

---

[54] SPACs are "blank check" shell corporations that are "designed to take a company public without going through the traditional initial public offering process. Instead, SPACs go public as shell companies, then later acquire and merge with target companies to bring them public on the stock market." *See* "What is a SPAC?" CB Insights Research Report, April 5, 2022. Available at: https://www.cbinsights.com/research/report/what-is-a-spac/. SEC Form S-4 is filed by a publicly traded company to register any material information related to a merger, acquisition or stock exchange offer. This form lays out the disclosure and format requirements for registration statements in offerings related to business combinations and acquisitions. Description available at: https://www.law.cornell.edu/wex/form_s-4#.

[55] SPACs are classified as Blank Check companies with an SIC code of 6770. A search of filers in the SEC's EDGAR database with the keywords "medical device" and an SIC code of 6770 that had filed a Form S-4 between January 1, 2021 and December 31, 2021 identified about 44 S-4 filings from 30 SPACs. I reviewed the first Form S-4 filed by the 30 SPACs.

hands-on problem solver, Greg has demonstrated significant skill at growing HME businesses both organically and by acquisition and has been the force behind the successful integration of the seven acquisitions made by Quipt."[56]

- Inogen Inc. Q3 2022 Investor Presentation: "A strong management team with proven track record . . . . Nabil Shabshab [has] 30+ years of leadership with Becton Dickinson, SC Johnson / Diversey, and leading consumer goods companies. Extensive experience in running global businesses, accelerating growth through portfolio innovation, solution and market development, commercial strategies, and organizational transformation."[57]

- Cardinal Health, Inc. 2021 Proxy Statement: "As our Chief Executive Officer and having spent over 30 years at Cardinal Health, Mr. Kaufmann draws on his deep knowledge of our daily operations and our industry, customers, suppliers, employees, and shareholders to provide the Board with a unique and very important perspective on our business and a conduit for information from management. Prior leadership positions across the company provide him with expertise in the areas of healthcare, distribution operations, finance, international markets, mergers and acquisitions, and regulatory compliance. He also provides the Board with an understanding of the strategic and financial implications of business, regulatory, and economic factors impacting our company from having played an important role in key strategic initiatives."[58]

- Globus Medical, Inc. April 21, 2022 Press Release: "Globus is fortunate to have a strong executive leadership team, and we are pleased to announce that Dan has agreed to lead Globus in executing on our strategy of becoming the pre-eminent musculoskeletal technology company in the world . . . Dan began his career with Globus in 2015 as Chief Financial Officer. In 2019, he was named Executive Vice President, Chief Commercial Officer and in 2020 also became President of Trauma. Dan came to Globus after 28 years with Johnson & Johnson, holding various positions in Finance, including CFO of Vision Care, a multi-billion dollar a year company. Over the past 7 years, Dan has become an integral part of Globus' executive team, providing steady and committed leadership that will now extend to the entire organization to drive our strategic goals."[59]

- Artivion, Inc. 2021 Form 10-K: "J. Patrick Mackin assumed the position of President and Chief Executive Officer in September 2014, was appointed to the Board of Directors in October 2014 and was appointed Chairman in May 2015. Mr. Mackin has more than 20 years of experience in the medical device industry. Prior to joining Artivion, Mr. Mackin served as President of Cardiac Rhythm Disease Management, the largest operating division of Medtronic, Inc. At Medtronic, he previously held the positions of Vice President, Vascular, Western Europe and Vice

---

[56] Quipt Home Medical Corp., Corporate Presentation, June 2021, p. 25.

[57] Inogen, Inc., Q3 2022 Investor Presentation, November 2, 2022, p. 16.

[58] Cardinal Health, Inc. 2021 Proxy Statement, September 23, 2021, p. 19.

[59] Globus Medical, Inc. Press Release, "Globus Medical Reports CEO Transition and Preliminary First Quarter 2022 Sales Results," April 21, 2022.

President and General Manager, Endovascular Business Unit. Prior to joining Medtronic in 2002, Mr. Mackin worked for six years at Genzyme, Inc. serving as Senior Vice President and General Manager for the Cardiovascular Surgery Business Unit and as Director of Sales, Surgical Products division. Before joining Genzyme, Mr. Mackin spent four years at Deknatel/Snowden-Pencer, Inc. in various roles and three years as a First Lieutenant in the US Army. Mr. Mackin received an MBA from Northwestern University's Kellogg Graduate School of Management and is a graduate of the US Military Academy at West Point."[60]

- CVS Health Corporation February 1, 2021 Press Release: "Karen has more than three decades of experience in the health care industry. Prior to becoming CEO, she was Executive Vice President, CVS Health and President of Aetna, responsible for driving the strategy to deliver consumer-focused, high-value health care to the millions of people Aetna serves. For the last five years, Karen has been named among Fortune's Most Powerful Women in Business, and in 2020, she was recognized on Forbes' list of The World's 100 Most Powerful Women."[61]

48.     I also found similarly generic statements made by the Peer Companies and Comparable SPACs referencing, more broadly, the strength of the companies' leadership and management teams. Such statements by the Peer Companies and Comparable SPACs are analogous to the references to the strength of AdaptHealth's management team in the Alleged Key Person Misrepresentations from Paragraph 36 above. For instance, AdaptHealth's reference to its "proven, seasoned management team"[62] is strikingly similar to its competitor's "strong management team with a proven track record."[63] Additional examples from the Peer Companies' and Comparable SPACs' disclosures include:

- Quipt Home Medical Corp. 2021 Corporate Presentation: "The Management of Quipt has over 50 years of combined experience in Healthcare Management and Acquisitions with over $500 million in transactions."[64]

---

[60] Artivion, Inc. Annual Report filed on Form 10-K with the SEC on February 23, 2022 for fiscal year ending December 31, 2021 ("Artivion 2021 10-K"), p. 100.

[61] CVS Health Press Release, "Meet our New CEO, Karen S. Lynch," February 1, 2021.

[62] Complaint ¶ 78.

[63] Inogen, Inc., Q3 Investor Presentation, November 2, 2022, p. 16.

[64] Quipt Home Medical Corp., Corporate Presentation, June 2021, p. 16.

- Tandem Diabetes Care, Inc. 2020 Form 10-K: "We have benefited substantially from the leadership and performance of our senior management, as well as certain key employees. For example, key members of our management have experience successfully scaling an early stage medical device company to achieve profitability."[65]

- Globus Medical, Inc. April 21, 2022 Press Release: "Globus is fortunate to have a strong executive leadership team."[66]

- Inspire Medical Systems, Inc. May 2022 Company Presentation: "Strong Management Team"; "Proven management team leading 550+ employees." [67]

- Inari Medical, Inc. November 2022 Investor Presentation: "Strong Leadership Team to Capitalize on Our Opportunity."[68]

- ResMed Inc. September 2021 Investor Presentation and 2021 10-K: "Experienced leadership team focused on execution";[69] and "Our senior management team has extensive experience in the medical device industry in general, and in the fields of sleep apnea, respiratory care and healthcare informatics in particular. We intend to continue to leverage the experience and expertise of these individuals to maintain our innovative approach to the development of products and solutions, and to increase awareness of the serious medical problems caused by sleep apnea and the use of non-invasive ventilation, and in-home life support ventilation to treat COPD and other chronic respiratory diseases."[70]

- Owens & Minor 2021 Form S-4: "We have a proven management team with significant experience in the healthcare industry. This experience is demonstrated by the following: our top three executive officers' combined total of nearly 100 years of experience in the healthcare industry; a reputation for integrity and quality of service in the marketplace; an ability to create innovative services for our customers; and a net sales compound annual growth rate of 14%, from $1.4 billion in 1993 to approximately $3.5 billion in 2000."[71]

- GigCapital2, Inc. 2021 Form S-4: "Our leadership team is comprised of industry experts and innovators with extensive healthcare, technology, and organizational

---

[65] Tandem Diabetes Care, Inc. Annual Report filed on Form 10-K with the SEC on February 24, 2021 for fiscal year ending December 31, 2020 ("Tandem 2020 10-K"), p. 43.

[66] Globus Medical, Inc. Press Release, "Globus Medical Reports CEO Transition and Preliminary First Quarter 2022 Sales Results," April 21, 2022.

[67] Inspire Medical Systems, Inc., Company Presentation, May 2022, pp. 8–9.

[68] Inari Medical Inc., Investor Presentation, November 2, 2022, p. 5.

[69] ResMed Inc., Investor Presentation, September 8, 2021, p. 12.

[70] ResMed, Inc. Annual Report filed on Form 10-K with the SEC on August 19, 2021 for fiscal year ending June 30, 2021 ("ResMed 2021 10-K"), p. 6.

[71] Owens & Minor, Inc. Form S-4 filed with the SEC on September 10, 2021, p. 3.

knowledge. Our leaders have decades of experience founding, building and successfully scaling private and public companies."[72]

- HealthCor Catalio Acquisition Corp. 2021 Form S-4: "We have a strong executive leadership team and experienced financial partner with deep expertise in Healthcare. Hyperfine and Liminal's Founder, Dr. Jonathan Rothberg, has dedicated his career to enabling breakthrough technologies to revolutionize healthcare. He has founded more than 10 healthcare and technology companies and has received numerous awards, including the Presidential Medal of Technology & Innovation in 2016. He is supported by a world-class management team, including our executive officers and other senior management, with decades of cumulative experience in healthcare and consumer end-markets. We believe this leadership team positions us well to be a disruptive force in revolutionizing MRI. In addition, HealthCor's Sponsor brings to us extensive public market experience in the healthcare industry and a variety of complementary portfolio companies."[73]

- GS Acquisitions Holdings Corp. II 2021 Form S-4: "*Mirion's Experienced and Proven Management Team*. The Board considered the fact that, post-Business Combination, Mirion will be led by a senior management team with significant industry experience and a proven track record of operational excellence and financial performance at Mirion. In addition, the Board considered the fact that Mr. Kingsley, with his significant leadership experience and extensive management and investment experience, including with multinational high-technology growth companies, would serve as Executive Chairman of the post-Business Combination Mirion."[74]

- Lifesci Acquisition II Corp. 2021 Form S-4: "**Experienced Management Team**: Science 37's leaders have extensive experience, and collectively represent expertise from eClinical technology companies, SaaS and Application Platform as a Service ("aPaaS") solutions, CROs, digital health providers and academic medical centers. With this extensive experience in clinical trials and the curiosity to change the status quo, this team has the unique ability to rethink the processes and technology that impact traditional clinical research today and transition it to a model that benefits all players in the clinical research process: patients, providers, CROs, sponsors and more. The management team models Science 37's company values; fosters a passion for science and innovation; and creates a highly positive environment from which to deliver results."[75]

- GX Acquisition Corp. 2021 Form S-4: "**Celularity's experienced management team with deep expertise in cell therapy**. Celularity has a seasoned management team with experience in all aspects of cellular medicine. For over twenty years, the team has been at the vanguard of cellular medicine, and has collectively seen a

---

[72] GigCapital2, Inc., Form S-4 filed with the SEC on February 8, 2021, p. 310.

[73] HealthCor Catalio Acquisition Corp., Form S-4 filed with the SEC on August 30, 2021, p. 187.

[74] GS Acquisitions Holdings Corp. II, Form S-4 filed with the SEC on June 29, 2021, p. 177. Emphasis in original.

[75] Lifesci Acquisition II Corp., Form S-4 filed with the SEC on July 27, 2021, p. 137. Emphasis in original.

number of programs, including one cell therapy, through FDA-approval to commercialization. Celularity is led by Robert J. Hariri, M.D., Ph.D., founder and Chief Executive Officer of Celularity, who founded Anthrogenesis in 1998 under the name LifeBank and which was later acquired by Celgene. Celularity has a proven and experienced team with deep expertise in cell therapy that is positioned to successfully lead New Celularity after the Business Combination."[76]

- Silver Spike Acquisition Corp. 2021 Form S-4: "*Proven Existing Management Team*. WMH has an experienced management team with a proven track record of operational excellence. We are confident in the management team's deep industry knowledge and strategic vision and believe that the Silver Spike and WMH teams will form a collaborative and effective long-term partnership that is positioned to create and enhance stockholder value going forward."[77]

- Thimble Point Acquisition Corp. 2021 Form S-4: "**Pear has a diverse and scalable management team that is pioneering the PDT space.** The discovery, development, and commercialization of PDTs as a new healthcare delivery system requires both a breadth and depth of experience. Our cross-disciplinary and cross-functional team of experts collectively synthesizes years of experience in medicine, biotech, technology, and data science. This breadth and depth of experience has enabled Pear to forge new pathways within the healthcare industry."[78]

- Longview Acquisition Corp. 2021 Form S-4: "**Visionary founder backed by strong executive leadership team and experienced financial partner with deep expertise in healthcare.** Our Founder and Chairman, Dr. Jonathan Rothberg, has dedicated his career to enabling breakthrough technologies to revolutionize healthcare. He has founded more than 10 healthcare/ technology companies and has received numerous awards, including the Presidential Medal of Technology & Innovation in 2016. He is supported by a world-class management team, including our executive officers and other senior management, with approximately 140 years of collective experience in healthcare and consumer end-markets. We believe this leadership team positions Butterfly well as a disruptive force in revolutionizing medical imaging. In addition, the Sponsor, an affiliate of Glenview, brings to Butterfly extensive public market experience in the healthcare industry with a long-term orientation across provider, payor, distributor and medical product companies."[79]

49.    I also found generic risk factor disclosures concerning the importance of key company personnel in the 10-Ks of various Peer Companies and Comparable SPACs similar to

---

[76] GX Acquisition Corp., Form S-4 filed with the SEC on January 25, 2021, p. 27. Emphasis in original.

[77] Silver Spike Acquisition Corp., Form S-4 filed with the SEC on April 1, 2021, p. 132. Emphasis in original.

[78] Thimble Point Acquisition Corp., Form S-4 filed with the SEC on July 16 2021, p. 158.  Emphasis in original.

[79] Longview Acquisition Corp., Form S-4 filed with the SEC on January 6, 2021, p. 186. Emphasis in original.

the generic risk factors in the Alleged Key Person Misrepresentations as outlined in Paragraph 37 above. For example, compare the following risk factor, one of the Alleged Key Person Misrepresentations:

> Our ability to successfully operate our business is *largely dependent upon the efforts of certain key personnel* of AdaptHealth, including the key personnel of AdaptHealth who have stayed with us following the Business Combination. *The loss of such key personnel could negatively impact our operations and financial results*.[80]

with the following risk factor from one of AdaptHealth's primary competitors:

> "*We depend on the services of our senior executives and other key technical personnel, the loss of whom could negatively affect our business*."[81]

50.      Additional examples of similar risk factor disclosures by the Peer Companies and Comparable SPACs include:

- ResMed, Inc. 2021 Form 10-K: "***If we fail to attract, develop and retain key employees our business may suffer.*** Our ability to compete effectively depends on our ability to attract and retain key employees, including people in senior management, sales, marketing, technology, and research and development positions. Competition for top talent in the healthcare, technology and SaaS industries can be intense. Our ability to recruit and retain such talent will depend on a number of factors, including hiring practices of our competitors, compensation and benefits, work location, work environment and industry economic conditions. If we cannot effectively recruit, develop and retain qualified employees to drive our strategic goals, our business could suffer."[82]

- Inari Medical, Inc. 2020 Form 10-K: "Our success depends largely on the continued services of key members of our executive management team and others in key management positions. For example, the services of William Hoffman, our Chief Executive Officer, Andrew Hykes, our Chief Operating Officer, Mitchell Hill, our Chief Financial Officer, and Dr. Thomas Tu, our Chief Medical Officer, are essential to driving adoption of our products, executing on our corporate strategy

---

[80] Complaint ¶ 95 (emphasis added). Lead Plaintiffs cite other statements with substantially similar language at Complaint ¶¶ 101, 106 and 110.

[81] Inogen, Inc. Annual Report filed on Form 10-K with the SEC on February 24, 2021 for fiscal year ending December 31, 2020 ("Inogen 2020 10-K"), p. 43. Emphasis in original.

