# Exhibit 14

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>v.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>              Defendants. | Civ. Action No. 2:21-cv-03382-HB |

**EXPERT REPORT OF FABIO SAVOLDELLI**

**March 29, 2023**

**TABLE OF CONTENTS**

I.      Qualifications ................................................................................................1

II.     Litigation Background ...................................................................................3

III.    Assignment ...................................................................................................5

IV.     Summary of Conclusions...............................................................................6

V.      Short Seller Reports are Not Impartial Assessments of a Company's Value ......................7

      A.      Overview of Short Selling ...................................................................7

      B.      Dedicated Short Sellers Release Short Seller Reports with the Goal of Negatively Impacting the Stock Prices of Target Companies so that the Short Sellers Can Profit ..................................................................11

VI.     The Publication of Short Seller Reports Alone Can Drive Down Stock Prices ................13

VII.    Short Seller Reports that Cause a Short-Term Negative Impact on a Target Company's Stock Price, Based Solely on their Publication, Separate and Apart from the Underlying Content, Share Certain Similar Characteristics .........................................17

      A.      The Short Seller Report is Authored by a Little-Known Pseudonymous Short Seller........................................................................18

      B.      The Short Seller Report Uses Sensationalistic Language......................20

      C.      The Short Seller Report Contains No Material, Nonpublic Information...............22

      D.      Reputable Sell-Side Analysts Disregard the Content of the Short Seller Report........................................................................24

      E.      The Publication of the Short Seller Report is Not Followed by Out of the Ordinary Short Selling Activity ..................................................26

VIII.   The Jehoshaphat Report Exhibits the Characteristics of Short Seller Reports that Cause a Decline of a Target Company's Stock Price, Based Solely on Their Publication, Separate and Apart from the Underlying Content .........................................26

      A.      Jehoshaphat is a Little-Known Pseudonymous Short Seller.................27

      B.      The Jehoshaphat Report Used Sensationalistic Language.....................28

      C.      The Jehoshaphat Report Contains No Material Nonpublic Information ..............29

      D.      Reputable Sell-Side Analysts Disregarded the Content of the Jehoshaphat Report........................................................................31

      E.      The Publication of the Jehoshaphat Report Was Not Followed by Out of the Ordinary Short Selling Activity ..................................................33

## I.    QUALIFICATIONS

1.    I have over 25 years of experience as a hedge fund-focused Chief or Deputy Chief Investment Officer ("CIO"), a position that entails directing investors' investments into hedge funds and monitoring the holdings of invested funds.  I have served as CIO at four different institutions over the course of my career: Optima Fund Management ("Optima"), Merrill Lynch Investment Managers ("Merrill Lynch"), Swiss Bank Corp. Asset Management ("Swiss Bank"), and Chase Manhattan Private Bank.

2.    I was the Senior Fund Manager and Head of Dollar Block Fixed Income at the Bank of Tokyo International Asset Management in London.  In that capacity, I was the senior person responsible for all derivatives on equities, fixed income, and foreign exchange, including traded and over-the-counter ("OTC") options.  I was Deputy CIO, Head of Fixed Income and Foreign Exchange at Swiss Bank in New York.  During my time in this role, Swiss Bank made extensive use of OTC derivatives, both producing structured products for distribution and within managed portfolios.

3.    I also held various positions at Merrill Lynch, including Managing Director & CIO at Merrill Lynch Investment Managers Alternative Strategies, where I invested in over 170 hedge funds and had ultimate supervision of the Merrill Lynch Quantitative Advisors fund.  At Merrill Lynch, I selected and recommended to investors the initial hedge funds participating in Merrill Lynch's Hedge Access private banking platform.  Our regular investment monitoring involved assessing short seller reports on existing positions.

4.    I served as Partner and CIO at Optima.  I was responsible for the investment and performance of a $3.2 billion fund of funds (*i.e.*, a multimanager fund that invests in other hedge funds), with an approved list of over 100 hedge funds available for investment, including

1

commingled and separately managed accounts with full visibility into assets purchased by the hedge funds, including short positions and derivatives. Again, our regular investment monitoring involved assessing short seller reports on existing positions.

5.      Over the course of my career as CIO at both Merrill Lynch and Optima, my responsibilities included: (1) selecting hedge funds for the allocation of investor assets based on projected performance and other factors that could affect future prospects; (2) overseeing investment manager adherence to investment strategy and policy; and (3) interacting with investors. As Deputy CIO at Swiss Bank and CIO at Chase Manhattan Private Bank, Merrill Lynch, and Optima, I was also responsible for developing investment policies, making asset allocation decisions, and managing and monitoring hedge fund investment portfolios. This included managing and monitoring hedge funds' long and short positions. A regular part of monitoring our investment portfolios involved reviewing short seller reports and assessing the veracity of claims and the likely impact of short seller reports on our existing holdings. The factors we considered when reviewing short seller reports included the identity of the authors, the information conveyed, and the market's immediate and projected reaction to the short seller reports.

6.      In addition to my work as CIO, I have worked with hedge funds and prospective hedge funds in consulting capacities. I was part of the team planning to launch the GS Gamma Opportunities Fund, a proposed global investment fund with a broad mandate that did not ultimately launch. During my career, I have maintained accounts with every major prime brokerage. I was also a consultant to Stone Toro Asset Management ("Stone Toro"), which managed an event-driven arbitrage hedge fund and the Stone Toro Long Short Fund.

2

7.      As a contributing editor on Bloomberg Television, I comment on developments in the financial world from a hedge fund perspective.  Additionally, I serve as an adjunct professor at the Columbia University Graduate School of Business, where I teach a course titled, "Hedge Funds."  The course covers all aspects of hedge fund investing and operations, including an introduction to short investing and analyzing investing theses in short reports.  As part of my course, I have hosted guest lecturers with experience in various parts of the investment management industry, including dedicated short sellers such as Andrew Left, founder of Citron Research, a prominent short seller firm that has published over 150 short seller reports.

8.      My curriculum vitae is attached hereto as **Appendix A**, and a list of my prior testimony from the last four years is attached hereto as **Appendix B**.

## II.    LITIGATION BACKGROUND

9.      AdaptHealth Corp. ("AdaptHealth") is "a leading provider of home healthcare equipment, supplies and related services in the United States."[1]

10.      Prior to November 2019, AdaptHealth Holdings LLC was a private company.[2] After market close on November 8, 2019, DFB Healthcare Acquisitions Corp., a special purpose acquisition company, announced that it had completed a business combination with AdaptHealth Holdings LLC.[3]

---

[1]    AdaptHealth Corp., Form 10-K, December 31, 2019 ("AdaptHealth 2019 10-K"), at 3.

[2]    DFB Healthcare Acquisitions Corp., Form 8-K, Exhibit 99.1, July 8, 2019 ("DFB Healthcare Acquisitions Corp. ('DFB') (NASDAQ: DFBH, DFBHU, DFBHW), a special purpose acquisition company sponsored by Deerfield Management ('Deerfield') and Richard Barasch, announced today that it has entered into a definitive agreement for a business combination with AdaptHealth Holdings, LLC ('Adapt' or the 'Company'), the third largest distributor of home medical equipment ('HME') in the United States. Upon the closing of the transaction, it is expected that DFB will be renamed AdaptHealth Holding Corporation ('AdaptHealth') and remain NASDAQ-listed under a new ticker symbol.").

[3]    "DFB Healthcare Acquisitions Corp. Announces Closing of Business Combination With AdaptHealth Holdings LLC," *Business Wire*, November 8, 2019, available at https://www.businesswire.com/news/home/20191108005600/en/DFB-Healthcare-Acquisitions-Corp.-Announces-Closing-of-Business-Combination-With-AdaptHealth-Holdings-LLC.

11.    On November 11, 2019, AdaptHealth Corp. began publicly trading on NASDAQ under the symbol "AHCO."[4]

12.    Before the market opened on July 19, 2021, a pseudonymous short seller,[5] Jehoshaphat Research ("Jehoshaphat"), published a report entitled "Not Just a Roll-Up, But a Coverup: Is AHCO the Next MDCA?" (the "Jehoshaphat Report").[6]  The Jehoshaphat Report alleged that AdaptHealth was "deceiving the investor community via its financial reporting practices," and that AdaptHealth reported an "8-10% organic growth trajectory," while it was in fact "experiencing double-digit organic decline."[7]  On November 22, 2021, in partial reliance on the Jehoshaphat Report, Delaware County Employees Retirement System and Bucks County Employees' Retirement System filed a complaint against AdaptHealth and certain AdaptHealth officers and directors[8] on behalf of a putative class of purchasers of AdaptHealth securities (*i.e.*, common stock and options), who purchased such securities from November 8, 2019 through June 16, 2021.[9]

13.    Among other things, Lead Plaintiffs allege that AdaptHealth misrepresented its organic growth by implementing a new methodology for calculating organic growth that incorporated revenue from recent acquisitions and concealed that organic growth "had stalled and even declined" (the "Organic Growth Issue").[10]  Lead Plaintiffs allege that "Defendants

---

[4]    AdaptHealth 2019 10-K, at 37.
[5]    Pseudonymous short sellers refer to short sellers that operate anonymously and publish reports under a pen name. By virtue of their pen name, pseudonymous short sellers can create a historical record of their work and can obtain some amount of credibility with investors.
[6]    "Not Just a Roll-Up, But a Coverup: Is AHCO the Next MDCA?," Jehoshaphat Research, July 19, 2021, available at https://jehoshaphatresearch.com/wp-content/uploads/AHCO-Short-Report-by-Jehoshaphat-Research.pdf ("Jehoshaphat Report").
[7]    Jehoshaphat Report, p. 1.
[8]    Complaint ¶ 16, *Del. Cnty. Emps. Ret. Sys. v. AdaptHealth Corp.*, (E.D. Pa. Nov. 22, 2021) (No. 21-3382).  The individual defendants are Luke McGee, Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III.
[9]    Complaint ¶ 1.
[10]    Complaint ¶¶ 115–27.

manipulate[d] AdaptHealth's 'organic growth' metric"[11] and made related misrepresentations on four dates, from March 4, 2021 through May 10, 2021.[12]  Lead Plaintiffs further allege that the Jehoshaphat Report revealed the "truth" about the Organic Growth Issue to the market. Specifically, Lead Plaintiffs allege that "AdaptHealth's true organic revenue growth, when calculated in line with the Company's prior disclosures and industry standards, was actually **negative** for the first six months of 2021."[13]  As a "direct result of the report's disclosures of the truth of AdaptHealth's organic growth numbers," Lead Plaintiffs claim that AdaptHealth's stock "fell $1.51 per share, or 5.93%, to close at $23.96 per share on July 19, 2021."[14]

### III.    ASSIGNMENT

14.    I have been retained by counsel for the AdaptHealth Defendants[15] to (1) describe, at a high level, the concept of short selling, typical short seller activity, including the publication of short seller reports, and associated market reactions to short seller activity; and (2) evaluate, to the extent any decline of AdaptHealth's stock price on July 19, 2021 is the result of the Jehoshaphat Report, whether such a decline is attributable to the mere publication of the Jehoshaphat Report or to its contents.

15.    In performing this work, I have received assistance from Compass Lexecon personnel working under my direction and supervision, and consulting with me regularly. Compass Lexecon is being compensated for the time spent by its personnel at their customary

---

[11]  Complaint at p. 16.
[12]  Complaint ¶¶ 115–27.  Lead Plaintiffs allege misrepresentations on the following dates:  March 4, 2021, when AdaptHealth hosted an earnings call to discuss Company's Q4 and FY 2020 results; March 16, 2021, when AdaptHealth filed its Annual Report for FY 2020; May 6, 2021, when AdaptHealth hosted an earnings call to discuss Company's Q1 FY 2021 results; and May 10, 2021, when AdaptHealth filed its Quarterly Report for Q1 FY 2021.
[13]  Complaint ¶ 7 (emphasis added).
[14]  Complaint ¶ 154.
[15]  The "AdaptHealth Defendants" are AdaptHealth Corp., Stephen P. Griggs, Jason Clemens, Frank J. Mullen, Richard Barasch, Joshua Parnes, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III.

hourly rates.  My current hourly rate is $1,200.  My compensation is not contingent on the opinions I form or the outcomes in this matter.

16.    I reserve the right to update, refine, or revise this report based on new or additional information I receive.

17.    In preparing this expert report, I have reviewed a number of documents and data sources.  The documents, data, and other information I relied on in forming the opinions outlined in this report are listed and included in the attached **Appendix C**.

