# Exhibit 19

# Provisionally Filed Under Seal