# Exhibit 22

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>Defendants. | Civ. Action No. 2:21-cv-03382-HB<br><br>Hon. Harvey Bartle III |

### AFFIDAVIT OF MICHAEL MULLINGS

STATE OF NEW YORK              )

                              )

COUNTY OF NEW YORK            )

Michael Mullings, being duly sworn, deposes, and says:

1.    I am the Chief Compliance Officer & Corporate Secretary of Continental Stock Transfer & Trust Co. ("Continental").

2.    I have personal knowledge of the facts and circumstances set forth herein and, if called as a witness, am competent to testify thereto.

3.      Continental serves as the registrar and transfer agent for AdaptHealth Corporation ("AdaptHealth"), and served as such in connection with AdaptHealth's secondary offering of shares which closed on January 8, 2021 (the "Secondary Offering").

4.      Prior to the Secondary Offering, at close of business on January 7, 2021, 46,601,963 shares of AdaptHealth Class A Common Stock ("AdaptHealth Stock"), bearing the CUSIP number 00653Q102, were held by The Depository Trust Company ("DTC") for the benefit of DTC's participants.

5.      At close of business on January 7, 2021, 55 entities and individuals held a combined 6,246,515 shares of AdaptHealth Stock, bearing the CUSIP number 00653Q102, in the Direct Registration System ("DRS").  None of the entities or individuals that held AdaptHealth Stock in DRS form on January 7, 2021 were the Delaware County Employees Retirement System or the Bucks County Employee's Retirement System.

6.      On January 7, 2021, Deutsche Bank Securities Inc. ("Deutsche Bank") instructed Continental as to the process for the issuance, registration, and delivery of all the shares offered in the Secondary Offering.  Deutsche Bank instructed Continental to register all such shares in the name of Cede & Co., the nominee of DTC, and to credit Deutsche Bank's DTC account number 0573, in a corresponding number of shares of AdaptHealth Stock via the Deposit/Withdrawal at Custodian ("DWAC") function at DTC.

7.      On January 8, 2021, AdaptHealth authorized Continental to issue, register, and deliver 8,450,000 shares of AdaptHealth Stock, in accordance with the instructions Deutsche Bank had provided to Continental on January 7, 2021, as described in Paragraph 6, in connection with the Secondary Offering.

8. On the same date, AdaptHealth authorized Continental to re-register 750,000 previously issued shares of AdaptHealth Stock held by Quadrant Management LLC ("Quadrant") and to deliver those shares of AdaptHealth Stock, in accordance with the instructions Deutsche Bank had provided to Continental on January 7, 2021, as described in paragraph 6, in connection with the Secondary Offering.

9. In total, there were 9,200,000 shares of AdaptHealth Stock offered in the Secondary Offering, consisting of 8,450,000 newly issued shares of AdaptHealth Stock, and 750,000 previously issued shares of AdaptHealth Stock that were held and sold by Quadrant.

10. All 9,200,000 shares offered in the Secondary Offering bore the CUSIP number 00653Q102, the same CUSIP number as the 46,601,963 shares of AdaptHealth Stock that were already held by DTC for the benefit of DTC's participants prior to the Secondary Offering.

11. All 9,200,000 shares of AdaptHealth Stock offered in the Secondary Offering were registered in the name of Cede & Co.

12. None of the 9,200,000 shares of AdaptHealth Stock offered in the Secondary Offering were issued in DRS form.

13. On January 8, 2021, in accordance with the instructions Deutsche Bank had provided to Continental on January 7, 2021, as described in Paragraph 6, Continental delivered all 9,200,000 shares of AdaptHealth Stock offered in the Secondary Offering to DTC using DTC's DWAC function.

14. Thereafter, on the same date, 9,200,000 shares of AdaptHealth Stock delivered to DTC were credited to Deutsche Bank's DTC account number 0573.

15. On the same date, 8,381 shares of AdaptHealth Stock, which were not part of the Secondary Offering, bearing CUSIP number 00653Q102, were delivered to DTC by Continental.

- 3 -

16.  Following the January 8, 2021 Secondary Offering, at close of business on that date, there were 55,810,344 shares of AdaptHealth Stock bearing the CUSIP number 00653Q102 held by DTC for the benefit of DTC's participants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:          February 15, 2023

Michael Mullings

Sworn before me this 15th day
of February, 2023

Notary Public

MARK TUMULTY
Notary Public - State of New York
Registration No. 01TU6320633
Qualified in     RICHMOND County
My Commission Expires: MARCH  09 2023

- 4 -