# Exhibit 23

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>Defendants. | Civ. Action No. 2:21-cv-03382-HB<br><br>Hon. Harvey Bartle III |

### AFFIDAVIT OF JAMES PERSICO

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| COUNTY OF NEW YORK | ) |

James Persico, being duly sworn, deposes, and says:

1.      I am Senior Vice President, Equity Syndicate of Jefferies LLC ("Jefferies").

2.      I have personal knowledge of the facts and circumstances set forth herein and, if called as a witness, am competent to testify thereto.

3.      Jefferies served as an underwriter in connection with AdaptHealth Corporation's ("AdaptHealth") secondary offering of shares which closed on January 8, 2021 (the "Secondary Offering").

4.      On January 7, 2021, the day prior to the close of the Secondary Offering, Jefferies held shares of AdaptHealth Class A Common Stock ("AdaptHealth Stock"), bearing CUSIP number 00653Q102, in Jefferies' account, number 0019, at The Depository Trust Company ("DTC").

5.      On January 8, 2021, the date of the close of the Secondary Offering, 972,600 shares of AdaptHealth Stock, bearing the CUSIP number 00653Q102, were delivered by Deutsche Bank Securities Inc. ("Deutsche Bank") from Deutsche Bank's DTC account, number 0573, to Jefferies' DTC account, number 0019.

6.      As a result, the 972,600 shares of AdaptHealth Stock were delivered to a DTC account, number 0019, that already contained shares of AdaptHealth Stock issued prior to the Secondary Offering.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:        February 16, 2023

_____
James Persico

Sworn before me this **16** day
of February, 2023

_____
Notary Public

STEPHANIE J. MORANO
Notary Public, State of New York
No. 01MO06252202
Qualified in Kings County
Commission Expires Dec. 5, 2023