# Exhibit 24

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>Defendants. | Civ. Action No. 2:21-cv-03382-HB<br><br>Hon. Harvey Bartle III |

## AFFIDAVIT OF ANN MARIE BRIA

STATE OF NEW JERSEY          )

                                                    )

COUNTY OF HUDSON          )

Ann Marie Bria, being duly sworn, deposes, and says:

1.  I am Managing Director for Asset Services Product Management at The Depository Trust & Clearing Corporation ("DTCC"). The Depository Trust Company ("DTC") is a subsidiary of DTCC. Cede & Co. is a nominee name of DTC.

2.  In the course of my duties at DTCC, I have knowledge of the following facts.

3.      At close of business on January 7, 2021, DTC held shares of AdaptHealth Class A Common Stock ("AdaptHealth Stock"), CUSIP number 00653Q102, registered in the name of Cede & Co., for the benefit of DTC's participants.

4.      On January 8, 2021, additional shares of AdaptHealth Stock, CUSIP number 00653Q102, were deposited at DTC and credited to DTC participant accounts.

5.      All shares of AdaptHealth Stock, CUSIP number 00653Q102, including those deposited on January 8, 2021, are held by DTC in an undifferentiated manner known as a "fungible bulk."

6.      Each DTC participant that has held a position in AdaptHealth Stock, CUSIP number 00653Q102, credited to its DTC account, has held a pro-rata beneficial interest in Cede & Co.'s aggregate holding of AdaptHealth Stock, CUSIP number 00653Q102.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 7, 2023

_____
Ann Marie Bria

Sworn before me this _7th_ day
of March, 2023

_____
Notary Public

KINGA JADWIGA OLEKSIEJCZUK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 11/15/2026

- 2 -