# Exhibit 26

# Provisionally Filed Under Seal