# Exhibit 27

# Provisionally Filed Under Seal