# Exhibit 28

# Provisionally Filed Under Seal