# Exhibit 29

# Provisionally Filed Under Seal