# Exhibit 30

# Provisionally Filed Under Seal