# Exhibit 31

# Provisionally Filed Under Seal