# Exhibit 32

# Provisionally Filed Under Seal