# Exhibit 34

# Provisionally Filed Under Seal