# Exhibit 35

# Provisionally Filed Under Seal