# Exhibit 36

# Provisionally Filed Under Seal