# Exhibit 42

# Provisionally Filed Under Seal