# Exhibit 43

# Provisionally Filed Under Seal