# Exhibit 44

# Provisionally Filed Under Seal