# Exhibit 45

# Provisionally Filed Under Seal