# Exhibit 46

# Provisionally Filed Under Seal