# Exhibit 47

# Provisionally Filed Under Seal