## CERTIFICATE OF SERVICE

I, Melissa Hazell Davis, Esquire, hereby certify that on this date, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where this document is available for downloading and viewing.

/s/ Melissa Hazell Davis
Melissa Hazell Davis

Dated:  March 30, 2023