UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY EMPLOYEES
RETIREMENT SYSTEM and BUCKS
COUNTY EMPLOYEES' RETIREMENT
SYSTEM, Individually and on Behalf of All
Other Similarly Situated,

                    Plaintiff,

      v.

ADAPTHEALTH CORP. f/k/a DFB
HEALTHCARE ACQUISITIONS CORP.,
LUKE MCGEE, STEPHEN P. GRIGGS,
JASON CLEMENS, FRANK J. MULLEN,
RICHARD BARASCH, JOSHUA PARNES,
ALAN QUASHA, TERENCE CONNORS,
DR. SUSAN WEAVER, DALE WOLF,
BRADLEY COPPENS, and DAVID S.
WILLIAMS III,

                    Defendants.

Civ. Action No. 2:21-cv-03382-HB

**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION TO COMPEL**

THE COURT, having reviewed and considered the Lead Plaintiffs' motion to compel (the "Motion") [ECF No. 110-3], and the AdaptHealth Defendants' Opposition to the Motion [ECF No. 123], hereby DENIES the Motion.

DATED this _____ day of _____, 2023

BY THE COURT:

_____
United States District Court Judge