IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY EMPLOYEES      :          CIVIL ACTION
RETIREMENT SYSTEM, et al.      :
                               :
         V.                    :
                               :
ADAPTHEALTH CORP., ET AL.      :          NO. 21-3382

ORDER

AND NOW, this  11th  day of April 2023, after an in-person conference with counsel, it is hereby ORDERED that:

(1)  the Lead Plaintiffs' Motion to Compel Compliance with Court's Scheduling Order (Doc. #103) is DENIED without prejudice;

(2)  after May 22, 2023, the parties shall meet and confer to discuss further refinement of the discovery search protocol; and

(3)  the Court will hold an in-person status conference on June 15, 2023, at 9:30 a.m. in Courtroom 16A, United States Courthouse, in Philadelphia, Pennsylvania concerning deadlines for non-deposition merits discovery.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.