IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY EMPLOYEES          :          CIVIL ACTION
RETIREMENT SYSTEM et al.           :
                                   :
            V.                     :
                                   :
ADAPTHEALTH CORP. et al.           :
                                   :          NO. 21-3382

ORDER

AND NOW, this  11th  day of April 2023, after a conference with counsel, it is hereby ORDERED that the motion of the plaintiffs to "compel response to plaintiffs' first set of interrogatories to defendant AdaptHealth Corp." (Doc. #111) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                                        J.