UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAWARE COUNTY EMPLOYEES RETIREMENT SYSTEM and BUCKS COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>ADAPTHEALTH CORP. f/k/a DFB HEALTHCARE ACQUISITIONS CORP., LUKE MCGEE, STEPHEN P. GRIGGS, JASON CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, JOSHUA PARNES, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, and DAVID S. WILLIAMS III,<br><br>               Defendants. | Civ. Action No. 2:21-cv-03382-HB<br><br>CLASS ACTION<br><br>DECLARATION OF KEVIN A. LAVELLE IN SUPPORT OF REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS<br><br>ELECTRONICALLY FILED |

4896-2309-6420.v1

I, Kevin A. Lavelle, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for lead plaintiffs Delaware County Employees Retirement System and Bucks County Employees' Retirement System (together, "Lead Plaintiffs") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Transcript of Deposition of Jonathan Lichtenstein, dated February 13, 2023;

Exhibit B:    Transcript of Deposition of Kimberly S. Doran, dated February 10, 2023;

Exhibit C:    FILED UNDER SEAL;

Exhibit D:    FILED UNDER SEAL;

Exhibit E:    FILED UNDER SEAL;

Exhibit F:    A redacted version of the Expert Reply Report of Matthew D. Cain, PHD, dated May 22, 2023;

Exhibit G:    Transcript of the Deposition of Matthew D. Cain, dated February 28, 2023;

Exhibit H:    FILED UNDER SEAL;

Exhibit I:    FILED UNDER SEAL;

Exhibit J:    FILED UNDER SEAL;

Exhibit K:    FILED UNDER SEAL;

Exhibit L:    FILED UNDER SEAL;

Exhibit M:    FILED UNDER SEAL;

Exhibit N:    FILED UNDER SEAL;

Exhibit O:    FILED UNDER SEAL;

Exhibit P:    FILED UNDER SEAL;

Exhibit Q:    FILED UNDER SEAL;

- 1 -

4896-2309-6420.v1

- 2 -

Exhibit R:     Expert Report of Professor Daniel Taylor; and

Exhibit S:     January 5, 2021 cover page of AdaptHealth Corp. Prospectus Supplement.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 22, 2023, at San Diego, California.

s/ KEVIN A. LAVELLE

KEVIN A. LAVELLE

4896-2309-6420.v1