# EXHIBIT S

**Filed pursuant to Rule 424(b)(5)**
**Registration No. 333-251452**

**Prospectus Supplement**

**(To Prospectus dated December 30, 2020)**

# 8,000,000 Shares

# AdaptHealth Corp.

## Class A Common Stock

We are offering 7,250,000 shares of our Class A common stock, par value $0.0001 per share ("Class A Common Stock"). The selling stockholder identified in this prospectus supplement is offering an additional 750,000 shares of our Class A Common Stock.

We intend to use approximately half of the net proceeds of the shares offered by us in this offering, together with senior secured term loan borrowings, the net proceeds from the issuance of unsecured senior notes and cash on hand, to finance the AeroCare Acquisition (as defined herein) and to pay related fees and expenses, and the remainder for general corporate purposes, which may include future acquisitions and other business opportunities, capital expenditures and working capital. We will not receive any proceeds from the sale of our Class A Common Stock by the selling stockholder. See "Use of Proceeds."

Our Class A Common Stock is listed on the Nasdaq Capital Market ("Nasdaq") and trades under the symbol "AHCO". On January 5, 2021, the closing price of our Class A Common Stock was $33.89.

See "Risk Factors" on page S-19 of this prospectus supplement and page 6 of the accompanying prospectus to read about factors you should consider before buying shares of our Class A Common Stock.

We are currently an "emerging growth company" as defined in Section 2(a) of the Securities Act and are subject to reduced public company reporting requirements. We are also a "smaller reporting company" as defined by Rule 12b-2 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") and are subject to reduced public company reporting requirements. See "Risk Factors."

Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement or the accompanying prospectus. Any representation to the contrary is a criminal offense.

|  | Per Share | Total |
|---|---|---|
| Public offering price | $ 33.00 | $ 264,000,000 |
| Underwriting discounts and commissions[1] | $ 1.5675 | $ 12,540,000 |
| Proceeds to us, before expenses | $ 31.4325 | $ 227,885,625 |
| Proceeds to the selling stockholder, before expenses | $ 31.4325 | $ 23,574,375 |

(1)   See "Underwriting" beginning on page S-54 for additional information.

We have granted the underwriters the option to purchase up to an additional 1,200,000 shares of Class A Common Stock within 30 days from the date of this prospectus supplement.

The underwriters expect to deliver the shares of Class A Common Stock on or about January 8, 2021.

*Joint Book-Running Managers*

# Deutsche Bank Securities                          Jefferies
## BofA Securities                                  Truist Securities

**Baird**            **RBC Capital Markets**            **Stifel**            **UBS Investment Bank**

*Co-Managers*

**Canaccord Genuity**     **SVB Leerink**     **Citizens Capital Markets**     **Regions Securities LLC**

**Fifth Third Securities**            **Janney Montgomery Scott**            **KeyBanc Capital Markets**

The date of this prospectus supplement is January 5, 2021.