IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE COUNTY EMPLOYEES          :          CIVIL ACTION
RETIREMENT SYSTEM et al.           :
                                   :
          V.                       :
                                   :
ADAPTHEALTH CORP. et al.           :          NO. 21-3382

ORDER

AND NOW, this   7th   day of June 2023, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  this action is STAYED and placed on this court's Civil Suspense Docket pending the parties' private mediation; and

(2)  the parties shall file a status report with the court on or before August 31, 2023.

BY THE COURT:

/s/ Harvey Bartle III
                              J.