```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DELAWARE COUNTY EMPLOYEES<br>RETIREMENT SYSTEM, et al. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| ADAPTHEALTH CORP. F/K/A DFB<br>HEALTHCARE ACQUISITIONS<br>CORP., et al. | :<br>:<br>:<br>: | NO. 21-3382 |

                            ORDER

AND NOW, this 10th day of July 2024, for the reasons outlined in the foregoing Memorandum, it is hereby ORDERED that:

(1)  This order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated February 26, 2024 ("Stipulation") (Doc. # 149), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

(2)  The motion of lead plaintiffs Delaware County Employees' Retirement System and Bucks County Employees Retirement System for final approval of Class Action Settlement and approval of Plan of Allocation (Doc. # 154) is GRANTED.

(3)  Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair

opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

(4) The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") disseminated to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class Members.

(5) The court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the court hereby APPROVES the Plan of Allocation.

BY THE COURT:

/s/   Harvey Bartle III
                              J.