[82] ResMed 2021 10-K, p. 25. Emphasis in original.

and ensuring the continued operations and integrity of financial reporting within our company."[83]

- Globus Medical, Inc. 2020 Form 10-K: "***Our business could suffer if we lose the services of key members of our senior management, key advisors or personnel.*** We are dependent upon the continued services of key members of our senior management and a limited number of key advisors and personnel. In particular, we are highly dependent on the skills and leadership of our Executive Chairman, David C. Paul, and our Chief Executive Officer, David M. Demski. The loss of any one of these individuals could disrupt our operations or our strategic plans. Additionally, our future success will depend on, among other things, our ability to continue to hire and retain the necessary qualified scientific, technical and managerial personnel, for whom we compete with numerous other companies, academic institutions and organizations. The loss of members of our management team, key advisors or personnel, or our inability to attract or retain other qualified personnel or advisors, could have a material adverse effect on our business, results of operations and financial condition."[84]

- Tandem Diabetes Care, Inc. 2020 Form 10-K: "***We depend on the knowledge and skills of our senior management and other key employees, and if we are unable to retain and motivate them or recruit additional qualified personnel, our business may suffer***. We have benefited substantially from the leadership and performance of our senior management, as well as certain key employees. For example, key members of our management have experience successfully scaling an early stage medical device company to achieve profitability. Our success will depend on our ability to retain our current management and key employees, and to attract and retain qualified personnel in the future. Competition for senior management and key employees in our industry is intense and we cannot guarantee that we will be able to retain our personnel or attract new, qualified personnel. The loss of the services of certain members of our senior management or key employees could prevent or delay the implementation and completion of our strategic objectives, or divert management's attention to seeking qualified replacements."[85]

- Artivion Inc. 2020 Form 10-K: "**We are dependent on our key personnel.**"[86]

- Arya Sciences Acquisition Corp. IV 2021 Form S-4: "***Our future success depends on our ability to retain the current Chief Executive Officer and other key executives at Amicus and to attract, retain and motivate qualified personnel.*** We expect that John Crowley, will be our Chief Executive Officer. Mr. Crowley is currently the Chairman and Chief Executive Officer of Amicus, and has deep

---

[83] Inari Medical, Inc. Annual Report filed on Form 10-K with the SEC on March 9, 2021 for fiscal year ending December 31, 2020 ("Inari 2020 10-K"), p. 55.

[84] Globus Medical, Inc. Annual Report filed on Form 10-K with the SEC on February 17, 2021 for fiscal year ending December 31, 2020 ("Globus 2020 10-K"), p. 17. Emphasis in original.

[85] Tandem 2020 10-K, p. 43. Emphasis in original.

[86] Artivion, Inc. Annual Report filed on Form 10-K with the SEC on February 23, 2021 for fiscal year ending December 31, 2020 ("Artivion 2020 10-K"), p. 31. Emphasis in original.

knowledge of our business and significant pharmaceutical industry experience. The loss of the services of Mr. Crowley might impede the achievement of our research, development and commercialization objectives and materially adversely affect our business and we may not be able to replace Mr. Crowley with a candidate with similar background and experience in the event of the loss of his service."[87]

- Capstar Special Purpose Acquisition Corp. 2021 Form S-4: "***Gelesis' future success depends on its ability to retain its senior executive officers and to attract and keep senior management and key scientific and commercial personnel.*** Our success depends in part on our continued ability to attract, retain and motivate highly qualified management, clinical and scientific personnel. We are highly dependent upon our senior management, particularly Yishai Zohar, our Chief Executive Officer and President, as well as other employees and consultants. Although none of these individuals has informed us to date that he intends to retire or resign in the near future, the loss of services of any of these individuals or one or more of our other members of senior management could delay or prevent the successful commercialization of Plenity and the development of future product candidates."[88]

- D8 Holdings Corp. 2021 Form S-4: "***Vicarious Surgical is highly dependent upon the continued contributions of its Co-Founder, Chief Executive Officer and President, Adam Sachs, its Co-Founder and Chief Technology Officer, Sammy Khalifa. The loss of their services could harm Vicarious Surgical's business, and if Vicarious Surgical is unable to attract, recruit, train, retain, motivate and integrate key personnel, Vicarious Surgical may not achieve its goals.*** Vicarious Surgical's future success depends on its ability to attract, recruit, train, retain, motivate and integrate key personnel, including Vicarious Surgical's Co-Founder, Chief Executive Officer and President, Adam Sachs, its Co-Founder and Chief Technology Officer, Sammy Khalifa, as well as its recently expanded management team and its research and development, manufacturing, sales and marketing personnel. New Vicarious Surgical's future business and results of operations depend in significant part upon the continued contributions of Messrs. Sachs and Khalifa. If Vicarious Surgical were to lose their services or if they fail to perform in their current positions, or if Vicarious Surgical is not able to attract and retain skilled employees in addition to Messrs. Sachs and Khalifa, this could adversely affect the development and implementation of Vicarious Surgical's business plan and substantially harm its business. Competition for qualified personnel is intense."[89]

- GigCapital2, Inc. 2021 Form S-4: "***The Company's ability to successfully effect the Business Combinations and to be successful thereafter will be totally***

---

[87] Arya Sciences Acquisition Corp. IV, Form S-4 filed with the SEC on October 29, 2021, p. 87. Emphasis in original.

[88] Capstar Special Purpose Acquisition Corp., Form S-4 filed with the SEC on August 10, 2021, p. 49. Emphasis in original.

[89] D8 Holdings Corp., Form S-4 filed with the SEC on June 11, 2021, p. 64. Emphasis in original.

*dependent upon the efforts of its key personnel, including each of UpHealth's and Cloudbreak's key personnel, all of whom are expected to join the Company following the Business Combinations. While the Company intends to closely scrutinize any individuals it engages after the Business Combinations, it cannot assure you that its assessment of these individuals will prove to be correct.* The Company's ability to successfully effect the Business Combinations is dependent upon the efforts of key personnel of UpHealth, Cloudbreak and of the Company, including Dr. Avi Katz, the Company's Executive Chairman Dr. Chirinjeev Kathuria, Executive Chairman of UpHealth, Dr. Mariya Pylypiv, Vice Chairwoman of UpHealth, Ramesh Balakrishnan and Al Gatmaitan, UpHealth's Co-Chief Executive Officers and Jamey Edwards, Cloudbreak's Chief Executive Officer. Although the Company expects all of UpHealth's and Cloudbreak's key personnel to remain with the postcombination company following the Business Combinations, it is possible that the post-combination company will lose some key personnel, the loss of which could negatively impact the operations and profitability of the post-combination company. While the post-combination company intends to closely scrutinize any individuals it engages after the Business Combinations, it cannot assure you that its assessment of these individuals will prove to be correct. These individuals may be unfamiliar with the requirements of operating a public company which could cause the post-combination company to have to expend time and resources helping them become familiar with such requirements. This could be expensive and time-consuming and could lead to various regulatory issues which may adversely affect its operations."[90]

- GS Acquisition Holdings Corp. II 2021 Form S-4: "***Our future success is dependent on our ability to retain key personnel, including our executive officers, and attract qualified personnel. If we lose the services of these individuals or are unable to attract new talent, our business will be materially and adversely affected.*** Our future operating results depend in significant part upon the continued contributions of our key technical and senior management personnel, many of whom would be difficult to replace. We are particularly dependent on the continued service of Thomas D. Logan, our Chief Executive Officer and current Chairman of the Board (and expected Vice Chairman of the Board upon consummation of the business combination), Brian Schopfer, our Chief Financial Officer, and Mike Freed, our Chief Operating Officer. Our future operating results also depend in significant part upon our ability to attract, train and retain qualified management, manufacturing and quality assurance, engineering, marketing, sales and support personnel."[91]

- GX Acquisition Corp. 2021 Form S-4: "***Celularity is highly dependent on its key personnel, and if Celularity is not successful in attracting and retaining highly qualified personnel, Celularity may not be able to successfully implement its business strategy***. Celularity's ability to compete in the highly competitive biotechnology and pharmaceutical industries depends upon its ability to attract and

---

[90] GigCapital2, Inc., Form S-4 filed with the SEC on February 8, 2021, p. 105. Emphasis in original.

[91] GS Acquisition Holdings Corp II, Form S-4 filed with the SEC on June 29, 2021, p. 81. Emphasis in original.

retain highly qualified managerial, scientific and medical personnel. Celularity is highly dependent on its management, scientific and medical personnel, including its Founder and Chief Executive Officer, Robert Hariri, M.D., Ph.D., its Chief Scientific Officer, Xiaokui Zhang, Ph.D., and its Chief Operating Officer, John Haines. The loss of the services of any of Celularity's executive officers, other key employees, and other scientific and medical advisors, and its inability to find suitable replacements could result in delays in product development and harm its business."[92]

- HealthCor Catalio Acquisition Corp. 2021 Form S-4: "***If the Company is unable to attract, recruit, train, retain, motivate and integrate key personnel, the Company may not achieve its goals***. The Company's future success depends on its ability to attract, recruit, train, retain, motivate and integrate key personnel, including the Company's Founder, Dr. Jonathan Rothberg, its Executive Chairman, Scott Huennekens, and its Chief Executive Officer, Dave Scott, as well as its recently expanded management team and its research and development, manufacturing, software engineering and sales and marketing personnel. Competition for qualified personnel is intense."[93]

- Lifesci Acquisition II Corp. 2021 Form S-4: "***If Science 37 loses the services of key personnel or is unable to recruit and retain experienced personnel, its business could be adversely affected.*** Science 37's success substantially depends on the collective performance, contributions and expertise of its personnel including senior management and key personnel, qualified professional, scientific and technical operating staff and qualified sales representatives for its contract sales services."[94]

- Longview Acquisition Corp. 2021 Form S-4: "***If Butterfly is unable to attract, recruit, train, retain, motivate and integrate key personnel, Butterfly may not achieve its goals***. Butterfly's future success depends on its ability to attract, recruit, train, retain, motivate and integrate key personnel, including Butterfly's Founder and Chairman, Dr. Jonathan Rothberg, and its Chief Executive Officer, Laurent Faracci, as well as its recently expanded management team and its research and development, manufacturing, software engineering and sales and marketing personnel. Competition for qualified personnel is intense."[95]

- Silver Spike Acquisition Corp. 2021 Form S-4: "***If we are unable to recruit, train, retain and motivate key personnel, we may not achieve our business objectives***. Our future success depends on our ability to recruit, train, retain and motivate key personnel, including Christopher Beals, our Chief Executive Officer; Brian Camire, our General Counsel; Justin Dean, our Chief Technology Officer and Chief

---

[92] GX Acquisition Corp., Form S-4 filed with the SEC on January 25, 2021, p. 51. Emphasis in original.

[93] HealthCor Catalio Acquisition Corp., Form S-4 filed with the SEC on August 30, 2021, p. 48. Emphasis in original.

[94] Lifesci Acquisition II Corp., Form S-4 filed with the SEC on July 27, 2021, p. 37. Emphasis in original.

[95] Longview Acquisition Corp., Form S-4 filed with the SEC on January 6, 2021, p. 64. Emphasis in original.

Information Officer; Juanjo Feijoo, our Chief Marketing Officer; Steven Jung, our President and Chief Operations Officer; and Arden Lee, our Chief Financial Officer. Competition for qualified personnel in the technology industry is intense, particularly in Southern California, where we are headquartered. Additionally, we face additional challenges in attracting, retaining and motivating highly qualified personnel due to our relationship to the cannabis industry, which is rapidly evolving and has varying levels of social acceptance. We do not maintain fixed term employment contracts or key man life insurance with any of our employees. Any failure to attract, train, retain and motivate qualified personnel could materially harm our operating results and growth prospects."[96]

- Thimble Point Acquisition Corp. 2021 Form S-4: "***The Company's future depends on the continued contributions of its senior management team and its ability to attract and retain other highly qualified personnel; in particular, Corey McCann, our President and Chief Executive Officer, and Christopher Guiffre, our Chief Financial Officer and Chief Operating Officer, are critical to our future vision and strategic direction***. Our success depends in large part on our ability to attract and retain high-quality management in sales, market access, product development, software engineering, marketing, operations, finance and support functions, especially in the Boston area and the San Francisco Bay area. We compete for qualified technical personnel with other life sciences and information technology companies. Competition for qualified employees is intense in our industry, particularly for software engineers, and the loss of even a few qualified employees, or an inability to attract, train, retain and motivate additional highly skilled employees required for the planned expansion of our business could harm our operating results and impair our ability to grow. The loss of one or more of our key employees, and any failure to have in place and execute an effective succession plan for key executives, could seriously harm our business… In addition, our future also depends on the continued contributions of our senior management team and other key personnel, each of whom would be difficult to replace. In particular, Corey McCann, our President and Chief Executive Officer, and Christopher Guiffre, our Chief Financial Officer and Chief Operating Officer, are critical to our future vision and strategic direction. We rely on our executive team in the areas of operations, research and development, commercial, and general and administrative functions. Although we have entered into employment agreements or offer letters with our key employees, these agreements have no specific duration and constitute at-will employment, and we do not maintain key person life insurance for some of our key employees."[97]

51.    The similarity of the statements I identify above to the Alleged Key Person Misrepresentations, coupled with the frequency of the inclusion of such statements in a company's

---

[96] Silver Spike Acquisition Corp., Form S-4 filed with the SEC on April 1, 2021, p. 63. Emphasis in original.

[97] Thimble Point Acquisition Corp., Form S-4 filed with the SEC on July 16, 2021, p. 31. Emphasis in original.

31

disclosures, provide additional support for my opinion that the Alleged Key Person Misrepresentations are generic.

52.    In sum, in my opinion, based on my knowledge and experience, the Alleged Key Person Misrepresentations do not provide specific information that would meaningfully help investors ascertain the size, sustainability, and growth of AdaptHealth's future cash flows. Nor would such statements help an investor distinguish AdaptHealth from other similar firms. The language that AdaptHealth used in the Alleged Key Person Misrepresentations is sufficiently generic that it could have been used by any firm in the industry and, as seen in the examples I reviewed, was used by Peer Companies and Comparable SPACs. These Alleged Key Person Misrepresentations do not add incremental information beyond what is reflected in the track record of the business and, therefore, I would not expect investors to rely on these statements to make equity investment decisions.

### C.    Further, analysts did not discuss the Alleged Key Person Misrepresentations.

53.    To further assess whether AdaptHealth's Alleged Key Person Misrepresentations would have been pertinent to investors, I undertook an independent review of analyst commentary in analyst reports. My review spanned time periods before and after the AdaptHealth Press Release. In this exercise, I reviewed 130 analyst reports from 13 different brokerage houses offering coverage of AdaptHealth.[98]

54.    While it is customary for analysts to discuss the skills, experience, and relative strength of the management team, that discussion is typically based on factual information, such as the historical performance of the company, rather than the company's boilerplate claims or

---

[98] My review included all of the analyst reports from the period of November 8, 2019 to July 16, 2021.

statements of historical fact in its disclosures. In the analyst reports that I reviewed, I found no evidence that the analysts considered the Alleged Key Person Misrepresentations. Analyst discussion either recounted undisputed facts about the Company (*e.g.*, about the professional profile of its senior managers) or commentary that was based on AdaptHealth's track record (*e.g.*, an expression of confidence in "management's *historical* discipline and execution" or in "the company's ability to *continue* successfully integrating acquisitions"; "AHCO has demonstrated a strong ability to on-board acquisitions successfully through its dedicated M&A integration team"; "The current management team founded AeroCare over 20 years ago and has demonstrated a strong track record as they have acquired and integrated over 150 transactions over that time frame"; "[The legacy AdaptHealth management team and the AeroCare executive team] has an extensive experience in the healthcare industry, especially within the healthcare services and business optimization.").[99] I did not see any of the specific statements that Lead Plaintiffs have identified as the Alleged Key Person Misrepresentations discussed, or even specifically mentioned, in my review of the analyst reports on AdaptHealth.[100] As analysts are often considered proxies for sophisticated investors, the fact that analyst reports did not mention any of the Alleged Key Person Misrepresentations provides additional support for my opinion that investors would not consider such statements pertinent to their equity investment decisions.

---

[99] "Initiation of Coverage: Technology Disruption is Shaking up DMEs, Yielding an Innovative Model," *Deutsche Bank*, December 9, 2019, pp. 36, 7; "AdaptHealth Corp.: Delivering impressive growth to your door; Initiating at Outperform," *RBC Capital Markets*, June 9, 2020, p. 40; "AdaptHealth Corp UBS Evidence Lab inside: Initiate at Buy – Industry Leading Growth With Tech-Enabled Advantages," *UBS*, December 10, 2020, p. 52; "AdaptHealth Corp.: Adapting to the shift in care to the home – Initiating with Buy," *Bank of America Global Research,* January 26, 2021, p. 4. Emphasis added.

[100] In fact, analysts did not quote or specifically reference any of the Alleged Misrepresentations in any report prior to the AdaptHealth Press Release.

**D.      Investors would not connect the Alleged Key Person Misrepresentations with the AdaptHealth Press Release.**

55.      In my opinion, investors would not connect the AdaptHealth Press Release concerning the McGee Tax Issue with any of the Alleged Key Person Misrepresentations. Put differently, investors would not find that the AdaptHealth Press Release revealed information relevant to the accuracy of the prior Alleged Key Person Misrepresentations.

56.      As I have described above, the Alleged Key Person Misrepresentations were generic, boilerplate statements or redundant statements of historical fact that typically stated some variation on the point that AdaptHealth was led by a "seasoned management team" of industry and financial professionals with extensive industry knowledge. In my opinion, investors would not find such statements to bear any relation to (and, as such, did not reveal information relevant to the accuracy of) the information in the AdaptHealth Press Release concerning the McGee Tax Issue. Put more explicitly, investors would not connect the information contained in the AdaptHealth Press Release with AdaptHealth's past Alleged Key Person Misrepresentations concerning the experience of AdaptHealth's management team.