## IV.    SUMMARY OF CONCLUSIONS

18.    Based on my experience, my review of the facts of this matter, and my review of information reflected in Appendix C, I have reached the following conclusions:

    a.    Short seller reports drafted by dedicated short sellers who have positioned their portfolios to profit from a decline of a target company's stock are not impartial assessments of a company's value.  A primary goal of short seller reports is to negatively impact the stock price of a target company so the short sellers can profit.

    b.    The publication of a short seller report can cause a target company's stock price to decline irrespective of the short seller report's content or whether the content is accurate.

    c.    Short seller reports that cause a short-term negative impact on a target company's stock price by virtue of their publication, irrespective of the underlying content, share the following characteristics:

        i)    The short seller report is authored by a little-known pseudonymous short seller;

ii)     The short seller report uses sensationalistic language;

iii)    The short seller report contains no material, nonpublic information;

iv)     Professional market analysts disregard the content of the short seller report; and

v)      The publication of the short seller report is not followed by out of the ordinary short selling activity.

d.      Based on my review of the Jehoshaphat Report and a comparison of its characteristics to the characteristics of short seller reports listed above, I conclude that, if the decline of AdaptHealth's stock price on July 19, 2021 is the result of the Jehoshaphat Report, that decline is attributable to the mere publication of the Jehoshaphat Report, not its content.[16]

19.     I elaborate upon and provide the bases for my opinions in Sections V–VIII of this report.

## V.    SHORT SELLER REPORTS ARE NOT IMPARTIAL ASSESSMENTS OF A COMPANY'S VALUE

### A.    Overview of Short Selling

20.     In the stock market, investors can profit from stock price movement in two ways: (i) by purchasing stocks before prices increase, and (ii) short selling stocks before prices decrease. Professional investors often use the term "long" to describe the positive exposure to stock prices when purchasing a stock, and "short" to describe the negative exposure to stock prices when short selling a stock.

---

[16]   I have not been asked by counsel to analyze the accuracy of the allegations regarding the Organic Growth Issue raised by Jehoshaphat. I have also not been asked by counsel to analyze AdaptHealth's stock price beyond July 19, 2021.

21.     Investors open long positions in a stock by buying a stock that they expect to increase in price.  Conversely, investors open short positions in a stock because they believe the stock price is likely to decrease.  To open a short position, investors must borrow stock from someone who owns it.  To short sell a stock, investors sell their borrowed stock on the market, hoping to buy the stock back when the price decreases, after which the investors return the stock to the lending party.[17]

22.     Unlike long buying, short selling incurs additional costs due to the complex nature of a short transaction.  When borrowing a stock, short sellers need to pay loan fees to the broker that lends the stock to the short seller; the broker then pays the beneficial owner of the stock. Brokers also require short sellers to set up margin accounts, which act as a form of collateral, to ensure that the shares will be returned in the future.[18]

23.     For example, if IBM stock trades at $100 per share today, and an investor expects the price to drop over time, she can borrow ten shares of IBM stock from a broker and pay the cost of borrowing of $3 per year.  She then sells the borrowed IBM stock for $1,000 (ten shares multiplied by $100 per share, *i.e.*, a ten-share short position).  If IBM stock falls to $80 per share in a year, then she can close the short position by repurchasing ten shares on the open market for $800 and returning ten shares of IBM to her lenders, realizing a profit of $197 ($1,000 (proceeds of stock sale) – $800 (the cost of repurchasing ten shares) – $3 (the cost of borrowing) = $197).

24.     Short selling is risky.  The primary risk is price risk, which is the risk that prices will move against investors' positions. While long buyers lose when stock prices decrease, their downside risk is limited because stock prices cannot go below zero.  In contrast, short sellers'

---

[17]  *See* Taulli, Tom, *All About Short Selling*, McGraw Hill, 2011, at p. 6.  *See also* "Short Selling Explained: Basic Guide for Stock Trader," Day Trade The World, available at https://www.daytradetheworld.com/trading-blog/short-selling (accessed on 1/6/2023).

[18]  Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, Eleventh Edition, McGraw-Hill Education, 2018, at p. 79.

losses could be potentially unlimited because there is no limit to how high stock prices can go.[19] For instance, in the IBM example above, if IBM stock price increased to $1,100 per share, the short seller covering her position would need to buy the stock back at the cost of 11 times more than she sold, resulting in a loss of $10,003, over ten times the initial investment ($1,000 (proceeds of stock sale) – $11,000 (the cost to repurchase) – $3 (the cost of borrowing) = -$10,003).  On the other hand, the most the short seller would earn is $997 if IBM stock falls to $0 per share.  But if the target company's stock price decreases to zero, this could also be risky for the short seller because the short seller may be unable to buy back the stock to return to the lender.[20]

25.      Short sellers are exposed to both systematic risk and idiosyncratic risk.[21] Systematic risk is associated with market-wide price movements.  For example, the price of a stock can rise on good macroeconomic news, such as lower-than-expected inflation.[22]  Idiosyncratic risk is associated with price movements that are specifically related to a company.  For example, the price of a stock can rise when a company performs better than expected.  Short sellers that bet on a company's underperformance face the systematic risk that the company's stock price will increase due to market-wide price movements, which serve to improve the price, despite negative idiosyncratic risks and company-specific developments pushing the company's stock price down.

26.      Short sellers face additional, unique risks related to borrowing shares.  For example, a lender could require the return of borrowed shares for any reason.  This is known as recall risk.

---

[19] Bohl, Lee, "Short Selling: The Risks and Rewards," Charles Schwab, August 10, 2022, available at https://www.schwab.com/learn/story/ins-and-outs-short-selling (accessed on 1/6/2023).

[20] Levine, Matt, "'Go to Zero' Isn't Great for Short Sellers," Bloomberg, April 11, 2018, available at https://www.bloomberg.com/opinion/articles/2018-04-11/-go-to-zero-isn-t-great-for-short-sellers (accessed on 1/11/2023).

[21] Bodie, Zvi, Alex Kane, and Alan Marcus, *Investments*, Eleventh Edition, McGraw-Hill Education, 2018, at p. 247.

[22] Gabajiwala, Juzer, and Aashika Jain, "How Does Inflation Impact the Stock Market?" Forbes, August 26, 2022, available at https://www.forbes.com/advisor/in/investing/how-inflation-impact-the-stock-market (accessed on 1/6/2023).

In the event of a recall, the short seller is responsible for returning the shares to the lender within a few days, which could force short sellers to close their short positions early and at a loss.[23]

27.    Additionally, loan fees, which are determined by supply and demand in the stock borrowing market, can fluctuate day to day, making the cost of borrowing uncertain and subject to change.  A short seller can only observe the prevailing loan fees for a stock at the time of opening a short position, but she cannot observe the loan fees in the days to follow without entering into an expensive "term loan."  If the demand for shorting the stock increases significantly after the position is opened, she will need to pay a higher loan fee to maintain her short position.[24]  A successful short seller that targets a stock that starts falling will incur higher loan fees as other short sellers seek to borrow stock to short the same stock.

28.    In my experience, because of the attendant risks, analysts, portfolio managers, and others with portfolio management responsibilities focus more on single-name short positions[25] than on other positions in a portfolio.  When reviewing the single-name short positions, such investors typically seek to uncover where the short idea originated.  Short positions generated by internal research are viewed differently than those driven by short seller reports.  Investors who take short positions based on a short seller report expose their portfolios to significantly more risk.

---

[23]  When the borrowed stock is recalled, the broker will send a recall notice on the first business day after the trade date (T+1) instructing the short seller to return the borrowed stock within two business days (T+3).  *See* Asness, Cliff and Frank Fabozzi, *Short Selling: Strategies, Risks, and Rewards*, John Wiley & Sons (2004), p. 12.

[24]  Bohl, Lee, "Short Selling: The Risks and Rewards," Charles Schwab, August 10, 2022, available at https://www.schwab.com/learn/story/ins-and-outs-short-selling (accessed on 1/6/2023) ("[T]he cost to borrow a stock changes frequently in response to supply and demand conditions.  For example, you could log off one night with a short position carrying a 20% interest rate, only to log in the next day to find it has surged to 85%.  As a result, you may find it no longer makes sense to keep your position open.  Even worse would be a case where both the value of the stock you've shorted and the accompanying interest rate are rising at the same time, sending your cost to carry skyward.").

[25]  A single-name short position is a short position in a single stock, as opposed to a short position in a basket of stocks or in an index.

**B.      Dedicated Short Sellers Release Short Seller Reports with the Goal of Negatively Impacting the Stock Prices of Target Companies so that the Short Sellers Can Profit**

29.      Dedicated short sellers ("dedicated short sellers" or "short sellers") specialize in identifying companies whose stock price they believe is susceptible to decline, positioning their own investment portfolios to capitalize on a decline, and publishing short seller reports aimed at driving down stock prices for their own benefit.[26]   While dedicated short sellers are not the only market participants that publish reports expressing negative opinions on companies' prospects, they are the only market participants that do so on a self-interested basis.  Unlike sell-side equity analysts, such as those working for Goldman Sachs or Morgan Stanley, who issue analyst reports that serve as recommendations for their client investment teams or as marketing tools for other services provided by their employer,[27] but who are neither positioned to, nor legally permitted to, profit from price declines of target companies,[28] dedicated short sellers' primary goal is to profit from price declines of target companies.  For purposes of this report, I focus only on dedicated short sellers and their short seller reports.  Such short seller reports are not impartial assessments of a company's value.

---

[26]   There are a wide variety of market participants that produce reports expressing negative opinions; this report focuses on reports issued by dedicated short sellers.

[27]   "Equity Research," Sell Side Handbook, available at http://sellsidehandbook.com/careers/equity-research (accessed on 1/8/2023) ("Equity research is the part of the investment bank that conducts research on stocks using publicly available information and provides insights and analysis on equities for clients on the buy-side. Additionally, the equity research division will help the companies that they cover market their securities. Clients will subscribe to these insights for a fee every year, but the real money is made in the corresponding capital markets business when shares are issued and traded.").

[28]   FINRA prohibits analysts and members of their households from trading the stocks they cover. *See* "Commission Approves Rules to Address Analyst Conflicts," U.S. Securities and Exchange Commission, May 8, 2002, available at https://www.sec.gov/news/press/2002-63.htm (accessed on 1/8/2023) ("The rule changes will bar analysts and members of their households from investing in a company's securities prior to its initial public offering if the company is in the business sector that the analyst covers.  In addition, the rule changes will require 'blackout periods' that prohibit analysts from trading securities of the companies they follow for 30 days before and 5 days after they issue a research report about the company.   Analysts will also be prohibited from trading against their most recent recommendations. Removing analysts' incentives to trade around the time they issue research reports should reduce conflicts arising from personal financial interests.") (emphasis omitted).

30.     While short selling in general is an important component of a free market, certain short selling tactics, such as those frequently used by dedicated short sellers, are viewed unfavorably by market participants.  The following selections from public comments directed to the U.S. Securities and Exchange Commission ("SEC") and related to a study on short sale reporting illustrate how market participants perceive dedicated short sellers:[29]

> Aggressive shorters, and short selling pools, will sometimes hire stock "bashers", [sic] people paid to post negative articles on blogs and message boards.  Their goal is to put out negative news on a company or its products in an effort to cause the company problems and insure the stock declines so their negative bets pay off.[30]

> There have been many individuals that are front running manipulative "negative research" pieces with the intent to move the stock price of a security for their unnatural benefit within the market.[31]

> Deception can occur when information asymmetry leaves the long side of the market (i.e., Main Street America) at the mercy of a small group of predatory short sellers who are free to anonymously generate misleading reports and panic.[32]

> Unfounded rumors about the company likely resulted in stock price decreases and an increase in short interest . . . [f]alse information disseminated via public forums such as chat rooms, blogs, Twitter, etc., likely resulted in stock price declines.[33]

---

[29]  Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4-627.shtml (accessed on 1/11/2023).

[30]  Cruttenden, Walter, "Shorting America," Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-95.pdf (accessed on 1/7/2023).

[31]  Big, Arthur, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-120.htm (accessed on 1/8/2023).

[32]  Nixon, Dennis, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-169.pdf (accessed on 1/7/2023).

[33]  Morgan, Jeffrey, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-134.pdf (accessed on 1/7/2023).