57.      Further, the information in the AdaptHealth Press Release is highly specific as to Mr. McGee's private conduct unrelated to AdaptHealth's business. The Alleged Key Person Misrepresentations, by contrast, were generic, boilerplate statements and/or redundant statements of historical fact, as I opine on in Section IV.A of this report. The specific nature of the AdaptHealth Press Release, coupled with the highly generic nature of the Alleged Key Person Misrepresentations, indicates that investors would not find that the former revealed information relevant to the accuracy of the latter. In my opinion, based on my knowledge and experience, investors would not connect the two sets of statements, let alone perceive that the AdaptHealth

34

Press Release revealed information relevant to the accuracy of the Alleged Key Person Misrepresentations about, for instance, AdaptHealth's experienced management team.

## V.    Investors would not consider the Alleged Legal Proceeding Misrepresentations pertinent to equity investment decisions or connect the Alleged Legal Proceeding Misrepresentations with the AdaptHealth Press Release.

58.    Among Lead Plaintiffs' Alleged Legal Proceeding Misrepresentations is the following excerpt:

- AdaptHealth is involved in investigations, claims, lawsuits and other proceedings arising in the ordinary course of its business. These matters involve personnel and employment issues, regulatory matters, personal injury, contract and other proceedings arising in the ordinary course of business, which have not resulted in any material losses to date. Although AdaptHealth does not expect the outcome of these proceedings will have a material adverse effect on its financial condition or results of operations, such matters are inherently unpredictable. Therefore, AdaptHealth could incur judgments or enter into settlements or claims that could materially impact its financial condition or results of operations. In addition, on July 25, 2017, AdaptHealth Holdings was served with a subpoena by the U.S. Attorney's Office for the United States District Court for the Eastern District of Pennsylvania ("EDPA") pursuant to 18 U.S.C. §3486 to produce certain audit records and internal communications regarding ventilator billing. The investigation appears to be focused on billing practices regarding one payor that contracted for bundled payments for certain ventilators. AdaptHealth Holdings has cooperated with investigators and, through agreement with the EDPA, has submitted all information requested. An independent third party was retained by AdaptHealth Holdings that identified overpayments and underpayments for ventilator billings related to the payor, and a remittance was sent to reconcile that account. AdaptHealth Holdings has cooperated and fully complied with the subpoena. On October 3, 2019, AdaptHealth received a follow-up civil investigative demand from the EDPA regarding a document previously produced to the EDPA and patients included in the review by the independent third party. AdaptHealth has responded to the EDPA and supplemented its production as requested. At this time, AdaptHealth Holdings cannot provide any assurance as to whether the EDPA will seek additional information or pursue this matter further.[101]

---

[101] Complaint ¶ 90. Lead Plaintiffs cite other statements with substantially similar language at Complaint ¶¶ 96, 102, and 112, except that ¶ 112 includes information concerning AeroCare having been served with a civil investigative demand almost two years prior to its acquisition by AdaptHealth. Such information concerning AeroCare preceding its affiliation with AdaptHealth would be unlikely to be viewed by investors as affecting AdaptHealth's future cash flows in making their equity investment decisions.

A.    **The Alleged Legal Proceeding Misrepresentations are not pertinent to investor equity decision-making because they contain stale, redundant information.**

59.    Although investors typically consider legal proceedings against a company in making equity investment decisions to the extent that they relate to a company's future cash flows, such investors would not have found the Alleged Legal Proceeding Misrepresentations pertinent to their equity investment decisions.

60.    The Alleged Legal Proceeding Misrepresentations cited by Lead Plaintiffs contained recycled information already disclosed to investors, including in other SEC filings by AdaptHealth and even before the beginning of the Putative Class Period in the Schedule 14A Proxy Statement filed by DFB.[102] As discussed above, stale, redundant, or duplicative information does not affect equity investment decision-making by investors. In my opinion, investors would not view the Alleged Legal Proceeding Misrepresentations to affect the Company's future cash flows because each of the Alleged Legal Proceeding Misrepresentations cited by Lead Plaintiffs contained information already disclosed to investors.

B.    **The AdaptHealth Press Release does not reveal information relevant to the accuracy of the Alleged Legal Proceeding Misrepresentations.**

61.    In my opinion, investors would not have connected the Alleged Legal Proceeding Misrepresentations with the McGee Tax Issue because the Alleged Legal Proceeding Misrepresentations explicitly concern legal proceedings against the *Company* rather than legal proceedings against an officer in his personal capacity unrelated to AdaptHealth's business—that

---

[102] DFB Healthcare Acquisitions Corp. Schedule 14A Proxy Statement filed with the SEC on October 23, 2019, p. 185.

is, investors would not have found that the AdaptHealth Press Release revealed information relevant to the accuracy of the Alleged Legal Proceeding Misrepresentations.

62.     Further, I found no acknowledgement of the Alleged Legal Proceeding Misrepresentations themselves in analyst reports that were issued on the day of the AdaptHealth Press Release and through the end of the Putative Class Period. The absence of *analysts* connecting the AdaptHealth Press Release with the Alleged Legal Proceeding Misrepresentations provides further support for my opinion that investors *themselves* would be unlikely to connect the AdaptHealth Press Release to the accuracy of the prior Alleged Legal Proceeding Misrepresentations.

## VI.     Investors would not consider the Alleged Business Performance and Strategy Misrepresentations pertinent to equity investment decisions or connect the Alleged Business Performance and Strategy Misrepresentations with the AdaptHealth Press Release.

63.     Among the Alleged Misrepresentations are several statements regarding AdaptHealth's prior performance and/or business strategy. The following statements addressed AdaptHealth's prior performance and/or business strategy:

- "'On behalf of the team at DFB and Deerfield, I am thrilled to announce the closing of this transaction,' said Richard Barasch, who will serve as Chairman of the Board of AdaptHealth. 'Luke and his team have built one of the industry's leading HME providers through a combination of accretive capital deployment, high-touch customer engagement, and a scalable, purpose-built, technology-enabled operating model. We believe AdaptHealth will continue to occupy an increasingly distinct position in the home-based healthcare value chain as the most efficient provider in the space.'"[103]

- "'We are very pleased with AdaptHealth Holdings' year-to-date 2019 financial results, which included significant increases in revenue and Adjusted EBITDA that demonstrate the successful execution of our strategy to grow organically and through accretive acquisitions. The third quarter of 2019 represented the best

---

[103] Complaint ¶ 76.

quarter in our history in terms of Net revenues, Adjusted EBITDA and Adjusted EBITDA Less Patient Equipment Capex.'"[104]

- "Strategically, closing the merger transaction with DFB Healthcare in November 2019, and entering the public markets was an important milestone. We are thrilled to have partnered with Deerfield Management and Richard Barasch in that transaction and appreciate their continuing support and the support of all our new shareholders. We believe we've got the best business model in home medical equipment and are poised for exciting organic and acquisition-related growth over the next few years. Our acquisition pipeline remains robust, and we expect to be active throughout 2020. We believe we can accretively acquire an additional $100 million HME revenue in 2020 in addition to already announced transactions. We will continue to look at opportunities to expand our product offering particularly for products that help patients with chronic diseases stay at home such as continuous glucose monitors, insulin pumps and other supply categories that were part of the PCS acquisition."[105]

- "We had an extraordinarily busy and productive second quarter. Our core business performed well, and we were active in identifying attractive acquisition candidates to help further our strategic long-term goals. As previously announced, we closed to strategically important acquisitions on July 1, 2020, Solara medical supplies and ActivStyle Inc Solara is a leading independent distributor of continuous glucose monitors in the U.S. This is a transformative transaction that will establish AdaptHealth as a leader in the fast-growing diabetes management business."[106]

- "'Our strong year-to-date financial performance and improved outlook for the remainder of 2020 reflects the tremendous efforts of our employees and their dedication to our patients and healthcare partners. We have remained opportunistic throughout the quarter, acquiring several diabetes management and home medical equipment businesses in high-growth areas. Additionally, on October 1, 2020, we acquired Pinnacle Medical Solutions, a leading distributor of medical devices and supplies to patients for the treatment of diabetes, including continuous glucose monitors and insulin pumps.'"[107]

- "'Our team has been heavily focused on acquisition integration and I am confident these efforts will be fruitful in Q4'19 and 2020. We are affirming the Company's previously reported expectation that Adjusted EBITDA and Adjusted EBITDA Less Patient Equipment Capex for the twelve months ended December 31, 2019

---

[104] Complaint ¶ 77; *see also* ¶¶ 80, 88, and 93 for similar statements.

[105] Complaint ¶ 81.

[106] Complaint ¶ 94.

[107] Complaint ¶ 99.

will approximate $75 million and $123 million, respectively. Our potential acquisition pipeline is more robust than it has been at any point in the last three years, and we are truly excited about executing on these opportunities.'"[108]

- "We ended 2019 as a fast-growing and profitable home medical equipment company with a small medical supplies business. With acquisitions in 2020, we have not only accelerated the growth of our home medical equipment business but, importantly, have added a large and growing supplies business with a concentration in advanced diabetes supplies and management. We continue to be active acquirers of traditional HME businesses in the third quarter. When we acquired the HME assets of Advanced Home Care and Healthline Medical in March, we noted that there would be merit to adding additional density in the Southeast and Southwest. To that end, we acquired Family Medical, a $40 million revenue HME in Eastern North Carolina in mid-August and closed on another acquisition in Texas in early October. These additions add important scale in high-growth geographies. We also made several smaller HME acquisitions in the Mid-Atlantic, Midwest and New England during the quarter. We are excited about the key operational leadership from these acquired companies and have retained many as leaders within AdaptHealth."[109]

- "Our integrated technology platform includes scalable and centralized front-end and back office processes that facilitate the effective onboarding of potential acquisitions and help achieve cost synergies. We have demonstrated our ability to execute upon acquisitions, completing 86 transactions from our date of founding through December 31, 2020. As we continue to grow, we expect to deploy incrementally more capital and integrate substantially larger targets over time, which in turn we expect will be a source of continued growth for us."[110]

- "As we've demonstrated over the past several years, our team has the ability to integrate acquisitions into a cohesive and comprehensive platform to deliver health care in the home. The acquisition of AeroCare will only enhance and accelerate our goals here. Our management teams have shared a common view of success for a long time, a business that is powered by technology, connectivity and ease of doing business with our referring providers, efficient logistics and turnaround times, and patient satisfaction with our products and services. We continue to invest in these important areas, and the team will talk about progress in our prepared remarks."[111]

---

[108] Complaint ¶ 77.

[109] Complaint ¶ 100.

[110] Complaint ¶ 105.

[111] Complaint ¶ 109.

- "Following the AeroCare closing, we remain focused on strengthening our geographic footprint, product mix and patient access through strategic and accretive acquisitions. In late February, we closed on the acquisition of Allina Health Home Oxygen & Medical Equipment in Minneapolis. And earlier this week, we closed on 2 other acquisitions, further complementing our existing HME businesses in the Midwest and Southern California."[112]

**A.  The Alleged Business Performance and Strategy Misrepresentations are characterizations of AdaptHealth's prior business performance and/or redundant statements of company strategy that provide no new or unexpected information to investors.**

64.    Although investors typically consider a company's past business performance and its business strategy in making equity investment decisions to the extent that they relate to a company's future cash flows, such investors would not have found the Alleged Business Performance and Strategy Misrepresentations pertinent to their equity investment decisions for two primary reasons.

65.    First, investors would have understood that the Alleged Business Performance and Strategy Misrepresentations concerning AdaptHealth's past business performance are merely AdaptHealth's own characterizations of its past performance. As explained in Section IV.A with respect to the Alleged Key Person Misrepresentations, for a company like AdaptHealth that has a decade-long operating history—some of it as a private company and some of it as a public company—investors would have been likely to rely on the actual past performance rather than laudatory statements made by the Company. Previously disclosed information about the Company's financial history provides a reliable foundation on which investors can and will base investment decisions, rather than the Company's own characterization of its performance. For example, investors would not have made equity investment decisions based on statements such as

---

[112] *Id.*

those in the Alleged Business Performance and Strategy Misrepresentations that "*[w]e are very pleased* with AdaptHealth Holdings' year-to-date 2019 financial results";[113] *"we are very pleased with our 2019 performance"*;[114] *"[w]e are very pleased* with our 2020 performance";[115] or touting "our strong first quarter performance";[116] stating that "[o]ur strong year-to-date 2020 performance reflects the extraordinary hard work, resilience and dedication of our outstanding AdaptHealth team";[117] or asserting that "we had an extraordinarily busy and productive second quarter."[118]

66.    When reporting positive performance, based on my knowledge and experience, practically all companies tout their past performance using similar language in press releases that accompany quarterly earnings announcements. Such statements were routinely made by Peer Companies when announcing quarterly results in 2021: "We outperformed expectations once again";[119] "Our significant commercial momentum continued";[120] "Our team continued to perform extremely well";[121] "[The company] continued to demonstrate its operational excellence and extensive healthcare supply chain expertise";[122] "We delivered a solid second-quarter";[123] "[O]ur teams showed good resilience and delivered a solid quarter of financial results";[124] "Our second-quarter results demonstrate our resilient business model, strong fundamentals, and the adaptability

---

[113] Complaint ¶ 77. Emphasis added.

[114] Complaint ¶ 80. Emphasis added.

[115] Complaint ¶ 108. Emphasis added.

[116] Complaint ¶ 88.

[117] Complaint ¶ 93.

[118] Complaint ¶ 94.

[119] CVS Health, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on November 3, 2021, p. 1.

[120] Inspire Medical Systems, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 3, 2021, p.1.

[121] Inspire Medical Systems, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 2, 2021, p.1

[122] McKesson, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on February 2, 2021, p. 1.

[123] Owens & Minor, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 3, 2021, p. 1.

[124] Stryker, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on January 27, 2021, p. 1.

of our dedicated employees,"[125] etc. The similarity of the language in these statements to that in the Alleged Business Performance and Strategy Misrepresentations, coupled with the frequency of the inclusion of such statements in a company's disclosures, provides additional support for my opinion that investors would be unlikely to consider such statements when making equity investment decisions.

67.     Instead of focusing on such company statements that accompany the quarterly results, investors look to the company's actual performance and determine for themselves how the performance should factor into their equity investment decisions. Furthermore, redundant statements of historical fact do not factor into investors' equity investment decisions. Likewise, nor do the Alleged Business Performance and Strategy Misrepresentations' characterizations of those historical facts factor into investors' equity investment decisions.

68.     Second, to the extent that the Alleged Business Performance and Strategy Misrepresentations concern AdaptHealth's future business strategy, as opposed to past, previously known and assessable performance, as demonstrated by the very phrasing of these statements, they merely communicate the continuation of a known and previously disclosed business strategy, once again making them not pertinent to equity investment decisions. As explained in Section III.A, investors do not consider information that is duplicative or redundant pertinent to a stock's value because such information does not provide investors with new or unexpected information.[126] Here, the Alleged Business Performance and Strategy Misrepresentations only inform investors that AdaptHealth intends to continue a previously disclosed and known strategy. For example: "We

---

[125] Cardinal Health, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 5, 2021, p. 1.

[126] *See supra* ¶ 27.

will *continue to look at opportunities to expand* our product offering";[127] "[W]e have *maintained* a strong pipeline of acquisition opportunities and we will *continue to pursue our M&A growth strategy* for the balance of 2020";[128] "We are *continuing* to successfully deploy a scalable growth model focused on organic sales, acquisitions, accretive capital deployment, and cash generation";[129] "We expect to *remain* an active participant in the consolidation of our industry";[130] "*Continuing* to grow through accretive acquisitions is a key element of AdaptHealth's growth strategy, and AdaptHealth continuously reviews its pipeline of potential acquisition candidates";[131] "AdaptHealth's strategic plan also contemplates *continued* growth from future acquisitions of home medical equipment providers";[132] "We *continue* to be active acquirers of traditional HME businesses in the third quarter";[133] and "we plan to *continue* to evaluate acquisitions and execute upon attractive opportunities to help drive growth."[134] Because these statements do not provide investors with any new or unexpected information, it is my opinion that investors would not have found them pertinent to their equity investment decisions.

**B.    The AdaptHealth Press Release does not reveal information relevant to the accuracy of the Alleged Business Performance and Strategy Misrepresentations.**

69.    In my opinion, investors would not connect the AdaptHealth Press Release with the Alleged Business Performance and Strategy Misrepresentations because the AdaptHealth Press

---

[127] Complaint ¶ 81. Emphasis added.

[128] Complaint ¶ 89. Emphasis added.

[129] Complaint ¶ 93. Emphasis added.

[130] Complaint ¶ 76. Emphasis added.

[131] Complaint ¶ 82. Emphasis added.

[132] Complaint ¶ 82. Emphasis added.

[133] Complaint ¶ 100. Emphasis added.

[134] Complaint ¶ 105. Emphasis added.