> The abusive market practices used by short sellers in either temporary bear raids or intentional naked shorting are well documented and with the rise of internet use over the past 10 to 15 years, the aforementioned practices as well as manipulation via false rumors, abusive paid bloggers, and trade manipulators have risen to epidemic proportions.[34]

## VI. THE PUBLICATION OF SHORT SELLER REPORTS ALONE CAN DRIVE DOWN STOCK PRICES

31.    Historically, short seller reports have had a substantial effect on stock prices of the companies they target.  For example, on June 2, 2011, notable short seller Muddy Waters Research[35] published a short seller report alleging that the management of Sino-Forest Corporation, a Chinese-listed stock on the Toronto Stock Exchange, had been fraudulently inflating its assets and earnings.[36]  On the first business day following the publication, the price of Sino-Forest's stock dropped from C$14.46 to C$5.23.[37]  Additionally, on October 21, 2015, Citron Research,[38] founded by Andrew Left, a prominent activist investor and short seller known for

---

[34]  Donais, Lee, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-43.htm (accessed on 1/7/2023).

[35]  Muddy Waters Research is an investment firm that conducts due diligence and investigation on public companies. Funded by Carson Block, Muddy Waters Research earned its reputation by successfully revealing fraudulent Chinese firms listed in the United States and Canada.  As of December 31, 2022, and since publishing its first report in 2010, Muddy Waters Research has published reports on 48 companies.  *See* https://www.muddywatersresearch.com. *See also* Teitelbaum, Richard, *The Most Dangerous Trade: How Short Sellers Uncover Fraud, Keep Markets Honest, and Make and Lose Billions*, Wiley, 2015, at pp. 125–152.

[36]  On June 2, 2011, Muddy Waters Research released a report alleging that Sino-Forest presented false and fraudulent information in its financial statements and materially overstated the size and value of its forestry assets and its revenue from the sale of those assets.  In the report, Muddy Waters Research described its visits to Sino-Forest's site offices in China and claimed to have found that Sino-Forest engaged in "phantom transactions," and that its reported revenue generated from an equity joint venture, Zhanjiang Leizhou Eucalyptus Resources Development Co. Ltd, was made up.  *See* "Muddy Waters Initiating Coverage on TRE.TO, OTC:SNOFF – Strong Sell," Muddy Waters Research, June 2, 2011, available at https://www.muddywatersresearch.com/content/uploads/2011/06/MW_TRE_060211.pdf (accessed on 1/8/2023).

[37]  Since then, Sino-Forest stock was delisted, Sino-Forest filed for bankruptcy, and Canadian regulators found that its executives had committed fraud. *See* Partridge, Matthew, "Great frauds in history: Allen Chan of Sino-Forest," MoneyWeek, April 29, 2020, available at https://moneyweek.com/economy/people/601220/great-frauds-in-history-allen-chan-of-sino-forest (accessed on 1/11/2023). Price data from Bloomberg L.P.

[38]  Citron Research is an investment firm that investigates financial wrongdoing and questionable business models at

publishing short seller reports, published a short seller report alleging that Valeant Pharmaceuticals (listed on the New York Stock Exchange and the Toronto Stock Exchange, later known as Bausch Health) inflated its sales.[39]  On the same day, the price of Valeant Pharmaceuticals dropped from $146.74 to $118.61.[40]  More recently, on September 10, 2020, short seller Hindenburg Research[41] published a short seller report alleging that Nikola Corporation, an American manufacturing company listed on NASDAQ "is an intricate fraud built on dozens of lies over the course of its

publicly traded companies. Citron Research has published over 150 reports in the past 17 years. *See* https://citronresearch.com/who-is-citron-research.

[39]  On October 21, 2015, Citron Research published a report alleging that Valeant Pharmaceuticals created a network of pharmacies and used sham transactions to inflate drug sales.  Citron Research initially focused on Valeant's business model of massively jacking up the price of drugs.  On November 3, 2015, Citron Research followed up with an investigation on the relationship with a network of pharmacies affiliated with Philidor Rx Services, a mail-order pharmacy suspected of being used by Valeant to boost sales.  *See* "Valeant: Could this be the Pharmaceutical Enron?," Citron Research, October 21, 2015, available at https://citronresearch.com/wp-content/uploads/2015/10/Valeant-Philador-and-RandO-final-a.pdf (accessed on 1/8/2023) and "Citron's Last Word on Valeant," Citron Research, November 3, 2015, available at https://citronresearch.com/wp-content/uploads/2015/11/Valeant-last-word-final-a.pdf (accessed on 1/8/2023).

[40]  Since October 2015, Valeant has faced scrutiny of its accounting and business practices.  Several of its executives have been criminally convicted and Valeant has settled with the SEC and shareholders.  *See* Thomas, Patrick, "Former Valeant Executive and Co-Defendant Sentenced to Prison," Wall Street Journal, October 30, 2018, available at https://www.wsj.com/articles/former-valeant-executive-and-co-defendant-sentenced-to-prison-1540928669 (accessed on 1/11/2023) and "Bausch Health Agrees to Pay $1.21 Billion to Settle Share Price Lawsuit," Reuters, December 16, 2019, available at https://www.reuters.com/article/us-bausch-health-litigation/bausch-health-agrees-to-pay-1-21-billion-to-settle-share-price-lawsuit-idUSKBN1YK163 (accessed on 1/8/2023). Price data from Bloomberg L.P.

[41]  Hindenburg Research is an investment firm that specializes in forensic financial research.  Founded by Nathan Anderson, Hindenburg Research has published reports covering business fraud, accounting fraud, and other fundamental problems of publicly traded companies.  As of December 31, 2022, and since publishing its first report in 2017, Hindenburg Research has published reports on over 50 companies.  *See* https://hindenburgresearch.com.

Founder and Executive Chairman Trevor Milton's career."[42]  The same day, the price of Nikola's stock dropped from $42.37 to $37.57.[43]

32.    Over time, investors have learned to expect stock price declines following the publication of short seller reports.  Typically, traders aim to profit from the decline by selling their stock soon after a short seller report is published, and buyers pause their trading until the fallout from the short seller report has passed.  Stock prices can even decline on the expectation that a dedicated short seller will issue a short seller report.[44]  This type of "self-fulfilling prophecy" validates the dedicated short sellers' efforts and the investors' reactions to the publication of short seller reports, further perpetuating the pattern:  the publication of short seller reports alone can drive down stock prices, irrespective of the accuracy of their content or what they may allege.

33.    Recognizing the market impact of short seller reports, some dedicated short sellers strategically publish short seller reports that rehash stale information mixed with biased opinions and sensationalistic language to further drive down a target company's stock price.[45]

---

[42]  The September 10, 2020 report also alleged that Nikola made significant misrepresentations and fraudulent claims about its technology and business to its shareholders.  Specifically, the report alleged that Nikola staged the promotional video in 2018 to disguise the fact that its truck had no operational engine, and that the company made deceptive claims about its battery development efforts.  The report also raised questions about the track record of Milton's past businesses.  *See* "Nikola: How to Parlay An Ocean of Lies Into a Partnership With the Largest Auto OEM in America," Hindenburg Research, September 10, 2020, available at https://hindenburgresearch.com/nikola (accessed on 1/8/2023).  *See also* Goldstein, Matthew, and Kate Kelly, "A Skeptical Stock Analyst Wins Big by Seeking Out Frauds," New York Times, August 16, 2021, available at https://www.nytimes.com/2021/08/16/business/short-seller-wall-street-scams-hindenburg.html (accessed on 1/3/2023).

[43]  Since then, Mr. Milton has been convicted of fraud over statements he made while CEO of Nikola.  *See* Ewing, Jack, "Founder of Electric Truck Maker Is Convicted of Fraud," New York Times, October 14, 2022, available at https://www.nytimes.com/2022/10/14/business/trevor-milton-nikola-fraud.html (accessed on 1/8/2023). Price data from Bloomberg L.P.

[44]  For example, on July 19, 2018, shares of AbbVie Inc., a pharmaceutical company, fell 4.7% after Citron Research tweeted that it planned to release a report about the company.  *See* Citron Research, Twitter Post, July 19, 2018, at 6:47AM, available at https://twitter.com/CitronResearch/status/1019941724192325634 (accessed on 1/27/2023). Citron released the report on July 24, 2018.  *See* "Citron Research Explains Why AbbVie is on its way to $60," Citron Research, July 24, 2018, available at https://citronresearch.com/wp-content/uploads/2018/07/Citron-Research-Explains-Why-AbbVie-is-on-its-way-to-60.pdf (accessed on 1/27/2023). Price data from Bloomberg L.P.

[45]  *See supra* ¶ 30.

34.    Other dedicated short sellers go a step further and publish short seller reports that primarily contain inflammatory rumors, innuendo, or baldly false allegations.[46]  In these scenarios, the dedicated short seller is driving a "short and distort" scheme, which is analogous to the manipulative "pump and dump" tactics employed by long positioned stock manipulators.[47]

35.    The market impact of short seller reports and dedicated short sellers' tactics has attracted attention from academics and regulators alike.  For example, in 2003, the *Journal of Finance* reported on how dedicated short sellers can profit from spreading rumors, first when the stock price drops upon the publication of the rumors, and again on the eventual return of the stock price to equilibrium once the effects of the rumors dissipate.[48]  More recently, my Columbia University colleague, Professor Joshua Mitts, analyzed "short and distort" schemes induced by pseudonymous short seller reports in a 2019 *Journal of Legal Studies* article:[49]

> I show how pseudonymity undermines reputational accountability in financial markets. I examine 2,900 articles attacking mid- and large-cap firms published on the website Seeking Alpha and show that pseudonymous articles are followed by stock price declines and sharp reversals, leading to over $20.1 billion in mispricing.

---

[46]  "Short Position and Short Activity Reporting by Institutional Investment Managers," U.S. Securities and Exchange Commission, February 25, 2022, available at https://www.sec.gov/rules/proposed/2022/34-94313.pdf (accessed on 1/9/2023) ("For instance, market manipulators may seek to spread false information about an issuer whose stock they sold short in order to profit from a resulting decline in the stock's price.").

[47]  "Pump and dump" refers to the tactic where stock promoters encourage others to buy stock while secretly trading against those buyers.  *See* "Pump and Dump Schemes," U.S. Securities and Exchange Commission, available at https://www.investor.gov/introduction-investing/investing-basics/glossary/pump-and-dump-schemes (accessed on 1/8/2023) ("In a pump and dump scheme, fraudsters typically spread false or misleading information to create a buying frenzy that will 'pump' up the price of a stock and then 'dump' shares of the stock by selling their own shares at the inflated price. Once the fraudsters dump their shares and stop hyping the stock, the stock price typically falls and investors lose money.").

[48]  Van Bommel, Jos. "Rumors," *Journal of Finance*, 58 (2003).

[49]  Mitts, Joshua, "Short and Distort," *Journal of Legal Studies* 48, at 288 (2020).

16

36.     Likewise, the SEC has expressed concerns regarding the market impact of particular short seller reports:[50]

> False rumors can lead to a loss of confidence in our markets. Such loss of confidence can lead to panic selling, which may be further exacerbated by "naked" short selling.  As a result, the prices of securities may artificially and unnecessarily decline well below the price level that would have resulted from the normal price discovery process.  If significant financial institutions are involved, this chain of events can threaten disruption of our markets.

37.     All short sellers can impact a target company's stock price, but dedicated short sellers seek to maximize the impact on stock prices for their own gain and often use short seller reports to drive that impact.

## VII.   SHORT SELLER REPORTS THAT CAUSE A SHORT-TERM NEGATIVE IMPACT ON A TARGET COMPANY'S STOCK PRICE, BASED SOLELY ON THEIR PUBLICATION, SEPARATE AND APART FROM THE UNDERLYING CONTENT, SHARE CERTAIN SIMILAR CHARACTERISTICS

38.     Based on my experience reviewing short seller reports—including the identity of the authors, the information conveyed, and the immediate and projected reaction of the market to those short seller reports—as well as a review of practitioner and academic literature, I evaluate in this section the common characteristics of short seller reports that cause a negative impact on a target company's stock price, based solely on their publication, irrespective of the short seller reports' content.[51]

---

[50]   *See* "Emergency Order Pursuant to Section 12(k)(2) of the Securities Exchange Act of 1934 Taking Temporary Action to Respond To Market Developments," U.S. Securities and Exchange Commission, July 15, 2008, available at https://www.sec.gov/rules/other/2008/34-58166.pdf (accessed on 1/9/2023).