Release and the Alleged Business Performance and Strategy Misrepresentations concern different topics. As such, investors would not find that the AdaptHealth Press Release revealed information relevant to the accuracy of the Alleged Business Performance and Strategy Misrepresentations.

70.     First, as discussed above, several of the Alleged Business Performance and Strategy Misrepresentations concern AdaptHealth's past performance. They include statements about AdaptHealth's merger with DFB in November 2019 and its entry into the public markets,[135] comments on most recent quarterly, year-to-date or annual financial results,[136] and statements about past acquisitions.[137] AdaptHealth's continued "[successful deployment] of a scalable growth model"[138] and comments on its demonstrated ability to integrate acquisitions[139] were additional topics addressed in some of the backward-looking statements. In my opinion, investors would not view the AdaptHealth Press Release as having revealed information relevant to the accuracy of the Alleged Business Performance and Strategy Misrepresentations.

71.     Second, some of the Alleged Business Performance and Strategy Misrepresentations concern the Company's future performance. They cover a range of topics, all of which speak to AdaptHealth's guidance for the upcoming quarter[140] and its plans for growth. AdaptHealth's growth strategy includes the acquisition of other businesses and organic growth as it integrates these acquisitions into its operations. The Alleged Business Performance and Strategy Misrepresentations describe AdaptHealth's plans to: grow both organically and through accretive

---

[135] Complaint ¶¶ 76, 81.

[136] Complaint ¶¶ 77, 80, 88, 93–94, 99–100, 109.

[137] Complaint ¶¶ 94, 99–100, 108.

[138] Complaint ¶¶ 88, 93.

[139] Complaint ¶ 109.

[140] Complaint ¶¶ 77, 99, 108.

44

acquisitions;[141] grow its geographic footprint, product mix, and patient access through acquisitions;[142] deploy incrementally more capital to acquisitions and integrate substantially larger acquisition targets over time;[143] grow organically by achieving process improvements and technology solutions;[144] and grow organically not just by increasing revenue but also by expanding margins.[145] They also discuss the risk from increased competition for acquisition targets and the risk that the acquisitions may not result in anticipated growth rates.[146]

72.      The AdaptHealth Press Release, meanwhile, concerns Mr. McGee's alleged involvement in an alleged tax fraud between 2014 and 2015 unrelated to AdaptHealth's business, his indictment for such alleged involvement, and his leave from his position as a co-CEO. Thus, the AdaptHealth Press Release does not in any way reveal information that investors would consider relevant to the accuracy of the Alleged Business Performance and Strategy Misrepresentations. Further, investors would not expect to find statements about an officer's personal conduct unrelated to the Company's business among statements concerning quarterly guidance and the Company's plans for growth.

73.      In my review of analyst reports that were issued on the day of the AdaptHealth Press Release and through the end of the Putative Class Period, I did not find that analysts mentioned the Alleged Business Performance and Strategy Misrepresentations in any discussions of the AdaptHealth Press Release, let alone commented that they thought the Alleged Business

---

[141] Complaint ¶¶ 76, 81–82, 89, 105.

[142] Complaint ¶ 89.

[143] Complaint ¶ 105.

[144] Complaint ¶ 108.

[145] Complaint ¶ 82.

[146] Complaint ¶ 82.

Performance and Strategy Misrepresentations were misleading or untrue.[147] This provides further support for my opinion that investors would be unlikely to connect the AdaptHealth Press Release with the Alleged Business Performance and Strategy Misrepresentations.

74.    Since (i) the Alleged Business Performance and Strategy Misrepresentations and the AdaptHealth Press Release concern entirely different topics; (ii) the majority of the Alleged Business Performance and Strategy Misrepresentations are statements of historical fact and thus unchanged by the AdaptHealth Press Release; and (iii) none of the seven analysts that issued reports on the day of or the day following the AdaptHealth Press Release[148] linked the specific Alleged Business Performance and Strategy Misrepresentations at issue here to the AdaptHealth Press Release, it is my opinion that investors would not view the AdaptHealth Press Release to

---

[147] Analysts did consider the impact of Mr. McGee's departure on the Company's M&A strategy. However, having considered that impact, all analysts except one concluded that any such impact was unlikely to be significant and, as such, they did not adjust their valuations (or price targets) of AdaptHealth's stock. The one analyst that downgraded the stock expressly stated that it fully expected AdaptHealth to "remain an active acquirer." *See, e.g.,* "First Read: AdaptHealth Corp 'CEO Placed On Leave [Erratum],'" UBS, April 13, 2021; "Comment on Board of Directors Statement," Truist Securities, April 13, 2021; "Healthcare Services 1Q21 Preview," Truist Securities, April 14, 2021; "Board places Co-CEO on leave following Denmark legal charges," Canaccord Genuity, April 13, 2021; "Thesis Hasn't Changed With Co-CEO Going on Leave; Pullback Opens Buying Oppty," Jefferies, April 13, 2021; "Adapt Health Corp.: Co-CEO removal doesn't create leadership void," Bank of America Global Research, April 14, 2021; "AdaptHealth: Never a good headline, Co-CEO placed on unpaid leave," Deutsche Bank, April 13, 2021.

[148] I also reviewed analyst reports that were issued in the weeks subsequent to the AdaptHealth Press Release and until the end of the Putative Class Period. These reports mentioned McGee's departure, but did not mention the Alleged Business Performance and Strategy Misrepresentations, nor did they link the Alleged Business Performance and Strategy Misrepresentations with the AdaptHealth Press Release. Further, these subsequent reports largely maintained their stance that firm performance was not adversely affected by McGee's departure. For example, in early May when AdaptHealth released first quarter 2021 results, some analysts concluded, "We believe the business is sound . . . The co-CEO's legal situation has not negatively impacted discussions with potential targets as evidenced by Spiro."; "Investor scrutiny may prove misguided . . ."; "We believe that AHCO should start trading on its fundamentals again vs concerns around McGee"; "[D]espite the recent mgmt turmoil, it is business as usual at AHCO." *See* "Lack of 1Q beat hits shares; provides good entry point," Canaccord Genuity, May 6, 2021; "Adapting to Higher Level of Scrutiny," Baird, May 6, 2021; "AdaptHealth: 1Q a tad light; 2021 guidance raised – all eyes on leadership commentary," Deutsche Bank, May 6, 2021; "Sell-off ignores solid fundamental performance that confirms business as usual," RBC Capital Markets, May 6, 2021. By mid-July the Baird analyst that had downgraded the company in April when the AdaptHealth Press release was issued said, "McGee situation is essentially over and self-contained." *See* "Upgrade to Outperform," Baird, July 14, 2021.

reveal information relevant to the accuracy of the Company's prior Alleged Business Performance and Strategy Misrepresentations.

## VII.   Conclusion

75.   In my opinion and based on my knowledge and experience, the information contained in AdaptHealth's Alleged Key Person Misrepresentations would not be pertinent to investors. While active fundamental investors might consider information about legal proceedings and business strategy and performance pertinent to equity investment decisions generally, my analysis shows that the information in the Alleged Legal Proceeding Misrepresentations and the Alleged Business Performance and Strategy Misrepresentations was redundant or contained previously disclosed information and would not be pertinent to investors' equity investment decisions. In addition, investors would not consider the AdaptHealth Press Release to reveal information relevant to the accuracy of the information in any of the Alleged Misrepresentations.

Signed on the 29th day of March, 2023.

_Craig M. Lewis_

_____

Professor Craig Lewis

## APPENDIX A

### CRAIG M. LEWIS
Curriculum Vitae
March 1, 2023

---

Madison S. Wigginton Professor of Finance
Owen Graduate School of Management
Vanderbilt University
401 21st Avenue South
Nashville, TN 37203

## CONTACT INFORMATION

**E-Mail:**    craig.lewis@vanderbilt.edu
**Telephone:**   615-322-2626

## EDUCATION

Ph.D., University of Wisconsin-Madison, Finance, August 1986.

M.S., University of Wisconsin-Madison, Finance, August 1982.

B.S., Ohio State University, Accounting, June 1978.

## ACADEMIC EXPERIENCE

Madison S. Wigginton Professor of Finance, Owen Graduate School of Management, Vanderbilt University, Nashville, Tennessee, August 2007 – Present

Professor of Law, Vanderbilt Law School, Vanderbilt University, Tennessee, December 2014 - Present

Visiting Professor of Accounting, Bocconi University, Milan, Italy, 2017 - 2021.

Professor of Finance, Owen Graduate School of Management, Vanderbilt University, Nashville, Tennessee, 2004 - 2007

Associate Professor of Management, Owen Graduate School of Management, Vanderbilt University, Nashville, Tennessee, 1993 - 2004

Visiting Professor of Finance, Donau Universität, Krems, Austria, 2001 - 2005

Visiting Professor of Derivatives and Financial Engineering, Johann Wolfgang Goethe-Universität, Frankfurt, Germany, Summer 2000

Visiting Professor of Finance, Amos Tuck School of Business, Dartmouth College, Hanover, New Hampshire, Spring 2000

Assistant Professor of Management, Owen Graduate School of Management, Vanderbilt University, Nashville, Tennessee, 1986 - 1993

Instructor, Graduate School of Business, University of Wisconsin-Madison, Madison, Wisconsin, Summers of 1983 - 1985

A1

## REGULATORY EXPERIENCE

Director of the Division of Economic and Risk Analysis, U.S. Securities and Exchange Commission, formerly named Division of Risk, Strategy, and Financial Innovation, June 2011 – May 2014

Chief Economist, U.S. Securities and Exchange Commission, June 2011 – May 2014

Vice Chairman, Committee on Emerging Risk, International Organization of Securities Commissions (IOSCO), July 2013 – May 2014

Economic Fellow, U.S. Securities and Exchange Commission, January 2010 – August 2010 and January 2011 – June 2011

## PROFESSIONAL EXPERIENCE AND CERTIFICATION

Arthur Young and Company, 1978-1981

Patomak Global Partners, Senior Advisor, 2014 – Present

Passed Certified Public Accounting Exam in the State of Ohio

## HONORS AND AWARDS

Financial Industry Regulatory Authority (FINRA) Economic Advisory Committee, 2017-- Present

Financial Executives Research Foundation, Research Committee, 2016 -- 2021

Financial Economists Roundtable, 2015 -- 2021

SEC Historical Society Museum Committee, 2016 -- Present

NACD Directorship 100: Governance Professionals and Institutions, 2011-2013

James A. Webb Award for Excellence in Teaching at the Owen Graduate School of Management, Vanderbilt University, 1991, 2000, 2009

Finalist for James A. Webb Award for Excellence in Teaching at the Owen Graduate School of Management, Vanderbilt University, 1997, 1999, 2001, 2010

Hirtle Callaghan Research Scholar Award, 2005

Dean's Research Productivity Award at the Owen Graduate School of Management, Vanderbilt University, 2003

NASDAQ Award for the Best Paper on Capital Formation at the Western Finance Association, June 2001 for "Busted IPOs and Windows of Misopportunity"

Fama-DFA Prize for the Best Paper Published in the *Journal of Financial Economics* in the Areas of Capital Markets and Asset Pricing, 2001, 1st Place for "Following the Leader: A Study of Individual Analysts Earnings Forecasts"

Dean's Award for Teaching Excellence at the Owen Graduate School of Management, Vanderbilt University, 1992, 1999

Outstanding Executive MBA Professor at the Owen Graduate School of Management, Vanderbilt University, 1991

## DISSERTATION

"A Multiperiod Theory of Corporate Financial Policy with Taxation."
Dissertation Committee: Lemma Senbet (Chairman), Robert Haugen, William Brock, Werner DeBondt, and Theoharry Grammatikos

## PUBLICATIONS

Choi, Siukai, Craig Lewis, and Yongxian Tan, "Changing Fundamentals Explain the Attenuation of Anomalies Better than Arbitrage," 2023, forthcoming *Journal of Financial Economics*.

Lewis, Craig, Benjamin Munyan, and Patrick Verwijmeren, "Slow Moving Capital: Convertible Debt Arbitrage Crashes Revisited," 2022, forthcoming *Journal of Financial and Quantitative Analysis*.

Lewis, Craig and Joshua T. White, "Deregulating Innovation Capital: The Effects of the JOBS Act on Biotech Startups," 2022, forthcoming *Review of Corporate Finance Studies*.

Lewis, Craig and Francesco Grossetti, "A Statistical Approach for Optimal Topic Model Identification," *Journal of Machine Learning Research* 23 (2022), 1-20

Lewis, Craig and Steven Young, "Fad or Future? Automated Analysis of Financial Text and its Implications for Corporate Reporting," *Accounting and Business Research* 49, (2019), 587-615.

Hoberg, Gerard and Craig Lewis, "Do Fraudulent Firms Produce Abnormal Disclosure?," *Journal of Corporate Finance* 43 (2017), 58-85.

Lewis, Craig M., "Money Market Funds and Regulation," *Annual Review of Financial Economics*, 8 (2016), 25–51

Giulio Girardi, Craig Lewis, and Mila Sherman Interconnectedness in the CDS Market," *Financial Analysts Journal,* 72 (2016), 14-16.

Conrad, Jennifer, Jonathan Karpoff, Craig Lewis, and Jay Ritter, "Crowdfunding," *Financial Analysts Journal,* 72 (2016), 62-82.

Lewis, Craig M. and Yongxian Tan, "Debt-Equity Choices, R&D Investment, and Market Timing," *Journal of Financial Economics*, 119 (2016), 599-610.

Lewis, Craig M and Patrick Verwijmeren, "Accounting for Cash-Settled Convertibles: The Interaction Between Earnings Management and Call Features," *Journal of Corporate Finance*, 24 (2014), 101-111.

Dutordoir, Marie, Craig M. Lewis, James K. Seward, and Chris Veld, "What We Do and Do Not Know about Convertible Bond Financing," *Journal of Corporate Finance*, 24 (2014), 3-20.

A3

Brown, Stephen, Bruce Grundy, Craig M. Lewis and Patrick Verwijmeren "Hedge Fund Involvement in Convertible Securities," *Journal of Applied Corporate Finance*, 25:4 (2013), 60-73.

Brown, Stephen, Bruce Grundy, Craig M. Lewis and Patrick Verwijmeren "Convertibles and Hedge Funds as Distributors of Equity Exposure," *Review of Financial Studies*, 25:10 (2012), 3077-3112.

Lewis, Craig M and Patrick Verwijmeren, "Convertible Security Design and Contract Innovation," *Journal of Corporate Finance*, 17:4 (2011), 809-831,

- 2015 Editor's Choice award.

Gande, Amar and Craig M. Lewis, "Shareholder Initiated Class Action Lawsuits: Shareholder Wealth Effects and Industry Feedback," *Journal of Financial and Quantitative Analysis*, 44:4 (2009), 823-850.

Charoenrook, Anchada and Craig M. Lewis, "Information and Selective Disclosure," *Financial Management*, 38:1 (2009), 39-58.

Ivanov, Vladimir, and Craig M. Lewis, "The Determinants of Market-Wide Issue Cycles for Initial Public Offerings," *Journal of Corporate Finance*, 14 (2008), 567-583.

Hogan, Chris and Craig M. Lewis, "Long-Run Investment Decisions, Operating Performance, and Shareholder Value Creation of Firms Adopting Compensation Plans Based on Economic Profits," *Journal of Financial and Quantitative Analysis*, 40:4 (2005),  721-746.

Day, Theodore E. and Craig M. Lewis, "Margin Adequacy in Futures Markets," *Journal of Business*, 77: 1 (2004), 101-136.

Lewis, Craig M., Richard Rogalski, and James K. Seward, "Industry Conditions, Growth Opportunities, and Market Reactions to Convertible Debt Financing Decisions," 2003, *Journal of Banking and Finance*, 27: 1, (2003), 153-181.

Lewis, Craig M., Richard Rogalski, and James K. Seward, "Risk Changes Around Convertible Debt Offerings," *Journal of Corporate Finance*, 8: 1 (2002), 67-80.

Lewis, Craig M., Richard Rogalski, and James K. Seward, "The Long-Run Performance of Firms that Issue Convertible Debt: An Empirical Analysis of Operating Characteristics and Analyst Forecasts," *Journal of Corporate Finance,* 7: 4 (2001), 447-474.

Cooper, Rick A., Theodore E. Day and Craig M. Lewis, "Following the Leader: A Study of Individual Analysts Earnings Forecasts,"  *Journal of Financial Economics*, 61: 3 (2001), 383 – 416.

- Fama-DFA Prize for the Best Paper Published in the *Journal of Financial Economics* in the Areas of Capital Markets and Asset Pricing, 2001

Cooper, Rick A. and Craig M. Lewis, "Global Investing: Slicing the World Into Meaningful Pieces," *Advances in Financial Economics,* 5 (2000), 73-104.

Lewis, Craig M., Richard Rogalski, and James K. Seward, "Is Convertible Debt a Substitute for Straight Debt or Common Equity?," *Financial Management*, 28:3 (1999), 5-27.