[51]   Note that because stock prices are determined by the interaction of numerous market participants with their own objectives, constraints, experiences, and decision-making processes, it is not possible in all instances to attribute an observed decline of a target company's stock price to a particular cause.

A.       **The Short Seller Report is Authored by a Little-Known Pseudonymous Short Seller**

39.     In the investment industry, reputation is paramount and can range from nonexistent to highly reputable.  Investment bankers, hedge fund managers, pension fund consultants, and other investment industry participants strive to enhance and maintain reputations for reliable decision-making and consistent investment prescience.  A solid reputation leads to more business, better investment opportunities, and higher stature.  The same is true among short sellers.

40.     In my experience, short sellers with legitimate claims, backed by nonpublic, material information, do not hide behind pseudonyms and aliases.  They build up their reputation by providing reliable information and become well-known in the investment industry for their established track record of identifying overvalued companies.  If a short seller has reliable, nonpublic, material information, he or she would have no qualms about making his or her claims public using his or her name.  If the information is accurate and reliable, the short seller is likely to reveal him or herself to realize the reputational benefits of publishing such a report.  Doing so also only strengthens the report's credibility.  In the words of market analyst Keith Fitz-Gerald:

> [R]eal short sellers don't hide behind anonymous Internet chat boards and cutesy names. They don't have multiple email accounts to engage in rumor mongering. And they don't have websites registered in Panama that have been through nine changes hosted on seven different name servers over the past eight years. That's because guys like George Soros, Simon Cawkwell, Mark Cohodes, and Jim Chanos – some of the most famous legitimate and successful short sellers of our time – don't need to. They're idea-driven.[52]

---

[52] Fitz-Gerald, Keith, "The Short Attack on Ekso Bionics and How to Handle It," NASDAQ, June 3, 2015, available at: http://www.nasdaq.com/article/the-short-attack-on-ekso-bionics-otc-ekso-stock-and-how-to-handle-it-cm483956 (accessed on 1/9/2023).

18

41.     Some of the most successful short sellers publish under their own names and are well-known in the investment industry.  In the Sino-Forest, Nikola, and Valeant Pharmaceuticals examples discussed earlier, Muddy Waters, Hindenburg Research, and Citron Research all revealed their identity at the time of publication, and the names of the founders are public information.

42.     Short seller reports authored by little-known, pseudonymous short sellers do not provide market participants with sufficient information to judge the reliability of the short seller reports.  The pseudonymity also denies market participants the ability to judge the conviction and motivation of the short seller, including his or her ability to take a large short position that can move the market, or the perseverance with which the short seller is ready to pursue the target company.  This creates uncertainty among investors about how the market may react to the short seller report, and can lead to a decline in the target's stock price.  The greater the uncertainty, the greater the amount by which investors discount future cash flows, lowering the present value of these cash flows and thereby the market price.

43.     Academic research confirms this fact.  Professor Mitts has observed that pseudonymity allows short sellers to exploit investors' trust and to profitably distort stock prices:

> I show that pseudonymous authors may be manipulating markets when they are perceived as nonliars, that is, when they have nonreversals in the past, on average, or have no history.  First time authors must be perceived as nonliars in a Bayesian model.  Pseudonymous authors disappear after the market realizes fraud is taking place, which enables them to switch to a new identity.
>
> …
>
> Pseudonymity serves this function by allowing those authors who lack credibility to reset the market's prior belief as to their credibility.  The net effect is a kind of pooling equilibrium: absent a history of manipulation, market participants cannot separate a

> manipulative article from a nonmanipulative article when a new pseudonym emerges.
>
> …
>
> My findings suggest that short attacks carried out by pseudonymous authors may indeed be manipulative, which justifies greater regulatory scrutiny.[53]

44.    Short seller reports published by little-known pseudonymous short sellers can cause a decline in a target company's stock price.  For example, on June 20, 2016, Bleecker Street Research (whose true identity was unknown at that time) published a report entitled "Pershing Gold And ChromaDex Exposed: These Barry Honig Names Could Fall 70-80% (Or More)."[54] Bleecker Street Research alleged that ChromaDex's financial performance "was the result of a related party transaction and large customer shenanigan[s]," "appears to be engineered," and "is likely fake."[55]  On the same day, the price of ChromaDex stock dropped from $4.98 to $2.84, a drop of nearly 50%.[56]

### B.    The Short Seller Report Uses Sensationalistic Language

45.    In the investment industry, the method by which information is communicated is significant and often scrutinized.  Such scrutiny comes from market participants and regulators alike.[57]

46.    Companies issue detailed quarterly and annual reports that are carefully written to be accurate and fact-based, albeit dry, and follow such reports with investor calls where management presents to shareholders and must answer questions posed by market analysts and

---

[53]  Mitts, Joshua, "Short and Distort," *Journal of Legal Studies* 48, at 289, 291, 295 (2020).
[54]  ChromaDex Corporation, Form 8-K, June 20, 2016.
[55]  *Id.*
[56]  Price data from Bloomberg L.P.
[57]  For example, the SEC uses Regulation FD, which provides that when an issuer discloses material, nonpublic information to certain individuals or entities, the issuer must also make public disclosure of that information, to regulate information disclosure and ensure full and fair disclosure.

company shareholders.  Sell-side analysts issue reports with carefully vetted research only slightly less dry (and sometimes even witty) compared to company disclosures.

47.    Industry and academic research have found that the choice of words, or the tone in which information is conveyed, can affect investor behavior and stock returns.  Academic research indicates that individual investors are drawn to stocks with attention-grabbing news.  Such news is often characterized by shocking, dramatic, or explicit words, exaggeration, or even blatant lies (collectively, "sensationalistic language").  For example, in 2015, the *Review of Financial Studies* reported on sensationalistic news in the context of mergers and found that the market overreacts to sensationalistic language.[58]  The tone of the news can serve to render non-sensationalistic content sensational or augment already sensationalistic content.  Researchers at S&P Global Market Intelligence also found that negative tone in credit rating action reports can predict future stock returns.[59]  Similarly, my Columbia University colleague, Paul Tetlock, has studied how the tone of the "Abreast of the Market" column in the *Wall Street Journal* affects stock prices.  His research has shown that media pessimism negatively influences investor sentiment, predicting downward pressure on market prices.[60]  Researchers even find that the tone in carefully written annual reports impacts stock prices.[61]

---

[58]    Ahern, Kenneth R., and Denis Sosyura, "Rumor Has It: Sensationalism in Financial Media," *Review of Financial Studies* 28 (2015).

[59]    *See* Oyeniyi, Temi, "Hanging on Every Negative Word: Natural Language Processing Analysis of Credit Rating Action Reports," October 2022, S&P Global Market Intelligence, available at https://www.spglobal.com/marketintelligence/en/documents/hanging_on_every_negative_word.pdf (accessed on 1/10/2023) ("[T]he net tone of credit rating action reports predicts future equity returns. The degree of the price impact also depends on the magnitude of negative net tone values; the more negative the net tone value, the larger the price impact.").

[60]    Tetlock, Paul, "Giving Content to Investor Sentiment: The Role of Media in the Stock Market," *Journal of Finance* 62 (2007).

[61]    Feldman, Govindaraj, Suresh Govindaraj, Joshua Livnat and Benjamin Segal, "Management's Tone Change, Post Earnings Announcement Drift and Accruals," *Review of Accounting Studies* 15 (2010) (concluding that stock returns are affected by changes in tone in companies' annual reports).

48.    In my experience, short sellers' use of sensationalistic language stands in stark contrast to language traditionally used by companies, analysts, and investors.  Short sellers take advantage of the tendency for sensationalistic language to draw the attention of market participants and raise uncertainty about the target company, and to make the short seller report appear more salient, irrespective of its content.

### C.    The Short Seller Report Contains No Material, Nonpublic Information

49.    In the investment industry, timely, reliable, and material, nonpublic information is important to market participants and can quickly move market prices.  Professional investors tend to spend significant time and resources acquiring new information to help them make informed, forward-looking decisions.  Short sellers in particular sometimes hire private investigators to visit company sites and check certain information released by the companies.  For example, in a short seller report on Deer Consumer Products Inc., the short seller conducted an extensive 10-city, 60-store channel check:

> I engaged an independent 3rd party research group in China to conduct an extensive channel-checking operation, visiting 60 stores (26 Gome and 34 Suning) in Beijing, Qingdao, Xi'an, Chongqing, Chengdu, Shanghai, Xiamen, Zhengzhou, Shenzhen, and Guangzhou.  In each location, the investigators were instructed to count the number of small kitchen appliance brands, note the prices each brand was selling for, and ask the store/department managers and at least two different sales clerks a short list of questions about their experience selling products manufactured by DEER and its competitors.  For purpose of verification, the investigators were also instructed to record the name, address, phone # of the stores, as well as the name and cell phone # of the managers they spoke to. The entire channel check report is available for downloading.[62]

---

[62]  Carnes, Jon, "The Problems With Deer Consumer Products," SeekingAlpha, March 17, 2011, available at https://seekingalpha.com/article/258731-the-problems-with-deer-consumer-product (accessed on 1/10/2023).

50.     Short sellers may be tempted to issue short seller reports without doing the work necessary to obtain material, nonpublic information that supports their position.  To increase a report's potential impact, a short seller may disguise the lack of material, nonpublic information by blending opinions and facts, or by making it difficult for market participants to identify, assess, and verify such information, thereby increasing uncertainty in the market about the target company.  A dedicated investor that analyzed such short seller reports would likely find that there is often no material, nonpublic information contained in the reports.  In one study of 295 short seller reports, the researchers could not identify any new information in 63 of those reports:

> The 63 sample reports without new information argue that a target is overvalued based on reinterpretations of known facts, claiming, for example, that a particular business model is unsustainable or expressing disagreements about industry trends or macroeconomic forecasts.[63]

51.     In my experience, to obscure or obfuscate the fact that their short seller reports have no material, nonpublic information, short sellers may blend numerous opinions on various topics tangentially related to the business of the target company with apparent facts about the company's past performance.[64]

---

[63]  Ljungqvist, Alexander and Wenlan Qian, "How Constraining Are Limits to Arbitrage?" *Review of Financial Studies* 29, at 1990 (2016).

[64]  In the ChromaDex example discussed above, Frank L. Jaksch, founder and CEO of ChromaDex, characterized the short seller's attempt to mix opinion with what seems to be factual content as "The report appears to be a blatant and transparent attempt by a short seller or short sellers to profit from an immediate and precipitous decline in the company's share price through the use of an opinion piece published anonymously and laden with misinformation, innuendo and the use of selective historical information. It is also important for investors in ChromaDex and other stakeholders to carefully consider the statement the author made on the last page of his/her editorial attacking the company: 'I am/we are short CDXC. I wrote this article myself, and it expresses my own opinions.'" *See* Press release, "ChromaDex Responds to Short Attack," ChromaDex, June 20, 2016, available at https://www.globenewswire.com/news-release/2016/06/20/850009/0/en/ChromaDex-Responds-to-Short-Attack.html (accessed on 1/10/2023).

52.     Many investors will not do the work necessary to analyze whether the short seller report provides any material, nonpublic information and instead may react solely to the publication of the short seller report.

### D.     Reputable Sell-Side Analysts Disregard the Content of the Short Seller Report

53.     Reputable sell-side analysts such as those affiliated with large broker-dealers (*e.g.*, Deutsche Bank, Goldman Sachs, JP Morgan) play an essential role in the market's interpretation of information.  Sell-side analysts analyze and publish, in a timely manner, news related to the companies they follow.  For example, when a company issues earnings results, analysts often participate in earnings calls and issue reports on the same day.[65]  They are also sophisticated market participants, and as such, are viewed in the industry as a proxy for knowledgeable investors.

54.     Reputable sell-side analysts' reactions offer insight to the market about the credibility of short seller reports in two primary ways:  (i) when analysts do not respond or otherwise react to short seller reports quickly, it signals that a short seller report does not contain material, nonpublic information; and (ii) when analysts do respond to short seller reports, their opinions of and responses to short seller reports communicate to the market the reliability of the short seller reports' content.