Chaney, Paul K., Debra Jeter, and Craig M. Lewis, "The Use of Accruals in Income Smoothing: A Permanent Earnings Hypothesis," *Advances in Quantitative Analysis of Finance and Accounting*, 6 (1998), 103-136.

Lewis, Craig M , Richard Rogalski, and James K. Seward, "Understanding the Design of Convertible Debt," *Journal of Applied Corporate Finance*, 7 (1998), 45-53.

Lewis, Craig M., Richard Rogalski, and James K. Seward, "Agency Problems, Information Asymmetries and Convertible Debt Security Design," *Journal of Financial Intermediation*, 7 (1998), 32-59,

- 1998 JFI Most Significant Paper Prize, runner-up.

Chaney, Paul K. and Craig M. Lewis, "Income Smoothing and Underperformance in Initial Public Offerings," *Journal of Corporate Finance*, 4 (1998), 1-29.

Day, Theodore E. and Craig M. Lewis, "Initial Margin Policy and Stochastic Volatility in the Crude Oil Futures Market," *Review of Financial Studies*, 10 (1997), 303-332.

Lewis, Craig M, Richard Rogalski, and James K. Seward, "The Information Content of Value Line Convertible Bond Rankings," *Journal of Portfolio Management*, 24 (1997), 42-52.

Chaney, Paul K. and Craig M. Lewis, "Earnings Management and Firm Valuation Under Asymmetric Information," *Journal of Corporate Finance*, 1 (1995), 319-345.

Day, Theodore E. and Craig M. Lewis, "Forecasting Futures Market Volatility," *The Journal of Derivatives*, 1 (1993), 33-50.

- Reprinted in *Volatility New Estimation Techniques for Pricing Derivatives*, edited by Robert Jarrow, RISK Books (1998).

Lewis, Craig M and James Schallheim, "Are Debt and Leases Substitutes?" *Journal of Financial and Quantitative Analysis*, 27 (1992), 497-512.

Lewis, Craig M., "Convertible Debt: Valuation and Conversion in Complex Capital Structures," *Journal of Banking and Finance*, 15: 3 (1991), 665-682.

Day, Theodore E. and Craig M. Lewis, "Stock Market Volatility and the Information Content of Stock Index Options," *Journal of Econometrics*, 52 (1992), 267-287.

- Reprinted in *ARCH: Selected Readings (Advanced Texts in Econometric)*, edited by Robert Engle, Oxford University Press (2000).

Lewis, Craig M., "A Role for Recapitalization in Corporate Control Contests," *Managerial and Decision Economics*, 12 (1991), 489-498.

Lewis, Craig M., "A Multiperiod Theory of Corporate Financial Policy under Taxation," *Journal of Financial and Quantitative Analysis*, 25: l (1990), 25-44.

Day, Theodore E. and Craig M. Lewis, "The Behavior of the Volatility Implicit in the Prices of Stock Index Options," *Journal of Financial Economics*, 22: 1 (1988), 103 - 122.

**OTHER PUBLICATIONS**

Culp, Christopher, Craig Lewis, Patrick Parkinson, and Peter Wallison, "Too Big to Fail? The Major Financial Risk We Need to Examine Now," *FTI Journal*, April 2017, 1-9.

Champion, Chis, Gary Goolsby, Craig Lewis, and David Woodcock, "The Big Drop: How the Low Price of Oil Is Affecting the Oil and Gas Industry," *FTI Journal*, February 2016, 1-5.

Lewis, Craig M., "An Inflated $17 Billion Talking Point From The DOL," *Forbes*, December 15, 2015.

Lewis, Craig, Vladimir Ivanov, Amy Edwards, Igor Kozhanov, Tara Bhandari, and Scott Bauguess, "Perspectives on Economic Analysis at the SEC, Panel Session from the 2014 FMA Meeting", *Journal of Applied Corporate Finance*, 25:1 (2015), 58-67.

Culp, Christopher, Jason Kravitt, Craig Lewis, and James Overdahl, "Risky Business: Is Dodd-Frank On Target?," *FTI Journal*, March 2015, 1-5.

Lewis, Craig M. and Chris Veld, "Convertible Bond Financing," *Journal of Corporate Finance*, 24 (2014), 1-2.

Lewis, Craig M., "Economic Value Added? A Look at EPPs," OWEN@Vanderbilt 20 (2001), 14 - 16.

Day, Theodore E. And Craig M. Lewis, "Marginal Influence," *Energy and Power Risk Management, Risk Publications*, 1 (1997), 27-29.

**WHITE PAPERS**

Girardi, Giulio, Mila Getmansky, and Craig Lewis, "Interconnectedness in the CDS Market," *U.S. Securities and Exchange Commission, Division of Economic and Risk Analysis White Paper Series*, May 2014.

Lewis, Craig M. and Christian Schlag, "What Does U.S. Money Market Fund Reform Portend for the European Union?, *Sustainable Architecture for Finance in Europe White Paper Series*, House of Finance, Goethe University, October 2014.

Lewis, Craig M., "Liquid Alternative Mutual Funds: An Asset Class that Expands Opportunities for Diversification," March 2016.

Lewis, Craig M., "SolidX Bitcoin Trust: A Bitcoin Exchange Traded Product," February 2017.

Lewis, Craig M., "The Flawed Cost-Benefit Analysis Underlying the Department of Labor's Fiduciary Rule," August 2017.

Lewis, Craig M., "The Economics of Share Repurchase Programs," January 2019.

Lewis, Craig and Joshua T. White, "Science or Compliance: Will Section 404(b) Compliance Impede Innovation by Emerging Growth Companies in the Biotech Industry?" January 2019.

Lewis, Craig M., "Economic Analysis of Proposed Amendment to National Market System Plan Governing the Consolidated Audit Trail," February 2021

Lewis, Craig and Joshua T. White, "Corporate Liquidity Provision and Share Repurchase Programs," September 2021

## WORKING PAPERS

"Is the Bottom Line the Top Priority: Revenue Versus Earnings Guidance," with Audra Boone, Austin Starkweather, and Josh White, February 2020, first draft 2019.

"Investor Inattention, Financial Narrative, and Tone-Based Heuristics," 2021, with Francesco Grossetti and Miles Gietzmann.

"Commodity Futures and the Limits to Arbitrage," 2021, with Ricky Cooper, Theodore E. Day, and Marat Molyboga.

## INVITED PAPER PRESENTATIONS

"A Multiperiod Theory of Corporate Financial Policy under Taxation," The Amos Tuck Graduate School of Business, Dartmouth College, February 1987, University of Arizona, February 1987, Columbia University, February 1987, Indiana University, January 1987, The University of Houston, February 1987, Vanderbilt University, March 1987, Western Finance Association meeting, June 1987, Harvard University, March 1989.

"The Behavior of the Volatility Implicit in the Prices of Stock Index Options," Western Finance Association meeting, June 1988 and the Amex Option Colloquium, December 1987.

"A Role for Recapitalization in Corporate Control Contests," The Amos Tuck Graduate School of Business, Dartmouth College, May 1988, TIMS meeting - Osaka, Japan, July 1989.

"Convertible Debt: Valuation and Conversion in Complex Capital Structures," Western Finance Association meeting, June 1989, Nanzan University, July 1989.

"Are Debt and Leases Substitutes?" University of Florida, May 1989.

"Earnings Management and Firm Valuation under Asymmetric Information," University of Utah, January 1990, ORSA/TIMS meeting, May 1990, Western Finance Association meeting, June 1991.

"Stock Market Volatility and the Information Content of Stock Index Options," Statistical Models for Financial Volatility Conference at the University of California-San Diego; April 1990, Association of Managerial Economists meeting, Washington, D.C., December 1990, The Wharton School, University of Pennsylvania, October 1991.

"Initial Margin Policy and Stochastic Volatility in the Crude Oil Futures Market," Winter Finance Conference at the University of Utah; February 1993.

"Agency Problems, Information Asymmetries, and Convertible Debt Security Design," NBER Conference on Corporate Finance, November 1994, American Finance Association meetings, December 1996.

"The Information Content of Value Line Convertible Bond Rankings," University of Utah, May 1995, The University of Virginia, May 1995.

"Margin Adequacy in Futures Markets," University of Illinois, November 1995, Virginia Tech, October 1996, University of Maryland, March 1997, Dartmouth College, October 1997.

"Is Convertible Debt a Substitute for Straight Debt or Common Equity?," University of Miami, November 1997, American Finance Association meetings, December 1998, European Financial Management Association meetings, June 1999.

"Following the Leader: A Study of Individual Analysts Earnings Forecasts," University of Wisconsin – Madison, November 1998, Conference on Corporate Earnings, April 1999, NBER Conference on Corporate Finance, August 1999, University of British Columbia, March 2000, Mannheim University, July 2000.

"The Long-Run Performance of Firms Adopting Compensation Plans Based on Economic Profits," Dartmouth College, May 2000, The Ohio State University, May 2000, Johann Wolfgang Goethe-Universität, June 2000, Financial Management Association meetings, October, 2000, The London Business School, October 2001.

"Busted IPOs and Windows of Misopportunity," Carnegie-Mellon, October 2000, Penn State University, April 2001, Western Finance Association meetings, June, 2001, Southern Methodist University, April 2002, University of Texas at Dallas, April 2002.

"The Determinants of Issue Cycles for Initial Public Offerings," University of Kentucky, October 2002, Babson College, February 2003, University of Oklahoma, December 2003, University of New Orleans, March 2004, University of Tubingen, June 2004, University of Freiberg, June 2004, Financial Management Association, Sienna, Italy, June 2005.

"Shareholder Initiated Class Action Lawsuits: Shareholder Wealth Effects and Industry Feedback," University of Kansas, October 2004, U.S. Securities and Exchange Commission, Washington, D.C., May 2005, Summer Finance Conference at University of British Columbia, Tofino, British Columbia, June 2005, Corporate Governance Conference, Washington University, November 2005.

"Firm-Specific Estimates of the Bankruptcy Discount Function," The University of Wisconsin – Madison, November 2008, U. S. Securities and Exchange Commission, February 2009, Financial Management Association, Torino, Italy, May 2009, University of New South Wales, March 2010, University of Melbourne, March 2010.

"Convertibles and Hedge Funds as Distributors of Equity Exposure" U.S. Securities and Exchange Commission, May 2010, University of Maryland, May 2010, American University, May 2010, U.S. Federal Reserve Board, June 2010, University of South Florida, October 2010, American Finance Association meetings, January 2011, George Mason University, September 2011, Norwegian Business School, Oslo, May 2012, Copenhagen Business School, Copenhagen, May 2012, Aalto Business School, Helsinki, May 2012

"The RSFI Money Market Fund Study," The University of Glasgow, Glasgow, Scotland, April 2013, H.E.C., Versailles, France, April 2013

"The Economic Implications of Money Market Fund Capital Buffers," CIRANO, November 2014, Montreal, Quebec, November 2014

"Do Fraudulent Firms Produce Abnormal Disclosure?," George Washington University, October 2013, Columbia University, October 2013, University of North Carolina at Chapel Hill, October 2013, Duke University, November 2013, London Business School, November 2013, London School of Economics, November 2013, University of Tennessee – Knoxville, November 2013, U.S. Department of Treasury, Office of Financial Research, March 2014, American Finance Association, Boston, Massachusetts, January 2015, University of Memphis, March 2015, University of Oklahoma, April 2015, Frankfurt School of Finance and Management, May 2015, Frankfurt, Germany, Bocconi University, June 2015, Goethe University, November 2015, Southern Economic Association, New Orleans, Louisiana, November 2015, Rice University, Houston, Texas, April 2016.

"The Cost of Liquidity Provision in Bond Markets During Periods of Market Stress," University of Washington, April 2017, Ca'Foscari University, May 2017, Bocconi University, June 2017, Erasmus University Rotterdam, May 2018, Financial Management Association, Kristianstand, Norway, May 2018.

"Is the Bottom Line the Top Priority: Revenue Versus Earnings Guidance," University of Wyoming, September 2019, Ole Miss, October 2019, Bocconi University, June 2020

"Investor Inattention, Financial Narrative, and Tone-Based Heuristics," Bocconi University, June 2021, University of Wisconsin – Milwaukee, October 2021, 12th Emerging Markets Conference, Mumbai, India, December 2021.

## **INVITED PRESENTATIONS**

The Effectiveness of Economic Value Added (EVA), Financial Management Association, Denver, Colorado, October 2003.

The Economics of Shareholder Litigation, Financial Management Association, Chicago, Illinois, October 2005.

Bridging Theory and Practice in Finance, Macroeconomics, and Regulation, Vanderbilt University Law School, Sept. 2011.

Securities Law Roundtable at Georgetown, Georgetown Law School, Washington, D.C., September 2011

Conference on Systemic Risk and Data Issues, Center for Financial Policy (University of Maryland), Salomon Center for the Study of Financial Institutions New York University), Center for Financial Markets (Carnegie Mellon University), and Fisher Center for Real Estate and Urban Economics (UC, Berkeley), Washington, D.C, October 2011

FIA Futures and Options Expo, Panelist on "Responding to Market Instability" and "Impact of High-Frequency Trading on Markets" sessions, Chicago, Illinois, October 2011

U.S. Securities and Exchange Commission, Advisory Committee on Small and Emerging Companies, Washington, D.C., October 2011

The Macroprudential Toolkit: Measurement and Analysis Conference sponsored by the Office of Financial Research, Moderator for "Risk Management?: What's the Frontier" session, Washington, DC, December 2011.

Columbia Funds Board of Directors Meeting, Washington, DC, December 2011

Mutual Fund Directors Forum, Board of Directors meeting, Washington, DC, January 2012

Zicklin-Capco Institute Paper Series in Applied Finance Conference, Panelist on Capital Adequacy and Basel III session, Baruch University, New York, New York, February 2012

Practicing Law Institute, SEC Speaks 2012 Conference, Washington, DC, February 2012

University of Wisconsin – Madison, Granger School of Business, Madison, WI, March 2012

Policy Roundtable on the Future of Financial Regulation, Monetary and Capital Markets Department, IMF and Center for Financial Policy, University of Maryland, April 2012

Policy Chat, Center for Financial Policy, University of Maryland, April 2012

Case Western Reserve University, April 2012

Risk Minds Conference, Keynote Speaker, "Quantitative Risk Assessment at the SEC," Boston, MA, June 2012, http://www.sec.gov/news/speech/2012/spch060512cml.htm

Financial Management Association, Panelist on "Market Structure: Perspectives of Regulators and Exchanges," Istanbul, Turkey, June 2012

Quant Congress USA, Keynote Speaker, "Quantitative Risk Assessment at the SEC," New York, NY, July 2012

Women in Housing and Finance Public Policy Luncheon, Key Note Speaker, "SEC priorities in Perspective," Washington, DC, August 2012

SIFMA Compliance & Legal Monthly Luncheon, Keynote Speaker, "The Expanded Role of Economists in SEC Rulemaking," New York, NY, October 2012, http://www.sec.gov/news/speech/2012/spch101612cml.htm

Risk Management in a Fast Changing Regulatory Environment, Rutgers University, Panelist on "Risk Management at Non-Banks," Newark, NJ, November 2012

Waters USA 2012, "Title VII and the Dodd Frank Act," keynote speech, New York, New York, December 2012

The Consortium for Systemic Risk Analytics, "Money Market Reform," keynote speech, M.I.T. University, Cambridge, MA, December 2012

BB&T Center for the Study of Capitalism, Wake Forest University, "Risk Assessment and the Role of Data Analytics at the SEC," Winston-Salem, North Carolina, February 2013.

National Association of Business Economists Conference on Global Challenges, Domestic Choices: Options for Economic Policy, "Money Fund Regulation," panelist, Washington, DC, March 2013.

The Investment Company Institute and the Federal Bar Association Mutual Funds & Investment Management Conference, "Money Market Funds: The Regulatory Hot Potato," panelist, Palm Desert, California, March 2013.

Institute for Data Sciences and Engineering, Columbia University, IDSE Seminar Series Event, "Analytic Accounting Risk Modeling at the SEC," New York, New York, March 2013.

XBRL International, "Analytic Accounting Risk Modeling at the SEC," keynote speech, Dublin, Ireland, April 2013

The Irish Banking Federation, "The RSFI Money Market Fund Study," keynote speech, Dublin, Ireland, April 2013

The ICI Money Market Fund Advisory Committee, "Money Market Funds," panelist, Washington, D.C., April 2013

Pennsylvania Association of Public Employee Retirement Systems Annual Spring Forum, "Investor Protection Through Economic Analysis," keynote speech, Harrisburg, Pennsylvania, May 2013, http://www.sec.gov/News/Speech/Detail/Speech/1365171575422

Journal of Business, Finance, and Accounting Capital Markets Conference, "Analytic Accounting Risk Modeling at the SEC," keynote speech, Chapel Hill, North Carolina, May 2013

Mid-Atlantic Enforcement Cooperative Conference, "Analytic Accounting Risk Modeling at the SEC," keynote speech, Philadelphia, Pennsylvania, June 2013

National Economists Club, "The Economics of Money Market Reform," keynote speech,

Washington, DC, April 2013.