55.     If analysts learn of material, nonpublic information from a short seller report, that would likely cause them to reevaluate their views or valuation of a company, which typically results in a prompt update of their models and issuance of an updated report.[66]  A 2012 article published in the *Review of Accounting Studies* found "that a significant percentage of analyst

---

[65] *See* Preuss, Matt, "What is an Equity Research Report?," Visible, July 17, 2019, available at https://visible.vc/blog/equity-research-report (accessed on 1/12/2023) ("Analysts keep a close eye on every move of the companies they follow and update their equity research reports at least once a quarter after the company issues its quarterly earnings report.").

[66] *Id*. ("If significant material changes occur mid-quarter, the analyst will write an update to their research report in a flash report.").

forecast revisions are issued promptly after a broad set of corporate public disclosures and that investors perceive these prompt revisions as more valuable than non-prompt revisions."[67] Following the publication of a short seller report containing material, nonpublic information, I would therefore expect to see reputable sell-side analysts promptly issue updated reports containing their reevaluated views or valuations of the target company based on the short seller report's material, nonpublic information. In such situations the analysts (and by proxy, the market) are reacting to the information contained in the short seller report, not just the report's publication.

56.    The opinions of reputable sell-side analysts distill the views of informed market participants and reflect the market's interpretation of information. If reputable sell-side analysts find a short seller report's content to be serious and credible, they will inform the market of their assessment through updated reports, updated financial models, changes in views or valuations of the target company, and in particularly serious situations, by suspending their recommendations or coverage of the target company. For example, after Muddy Waters released the Sino-Forest short seller report on June 2, 2011, which was followed by a 60% drop in Sino-Forest's stock price, RBC Capital Markets issued an analyst report the following day, stating that "the allegations are very serious and significantly increase the uncertainty associated with the company."[68] After Sino-Forest responded to the allegations a few days later, instead of alleviating the analysts' concerns, TD Securities Equity Research promptly suspended its "target price and recommendation pending a more specific response from the company on several allegations."[69]

57.    Conversely, if reputable sell-side analysts do not find a short seller report's content to be serious or credible—perhaps because the short seller report contained no material, nonpublic

---

[67]  Livnat, Joshua, and Yuan Zhang, "Information Interpretation or Information Discovery: Which Role of Analysts Do Investors Value More?" *Review of Accounting Studies* 17 (2012).
[68]  "Sino-Forest Shares Halted; Significant Allegations Raised," RBC Capital Markets, June 3, 2011.
[69]  "Sino-Forest Responds to Allegations in Report," TD Securities Equity Research, June 6, 2011.

information—I would expect the sell-side analysts to not review and publicly opine on the short seller report, to not update their valuation models, or to simply dismiss the content of the short seller report shortly after its publication.

**E.    The Publication of the Short Seller Report is Not Followed by Out of the Ordinary Short Selling Activity**

58.    Following the publication of a short seller report containing clearly identifiable and articulated material, nonpublic information, I would expect to see large and increasing short positions as stock traders who did not have any target company stock to sell (or who wanted to sell more target company stock than they held before the publication of the short seller report) attempt to take advantage of the information provided by the short seller report and the expected stock price decline by actively shorting the stock.

59.    Conversely, if a short seller report contains no material, nonpublic information, is authored by a little-known pseudonymous short seller, uses sensationalistic language and is disregarded by reputable sell-side analysts, I would not expect to see a meaningful increase in stock traders entering into risky new short positions and actively shorting the stock more than before the publication of the short seller report.

**VIII.    THE JEHOSHAPHAT REPORT EXHIBITS THE CHARACTERISTICS OF SHORT SELLER REPORTS THAT CAUSE A DECLINE OF A TARGET COMPANY'S STOCK PRICE, BASED SOLELY ON THEIR PUBLICATION, SEPARATE AND APART FROM THE UNDERLYING CONTENT**

60.    Based on my review of the Jehoshaphat Report, a comparison of its characteristics to the characteristics of other short seller reports that are more likely to cause a negative impact on a target company's stock price based solely on their publication, irrespective of the accuracy of their content, as well as a review of AdaptHealth's short selling data from June 21, 2021 to July 19, 2021, I conclude that, if the decline of AdaptHealth's stock price on July 19, 2021 is the result

of the Jehoshaphat Report, it is attributable to the mere publication of the Jehoshaphat Report, not its content.

### A.    Jehoshaphat is a Little-Known Pseudonymous Short Seller

61.    Jehoshaphat is a pseudonymous short seller.  Jehoshaphat does not disclose information about the author of its reports other than stating, "[w]e are veteran short sellers, teachers, and investor advocates."[70]  The Jehoshaphat Report lacks any detail on the author's credentials or background in the financial industry.  There is also no record of the author's past performance, on Jehoshaphat's website or elsewhere.  Jehoshaphat's "About us" page simply disclaims the following:  "Investors should realize that we are biased, and actively manage financial assets in accordance with our research views.  We do not publish our opinions on every short position we take."[71]

62.    Jehoshaphat is little-known as a short seller and has not established itself as a trustworthy or informed short seller.  I reviewed various reputable rankings of short sellers, and did not find Jehoshaphat on any of the lists.[72]

63.    As of March 2023, Jehoshaphat's official Twitter account has roughly 3,500 followers.[73]  By contrast, Muddy Waters Research has 233,300 followers;[74] Citron Research has 348,000 followers;[75] and Hindenburg Research has 461,500 followers.[76]

---

[70]  "Who is Jehoshaphat Research? About us," available at https://jehoshaphatresearch.com/about-us/ (accessed on 1/11/2023) ("At the present time, Jehoshaphat Research is operating anonymously.").

[71]  *See id.*

[72]  I reviewed the following list of prominent short sellers: "The activist Investing Annual Review 2022," Schulte Roth & Zabel; "Activist Short Selling Q3-2021," BreakoutPoint, October 1, 2021, available at https://breakoutpoint.com/blog/2021/10/activist-short-selling-q3-2021 (accessed on 1/11/2023); "Vast DOJ Probe Looks at Almost 30 Short-Selling Firms and Allies," Bloomberg Law, February 4, 2022, available at https://news.bloomberglaw.com/securities-law/vast-doj-probe-looks-at-almost-30-short-selling-firms-and-allies (accessed on 1/11/2023).

[73]  https://twitter.com/jehoshaphatrsch (accessed on 3/19/2023).

[74]  https://twitter.com/muddywatersre (accessed on 3/19/2023).

[75]  https://twitter.com/CitronResearch (accessed on 3/19/2023).

[76]  https://twitter.com/HindenburgRes (accessed on 3/19/2023).

64.     Jehoshaphat has a limited history.  Prior to July 19, 2021, Jehoshaphat had only published two short seller reports.  On March 31, 2021, Jehoshaphat published its first report alleging that Amdocs Limited inflated its profit.[77]  Two months later, Jehoshaphat published its second report criticizing View Inc.'s business model and financial position.[78]  In both cases, on the dates Jehoshaphat published its short seller reports, the stock prices of the targeted companies closed at prices lower than those of the immediately preceding day.[79]  Jehoshaphat's report on AdaptHealth was its third report.

### B.     The Jehoshaphat Report Used Sensationalistic Language

65.     Jehoshaphat used sensationalistic language throughout the Jehoshaphat Report.  For example, in a heading of the executive summary, Jehoshaphat wrote "A Levered Rollup with Anemic FCF and Low ROIC, Touting Stupidly 'Adjusted' Numbers."[80]

66.     Jehoshaphat cited the AdaptHealth CFO's response to an analyst's question regarding organic growth in the Q1 2021 earnings call, and commented on the response as follows: "This is horses**t."[81]

67.     When discussing the growth metrics, Jehoshaphat stated:

> Apparently in Q420, AHCO's management discovered that time travel can be lucrative (perhaps they watched Timecop?), so they went back and changed history.[82]

---

[77] "Where Did Amdocs' Profits and Auditors Go?" Jehoshaphat Research, March 31, 2021, available at https://jehoshaphatresearch.com/wp-content/uploads/FINAL_DOX-Report-by-Jehoshaphat-Research-March-2021-1.pdf (accessed on 1/11/2023).

[78] "Driving Investors through the Glass…Again," Jehoshaphat Research, June 1, 2021, available at https://jehoshaphatresearch.com/wp-content/uploads/VIEW-Research-Report-2021.pdf (accessed on 1/11/2023).

[79] Amdocs Limited's stock price closed at $79.34 on March 30, 2021, but on March 31, 2021, the date on which Jehoshaphat published its report, Amdocs Limited's stock price closed at $70.15.  Likewise, View Inc.'s stock price closed at $7.92 on May 28, 2021.  On June 1, 2021, the day on which Jehoshaphat published its report, View Inc.'s stock price dropped to $7.75. Price data from Bloomberg L.P.

[80] Jehoshaphat Report, p. 3.

[81] Jehoshaphat Report, p. 16.

[82] Jehoshaphat Report, p. 10.

28

68.     Jehoshaphat also cited sensationalistic quotes claimed to be from interviews with former AdaptHealth employees:

> They weren't doing any calculation of their own organic growth. It was like a barn fire. There were acquisitions happening at the rate of two a month.  They didn't have the ability to disaggregate organic from inorganic, trust me.  They had no f*****g clue.[83]

> This company is a house of cards.[84]

69.     When describing AdaptHealth's financial positions, Jehoshaphat stated, "[t]his business is insanely and dangerously levered."[85]

70.     When describing analysts' consensus on AdaptHealth, Jehoshaphat stated, "When everyone – management, Wall Street, investors with a public soapbox – is repeating the same garbage, it's easy for an investor to take it as fact."[86]

71.     Jehoshaphat's use of sensationalistic language extended beyond the report.  For example, on Twitter, Jehoshaphat responded to analysts who disagreed with Jehoshaphat's content by saying, "Buddy, just do the damn math.  Please.  Do your job."[87]

**C.      The Jehoshaphat Report Contains No Material Nonpublic Information**

72.     Jehoshaphat's financial analysis appears to rely on AdaptHealth's public filings such as annual reports, quarterly reports, investor presentations, and analyst reports.[88]  Jehoshaphat purports to show its methodology used to calculate organic growth based on publicly available filings, stating, "If we can do this, and you can do this, why can't management do this?"[89]

---

[83]  Jehoshaphat Report, p. 18.
[84]  Jehoshaphat Report, p. 40.
[85]  Jehoshaphat Report, p. 3.
[86]  Jehoshaphat Report, p. 28 (emphasis omitted).
[87]  Jehoshaphat Research, Twitter Post, July 20, 2021, at 9:31 AM, available at https://twitter.com/JehoshaphatRsch/status/1417477318025547784?cxt=HHwWkMCwoYqH8qsnAAAA (accessed on 1/11/2023).
[88]  Jehoshaphat Report, pp. 18–28.
[89]  Jehoshaphat Report, p. 27.

73.    Nowhere in the report does Jehoshaphat mention that it used any nonpublic information to calculate organic growth.

74.    The only alleged material, nonpublic information in the Jehoshaphat Report is a handful of selected quotes claimed to be from interviews with unnamed, former AdaptHealth employees.  Jehoshaphat did not disclose (i) how many former AdaptHealth employees it spoke with, (ii) the time period within which it spoke to former AdaptHealth employees, (iii) how it recruited the former AdaptHealth employees, (iv) how it verified that the employees were who they represented themselves to be, (v) whether Jehoshaphat compensated them for the interviews, (vi) the current or former positions of those employees, or (vii) how the employees' employment with AdaptHealth ended.

75.    More importantly, although the former employee quotes are technically nonpublic, they do not provide information relevant to the Organic Growth Issue, information distinct from that which AdaptHealth had already made public, or information that investors would have viewed as pertinent to investment decision-making.  For example, the quote "[t]hey just wanted to get deals done,"[90] does not convey material, nonpublic information to investors for two reasons.  First, Jehoshaphat did not disclose information that investors would expect to see to be able to judge the reliability of this information.[91]  Second, as AdaptHealth disclosed on several occasions, one of AdaptHealth's main growth strategies was growing through acquisitions.[92]

---

[90]  Jehoshaphat Report, p. 40.
[91]  *See supra* ¶ 74.
[92]  In AdaptHealth's 2020 Annual Report, "Grow through Acquisitions" is listed as the main strategy. *See* AdaptHealth Corp., Form 10-K, December 31, 2020 ("Grow through Acquisitions: The HME [home medical equipment] industry is highly fragmented, with more than 6,000 unique suppliers. AdaptHealth believes that ongoing reimbursement changes will continue the consolidation trend in the HME industry that has accelerated in recent years. We believe that, in the current environment, companies with the ability to scale operations possess competitive advantages that can drive volume to their platforms. As one of a limited number of national HME companies, AdaptHealth plans to continue to evaluate acquisitions and execute upon attractive opportunities to help drive growth.").