American Bar Association Annual Meeting, "The Money Market Fund Conundrum: Balancing Competing Regulatory Agendas with Investor Needs," Panelist, San Francisco, California, August 2013.

Data Transparency Coalition 2013, "Policy Spotlight: Financial Regulation," keynote speech, Washington, DC, September 2013.

XBRL USA Annual Meeting, "The Accounting Quality Model," keynote speech, Las Vegas, Nevada, September 2013

2013 Academic and Practitioner Conference on Mutual Funds and ETFs, ICI and University of Maryland, Risk Management and Oversight, panel moderator, October 2013, College Park, Maryland

Vanderbilt Conference on Institutional Investors and Price Efficiency, "Alternative Trading Systems," keynote speech, Nashville, Tennessee, October 2013

Practicing Law Institute, "Recent Developments in Rule Making," panelist, New York, New York, November 2013

Corporate Governance Center at University of Tennessee – Knoxville, "Risk Assessment at the SEC – The Accounting Quality Model," keynote speech, Knoxville, Tennessee, November 2013

AICPA Conference on Current SEC and PCAOB Developments, "The Role of Data Analysis in the Future of Financial Reporting," panelist, Washington, DC, December 2013.

The Consortium for Systemic Risk Analytics, "Risk Assessment – The Accounting Quality Model," keynote speech, M.I.T. University, Cambridge, MA, December 2013.

Practicing Law Institute, Corporate Governance – A Master Class, "Audit Committees Back in the Hot Seat," panelist, New York, New York, February 2014

Investment Company Institute 2014 Mutual Funds and Investment Management Conference, "Encouraging Economic Discourse," keynote speech, Orlando, Florida, March 2014, http://www.sec.gov/News/Speech/Detail/Speech/1370541172162#.U0FkidxBV8s

INQUIRE Europe and INQUIRE UK Spring Seminar, "The Economic Analysis of the Regulation of Money Market Funds," speaker, Vienna, Austria, March 2014

SIFMA Compliance and Legal Society Annual Seminar, "SEC Developments," panelist, Orlando, Florida, April 2014

International Forum of Independent Audit Regulators Plenary Meeting 2014, "Risk Assessment," panelist, Washington, DC, April 2014

University of Pennsylvania, Wharton School of Business, "Economic Analysis," Philadelphia, Pennsylvania, April 2014

Massachusetts Institute of Technology, Center for Financial Policy Distinguished Speaker Series, "The Future of Capital Formation," Boston, Massachusetts, April 2014

Financial Executives Institute 2014 Summit Leadership Conference, "Discretionary Disclosure Detection," keynote speaker, Washington, DC, June 2014.

Sustainable Architecture for Finance in Europe, "Money Market Reform," keynote speaker, Frankfurt, Germany, July 2014.

The Exchange Conference, "The Current State of XBRL," panelist, Orlando, Florida, September 2014.

The Southeastern Association of Shared Resources (SEASR) and the Midwest Association of Core Directors (MWACD) 2014 Conference, "Evaluating Core Impact," panelist, Nashville, Tennessee, October 2014.

Financial Management Association, "Hot Topics at the SEC," panel moderator, Nashville, Tennessee, October 2014.

New York Society of Certified Public Accountants, Public Company Accounting and Auditing Conference, "Data Analytics," keynote speech, New York, New York, October 2014.

SEC Historical Society, "The Experts Forum: FTI Consulting | Compass Lexecon, Dodd-Frank, Derivatives and Structured Finance," panel moderator, Washington, D.C., November 2014.

Certified Financial Analyst Society of Nashville, "Economic Analysis and Risk Assessment at the SEC," keynote speech, Nashville, Tennessee, November 2014.

CIRANO, "Central Banking and Supervision, What Have We Learned Since 2008 Conference," presenter, Montreal, Quebec, November 2014.

American Accounting Association, Financial Accounting and Reporting Section, Midyear Meeting, "The Accounting Quality Model," keynote speech, Nashville, Tennessee, January 2015.

Investment Company Institute/Boston University, Conference on Financial Stability and Asset Management, "The Role of Asset Management in Economic Growth and Financial Stability: Problem or Solution?," panel moderator, Boston, Massachusetts, March 2015.

Certified Financial Analyst Society of Memphis, "Economic Analysis and Risk Assessment at the SEC," keynote speech, Memphis, Tennessee, March 2015.

Data Transparency Coalition, Financial Regulation Summit, "International and Academic panel," panelist, Washington, D.C., March 2015.

Vanderbilt University Law School, 17th Annual Law and Business Conference Developing Areas of Capital Market and Federal Securities Regulation, "Capital Formation and the JOBS Act," panel moderator, March 2015, Nashville, Tennessee, March 2015.

University of Oklahoma, "Capital Formation and the JOBS Act," keynote speech, Norman, Oklahoma, April 2015.

The American Assembly, "The Role of the Securities and Exchange Commission in a Changing World, The Role of the SEC at Home and Abroad," panelist, May 2015, Washington, DC

Frankfurt School of Finance and Management, Perspectives in Auditing Conference, "The SEC's Accounting Quality Model," keynote speech, Frankfurt, Germany, May 2015.

ICI/University of Virginia Academic & Practitioner Conference on Mutual Funds and ETFs, "Bond Market Liquidity," panel moderator, October 2015.

Illinois Institute of Technology Conference on High Frequency Trading, "High Frequency Trading and Financial Regulation," keynote speech, November 2015.

SEC Historical Society, "The Experts Forum: FTI Consulting | Compass Lexecon, "The Impact of Falling Oil Prices on Financial Reporting," panel moderator, Washington, D.C., November 2015.

The Conference of Fund Leaders, Mutual Fund Directors Forum and the Millstein Center for Global Markets and Corporate Ownership at Columbia Law School, "Mutual Funds and Systemic Risk," speaker, New York, NY, May 2015

Financial Management Association, "Financial Regulation," panelist, Helsinki, Finland, June 2016

Family Office and Private Wealth Management Forum, "A Global Macroeconomic Outlook and Forecast: Looking at the 2016 Presidential Election and the Future of the Global Economy," panelist, Newport, RI, July 2016

CARE Conference, "Perspectives on Fraud," Co-Organizer, Leesburg, VA, August 2016

CARE Conference, "Viewpoint of Regulators," panel moderator, Co-Organizer, Leesburg, VA, August 2016

CARE Conference, "Models for Predicting and Detecting Fraud," panel moderator, Co-Organizer, Leesburg, VA, August 2016

Center for International Securities & Derivatives Markets Isenberg School of Management Conference, "Regulation & Liquidity Concerns in the Asset Management Industry," speech, Amherst, Massachusetts, October 2016.

SEC Historical Society, "The Experts Forum: FTI Consulting | Compass Lexecon, "Are CCPs too Big to Fail," panel moderator, Washington, D.C., November 2016.

A14

Ernst & Young and Jones Day Accounting & Enforcement Innovation Summit, "Emerging Risks in Financial Reporting and Disclosures," panelist, Atlanta, Georgia, December 2016.

Owen Graduate School Alumni Luncheon, "Financial Regulation Outlook in the Post-Obama Era," Louisville, Kentucky, February 2017.

Opal Group's 2017 Investment Education Symposium, "Cooking the Books: A Regulatory Perspective," keynote speech, New Orleans, Louisiana, February 2017

Owen Graduate School Alumni Luncheon, "Data Analytics and Fraud Detection," Birmingham, Alabama, March 2017.

U.S. Securities and Exchange Commission, University of Maryland, and Lehigh University, Fourth Annual Conference of Financial Market Regulation, "SEC Research, "session chair, Washington, DC, May 2017.

David Lipscomb University's Updating the Professional Accountant Conference, "SEC: Risk Assessment and Fraud Detection," speech, Nashville, Tennessee, December 2017

Financial Management Association, Ph. D. Doctoral Consortium, Leader, Kristianstand, Norway, May 2018.

Bass, Berry, and Sims, Compliance & Government Investigations Seminar, SEC Enforcement Actions – Latest Developments and Practical Tips, panelist, Nashville, Tennessee, September 2018.

2018 Workiva Users Conference, Expert Panel: XBRL Matters and How XBRL Is Consumed, panelist, Nashville, Tennessee, September 2018.

Financial Management Association, Jack Rader Breakfast, keynote speech, "Text Analytics in Financial Research," San Diego, California, October 2018.

2018 ICAEW PD Leake lecture, keynote speech, "More Than Words: The Use of Textual Analysis in Corporate Reporting," London, England, November 2018, **https://www.icaew.com/technical/financial-reporting/information-for-better-markets/more-than-words.**

14th INQUIRE UK Business School Seminar organized with University College London, keynote speech, "Textual Analysis Can Be Fundamental," London, England, June 2019.

House Financial Services Subcommittee on Investor Protection, Entrepreneurship, and Capital Markets Hearing, "Examining Corporate Priorities: The Impact of Stock Buybacks on Workers, Communities, and Investors," witness, Washington, D.C., October 17, 2019.

Opal Group/LATEC Investment Education Symposium, "A Macroeconomic Outlook:  State of the US Retirement System and Future Forecast," panelist, February 2020.

Expert Forum BVI and ICI,  The Management of Liquidity and Leverage Risk in Regulated Funds,

A15

"A Close-up Look at Open-End Fund Use of Leverage and Derivatives," panelist, Frankfurt, Germany, March 2020.

Georgetown University, Center for Financial Markets and Policy, "Georgetown Webinar: Should Financial Markets be Closed?" panelist, March 2020.

University of Texas – Austin, "UT PhD Symposium: Current and Previous Chief Economists of the SEC on Research Needed to Fill Policy Gaps," panelist, August 2020, virtual presentation.

U.S. Securities and Exchange Commission, "Automated Analysis of Financial Text and Its Implications for Corporate Reporting," invited presentation, SEC Quant Seminar, September 2020, virtual presentation.

Vanderbilt University, "What Happens When I Press the Buy Button? Modern Securities Markets," Owen Forward event, November 2020.

University of Texas – Austin, "UT PhD Symposium, panelist, August 2021, virtual presentation.

Merchants & Marine Bancorp, "The State of the Economy," Annual Shareholders Meeting, May 2022.

ICI Webinar: New Research Shows "First-Mover" Is a Universal Investor Response — Not Unique to Open-End Mutual Funds, panelist, May 2022, virtual presentation

## RESEARCH GRANTS

Visiting Scholar Grant, Johann Wolfgang Goethe-Universität, Summer 2000

State Street Global Advisors, "Market Responsiveness to Earnings Forecasts," 1996, 1997, 1998.

New York Mercantile Exchange, "Forecasting Conditional Volatility in The Oil Futures Market with Option Prices," 1991.

Chicago Board Options Exchange, "The Behavior of Volatility Implicit in the Prices of Stock Index Options," 1987.

## COURSES TAUGHT

Advanced Corporate Finance (MBA), Corporate Value Management (MBA, EMBA), Corporate Financial Policy (MBA, EMBA, Ph.D.), Derivative Securities (MBA), Advanced Derivatives Securities (MBA), Executive Managerial Finance I (MBA), Financial Economics Seminar (Ph.D.), Life Cycle of the Firm (MBA/JD), Managerial Finance (Undergraduate, MBA), Option Pricing (Undergraduate), Quantitative Portfolio Management (MBA), Empirical Methods in Corporate Finance (Ph.D.), Seminar in Venture Capital (Ph.D.), Seminar in Dynamic Capital Structure (Ph.D.)

## EDITORIAL BOARDS AND OTHER ACADEMIC SERVICE

Journal of Business Accounting and Finance

Editorial Board, 2008 – 2019

Editor, 2019-prsesent

Journal of Risk and Financial Management, Editorial Board, 2020 - Present

Journal of Corporate Finance, Associate Editor, 2001 – 2020.

The North-American Journal of Economics and Finance, Associate Editor, 2010 – Present

The Journal of Financial Research, Associate Editor, 1999 – 2006

Financial Management Association, Practitioner Director, 2015 - 2018

## REFEREEING

Professional Journals:
Journal of Financial Economics, Journal of Finance, Review of Financial Studies, Journal of Econometrics, Journal of Financial and Quantitative Analysis, Journal of Financial Intermediation, Financial Management, Journal of Financial Research, Journal of Corporate Finance, Journal of Derivatives, Journal of Empirical Finance, Management Science,  Journal of Futures Markets, Journal of Banking and Finance, Journal of Business, Finance and Accounting, International Review of Financial Analysis, Review of Derivatives Research, Review of Financial Economics, The Financial Review, Quarterly Review of Economics and Business, Review of Futures Markets

Program Committees:
Western Finance Association meetings, 1989 and 1992
Financial Management Association, 1990, 1992, 1993, 2004
FMA Competitive Paper Awards Committee, 1996, 2000,2016.
Chairman, FMA Competitive Paper Awards Committee, 2005.
Chairman, FMA, Special Topics Section, 2006.
Co-Chairman, European Financial Management Association meeting, 2009
Chairman, Doctoral Student Consortium, European Financial Management Association meeting, 2015 and 2018
Financial Management Association, Program Committee, Napa Conference, 2017, 2018, 2019, 2021

## ACADEMIC SERVICE

Open Rank Accounting Search Committee (1994)
Open Rank Finance Search Committee (1986, 1987 (Chair),1988, 1989, 1992, 1996, 1997, 1999, 2001, 2016, 2020 (Chair), 2021 (Chair))
Senior Level Faculty Search Committee (1987, 1988, 1989, 2000, 2007, 2008, 2009, 2016 (Chairman))
Ph.D. Committee (1987, 1988, 1989, 1990)
Facilities Planning Committee (1990)
Honors and Awards Committee (1991, 1992)
New Position Description Committee (1993)
Committee on Computing/Telecommunications Planning (1993, 1994)

Executive MBA Oversight Committee (1994, 2004)
Accounting Search Committee (1994)
SACS Compliance Audit Committee (1994)
Committee on Instruction (1995, 1996, 1997)
Computer Camp Planning Group (1996)
Building Committee (1996, 1997)
Statistics Camp Planning Group (1997)
Undergraduate Business Major Committee (1997)
Renewal and tenure review committees (1995, 1996, 1997, 1999, 2001-2006, 2009)
Core Curriculum Review Committee (2002, 2004, 2005)
Research Committee (2002, 2003, 2004, 2005)
Co-Director of the Law and Business Program (2002, 2003)
LEAD program committee (2004)
Owen Graduate School of Management, Executive Committee (2004, 2005, 2006)
Future of Undergraduate Business Education Committee (2005)
Executive M.B.A. Committee (2004, 2005, 2006, 2008, 2009, 2010, 2017-2021)
Distance Education Committee (2006)
M.B.A. Program Committee (2010, 2011)
Non-Degree Program Committee (2016-2021)
Data Science Visions Committee (2017)

## THESIS COMMITEES

Mahmud Hassan (1987, Economics, University of Alabama at Birmingham), Paul Laux (1988, Economics, University of Texas at Austin), Rick Cooper (1990, Finance, Wayne State University), Vijay Chopra (1990, Finance, Frank Russell and Company), L. Shivakumar (1996, Finance, London Business School), C. Sinha (1997, Finance, General Electric Credit Corporation), Mary Watson (1997, Organizational Studies, University of North Carolina at Chapel Hill), Yi Zhang (2000, Economics, State Street Global Advisors), Hans Heidle (2001, Finance, Notre Dame), Saadet Kasman (2001, Economics), Xi Li (2002, Finance, University of Miami), Ingrid Fulmer (2003, Organizational Studies, Michigan State University), Yuanhe Yao (2003, Ec onomics), Sunhee Lee (2003, Economics), Jiaren Pang (2004, Economics), Jun Zhang, economics (2004, Economics, Chinese University of Hong Kong, Economics), Raj Nahata (2004, Finance, Baruch University), Vladimir Ivanov (2004, Finance, Dissertation Chairman, University of Kansas), Fei Xie (2005, San Diego State University), Veronika Krepely (2005, Finance, Indiana University), Gemma Lee (2005, Finance, University of Alabama), Cong Wang (2006, Finance, University of Hong Kong), Shawn Mobbs (2007, Finance, University of Alabama), Chih-Wei Wang (2008, Economics), Suk-Won Kim (2009, University of California, Riverside), Lixiong Gao (Finance, 2011, University of New South Wales), Yongxian Tan (Finance, Dissertation chairman, Shanghai University of Finance and Economics), Shage Zhang (Finance, Dissertation co-chairman, Trinity University), Siraj Bawa (2016, Economics, US Department of Agriculture), Jason Campbell (2018, Economics, University of San Diego)