76.     Furthermore, Jehoshaphat blended its own opinion with facts in a way that is difficult for investors to evaluate.  For example, the Jehoshaphat Report states: "the company cannot realistically expect to maintain its inorganic growth rate anywhere near what it has been"[93] and "its biggest conceivable acquisition now months behind it."[94]   These statements are Jehoshaphat's opinions about AdaptHealth's future rate of acquisitions.  At no point does the Jehoshaphat Report indicate such statements are not based on, for example, an analysis of the companies that were available for AdaptHealth to acquire in the future.

77.     Jehoshaphat also blended quotes claimed to be from interviews with former AdaptHealth employees with opinions disguised to look like factual content.  For example, one of the former employees claimed that AdaptHealth "is a house of cards."[95]  Jehoshaphat added its own interpretative account, stating that the quote "[e]xplains in a disjointed way across different comments how this is meant to communicate too much debt, too rapid an acquisition strategy, too much claimed organic growth that isn't justifiable, and a collection of assets put together by an untrustworthy CEO."[96]

### D.     Reputable Sell-Side Analysts Disregarded the Content of the Jehoshaphat Report

78.     As of July 2021, there were eight equity analysts that followed AdaptHealth: Baird Equity Research, Bank of America Global Research, Canaccord Genuity Capital Markets, Deutsche Bank Research, Jefferies Equity Research, Stifel, Truist Securities, and UBS Global Research.[97]   All of these analysts are professional market analysts, and some of them are top-

---

[93]   Jehoshaphat Report, p. 7 (emphasis omitted).
[94]   Jehoshaphat Report, p. 1.
[95]   Jehoshaphat Report, p. 40.
[96]   *Id.*
[97]   *See* "Stock Information," AdaptHealth, captured on October 21, 2021 by Wayback Machine, available at https://web.archive.org/web/20211021043954/https://adapthealth.com/stock-information (accessed on 3/21/2023). On July 26, 2021, RBC Capital Markets suspended the coverage of AdaptHealth for reasons unrelated to the

ranked investment research groups.[98]  Of these eight analysts, only one issued a report in the week following the Jehoshaphat Report (Deutsche Bank), and only one analyst issued a report more than a week later (Baird Equity Research).  Both reports were critical of the content of the Jehoshaphat Report.  The other analysts following AdaptHealth did not issue reports until after the August 5, 2021 AdaptHealth earnings call, in the regular course of business.

79.    Deutsche Bank responded to the Jehoshaphat Report on the same day it was published.  On July 19, 2021, Deutsche Bank analysts reiterated their "Buy" recommendation, did not change their price target for AdaptHealth, and criticized the Jehoshaphat Report:

> While there is a lot to unpack here and we are still reviewing the numbers, below we highlight what we see as the key inconsistencies in the author's conclusion . . . Investors have been forced to navigate the challenges of AHCO's highly acquisitive model and lack of full historical disclosures since the company went public in 2019, and we have been particularly cognizant of the risks behind DME companies and roll-ups in general.  While we too would appreciate a true 'same store' growth number, we also agree with management when they highlight that this type of figure simply doesn't provide a clear representation of the business . . . While there always needs to be some degree of trust between investors and management in a roll-up, we take comfort in the underlying market growth rates from AHCO's main suppliers in its core Sleep unit and scaling Diabetes business (highlighted below), a topic that went unaddressed in the short report.  We simply don't see a rational scenario where AHCO's organic growth rate could crater in the manner alleged in the report given the end market exposure, and continue to see the company as well positioned over the next several years despite rising pessimism around the core business.[99]

Jehoshaphat Report. *See* "Suspending Research Coverage AdaptHealth Corp," RBC Capital Markets, July 26, 2021 ("We are suspending equity research coverage of AdaptHealth Corp. due to reallocation of analyst resources.").

[98] *See* Vaidya, Dheeraj, "List of Top 10 Equity Research Firms," WallStreetMojo, available at https://www.wallstreetmojo.com/list-of-top-equity-research-firms (accessed on 1/11/2023); Lewis, Marsha, "An Ultimate Guide to Equity Research," DealRoom, available at https://dealroom.net/blog/the-complete-guide-for-equity-research (accessed on 1/11/2023).

[99] "AHCO anonymous short report fuels uncertainty; reiterate Buy," Deutsche Bank, July 19, 2021.

80.    Only one other analyst issued a report prior to the August 5, 2021 AdaptHealth earnings call regarding the Jehoshaphat Report.  On July 27, 2021, Baird Equity Research analysts issued a report stating that their opinion on AdaptHealth remained the same and criticizing the Jehoshaphat Report:

> Prior to any short report, we said we believe that only a true and full organic presentation is acceptable and true organic growth has recently been less than AHCO's newly adopted pro forma organic presentation.   However, we strongly contend that the short's inaccurate assumptions grossly overstate the delta and that the company did organically grow in 2020 under any assessment and will likely do so in 2021 as well.   E.g., Spiro acquisition is very likely $50M-$55M in annualized revenue, not the $122M SWAG made by the shorts . . . For posterity, we never modeled organic growth anywhere near the levels insinuated by the Jehosaphat [sic] report.[100]

### E.    The Publication of the Jehoshaphat Report Was Not Followed by Out of the Ordinary Short Selling Activity

81.    My review of short selling data did not uncover any out of the ordinary short selling activity on July 19, 2021.  If stock traders were reacting to the content of the Jehoshaphat Report— for example, that AdaptHealth's M&A process was "a 'barn fire,' and the overall business [wa]s a 'house of cards'";[101] that it was undergoing an "unsustainably aggressive push to pile up assets using excessive leverage";[102] and that "its biggest conceivable acquisition [was] months behind it"[103]—I would expect that AdaptHealth investors and other stock traders would have serious questions about the future of the company.  In that case, as I described above, I would expect to see large and increasing short positions as stock traders who did not have any AdaptHealth stock

---

[100] "AdaptHealth Corp. (AHCO) Model Update," Baird Equity Research, July 27, 2021.
[101] Jehoshaphat Report, p. 1.
[102] *Id*.
[103] *Id*.

to sell (or who wanted to sell more AdaptHealth stock than they held before the publication of the Jehoshaphat Report) attempted to take advantage of the "new" information by actively shorting the stock.

82.    Instead, I see short positions that were not materially different from those in the month before the publication of the Jehoshaphat Report.  This confirms my conclusion that, to the extent that the decline of AdaptHealth's stock price on July 19, 2021 is the result of the Jehoshaphat Report, it is attributable to the mere publication of the Jehoshaphat Report, not its content.

83.    The following summary demonstrates my process for reviewing AdaptHealth's short selling data.

a.    First, I reviewed daily short volume starting from June 21, 2021, one month prior to July 19, 2021, as reflected in **Appendix D**.  Short volume is the number of shares that were sold short on a given day and reflects the extent to which market participants are expecting the price to decline and sell the stock short in order to profit from that decline.  The higher the short volume, the more stock traders expect the stock price to decline.

b.    I calculated total short volume by aggregating short sale trades from FINRA Monthly Short Sale Volume Files, which contain all short sales conducted off-exchange, and NASDAQ Monthly Short Sale Volume Files, which contain all short sales conducted on the NASDAQ exchange.  Despite the increase in trading volume from 720,717 shares on Friday, July 16, 2021, to 2,098,146 shares on Monday, July 19, 2021, the total short volume was only 378,812 shares on Monday, July 19, 2021, which is both lower than 435,899 shares shorted on Friday, July 16, 2021, and also lower than the average daily shares short during the prior month of 434,335 shares.

34

If scaled by volume, and as reflected in **Appendix D**, the total short volume of 18% on July 21, 2021 was lower than that of any day during the month before the publication of the Jehoshaphat Report.

c.    Second, I reviewed various metrics of short interest for the month before the publication of the Jehoshaphat Report. *See* **Appendix E**. Short interest is a measure of how many short sales are outstanding at the end of the day. Analogous to short volume, the more short interest increases from the prior day, the more market participants expect the stock price to decline. The short interest only marginally increased on July 19, 2021. If short interest is viewed as a percentage of float (that is, shares available to trade, a commonly used metric), short interest increased from 4.12% on Friday, July 16, 2021, to 4.17% on Monday, July 19, 2021. In addition, short interest on July 19, 2021 was not substantially higher than short interest during the prior month.

d.    Utilization is another common measure of short interest, defined as short interest divided by number of shares that are available to be lent. Utilization on July 19, 2021 decreased marginally from the day before, and was low relative to utilization during the prior month. If market participants were reacting to the content of the Jehoshaphat Report, stock traders would have looked to borrow from the pool of AdaptHealth stock available to be borrowed, and the utilization rate would have gone up. Instead, the utilization rate went down. *See* **Appendix E**.

e.    Third, I reviewed the cost of borrowing of AdaptHealth shares in the month prior to the publication of the Jehoshaphat Report, as reflected in **Appendix F**. The cost of borrowing reflects the stock traders' willingness to pay to make the bet that a

stock price will decline.  The more market participants expect a stock price to decline, the higher their demand to short that stock.  This higher demand leads to more borrowing and higher prices at which short sellers can borrow the stock—*i.e.*, a higher cost of borrowing (which is expressed as an annualized interest rate).  Consistent with my findings on short volume and short interest, I found that the cost of borrowing remained at an annualized rate of 0.3% on July 19, 2021, indicating that there was no surge in demand among stock traders to take a short position in AdaptHealth on July 19, 2021.  *See* **Appendix F**.

_____

Fabio Savoldelli
March 29, 2023

Fabio Savoldelli
New York, NY  10024
Tel (212) 579-4300 / Cell (917) 699 6294
Email – FPS@AltInvInst.com

**Consultant, Alternatives Investment Institute.** New York, NY (2012 to Present)
*Multi-State Family Office*: Advise CEO on full spectrum of hedge fund investments for retail and institutional clients. Perform analytics and due diligence on a range of alternative investments. Provide macroeconomic basis for investment positioning and participate in asset allocation and risk budgeting.
*Individual Hedge Funds*: Advise funds on structure and selection of service providers, advise funds on macroeconomic factors, risk positioning and hedging strategies.

**Board Positions 2016-Present):** Independent Director, Sphera Global Healthcare and Sphera Global Biotech funds.

Fall Semesters, 2007-Present
**Adjunct Professor, Department of Finance and Economics,**
**Columbia University Graduate School of Business**
>    Sole professor teaching *Hedge Funds*, a course focused on identifying the drivers of success in hedge funds and the limitations of applying traditional security analysis for investments to hedge funds.  Lectures cover trades and portfolio risks in a variety of hedge fund styles, with particular focus on identifying risk, successful hedging strategies. Fiduciary responsibility, with the definition of primary and support roles, and the avoidance of conflicts of interest, is covered in all relevant lectures.
>
>    Lecture topics include:
>    - The role and obligations of the Manager, Administrator, Fund Accountant, Evaluation Agent, Prime Broker, Placement Agent, Consultants etc.
>    - Fiduciary Duty: Mangers, Marketers, Prime Brokers, Administrators, Auditors, Directors and Investors: who owes what to whom? What is "disclosure?"  What is industry best practice for in the hedge fund world?
>    - When things go wrong… Side pockets, discretionary liquidity restrictions, forced liquidations and "fair value."  Impact and costs of hard decisions
>    - Hedge Fund Due Diligence: Questions to Ask and Expect
>    - Investor Criteria for Fund Investment and Retention
>    - Directional Investing (equity and macro), Event Driven Strategies, Arbitrage and Relative Value Strategies
>    - "Delivering Alpha" Alpha drivers, categories and styles.  Modeling resultant performance across asset classes.
>    - Quantitative Return Measures:
>    - Hedge Fund Leverage
>    - Short Selling.  Mechanics of short selling, risk and returns
>    - Hedge fund "core investment  philosophy"  and "residual trade risk"
>    - Merger Arbitrage as a "classic arbitrage strategy" with parallels to written options.  M&A cyclicality and the basis for merger arbitrage profitability.
>    - Fixed Income Arbitrage: key concepts and risks
>    - Long Term Capital: Lessons in Risk Control.  Some learned, some not…
>    - Equity Investing From a Hedge Fund Perspective
>    - Macro Investing From a Hedge Fund Perspective

May 2007 – May 2012
**Optima Fund Management,** New York
*Chief Investment Officer, Partner*
**Investment Leadership:**
>    *Chief Investment Officer*
>    Partner responsible for investment and performance of $3.2BN fund of funds, including manager selection and portfolio construction.  Set key components of "top down" view of sector allocation, as well as final responsibility for all "bottom up" manager selection.
>    Recognized in the industry as an early identifier of Madoff, with a proven track record of successfully avoiding operational issues in funds.
>    Sector Head for Discretionary, Quantitative, Fixed Income and Frontier strategies.  Selected / recruited team investing in funds across entire Hedge Fund spectrum.
>    Created fund platform for direct investment into approved managers.