## CONSULTING

Allstate Corporation, Ameriprise, AQR, Ares Management, Association of Mature American Citizens, Bank of California, Berwind Industries, Biotechnology Innovation Organization, Booz, Allen, & Hamilton, BMW, Calloway Gardens, Chicago Board Options Exchange, Chicago Board of Trade, Chicago Tribune, Commerzbank, Core Civic, CTN Strategic Investments, CTS Strategic Investments, Center for Responsible Investing, DTTC, Dollar General Stores, Elliott Capital Management, Federal Trade Commission, First American Bank, First Energy, Global Star, Hanseatic Marine, Harris Bank, J.C. Bradford & Co., Lipper Convertible Bond Fund, Morgan Stanley, NationsBank, New York Mercantile Exchange, Options Clearing Corporation, Precidian Investments, Primerica, Pro Shares, Robinhood, Ronin Capital, RPM, SeaWorld, SIFMA, SolidX, State Street Global Advisors, Sovereign Energy Risk Management, StoneX, Susquehanna Investment Group, TML Risk Management, Tribune Media Company, Tennessee Valley Authority, Tesla, UBS, Union Pacific Railroad, U.S. Chamber of Commerce, U.S. Securities and Exchange Commission, U.S. Treasury - Office of Financial Research, Wells Fargo, Western Sizzlin', Virtu

**APPENDIX B**

**Craig M. Lewis**
**Expert Analysis, Expert Reports, Expert Depositions, and Testimony Experience**

1. Subcommittee on Securities, Insurance, and Investment, United States Senate Committee on Banking, Housing and Urban Affairs, "Management and Structural Reforms at the SEC: A Progress Report," Washington D.C.
   - Witness (November 2011)

2. United States v. Greebel, United States District Court for the Eastern District of New York, Cr. 15-637, Testimony (December 2017).
   - Expert Testimony

3. Vladislav Kim at al. v. The Republic of Uzbekistan, International Centre for Settlement of Investment Disputes, ARB/13/6.
   - Expert Reports (May 2015) and (February 2018)

4. U.S. Securities and Exchange Commission, Plaintiff v. AT&T, Inc., Christopher C. Womack, Kent D. Evans, and Michael J. Black.
   - Expert Report (April 2018)

5. Lou Baker individually and on behalf of all others similarly situated, Plaintiff, v. Seaworld Entertainment, Inc., James Atchinson, James M. Heaney, Marc Swanson, and the Blackstone Group L.P., Defendants, United States District Court: Southern District of California, No. 3:14-cv-02129-MMA-AGS .
   - Expert Report and Rebuttal Report (January 2019, March 2019); Deposition (March 2019)

6. U.S. Securities and Exchange Commission, Plaintiff v. RPM International, Inc. and Edward W. Moore, United States District Court: District of Columbia, Case No. 1:16-cv-01803,
   - Expert Report (November 2018); Deposition (April 2019)

7. Confidential matter, Determination of plaintiff attorney fees.
   - Expert Report (March 2019)

8. re Banc of California Securities Litigation, Steven Sugarman
   - Expert Report (May 2019)

9. Mudrick Capital Management, L.P. and Warlander Asset Management, LP, on behalf of themselves and all other similarly situated stockholders of Globalstar, Inc., and derivatively Globalstar, Inc. on behalf of Nominal Defendant Globalstar, Inc. Plaintiffs, v. James Munroe III, James Lynch, Richard Roberts, William Hassler, John Knuer, J. Patrick McIntyre, Kenneth Young, Kyle Pickens, Tim Taylor, and Thermo Companies, Inc. Defendents and Globalstar, Inc, a Delaware corporation, Nominal Defendant and Defendant, C.A. No. 2018-0699-TMR Confidential Filing,
   - Expert Report (March 2019)

10. In the Matter of Ares Management LLC (Admin Proceeding File No.3-19812))/U.S. Securities and Exchange Commission
    - Expert Report (August 2019)

11. In the Matter of Wells Fargo Clearing Services, LLC (Admin Proceeding File No.3-19714)/U.S. Securities and Exchange Commission
    - Expert Analysis (October 2019)

12. House Financial Services Subcommittee on Investor Protection, Entrepreneurship, and Capital Markets Hearing, "Examining Corporate Priorities: The Impact of Stock Buybacks on Workers, Communities, and Investors," Washington, D.C.
    - Witness (October 2019)

13. Nikki Bollinger Grae, Individually and on Behalf of All Others Similarly Situated, Plaintiff v. Corrections Corporation of America, Damon T. Hiniger, David M. Garfinkle, odd J. Mullenger, and Harley G. Lappin, Civil Action No. 3:16-cv-02267\
    - Expert Report (July 2020)

14. In the Matter of Robinhood Financial (Admin Proceeding File No. 3-20171)/U.S. Securities and Exchange Commission
    - Expert Analysis (July 2020)

15. In the Matter of BMW AG Financial (Admin Proceeding File No. 3-20060)/U.S. Securities and Exchange Commission Expert Analysis
    - Expert analysis (August 2020)

16. Confidential matter related to SEC Investigation
    - Expert analysis (January 2022), ongoing matter

17. Confidential matter related to SEC Investigation
    - Expert analysis and report (June 2022), ongoing matter

18. Confidential matter related to Securities Litigation
    - Expert report (July 2022), ongoing matter

B2

**APPENDIX C**
**Documents Considered**

### Filings Related to this Matter

Consolidated Class Action Complaint for Violations of Federal Securities Laws, In re Delaware County Employees Retirement System et. al vs. AdaptHealth Corp. et. al, United States District Court, Eastern District of Pennsylvania, Civil Action No. 2:21-cv-03382-HB, filed November 22, 2021.

### Academic and Professional Literature

Bradshaw, Mark T.; Ertimur, Yonca and Patricia C. O'Brien (2017), "Financial Analysts and Their Contribution to Well-Functioning Capital Markets." Foundations and Trends in Accounting, 11 (3), 119-191.

Damodaran, Aswath (2018), *The Dark Side of Valuation: Valuing Young Distressed and Complex Businesses* , 3rd Ed., Pearson Education.

Frederickson, James R. and Jeffrey S. Miller (2004), "The Effects of Pro Forma Earnings Disclosures on Analysts and Nonprofessional Investors' Equity Valuation Judgments." The Accounting Review, 79 (3), 667-686.

Hope, Ole-Kristian; Hu, Danqi Hu and Hai Lu (2016). "The benefits of specific risk-factor disclosures." *Review of Accounting Studies* , 21 (4), 1005-1045.

Kingsley, Dean; Solomon, Matt and Kristen Jaconi (2021). "SEC Risk Factor Disclosure Rules." Harvard Law School Forum on Corporate Governance.

Livnat, Joshua and Yuan Zhang (2012). "Information interpretation or information discovery: which role of analysts do investors value more?" Review of Accounting Studies, 17, 612-641.

Stephen Penman (2010), *Financial Statement Analysis and Security Valuation* , 4th Ed., McGraw-Hill Irwin.

"What is An Equity Research Report?", Corporate Finance Institute. Available at: <corporatefinanceinstitute.com/resources/valuation/equity-research-report>.

### SEC Filings

AdaptHealth Corp. Annual Report filed on Form 10-K with the SEC on March 1, 2022 for fiscal year ending December 31, 2021.

AdaptHealth Corp. Annual Report filed on Form 10-K with the SEC on March 16, 2021 for fiscal year ending December 31, 2020.

AdaptHealth Corp. Annual Report filed on Form 10-K with the SEC on March 3, 2020 for fiscal year ending December 31, 2019.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on August 6, 2021 for fiscal quarter ending June 30, 2021.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on August 7, 2020 for fiscal quarter ending June 30, 2020.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on July 31, 2019 for fiscal quarter ending June 30, 2019.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on May 10, 2021 for fiscal quarter ending March 31, 2021.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on May 14, 2019 for fiscal quarter ending March 31, 2019.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on May 8, 2020 for fiscal quarter ending March 31, 2020.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on November 11, 2021 for fiscal quarter ending September 30, 2020.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on November 5, 2019 for fiscal quarter ending September 30, 2019.

AdaptHealth Corp. Quarterly Report filed on Form 10-Q with the SEC on November 6, 2020 for fiscal quarter ending September 30, 2020.

AdaptHealth Corp. Schedule 14A Proxy Statement filed with the SEC on April 29, 2020.

AdaptHealth Corp., Form 424B5 filed with the SEC on January 4, 2021.

**APPENDIX C**
**Documents Considered**

AdaptHealth Corp., Form 8-K filed with the SEC on June 14, 2021.

AdaptHealth Corp., Form 8-K filed with the SEC on November 13, 2019.

AdaptHealth Corp., Form 8-K filed with the SEC on November 13, 2019.

AdaptHealth Corp., Form 8-K filed with the SEC on November 7, 2019.

AdaptHealth Corp., Form S-1 filed with the SEC on February 28, 2020.

AdaptHealth Corp., Form S-1 filed with the SEC on March 9, 2020.

Artivion, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on April 29, 2021.

Artivion, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 11, 2021.

Artivion, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on July 29, 2021.

Artivion, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 4, 2021.

Arya Sciences Acquisition Corp. IV, Form S-4 filed with the SEC on October 29, 2021.

Capstar Special Purpose Acquisition Corp., Form S-4 filed with the SEC on August 10, 2021.

Cardinal Health, Inc. Annual Report filed on Form 10-K with the SEC on August 16, 2021 for fiscal year ending June 30, 2021.

Cardinal Health, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 5, 2021.

Cardinal Health, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 5, 2021.

Cardinal Health, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 6, 2021.

Cardinal Health, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 9, 2021.

Cardinal Health, Inc. 2021 Proxy Statement, September 23, 2021.

Artivion, Inc. Annual Report filed on Form 10-K with the SEC on February 23, 2021 for fiscal year ending December 31, 2020. Note: Artivion was known as Cryolife at this time.

CVS Health, Corp. Annual Report filed on Form 10-K with the SEC on February 16, 2021 for fiscal year ending December 31, 2020.

CVS Health, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on August 4, 2021.

CVS Health, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on February 16, 2021.

CVS Health, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on May 4, 2021.

CVS Health, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on November 3, 2021.

D8 Holdings Corp., Form S-4 filed with the SEC on June 11, 2021.

DFB Healthcare Acquisitions Corp. Schedule 14A Proxy Statement filed with the SEC on October 23, 2019.

DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.1 filed with the SEC on October 22, 2019.

DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.1 filed with the SEC on October 3, 2019.

DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.2 filed with the SEC on July 8, 2019.

GigCapital2, Inc., Form S-4 filed with the SEC on February 8, 2021.

Globus Medical, Inc. Annual Report filed on Form 10-K with the SEC on February 17, 2021 for fiscal year ending December 31, 2020.

Globus Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 4, 2021.

Globus Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 17, 2021.

Globus Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 4, 2021.

Globus Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 4, 2021.

GS Acquisitions Holdings Corp. II, Form S-4 filed with the SEC on June 29, 2021.

GX Acquisition Corp., Form S-4 filed with the SEC on January 25, 2021.

HealthCor Catalio Acquisition Corp., Form S-4 filed with the SEC on August 30, 2021.

Humana Inc. Annual Report filed on form 10-K with the SEC on February 18, 2021 for fiscal year ending December 31, 2020.

Humana Inc., Form 8-K, Exhibit 99.1 filed with the SEC on April 28, 2021.

**APPENDIX C**
**Documents Considered**

Humana Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 3, 2021.

Humana Inc., Form 8-K, Exhibit 99.1 filed with the SEC on July 28, 2021.

Humana Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 3, 2021.

Inari Medical, Inc. Annual Report filed on Form 10-K with the SEC on March 9, 2021 for fiscal year ending December 31, 2020.

Inari Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 10, 2021.

Inari Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on March 9, 2021.

Inari Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 11, 2021.

Inari Medical, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 9, 2021.

Inogen, Inc. Annual Report filed on Form 10-K with the SEC on February 24, 2021 for fiscal year ending December 31, 2020.

Inogen, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 4, 2021.

Inogen, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 24, 2021.

Inogen, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 4, 2021.

Inogen, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 4, 2021.

Inspire Medical Systems, Inc. Annual Report filed on form 10-K with the SEC on February 24, 2021 for fiscal year ending December 31, 2020.

Inspire Medical Systems, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on Augst 3, 2021.

Inspire Medical Systems, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 23, 2021.

Inspire Medical Systems, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 4, 2021.

Inspire Medical Systems, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 2, 2021.

Lifesci Acquisition II Corp., Form S-4 filed with the SEC on July 27, 2021.

Longview Acquisition Corp., Form S-4 filed with the SEC on January 6, 2021.

Mckesson, Corp. Annual Report filed on form 10-K with the SEC on May 12, 2021 for fiscal year ending March 31, 2021.

Mckesson, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on August 4, 2021.

Mckesson, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on February 2, 2021.

Mckesson, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on May 6, 2021.

Mckesson, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on November 1, 2021.

Owens & Minor, Inc. Annual Report filed on form 10-K with the SEC on February 24, 2021 for fiscal year ending December 31, 2020.

Owens & Minor, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 3, 2021.

Owens & Minor, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 24, 2021.

Owens & Minor, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 5, 2021.

Owens & Minor, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 3, 2021.

Owens & Minor, Inc., Form S-4 filed with the SEC on September 10, 2001.

ResMed, Inc. Annual Report filed on Form 10-K with the SEC on August 19, 2021 for fiscal year ending June 30, 2021.

ResMed, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on April 29, 2021.

ResMed, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 5, 2021.

ResMed, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on January 28, 2021.

ResMed, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on October 28, 2021.

SEC Final Rule: Modernization of Regulation S-K Items 101, 103, and 105, Release No. 33-10825, Aug. 26, 2020.

Silver Spike Acquisition Corp., Form S-4 filed with the SEC on April 1, 2021.

Stryker, Corp. Annual Report filed on form 10-K with the SEC on February 11, 2021 for fiscal year ending December 31, 2020.

Stryker, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on April 27, 2021.

**APPENDIX C**
**Documents Considered**

Stryker, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on January 27, 2021.

Stryker, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on July 27, 2021.

Stryker, Corp., Form 8-K, Exhibit 99.1 filed with the SEC on October 28, 2021.

Tandem Diabetes Care, Inc. Annual Report filed on Form 10-K with the SEC on February 24, 2021 for fiscal year ending December 31, 2020.

Tandem Diabetes Care, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on August 4, 2021.

Tandem Diabetes Care, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on February 24, 2021.

Tandem Diabetes Care, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on May 5, 2021.

Tandem Diabetes Care, Inc., Form 8-K, Exhibit 99.1 filed with the SEC on November 3, 2021.

Thimble Point Acquisition Corp., Form S-4 filed with the SEC on July 16, 2021.


**Other Public Company Releases and Disclosures**

AdaptHealth Corp., Company Conference Presentation, August 13, 2020.

AdaptHealth Corp., Company Conference Presentation, January 16, 2020.

AdaptHealth Corp., Company Conference Presentation, May 12, 2021.

AdaptHealth Corp., Company Conference Presentation, May 20, 2020.

AdaptHealth Corp., Company Conference Presentation, May 25, 2021.

AdaptHealth Corp., Company Conference Presentation, May 26, 2020.

AdaptHealth Corp., Company Conference Presentation, November 20, 2019.

AdaptHealth Corp., Investor Presentation, December 1, 2020.

AdaptHealth Corp., Investor Presentation, February 27, 2020.

AdaptHealth Corp., Investor Presentation, January 1, 2020.

AdaptHealth Corp., Investor Presentation, January 14, 2021.

AdaptHealth Corp., Investor Presentation, March 3, 2021.

AdaptHealth Corp., Investor Presentation, November 2019.

AdaptHealth Corp., M&A Call, January 1, 2020.

AdaptHealth Corp., Q1 2020 Earnings Call Transcript, May 5, 2020.

AdaptHealth Corp., Q1 2021 Earnings Call Transcript, May 6, 2021.

AdaptHealth Corp., Q2 2020 Earnings Call Transcript, August 4, 2020.

AdaptHealth Corp., Q2 2021 Earnings Call Transcript, August 5, 2021.

AdaptHealth Corp., Q3 2020 Earnings Call Transcript, November 4, 2020.

AdaptHealth Corp., Q3 2021 Earnings Call Transcript, November 4, 2021.

AdaptHealth Corp., Q4 2019 Earnings Call Transcript, February 25, 2020.

AdaptHealth Corp., Q4 2020 Earnings Call Transcript, March 4, 2021.

AdaptHealth Corp., Q4 2021 Earnings Call Transcript, February 24, 2022.

AdaptHealth Corp., Shareholder/Analyst Call, July 9, 2020.

AdaptHealth Press Release, "AdaptHealth Corp. Announces Acquisition of National HME Provider Aerocare Holdings Inc. and Updates Financial Guidance for 2021," December 1, 2020.

AdaptHealth Press Release, "AdaptHealth Corp. Closes Previously Announced Acquisition of Aerocare Holdings Inc.," February 1, 2021.

AdaptHealth Press Release, "AdaptHealth Corp.'s Board of Directors' Statement on Co-Chief Executive Officer Luke McGee," April 13, 2021 at 10:02 am ET.

AdaptHealth Press Release, "DFB Healthcare Acquisitions Corp. Announces Closing of Business Combination With AdaptHealth Holdings LLC," November 8, 2019 at 4:30 pm ET.