<u>1997 – April 2007</u>
**Merrill Lynch,** New York, New York
**MLIM**
*Managing Director, ML Investment Managers*
*President, Chief Investment Officer, MLIM Alternative Strategies*
***Investment Leadership***
- Devised qualitative and quantitative due diligence process that has consistently avoided fund defaults, frauds and inappropriate strategies.
- Implemented quantitative alternative investment asset allocation methodology that produced a maximum monthly loss of less than 2%, with only two down months in three years.  Assets consistently outperformed HFR index with much lower volatility.
- Created broad alternative investment asset allocation model that integrates Hedge Funds, CDO, CBO and private equity investments with traditional portfolios.
- Oversaw ML proprietary capital in hedge funds and private equity investments.
- Selected mangers and approved service providers for ML Hedge Access, the first major hedge fund platform created for domestic and international investors.

**GMI**
*Managing Director, ML Industry Specialist Group*
- Led team of recognized industry experts in Banking, Insurance regulation, Structured Products and Asset Allocation.
- Advised insurance companies, commercial banks and central banks (G7 and Latin American) on asset allocation and advanced portfolio management, optimized to their regulatory constraints.
- Advised mutual fund companies on improving total performance and Morningstar (risk adjusted) ratings through superior asset allocation.

<u>1995 - 1997</u>
**Chase Manhattan Private Bank,** New York, New York
*Chief Investment Officer (Americas)*
- Set Investment policy for all Institutional and Private Client accounts in North and South America.  Co-Director, Chase Trust Committee.   Direct management of Chase Manhattan Bank's key clients.  Direct reports included 28-person team of domestic and international senior money managers, running $22 Bn in discretionary and Trust assets.
***Investment Leadership***
- Introduced alternative and international investments to domestic accounts.

<u>1989 – 1995</u>
**Swiss Bank Corporation,** New York, New York
*Deputy Chief Investment Officer, Head of Fixed Income and Foreign Exchange*
- Responsible for all investment activity in absence of CIO.
- Responsible for top-down component of asset allocation.
- Portfolio Review committee Senior Member, ensuring compliance with objectives across 100+ accounts.
- Extensive training of investment staff in theory, application and systems requirements of modern portfolio theory, derivatives and advanced fixed income and FX investment techniques.  Actively trained relationship managers.
- Broadened product line, including launch of first foreign bank managed SEC registered mutual fund.
*Director, Fixed Income*
- Responsible for all private client, institutional SBC Pension and 401(k) accounts.
- Aggregate returns ranked consistently in Money Magazine Top Ten Short-Intermediate Taxable Bond Funds.
*Deputy CIO, Equities*
- Set macro-economic factors, dividend discount parameters, set EPS estimates in all G7 and selected Pac Rim and Latin American markets.
- Extensive client contact with presentations to clients and to the media.  Presentations ranged from individual family office seminars to presentations to boards of Fortune 500 companies.

<u>1987 – 1989</u>
**Bank of Tokyo International Asset Management,** London, England
*Senior Fund Manager, Head of Dollar Block Fixed Income*
- Oversaw multi-currency investments.
- Devised asset allocation model, wrote analytics.
- Introduced high-yield and dynamic derivative product hedging.

<u>1983 – 1985</u>
**Edilesse Group,** Toronto, Canada
      Cash flow and rental analysis.
      Regulatory approvals and funding.

**Media/Industry Recognition:**
Bloomberg TV Contributing Editor on Hedge Funds
Numerous (non-purchased) speaking engagements, including AIMR best practice presentations
GAIM Monaco/London/Geneva conference etc.  Extensively quoted in all media.

**Academics:**
<u>1986 – 1987</u>
**London School of Economics,** London, England
Post Graduate Diploma in Business Studies (DBS), Awarded with "Academic Credit."

<u>1986</u>
**University of Windsor,** Windsor, Canada
B.A. Economics (First Class Honors in Econ.) Industrial Engineering Minor.

## Appendix B:  Savoldelli Prior Testimony

**Submitted Expert Report and Provided Testimony**

*Highline Capital Management, LLC v. High Line Venture Partners, L.P., et al.*, Case No. 1:15-cv-00660, United States District Court, Southern District of New York, 2015. DEPO

*Kortright Capital Partners LP, et al., v. Investcorp Investment Advisers Limited*, Case No. 16-cv-7619, United States District Court, Southern District of New York, 2018. REP DEPO TRIAL

*Firefighters Retirement System, et al., v. Citco Group Limited, et al.*, Case No. 3:13-cv-00373, United States District Court, Middle District of Louisiana, 2018. DEPO

*Princeton Alternative Funding LLC et al., v. Ranger Specialty Income Fund et al.*, Ref No. 1450004894, JAMS Alternative Dispute Resolution, 2018. REPORT DEPO ARB

*Arc Capital, LLC, Rakshitt Chugh And Peak XV Capital, LLC v. Aashish Kalra, Trikona Advisers, Ltd,* Case No. HHV-CV-14-v. 6047993-S, Superior Court J.D. Of Hartford at Hartford, 2020. REP DEPO TRIAL

Confidential arbitration, JAMS Alternative Dispute Resolution, 2020.  REPORT DEPO ARB

*Iowa Pub. Emps.' Ret. Sys. et al. v. Bank of Am. Corp. et al.,* No. 1:17-cv-06221-KPF,  United States District Court, Southern District of New York, 2021  REP DEPO

*Manbro Energy Corporation v. Chatterjee Advisors, LLC, et al.* 20 Civ. 3773 (LGS). United States District Court, Southern District of New York, 2021 REP DEPO

*GWA, LLC, George A. Weiss Tax Matters Partner, Petitioner, v. Commissioner of Internal Revenue, Respondent,* No. 6981-192022, United States Tax Court, 2022  REP DEPO TRIAL

*Camac Fund, LP, directly and derivatively on behalf of Phorcys Capital Partners, LLC, v. W. Heath Hawk, Vasileios Sfyris, and Benjamin Thomas Eiler,*  JAMS Ref. No. 1440007256 JAMS Alternative Dispute Resolution, 2022 REPORT  ARB

*RMBS Recovery Holdings I, LLC, et al.*, *v. HSBC BANK USA*, Case No. 2017-7583. Fairfax County Circuit Court, 2022 REPORT DEPO

*Politan Capital Management LP et al., v. Joe E. Kiani and Masimo Corporation*,  Court Of Chancery Of The State Of Delaware C.A. No. 2022-0948 REPORT DEPO

**Submitted Expert Report**

*Einhorn v. Einhorn*, Case No. 69999-17, New York County Clerk Records, Westchester, 2018.

*Westwood Holdings Group, Inc. et al., v. AGF Management Limited et al.*, Case No. cv-12-460520, Superior Court of Justice, Ontario, 2017.

*SEC v. Confidential*, 2015.

*Sykes v. Sykes*, Case No. 0313085/2010, New York Supreme Courts, New York, 2013.

**Appendix C: Materials Relied Upon**

**Academic Papers and Textbooks**

Ahern, Kenneth R., and Denis Sosyura, "Rumor Has It: Sensationalism in Financial Media," *Review of Financial Studies* 28 (2015).

Asness, Cliff and Frank Fabozzi, "Short Selling: Strategies, Risks, and Rewards," *John Wiley & Sons*, (2004).

Bodie, Zvi, Alex Kane, and Alan Marcus, "Investments," *McGraw-Hill Education*, Eleventh Edition, (2018).

Feldman, Govindaraj, Suresh Govindaraj, Joshua Livnat and Benjamin Segal, "Management's Tone Change, Post Earnings Announcement Drift and Accruals," *Review of Accounting Studies* 15, (2010).

Livnat, Joshua, and Yuan Zhang, "Information Interpretation or Information Discovery: Which Role of Analysts Do Investors Value More?," *Review of Accounting Studies* 17, (2012).

Ljungqvist, Alexander and Wenlan Qian, "How Constraining Are Limits to Arbitrage?," *Review of Financial Studies* 29, (2016).

Mitts, Joshua, "Short and Distort," *Journal of Legal Studies* 48, (2020).

Taulli, Tom, "All About Short Selling," *McGraw Hill*, (2011).

Tetlock, Paul, "Giving Content to Investor Sentiment: The Role of Media in the Stock Market," *Journal of Finance* 62, (2007).

Van Bommel, Jos. "Rumors," *Journal of Finance*, 58, (2003).


**Analyst, Industry, and Short-Seller Reports**

Block, Carson, "Muddy Waters Initiating Coverage on TRE.TO, OTC:SNOFF – Strong Sell," *Muddy Waters Research*, June 2, 2011, available at https://www.muddywatersresearch.com/content/uploads/2011/06/MW_TRE_060211.pdf

Carnes, Jon, "The Problems With Deer Consumer Products," *SeekingAlpha*, March 17, 2011, available at https://seekingalpha.com/article/258731-the-problems-with-deer-consumer-product

Chickering, Pito, Justin Bowers and Imron Zafar, "AHCO Anonymous Short Report Fuels Uncertainty; Reiterate Buy," *Deutsche Bank*, July 19, 2021.

Coldwell, Eric, Evan Stover and Michael Orke, "AdaptHealth Corp. (AHCO) Model Update," *Baird Equity Research*, July 27, 2021.

Quinn, Paul, and Hamir Patel, "Sino-Forest Shares Halted; Significant Allegations Raised," *RBC Capital Markets*, June 3, 2011.

Steuart, Sean and Kasi Trzaski, "Sino-Forest Responds to Allegations in Report," *TD Securities Equity Research*, June 6, 2011.

"Activist Short Selling Q3-2021," *BreakoutPoint*, October 1, 2021, available at https://breakoutpoint.com/blog/2021/10/activist-short-selling-q3-2021

"Citron's Last Word on Valeant," *Citron Research*, November 3, 2015, available at https://citronresearch.com/wp-content/uploads/2015/11/Valeant-last-word-final-a.pdf

"Citron Research Explains Why AbbVie is on its way to $60," *Citron Research*, July 24, 2018, available at https://citronresearch.com/wp-content/uploads/2018/07/Citron-Research-Explains-Why-AbbVie-is-on-its-way-to-60.pdf

"Driving Investors through the Glass…Again," *Jehoshaphat Research*, June 1, 2021, available at https://jehoshaphatresearch.com/wp-content/uploads/VIEW-Research-Report-2021.pdf

"Nikola: How to Parlay An Ocean of Lies Into a Partnership With the Largest Auto OEM in America," *Hindenburg Research*, September 10, 2020, available at https://hindenburgresearch.com/nikola

"Not Just a Roll-Up, But a Coverup: Is AHCO the Next MDCA?," *Jehoshaphat Research*, July 19, 2021, available at https://jehoshaphatresearch.com/wp-content/uploads/AHCO-Short-Report-by-Jehoshaphat-Research.pdf.

"Suspending Research Coverage AdaptHealth Corp," *RBC Capital Markets*, July 26, 2021.

"The Activist Investing Annual Review 2022," *Schulte Roth & Zabel*, available at https://www.srz.com/images/content/1/8/v2/182237/The-Activist-Investing-Annual-Review-2022.pdf

"Valeant: Could this be the Pharmaceutical Enron?," *Citron Research*, October 21, 2015, available at https://citronresearch.com/wp-content/uploads/2015/10/Valeant-Philador-and-RandO-final-a.pdf

"Where Did Amdocs' Profits and Auditors Go?," *Jehoshaphat Research*, March 31, 2021, available at https://jehoshaphatresearch.com/wp-content/uploads/FINAL_DOX-Report-by-Jehoshaphat-Research-March-2021-1.pdf

**Data Vendors**

Bloomberg L.P.