**APPENDIX C**
**Documents Considered**

CVS Health Press Release, "Meet our New CEO, Karen S. Lynch", February 1, 2021.

Globus Medical, Inc. Press Release, "Globus Medical Reports CEO Transition and Preliminary First Quarter 2022 Sales Results", April 21, 2022.

Inari Medical Inc., Investor Presentation, November 2, 2022.

Inogen, Inc., Q3 Investor Presentation, November 2, 2022.

Inspire Medical Systems, Inc., Company Presentation, May 2022.

Quipt Home Medical Corp., Corporate Presentation, June 2021.

ResMed Inc., Investor Presentation, September 8, 2021.

U.S. Securities and Exchange Commission: Strategic Plan Fiscal Years 2022-2026.


**Analyst Reports**

"1Q Misses Street, 2021 Guidance Increased", Baird Equity Research, May 6, 2021.

"1Q Roughly In-Line, Guidance Upped On Fee Schedule Benefits/Spiro Health Deal", Truist Securities, May 7, 2021.

"1Q21: Expect Solid Macro and M&A Update, Reimbursement Positives", Baird Equity Research, April 9, 2021.

"4Q20 Beat; 2021 Raised Early Showcases Confidence and Accelerating Growth; Buy", UBS, March 4, 2021.

"4Q20 Preview: All Systems Go Ahead of AeroCare Close", Baird Equity Research, January 15, 2021.

"AdaptHealth "Expert Call" Supports Our Positive View on AHCO: Post-Covid Outlook Is Solid", Jefferies, May 1, 2020.

"AdaptHealth A Beat & Reiterate Despite COVID; Growth Outlook Robust, With Room for Upside", Jefferies, May 12, 2020.

"AdaptHealth AHCO Has Upward Bias From Deal Accretion, Strategic Position, Russell Addition", Jefferies, May 31, 2020.

"AdaptHealth Breathing More Energy Into The Stock as Mgmt Continues to Execute M&A Strategy", Jefferies, March 3,

"AdaptHealth Clarifing Adapt's S-1 Filing…No, the Compay is Not Planning to Sell Stock", Jefferies, March 23, 2020.

"AdaptHealth Corp "Expanded Credit Adds Additional $300M of Dry Powder for M&A"", UBS, April 27, 2021.

"AdaptHealth Corp (AHCO: NAS): Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within its Industry (U.S.)", Plunkett Research, June 30, 2021.

"AdaptHealth Corp.  - Delivering impressive growth to your door; Initiating at Outperform", RBC Capital Markets, June 9, 2020.

"AdaptHealth Corp. (NASDAQ: AHCO) – Highlights from the RBC Global Healthcare Virtual Conference", RBC Capital Markets, May 18, 2021.

"AdaptHealth Corp. AeroCare Transforms Adapt's Scale but Preserves its Strategy; Hike PT, Stay OP.", SVB Leerink, December 2, 2020.

"AdaptHealth Corp. 'B+ Issuer Credit Rating Affirmed On Aerocare Acquisition; Outlook Stable; Rating Actions on Debt", S&P Global Research, December 14, 2020.

"AdaptHealth Corp. Correction: Another transformative deal", RBC Capital Markets, December 1, 2020.

"Adapthealth Corp. Encouraging 2Q Update Demonstrates that the HME Roll-Up Story Is On track", SVB Leerink, August 5, 2020.

"Adapthealth Corp. First Take: Solid 2Q Update; Reiterate Outperform", SVB Leerink, August 4, 2020.

"AdaptHealth Corp. First Take: Strong Update; Look for Reads on the Future of Competitive Bidding", SVB Leerink, November 4, 2020.

"Adapthealth Corp. Home is Where the Health Is: A Compelling Roll Up Opp, in an Attractive Market", SVB Leerink, December 11, 2019.

"AdaptHealth Corp. Increasingly confident in thesis following meetings with management", RBC Capital Markets, August 11, 2020.

"AdaptHealth Corp. Not "too close to call": attractive setup into FY21", RBC Capital Markets, November 4, 2020.

"AdaptHealth Corp. Results and outlook strong despite ST headwinds", RBC Capital Markets, August 4, 2020.

"AdaptHealth Corp. Roll Up Story Plowing Ahead With Ample Dry Powder; Hike Estimates & PT; Stay OP", SVB Leerink, November 5, 2020.

**APPENDIX C**
**Documents Considered**

"AdaptHealth Corp. Senior Unsecured Notes Rating Upgraded", S&P Global Research, February 2, 2021.

"Adapthealth Corp. Takeaways from Conversation with Management", SVB Leerink, November 17, 2020.

"AdaptHealth Corp. Takeaways from Our Conversation with AdaptHealth", SVB Leerink, September 3, 2020.

"AdaptHealth Corp. The Death of Medicare Competitive Bidding?", SVB Leerink, October 29, 2020.

"AdaptHealth Corp. The HME Consolidator Of Choice; Initiate At Outperform", SVB Leerink, July 1, 2020.

"Adapthealth Corp. Updating Estimates for the Earlier Close of Solara and ActivStyle Acquisitions", SVB Leerink, July 6, 2020.

"AdaptHealth Corp.: Adapting to the shift in care to the home – Initiating with Buy", BofA Global Research, January 26, 2021.

"AdaptHealth Corp.: Beat on revs as organic growth accelerates, guidance raised", BofA Global Research, March 4, 2021.

"AdaptHealth Corp.: Co-CEO removal doesn't create leadership void", BofA Global Research, April 14, 2021.

"AdaptHealth Corp.: Q1 in line, raises full year outlook on sequestration + deals", BofA Global Research, May 6, 2021.

"AdaptHealth Corp.: Quick takes from the conference", BofA Global Research, May 12, 2021.

"AdaptHealth Corp.: Takes from the call; raising estimates", BofA Global Research, May 6, 2021.

"AdaptHealth Corp: 1Q21 Model Update: Modest Changes to EBITDA; Trimming PT to $42" (Buy)", UBS, May 13, 2021.

"AdaptHealth Corpm's Secured Debt Increase Reduces Recovery Propsects for Senior Unsecured Notes", S&P Global Research, April 28, 2021.

"AdaptHealth Guidance Raise Underscores Bull Case For An Overlooked Growth Stock", Jefferies, August 5, 2020.

"AdaptHealth Healthcare Services 3Q beat and guidance raise leads estimates higher", Canaccord Genuity, November 4, 2020.

"AdaptHealth Healthcare Services Improving organic growth story fortified by a robust M&A strategy", Canaccord Genuity, August 10, 2020.

"AdaptHealth JEF H/C Conf Takeaways: CGM Entry Boosts Organic Growth to +HSD", Jefferies, June 5, 2020.

"AdaptHealth People Ask About Ventilators … AHCO Has Them and Is Renting Them to Hospitals", Jefferies, March 19, 2020.

"AdaptHealth Post-Offering Review: Solara Boosts Organic Growth; Valuation Still Compelling", Jefferies, July 2, 2020.

"AdaptHealth Q4 Results & Guidance Show How AHCO Can Help Investor Portfolios Breathe Easier", Jefferies, February 25, 2020.

"AdaptHealth: 1Q a tad light; 2021 guidance raised – all eyes on leadership commentary", Deutsche Bank, May 6, 2021.

"AdaptHealth: A tale of two cities; stock down 12% but 2022 estimates moving up", Deutsche Bank, May 6, 2021.

"AdaptHealth: AHCO announced (another!) transformational deal", Deutsche Bank, December 3, 2020.

"AdaptHealth: AHCO Delivers Good News After Election Day Uncertainty", Deutsche Bank, November 4, 2020.

"AdaptHealth: Defensive biz model; still playing offense", Deutsche Bank, May 5, 2020.

"AdaptHealth: Est. 2020 Rev growth of 47%, YES this is a DME and not a tech company", Deutsche Bank, February 27,

"AdaptHealth: Excellent 2020, still room to grow in 2021", Deutsche Bank, November 17, 2020.

"AdaptHealth: Never a good headline, Co-CEO placed on unpaid leave", Deutsche Bank, April 13, 2021.

"AdaptHealth: Not Your Great Grandma's DME Provider", Deutsche Bank, March 4, 2021.

"AdaptHealth: Solara and ActivStyle Acquisition", Deutsche Bank, May 26, 2020.

"AdaptHealth: Well positioned to grow through COVID-19 and beyond; new TP of $26", Deutsche Bank, August 5, 2020.

"AdapthHealth Corp. Unfortunate news on co-CEO, but key leadership remains in place and focused on growth", RBC Capital Markets, April 13, 2021.

"Adapting to Higher Level of Scrutiny", Baird Equity Research, May 6, 2021.

"AeroCare acquisition looks attractive strategically, financially", RBC Capital Markets, December 1, 2020.

"AHCO - Expanded debt financing indicates M&A busines as usual", RBC Capital Markets, April 26, 2021.

"AHCO - Impressive print and guidance with organic momentum expected to resume", RBC Capital Markets, March 4, 2021.

"AHCO – Investigation results and CEO appointment consistent with our expectations", RBC Capital Markets, June 14, 2021.

**APPENDIX C**
**Documents Considered**

"AHCO - Mgmt commentary supports investment thesis, attractive combinations with AeroCare", RBC Capital Markets, January 14, 2021.

"AHCO - Stock underperforming despite very strong print, guide, call", RBC Capital Markets, November 4, 2020.

"AHCO - Stock weakness appears misplaced, in our opinion; we are buyers", RBC Capital Markets, September 23, 2020.

"AHCO - Strong organic growth and continued M&A; EBITDA print below mis-modeled Street", RBC Capital Markets, May 6, 2021.

"AHCO - Strong print and guidance despite headwinds in traditional business lines", RBC Capital Markets, August 4, 2020.

"AdaptHealth: Technology disruption is shaking up DMEs, yielding an innovative business model", Deutsche Bank,

"Beat-and-raise scenario likely to continue through 2021", Canaccord Genuity, March 4, 2021.

"Board places Co-CEO on leave following Denmark legal charges", Canaccord Genuity, April 13, 2021.

"Board Review/CEO Move a Clearing Event; Russell Rebalance a Positive", Jefferies, June 17, 2021.

"CMS Delivers good news for HME providers", RBC Capital Markets, October 28, 2020.

"CMS Proposes to Put the Brakes on Comp Bidding - Big Positive for AHCO", Jefferies, October 27, 2020.

"CMS Rule Change for CGM Eligibility Should Provide Tailwind Beginning in 3Q21", Jefferies, June 22, 2021.

"Co-CEO Charged by Danish Authorities with Tax Fraud and Placed on Leave; AHCO Not Implicated in Allegations", Stifel, April 13, 2021.

"Comment On Board Of Directors Statement", Truist Securities, April 13, 2021.

"DB Hosting Virtual NDR with Adapt Health Management Tuesday 11/17/20", Deutsche Bank, November 13, 2020.

"Downgrading to Neutral with $35 Price Target", Baird Equity Research, April 13, 2021.

"Exploring the McGee Situation", Baird Equity Research, April 28, 2021.

"First Blush: Knocking down the Wall of Worry", Deutsche Bank, March 4, 2021.

"First Read: AdaptHealth Corp "1Q21 First Take: Soft 1Q but Guidance Raised" (Buy)", UBS, May 6, 2021.

"First Read: AdaptHealth Corp "Caliendo's Conference Call Commentary" (Buy)", UBS, May 6, 2021.

"First Read: AdaptHealth Corp "CEO Placed on Leave [ERRATUM]" (Buy) Caliendo", UBS, April 13, 2021.

"First Read: AdaptHealth Corp "Takeaways From UBS 2021 Global Healthcare Conference"", UBS, May 25, 2021.

"FY21 organic and M&A tailwinds blowing stronger than expected", RBC Capital Markets, March 4, 2021.

"H@H: Major News Flow This Week in a Rapidly Emerging Space of H/C Services", Jefferies, May 13, 2021.

"Health Care Facilities & Managed Care: 2021 Virtual Vegas HC Conference - 10 things we learned", BofA Global Research, May 14, 2021.

"Health Care Facilities & Managed Care: What 70 HC CEOs/CFOs think about the timing of a return to normal utilization", BofA Global Research, May 26, 2021.

"Health Care Facilities: Balance Sheet Report: Balance sheets improved during COVID, but FCF a drag", BofA Global Research, April 14, 2021.

"Health Care Facilities: Proposal could expand coverage of oxygen, positive for HME providers", BofA Global Research, July 8, 2021.

"Healthcare Facilities: Expert's Bullish Health at Home Outlook Reinforces Constructive Industry View", Deutsche Bank, March 23, 2021.

"Healthcare Services 1Q21 Preview", Truist Securities, April 14, 2021.

"Healthcare Services 2Q21 Preview", Truist Securities, July 14, 2021.

"Healthcare Services: Suspending Research Coverage", SVB Leerink, February 25, 2020.

"Healthcare Services: Weekly Lookback: Names With Most Calls (AHCO, Distys, SGRY); Hospital at Home", Jefferies, May 17, 2021.

"Hitting on All the Right Notes – M&A, Market Tailwinds, COVID Recovery", Baird Equity Research, March 4, 2021.

"Home Health and Hospice Care Industry (U.S.): Analytics, Extensive Financial Benchmarks, Metrics and Revenue Forecasts to 2027, NAIC 621600", Plunkett Research, May 26, 2021.

"Home Medical Equipment Provider AdaptHealth Corp. Assigned 'B+' Rating, Outlook Stable; Unsecured Notes Rated", S&P Global Research, July 14, 2020.

**APPENDIX C**
**Documents Considered**

"Hospital@Home: The Future of H/C Brings Tailwinds for Hospitals & Home Health", Jefferies, May 12, 2021.

"JEF HC Conf Takeaways (AHCO): LT Guidance Ranges Formally Reiterated", Jefferies, June 2, 2021.

"Lack of 1Q beat hits shares; provides good entry point", Canaccord Genuity, May 6, 2021.

"Long-Tailed Secular Growth Story with Accretive M&A Opportunities Remains Very Much on Track", Stifel, March 4, 2021.

"Meaningful 2021 Guidance Boost, Calling Out Diabetes and Sleep", Baird Equity Research, March 4, 2021.

"Model Update", Truist Securities, May 11, 2021.

"Proposed CMS Coverage Expansion for Home Oxygen Would Boost AHCO Volumes", Jefferies, July 7, 2021.

"Pullback Opens Buying Oppty Into Top Growth & EBITDA Upside Story in DME Space", Jefferies, February 11, 2021.

"Reaction to 1Q "Miss" Overdone; Story Still On Track, Numbers Moving Higher (With More Upside Ahead)", Stifel, May 6,

"Reasons to Buy AHCO: 11.5% Q1 Organic Growth, $500MM M&A Pipeline, 8.5x EBITDA", Jefferies, May 6, 2021.

"Sell-off ignores solid fundamental performance that confirms business as usual", RBC Capital Markets, May 6, 2021.

"Stephen Griggs Named CEO and Other Industry News", Baird Equity Research, June 14, 2021.

"Strong Momentum Sets Up Meaningful Upside Risks to 2022 Estimates; Reiterate Buy", UBS, March 8, 2021.

"Strong Q4, FY21 Guidance Raise Should Address Recent Investor Concerns", Jefferies, March 4, 2021.

"Themes, viewpoints and focus ideas for 2021", Canaccord Genuity, January 6, 2021.

"Thesis Hasn't Changed With Co-CEO Going on Leave; Pullback Opens Buying Oppty", Jefferies, April 13, 2021.

"UBS Evidence Lab inside: Initiate at Buy – Industry Leading Growth With Tech-Enabled Advantages", UBS, December 10,

"UBS Evidence Lab inside: Initiate at Buy – Reviewing Investor Feedback on our Recent Launch", UBS, December 17, 2020.

"Underfollows ($3B Cap) Stock Growing '21 EBITDA >40% With Compelling Valuation", Jefferies, November 11, 2020.

"Update On Management And Independent Law Firm Findings", Truist Securities, Jume 14, 2021.

"Upgrade to Outperform", Baird Equity Research, July 14, 2021.

"vNDR bolsters our long-term confidence", Canaccord Genuity, November 18, 2020.

"Weekly CEO Changes Week Ended: June 18, 2021 AdaptHealth, Athira Pharma, Lordstown Motors ", Audit Analytics, June 18, 2021.

"Well Positioned As The Market Continues To Move Towards The Home - Initiate At Buy", Truist Securities, March 18,

"With Q4 Behind Us & Guidance Raised, AHCO Investors Can Breathe & Sleep Better", Jefferies, March 5, 2021.

**Other**

"AdaptHealth Corp. (NasdaqCM:AHCO) Quick Comparable Analysis," November 28, 2020.

https://www.law.cornell.edu/wex/form_s-4#

"SEC | EDGAR Full Text Search", January 20, 2023.

"What is a SPAC?", CB Insights Research Report, April 5, 2022.

U.S. Securities and Exchange Commission, "How to Read a 10-K," July 1, 2011. Available at: https://www.sec.gov/answers/reada10k.htm.