FINRA Monthly Short Sale Volume Files

NASDAQ Monthly Short Sale Volume Files

S3 Partners

**News Articles**

Ewing, Jack, "Founder of Electric Truck Maker Is Convicted of Fraud," *New York Times*, October 14, 2022, available at https://www.nytimes.com/2022/10/14/business/trevor-milton-nikola-fraud.html

Fitzgerald, Keith, "The Short Attack on Ekso Bionics and How to Handle It," *Nasdaq*, June 3, 2015, available at http://www.nasdaq.com/article/the-short-attack-on-ekso-bionics-otc-ekso-stock-and-how-to-handle-it-cm483956

Gabajiwala, Juzer, and Aashika Jain, "How Does Inflation Impact the Stock Market?," *Forbes*, August 26, 2022, available at https://www.forbes.com/advisor/in/investing/how-inflation-impact-the-stock-market

Goldstein, Matthew, and Kate Kelly, "A Skeptical Stock Analyst Wins Big by Seeking Out Frauds," *New York Times*, August 16, 2021, available at https://www.nytimes.com/2021/08/16/business/short-seller-wall-street-scams-hindenburg.html

Levine, Matt, "'Go to Zero' Isn't Great for Short Sellers," *Bloomberg*, April 11, 2018, available at https://www.bloomberg.com/opinion/articles/2018-04-11/-go-to-zero-isn-t-great-for-short-sellers

Porzecanski, Katia, "Vast DOJ Probe Looks at Almost 30 Short-Selling Firms and Allies," *Bloomberg Law*, February 4, 2022, available at https://news.bloomberglaw.com/securities-law/vast-doj-probe-looks-at-almost-30-short-selling-firms-and-allies

Thomas, Patrick, "Former Valeant Executive and Co-Defendant Sentenced to Prison," *Wall Street Journal*, October 30, 2018, available at https://www.wsj.com/articles/former-valeant-executive-and-co-defendant-sentenced-to-prison-1540928669

"Bausch Health Agrees to Pay $1.21 Billion to Settle Share Price Lawsuit," *Reuters*, December 16, 2019, available at https://www.reuters.com/article/us-bausch-health-litigation/bausch-health-agrees-to-pay-1-21-billion-to-settle-share-price-lawsuit-idUSKBN1YK163

## Earnings Releases and SEC Filings

AdaptHealth Corp., Form 10-K, December 31, 2020.

AdaptHealth Corp., Form 10-K, December 31, 2019.

Chromadex Corporation, Form 8-K, June 20, 2016.

DFB Healthcare Acquisitions Corp., Form 8-K, July 8, 2019.

## Company Publications and Announcements

ChromaDex, Inc., "ChromaDex Responds to Short Attack," *GlobeNewswire*, June 20, 2016, available at https://www.globenewswire.com/news-release/2016/06/20/850009/0/en/ChromaDex-Responds-to-Short-Attack.html

"DFB Healthcare Acquisitions Corp. Announces Closing of Business Combination With AdaptHealth Holdings LLC," *Business Wire*, November 8, 2019.

## Others

Big, Arthur, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-120.htm

Bohl, Lee, "Short Selling: The Risks and Rewards," *Charles Schwab*, August 10, 2022, available at https://www.schwab.com/learn/story/ins-and-outs-short-selling

Citron Research, Twitter Account, available at https://twitter.com/CitronResearch.

Citron Research, Twitter Post, July 19, 2018, at 6:47AM, available at https://twitter.com/CitronResearch/status/1019941724192325634

Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4-627.shtml

Consolidated Complaint for Violations of the Federal Securities Laws, Delaware County Employees' Retirement System and Bucks County Employees' Retirement System v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp. et al., United States District Court Eastern District of Pennsylvania, Civ. Action No. 2:21-cv-03382-HB, filed November 22, 2021

Cruttenden, Walter, "Shorting America," Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-95.pdf

Donais, Lee, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-43.htm

Hindenburg Research, Twitter Account, available at https://twitter.com/HindenburgRes.

Jehoshaphat Research, Twitter Account, available at https://twitter.com/jehoshaphatrsch.

Jehoshaphat Research, Twitter Post, July 20, 2021, at 9:31 AM, available at https://twitter.com/JehoshaphatRsch/status/1417477318025547784?cxt=HHwWkMCwoYqH8qsnAAAA

Lewis, Marsha, "An Ultimate Guide to Equity Research," *DealRoom*, available at https://dealroom.net/blog/the-complete-guide-for-equity-research.

Morgan, Jeffrey, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-134.pdf

Muddy Waters Research, Twitter Account, available at https://twitter.com/muddywatersre.

Nixon, Dennis, Comments on Short Sale Reporting Study Required by Dodd-Frank Act Section 417(a)(2), U.S. Securities and Exchange Commission, available at https://www.sec.gov/comments/4-627/4627-169.pdf

Oyeniyi, Temi, "Hanging on Every Negative Word: Natural Language Processing Analysis of Credit Rating Action Reports," *S&P Global Market Intelligence*, October, 2022, available at https://www.spglobal.com/marketintelligence/en/documents/hanging_on_every_negative_word.pdf

Partridge, Matthew, "Great Frauds in History: Allen Chan of Sino-Forest," *MoneyWeek*, April 29, 2020, available at https://moneyweek.com/economy/people/601220/great-frauds-in-history-allen-chan-of-sino-forest

Preuss, Matt, "What is an Equity Research Report?," *Visible*, July 17, 2019, available at https://visible.vc/blog/equity-research-report

Teitelbaum, Richard, "The Most Dangerous Trade: How Short Sellers Uncover Fraud, Keep Markets Honest, and Make and Lose Billions," *Wiley*, 2015

Vaidya, Dheeraj, "List of Top 10 Equity Research Firms," *WallStreetMojo*, available at https://www.wallstreetmojo.com/list-of-top-equity-research-firms.

"About Citron Research," Citron Research, available at https://citronresearch.com/who-is-citron-research

"Commission Approves Rules to Address Analyst Conflicts," U.S. Securities and Exchange Commission, May 8, 2002, available at https://www.sec.gov/news/press/2002-63.htm

"Emergency Order Pursuant to Section 12(k)(2) of the Securities Exchange Act of 1934 Taking Temporary Action to Respond To Market Developments," U.S. Securities and Exchange Commission, July 15, 2008, available at https://www.sec.gov/rules/other/2008/34-58166.pdf

"Equity Research," *Sell Side Handbook*, available at http://sellsidehandbook.com/careers/equity-research

"About us," Hindenburg Research, available at https://hindenburgresearch.com

"About Muddy Waters Research," Muddy Waters Research, available at https://www.muddywatersresearch.com

"Pump and Dump Schemes," U.S. Securities and Exchange Commission, available at https://www.investor.gov/introduction-investing/investing-basics/glossary/pump-and-dump-schemes

"Short Position and Short Activity Reporting by Institutional Investment Managers," U.S. Securities and Exchange Commission, February 25, 2022, available at https://www.sec.gov/rules/proposed/2022/34-94313.pdf

"Short Selling Explained: Basic Guide for Stock Trader," *Day Trade The World*, available at https://www.daytradetheworld.com/trading-blog/short-selling

"Who is Jehoshaphat Research? About us," Jehoshaphat Research, available at https://jehoshaphatresearch.com/about-us/

**Appendix D**

**AdaptHealth Daily Short Volume**
**June 21, 2021 - July 19, 2021**

| Date | Volume | Total Short Volume | Total Short Volume / Volume |
|---|---|---|---|
| [A] | [B] | [C] | [D] |
| 6/21/2021 | 698,702 | 625,291 | 89% |
| 6/22/2021 | 752,548 | 414,368 | 55% |
| 6/23/2021 | 643,765 | 307,172 | 48% |
| 6/24/2021 | 779,277 | 298,435 | 38% |
| 6/25/2021 | 3,493,543 | 1,704,582 | 49% |
| 6/28/2021 | 742,575 | 275,407 | 37% |
| 6/29/2021 | 611,569 | 227,322 | 37% |
| 6/30/2021 | 522,683 | 229,012 | 44% |
| 7/1/2021 | 780,195 | 266,840 | 34% |
| 7/2/2021 | 741,204 | 219,700 | 30% |
| 7/6/2021 | 788,097 | 388,848 | 49% |
| 7/7/2021 | 786,364 | 324,829 | 41% |
| 7/8/2021 | 656,136 | 344,063 | 52% |
| 7/9/2021 | 811,518 | 475,435 | 59% |
| 7/12/2021 | 684,819 | 315,994 | 46% |
| 7/13/2021 | 611,317 | 301,807 | 49% |
| 7/14/2021 | 2,784,012 | 598,186 | 21% |
| 7/15/2021 | 894,865 | 499,180 | 56% |
| 7/16/2021 | 720,717 | 435,899 | 60% |
| 7/19/2021 | 2,098,146 | 378,812 | 18% |
| | | 434,335 | 47% |

Notes:

[C] Total Short Volume is the sum of Size in FINRA Monthly Short Sale Volume Files and NASDAQ Monthly Short Sale Volume Files.

[D] = [C] / [B].

Sources:

Bloomberg L.P., FINRA Monthly Short Sale Volume Files, NASDAQ Monthly Short Sale Volume Files.

**Appendix E**

**AdaptHealth Short Interest**
**June 21, 2021 - July 19, 2021**

| Date | Short Interest | Short Interest / Float | Utilization |
|------|---------------|----------------------|-------------|
| [A] | [B] | [C] | [D] |
| 6/21/2021 | 3,546,098 | 4.64% | 19.59% |
| 6/22/2021 | 3,503,927 | 4.58% | 19.77% |
| 6/23/2021 | 3,473,558 | 4.55% | 21.80% |
| 6/24/2021 | 3,447,578 | 4.51% | 23.81% |
| 6/25/2021 | 3,406,376 | 4.45% | 21.88% |
| 6/28/2021 | 3,203,741 | 4.19% | 18.92% |
| 6/29/2021 | 3,173,774 | 4.15% | 19.81% |
| 6/30/2021 | 3,136,862 | 4.10% | 18.85% |
| 7/1/2021 | 3,151,138 | 4.12% | 19.58% |
| 7/2/2021 | 3,198,546 | 4.18% | 17.98% |
| 7/6/2021 | 3,245,884 | 4.24% | 13.83% |
| 7/7/2021 | 3,305,809 | 3.63% | 15.54% |
| 7/8/2021 | 3,369,320 | 3.70% | 16.43% |
| 7/9/2021 | 3,422,312 | 3.76% | 17.50% |
| 7/12/2021 | 3,471,624 | 3.81% | 15.52% |
| 7/13/2021 | 3,526,581 | 3.86% | 13.15% |
| 7/14/2021 | 3,575,953 | 3.92% | 13.95% |
| 7/15/2021 | 3,759,779 | 4.12% | 12.68% |
| 7/16/2021 | 3,762,803 | 4.12% | 13.75% |
| 7/19/2021 | 3,804,613 | 4.17% | 13.72% |

Notes:
[B] Short interest is the snapshot of total open short positions at the end of each day.
[C] Float is the total number of shares outstanding less shares that are not trading on the market, e.g., restricted shares.
[C] Total Short Volume is the sum of Size in FINRA Monthly Short Sale Volume Files and NASDAQ Monthly Short Sale Volume Files.
[D] = [C] / [B].
S3 Partners.

**Appendix F**

**AdaptHealth Cost of Borrowing**
**June 21, 2021 - July 19, 2021**

| Date | Cost of Borrowing |
|------|-------------------|
| [A] | [B] |
| 6/21/2021 | 0.3% |
| 6/22/2021 | 0.3% |
| 6/23/2021 | 0.3% |
| 6/24/2021 | 0.3% |
| 6/25/2021 | 0.3% |
| 6/28/2021 | 0.3% |
| 6/29/2021 | 0.3% |
| 6/30/2021 | 0.3% |
| 7/1/2021 | 0.3% |
| 7/2/2021 | 0.3% |
| 7/6/2021 | 0.3% |
| 7/7/2021 | 0.3% |
| 7/8/2021 | 0.3% |
| 7/9/2021 | 0.3% |
| 7/12/2021 | 0.3% |
| 7/13/2021 | 0.3% |
| 7/14/2021 | 0.3% |
| 7/15/2021 | 0.3% |
| 7/16/2021 | 0.3% |
| 7/19/2021 | 0.3% |

Notes:
[B] Cost of borrowing rate is the market composite lending fee earned for incremental shares loaned on that date (spot rate).
Source:
S3 Partners.